IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM DUKES, ) | |
| ) | CASE NO. 1:17-cv-07095 |
| Plaintiff, ) | |
| ) | Honorable Judge Robert M. Dow, Jr. |
| v. ) | |
| ) | |
| COOK COUNTY SHERIFF'S ) | |
| OFFICE et al. ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW ATTORNEY TERRY S. LU
AS COUNSEL FOR PLAINTIFF**

The undersigned attorney, Terry S. Lu, requests that this Court allow him to withdraw from representation of Plaintiff, William Dukes. In support of this motion, counsel states as follows:

1. The undersigned attorney's ceased his employment with the law firm of Mauck & Baker, LLC as of August 16, 2021.

2. After August 16, 2021, the undersigned attorney ceased all work on this case with the law firm of Mauck & Baker, LLC.

3. Plaintiff will continue to be represented by Mauck & Baker, LLC attorneys John W. Mauck, Andrew S. Willis, and Kirstin M. Erickson.

WHEREFORE, the undersigned respectfully request that this Court enter an order allowing the undersigned attorney's withdrawal.

Dated: September 21, 2021	Respectfully Submitted,

By: /s/ Terry S. Lu

Terry S. Lu
1 N. LaSalle St., Ste 600
Chicago, IL 60602
312-726-1243

## CERTIFICATE OF SERVICE

I, Terry S. Lu, certify that on September 21, 2021, I caused a copy of the foregoing motion to be filed electronically through the CM/ECF system, which constitutes service on all counsels of record.

/s/ Terry S. Lu

Terry S. Lu
Mauck & Baker LLC
1 N. LaSalle St., Ste 600
Chicago, IL 60602
312-726-1243