UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DUKES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17-CV-07095 |
| | ) | |
| vs. | ) | Honorable Nancy L. Maldonado |
| | ) | |
| COOK COUNTY SHERIFF'S OFFCE, | ) | Magistrate Judge Maria Valdez |
| et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' OPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO BAR
"ACCUFLO" RECORDS AND TO ISSUE SANCTIONS AGAINST DEFENDANTS**

NOW COME Defendants, S. Taylor, D. Triplett, P. Green, Q. Dunmars, L. Torres, D. Salmon, J. Rodriguez, W. Rivera, A. Qureshi, P. Miranda, J. Meraz, C. Galindo, R. Foster, and J. Ogrodnik, in their official capacities, and Cook County, a Body Politic and Corporate ("Cook County" and collectively "Defendants"), by and through their attorneys, DeVore Radunsky LLC, and for their Motion for Extension of Time state as follows:

1. On December 21, 2022, Plaintiff filed his Motion to Bar "Accuflo" Records ("Motion to Bar"). (Dkt. # 246).

2. Also on December 21, 2022, Counsel for both parties prepared the details of their Joint Status Report ("JSR"), which was filed on December 22, 2022. (Dkt. # 247).

3. Prior to filing the JSR, Defendants counsel, Troy Radunsky, asked Plaintiff's counsel Kirstin Erickson, if Plaintiff would agree to an extension of time or until January 31, 2023, for defendants to file their Response to Plaintiff's Motion to Bar the Accuflo records. (*See 12.21.22 email chain attached hereto as "Exhibit A"*).

4. Defense counsel explained that his office had several pending, dispositive motions in other matters due in January. (*See Exhibit A*).

1

5. Those dispositive motions and briefs due in January in other matters include: an appellate brief (due 1/6/23), two replies and motion to strike (due 12/29/22 and 1/23/23), and a Motion to Dismiss (due 1/31/23).

6. Although Defendants' counsel attempted to reach an agreement about a proposed briefing schedule and, accordingly, avoid the filing of this motion, Plaintiff's counsel would not agree, and instead deferred to this Court's anticipated briefing schedule. (***See Exhibit A***).

7. No agreement was arrived at regarding a proposed briefing schedule, and On December 23, 2022, this Court issued the following briefing schedule: Defendants' Response due January 6, 2023, and Plaintiff's Reply due January 13, 2023. (Dkt. # 250).

8. Given defendants obligations and pending briefing schedules in other matters, as well as the need to further investigate the arguments in Plaintiff's motion and potential responses, Defendants respectfully request a brief extension of time or until January 31, 2023, to file their Response.

9. This motion is not being interposed for any improper purpose, undue delay or harassment.

WHEREFORE, Defendants respectfully pray this Honorable Court enter the following Order:

1. Granting Defendants' Motion for Extension of Time; and

2. Granting Defendants until January 31, 2023, to file their Response.

3. For any other relief this Court feels reasonable and just.

                                                               Respectfully Submitted,

                             By:    */s/ Jason E. DeVore*
                                          Jason E. DeVore, One of the Attorneys
                                          for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that **Defendants' Motion for Extension of Time to File a Response in Opposition to Plaintiff's Motion to Bar "Accuflo" Records and to Issue Sanctions** was filed on December 23, 2022, with the Northern District of Illinois ECF System, serving a copy to all parties.

                                                                          */s/ Zachary Stillman*
                                                                          Zachary Stillman