Exhibit A

**From:** Troy Radunsky  tradunsky@devoreradunsky.com  📎
**Subject:** RE: Dukes | JSR Due 12.22
**Date:** December 22, 2022 at 11:18 AM
**To:** Kirstin Erickson  kerickson@mauckbaker.com
**Cc:** Jason DeVore  jdevore@devoreradunsky.com,  Zachary Stillman  zstillman@devoreradunsky.com,  Judith Kott  jkott@mauckbaker.com,  John Mauck  jmauck@mauckbaker.com

Please put in the JSR we asked you for an extension and you wouldn't agree. Thanks

Thanks,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*



This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Kirstin Erickson <kerickson@mauckbaker.com>
**Sent:** Thursday, December 22, 2022 9:54 AM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Judith Kott <jkott@mauckbaker.com>; John Mauck <jmauck@mauckbaker.com>
**Subject:** RE: Dukes | JSR Due 12.22

Good morning, Troy:

Since it is a new judge, we prefer to abide by the judge's briefing schedule. Thus, we are filing the JSR as is.

Thanks,
Kirstin

## Kirstin M. Erickson, Esq.

Associate Attorney

Mauck & Baker, LLC
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
Direct: 312-726-2093
Main: 312-726-1243
Fax: 866-619-8661

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Thursday, December 22, 2022 8:48 AM
**To:** Kirstin Erickson <kerickson@mauckbaker.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Judith Kott <jkott@mauckbaker.com>; John Mauck <jmauck@mauckbaker.com>
**Subject:** RE: Dukes | JSR Due 12.22

Good morning Kirstin,

I had a thought. Since you told the Court about your motion to bar the Accuflo records, can you please tell the court defendants would like until 1/31/23 to file their response. My office has several other pending dispositive motions due next month so we appreciate the courtesy. I figure you can file your reply in 14 days or by 2/14? Would that work? I think its more efficient for the court too since we can avoid filing a possible motion for extension of time. Let us know.


Thanks,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
tradunsky@devoreradunsky.com
www.devoreradunsky.com



This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

sender by reply e-mail and delete the message and any attachments.

**From:** Troy Radunsky
**Sent:** Wednesday, December 21, 2022 6:52 PM
**To:** Kirstin Erickson <kerickson@mauckbaker.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman
<zstillman@devoreradunsky.com>; Judith Kott <jkott@mauckbaker.com>; John Mauck
<jmauck@mauckbaker.com>
**Subject:** Re: Dukes l JSR Due 12.22

Kirsten,

I read the joint status report. Please go ahead and file it tomorrow.

In light of the holidays, and our existing schedule, would you object to giving us until
January 31 to file a response to your motion to bar. I suspect the court may order it
sooner after seeing your filing, but we might need to file a brief extension. Please let us
know.

We also forwarded your revised settlement demand to our client for their consideration
and will respond when we can.

Regards,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 l **D**:312-300-4484 l **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*

This message may contain information that is attorney-client privileged, attorney work
product or otherwise confidential. If you are not an intended recipient, use and disclosure
of this message are prohibited. If you received this transmission in error, please notify the
sender by reply e-mail and delete the message and any attachments.

On Dec 21, 2022, at 5:56 PM, Kirstin Erickson
<kerickson@mauckbaker.com> wrote:

*erickson@mauckbaker.com*

Will do. Thanks.

**Kirstin M. Erickson, Esq.**

Associate Attorney

Mauck & Baker, LLC
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
Direct: 312-726-2093
Main: 312-726-1243
Fax: 866-619-8661

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Wednesday, December 21, 2022 5:52 PM
**To:** Kirstin Erickson <kerickson@mauckbaker.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Judith Kott <jkott@mauckbaker.com>; John Mauck <jmauck@mauckbaker.com>
**Subject:** Re: Dukes | JSR Due 12.22

Kirstin,

I am with family tonight. I can't promise I will look at it by 9:00 am. I will look at it as soon as I can tomorrow  Please don't file it until I can review it. I'm sure it won't take long. I appreciate it.

Regards,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*
<~WRD2912.jpg>

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

> On Dec 21, 2022, at 5:15 PM, Kirstin Erickson <kerickson@mauckbaker.com> wrote:

Troy,

See attached JSR. We removed the dollar amounts for our settlement demand and counteroffer so as to avoid any prejudice later for Judge Maldonado. Please let me know if you agree to file the JSR as is attached—I will file at 9:00 a.m. tomorrow.

Also, see attached re-demand letter on behalf of our client.

