# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DUKES | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | 17-cv-07095 |
| | ) | |
| THOMAS J. DART, in his official capacity as | ) | |
| Sheriff of Cook County; COOK COUNTY, IL; | ) | Honorable Matthew F. Kennelly |
| ADDISON; ANDREWS; ARIAS; BLOODWORTH | ) | |
| BOYZK; DUNMARS; FOSTER; GALINDO; | ) | |
| GREEN; LOCKE; MERAZ; MIRANDA; | ) | |
| QURESHI; RIVERA; RODRIGUEZ; SALMON; | ) | |
| TAYLOR; TORRES; TRIPLETT | ) | |
| | ) | |
| *Defendants.* | ) | |

## MOTION TO WITHDRAW ATTORNEY KIRSTIN M. ERICKSON
## AS COUNSEL FOR PLAINTIFFS

The undersigned attorney, Kirstin M. Erickson, requests that this Court allow her to withdraw from representation of Plaintiff, WILLIAM DUKES. In support of this motion, counsel states as follows:

1. The undersigned attorney ceased her employment with the Law Firm of Mauck & Baker, LLC as of December 30, 2022.

2. After December 30, 2022, the undersigned attorney ceased all work on this case with the Law Firm of Mauck & Baker, LLC.

3. Plaintiff will continue to be represented by John W. Mauck and Judith A. Kott from Mauck & Baker, LLC and Sorin A. Leahu from Leahu Law Group, LLC.

WHEREFORE, the undersigned attorney respectfully requests that this Court enter an order allowing her withdrawal.

Date: January 12, 2023　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Kirstin M. Erickson*
　　　　　　　　　　　　　　　　　　　　　　KIRSTIN M. ERICKSON

Kirstin M. Erickson (kerickson@mauckbaker.com)
**Mauck & Baker, LLC**
1 N. LaSalle St. Suite 600
Chicago, IL 60602
312-726-1243 Main
866-619-8661 Fax

**CERTIFICATE OF SERVICE**

  I, Kirstin M. Erickson, certify that on January 12, 2023, I caused a copy of the foregoing motion to be filed electronically through the CM/ECF system, which constitutes service on all counsels of record.

                    */s/ Kirstin M. Erickson*
                    KIRSTIN M. ERICKSON

Kirstin M. Erickson (kerickson@mauckbaker.com)
**Mauck & Baker, LLC**
1 N. LaSalle St. Suite 600
Chicago, IL 60602
312-726-1243 Main
866-619-8661 Fax