# Exhibit B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIAM DUKES, ) | |
| ) | |
| Plaintiff, ) | Case No. 17 CV 7095 |
| ) | |
| v. ) | Honorable Judge Maldonado. |
| ) | |
| COOK COUNTY SHERIFF'S OFFICE, et ) | |
| al. ) | |
| ) | |
| Defendants, ) | |

## LINDA KAMPE AFFIDAVIT

I, LINDA KAMPE, being first duly sworn, attest state that I am competent to testify and if called to testify would competently testify to the following, based upon my personal knowledge:

1. I am employed by Cermak Health Services of Cook County ("Cermak") and have been so employed since March 2008. My place of employment is the Cook County Department of Corrections ("CCDOC") aka Cook County Jail.

2. I am currently employed as the Director of Operations for Cermak and have been so employed since June 18, 2022.

3. From March 2008 through June 17, 2022, I served as the Director of Health Information Management at Cermak.

4. In my position as Director of Health Information Management, I was responsible for the storage, retention, and retrieval of medical records of CCDOC detainees.

5. I am familiar with the Cermak's medical records, including a detainee's medication administration record.

6. One of my job duties included supervising my staff's production of responses to requests for a detainee's medical records which includes medication administration records.

7. Throughout that time frame, I supervised clerical and administrative staff ranging between of 5-36 employees.

1

8. I am familiar with the various locations where a detainee's medical information is stored and was stored in 2015-2017.

9. Cermak has utilized the Cerner electronic medical record system [since January 2011].

10. Cerner stores a detainee's medical record, including a detainee's medication administration record. When records are produced in response to a records request, they are retrieved from the Cerner electronic medical record.

11. All medications administered are documented in the electronic medical record. Prior to March 2017, this documentation was done either in Cerner (either electronically or documented on paper and digitally scanned into the patient's record) or in an electronic medication administration documentation system named AccuFlo.

12. I am also familiar with the electronic medication administration record system in use by Cermak Health Services at the Cook County Jail between 2015-2017, called AccuFlo which Cermak.

13. AccuFlo, implemented use at Cermak in January 2014, was a separate, standalone database that stored a detainee's medication administration record electronically.

14. AccuFlo was used in Divisions that did not have direct internet access to electronically document the medication administration in Cerner.

15. Between 2015-2017, the divisions that did not have direct access to the medication administration record in Cerner (database), included Divisions 2, 4, 6, 9, 10 and 17; AccuFlo was implemented in these divisions in early 2014.

16. On any given day, if a patient was administered/dispensed medication in a division that did not have direct access to Cerner, the health care professional was required to document the information by entering it into AccuFlo.

17. The data entered into AccuFlo included, but was not limited to, the name of the medication, dosage, date and time administered, the health care professional who administered the medication, and if the medication was refused. A symbol key was also used to identify certain information within the chart.

18. The AccuFlo system was phased out in March 2017.

19. The use of Cerner versus AccuFlo was dependent upon internet connectivity in CCDOC Divisions. Prior to March 2017, if a detainee changed housing locations within CCDOC, some of his medication administration records would be contained within Cerner and some within AccuFlo.

20. I have reviewed the 67 pages of AccuFlo records produced in this case to the plaintiff's counsel by the defendants' counsel on October 25, 2022.

21. During the period of December 2018 to January 2019, it was my understanding former Cook County Assistant State's Attorney Danielle Mikhail requested the Plaintiff's medical records during the time he was housed at the CCDOC.

22. During the period of December 2018 to January 2019, an employee on my staff provided 962 pages of Plaintiff's records from the Cerner system, including 267 pages of records in the section labeled "Medication Administration Record".

23. The 67 pages of AccuFlo records were not included in the initial production of plaintiff's medical records.

24. I do not recall if anyone on my staff examined the AccuFlo database in 2018 to determine if any records existed that would have been responsive to the plaintiff's records request.

25. I was unaware the AccuFlo records had not been produced by my staff before October 19, 2022.

26. On October 19, 2022, I was informed that plaintiff alleged that between 2015-2017 he had not been administered over 1000 doses of various heart medications.

27. On October 19, 2022, I advised defendants counsel for the first time about the existence of the AccuFlo database and the possibility additional records related to plaintiff's medication administration record history may exist.

28. Between October 19-21, 2022, I accessed and evaluated the AccuFlo database to determine if any further responsive records concerning the administration record of the plaintiff's medication between 2015-2017existed.

29. On October 21, 2022, I advised defense counsel I discovered 67 pages of AccuFlo records.

30. The failure to discover and produce the 67 pages of AccuFlo records earlier was an administrative oversight, unintentional and not in bad faith.

31. On October 21, 2022, I emailed the records to defendants' counsel.

3

FURTHER AFFIANT SAYETH NAUGHT.

_____
Linda Kampe
Director of Operations, Correctional Health
Cermak Health Services at the Cook County Jail


_____
Notary Public

OFFICIAL SEAL
JOHN J MUELLER
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:11/17/23

Date: January 9, 2023

4