Thanks and have a Merry Christmas!
Kirstin

**Kirstin M. Erickson, Esq.**

Associate Attorney

Mauck & Baker, LLC
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
Direct: 312-726-2093
Main: 312-726-1243
Fax: 866-619-8661

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Tuesday, December 20, 2022 1:55 PM
**To:** Kirstin Erickson <kerickson@mauckbaker.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Judith Kott <jkott@mauckbaker.com>
**Subject:** RE: Dukes l JSR Due 12.22

Kirstin,

I made a few more changes in response to yours.

I also attached correspondence to further illuminate one of the legal bases for our 10/25/22, counteroffer.

Thanks,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*

<-WRD2322.jpg>

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

**From:** Kirstin Erickson <kerickson@mauckbaker.com>
**Sent:** Monday, December 19, 2022 2:15 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>; Judith Kott <jkott@mauckbaker.com>
**Subject:** RE: Dukes l JSR Due 12.22

Good afternoon, Troy:

Thanks for drafting. I made some revisions to the Joint Status Report. Let me know if you agree and we will file by 12/22.

Thanks,
Kirstin

**Kirstin M. Erickson, Esq.**

Associate Attorney

Mauck & Baker, LLC
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
Direct: 312-726-2093
Main: 312-726-1243
Fax: 866-619-8661

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Monday, December 19, 2022 12:02 PM
**To:** Kirstin Erickson <kerickson@mauckbaker.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Subject:** RE: Dukes l JSR Due 12.22

Good morning Kirstin,

See attached Joint Status report for your review. If

acceptable, please file it on or before 12/22/22. If you add anything, thanks for sending me your draft first for review.

As you recall, this was the 11/23/22 order

**MINUTE entry before the Honorable Nancy L. Maldonado:The parties shall file a joint status report by 12/22/2022 reporting on the status of settlement negotiations and expert discovery.(ca, )**

Thanks,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
tradunsky@devoreradunsky.com
www.devoreradunsky.com

<-WRD2322.jpg>
<image001.png>

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.

---

**From:** Troy Radunsky
**Sent:** Friday, December 16, 2022 2:19 PM
**To:** Kirstin Erickson <kerickson@mauckbaker.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Subject:** RE: Dukes | JSR Due 12.22

I will try and draft something next week.

I think we are too far apart for a settlement conference. If you want to send more reasonable demand, I can discuss it with our client again. The ball is in Plaintiff's court.

Regards,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*
<~WRD2322.jpg>

*This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.*

---

**From:** Kirstin Erickson <kerickson@mauckbaker.com>
**Sent:** Friday, December 16, 2022 12:27 PM
**To:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary Stillman <zstillman@devoreradunsky.com>
**Subject:** RE: Dukes l JSR Due 12.22

Good afternoon, Troy:

I hope you are well. I will not be able to get to it today, so feel free to start drafting and I will add our revisions. We are going to request a settlement conference. Are you amenable to attending?

Thanks,
Kirstin

**Kirstin M. Erickson, Esq.**

Associate Attorney

Mauck & Baker, LLC
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
Direct: 312-726-2093
Main: 312-726-1243
Fax: 866-619-8661

---

**From:** Troy Radunsky <tradunsky@devoreradunsky.com>
**Sent:** Thursday, December 15, 2022 9:53 AM
**To:** Kirstin Erickson <kerickson@mauckbaker.com>
**Cc:** Jason DeVore <jdevore@devoreradunsky.com>; Zachary

Cc: Jason DeVore <juevore@devoreradunsky.com>, Zachary
Stillman <zstillman@devoreradunsky.com>
**Subject:** Dukes | JSR Due 12.22

Kirstin,

We need to get a JSR to the court on 12.22. Can you please
get me a draft by tomorrow or Monday. Im out of the office
most of next week.

Regards,

*Troy S. Radunsky*
**DeVore Radunsky LLC**
230 W. Monroe, Suite 230
Chicago, Illinois 60606
**O:** 312-300-4479 | **D:**312-300-4484 | **C:** 312-968-7837
*tradunsky@devoreradunsky.com*
*www.devoreradunsky.com*
*Recognized by SuperLawyers*
<~WRD2322.jpg>

*This message may contain information that is attorney-client privileged,*
*attorney work product or otherwise confidential. If you are not an*
*intended recipient, use and disclosure of this message are prohibited. If*
*you received this transmission in error, please notify the sender by reply*
*e-mail and delete the message and any attachments.*

<Ltr to Defs Settlement Re-Demand 4887-1623-0981 v.1 (4883-
6699-1173.1).pdf>
<12.19.22 Joint Status Report (DRAFT)(DR comments)
(375844.1) KME (4895-4034-7717.1).docx>