**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM DUKES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COOK COUNTY SHERIFF'S OFFICE, et )<br>al., )<br>)<br>Defendants. ) | Case No. 17 CV 7095<br><br>Honorable Judge Robert M. Dow, Jr. |

## NOTICE OF FILING

TO: Jason E. DeVore
      Troy S. Radunsky
      Zachary G. Stillman
      DeVore Radunsky, LLC
      230 W. Monroe St. Ste 230
      Chicago, IL 60602
      312-300-4479
      jdevore@devoreradunsky.com
      tradunsky@devoreradunsky.com

      Please Take Notice that on February 10, 2023, I caused to be filed with the Clerk of the Court for the Northern District of Illinois, Eastern Division, the attached **PLAINTIFF'S REPLY TO MOTION TO BAR "ACCUFLO" RECORDS AND TO ISSUE SANCTIONS AGAINST DEFENDANTS**, a copy of which is served upon you.

                                                                  By: s/ *John W. Mauck*
                                                               One of the attorneys for Plaintiff

John W. Mauck (jmauck@mauckbaker.com)
Judith A. Kott (jkott@mauckbaker.com)
**MAUCK & BAKER, LLC**
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
Telephone: (312) 726-1243
Facsimile: (866) 619-8661

## CERTIFICATE OF SERVICE

     I, Kirstin M. Erickson, an attorney, hereby certify that on February 10, 2023, I caused copies of the foregoing **NOTICE OF FILING** and **PLAINTIFF'S REPLY TO MOTION TO BAR "ACCUFLO" RECORDS AND TO ISSUE SANCTIONS AGAINST DEFENDANTS** to be served on all parties of record pursuant to ECF, in accordance with the rules of electronic filing of documents.

                                                          B By: s/ *John W. Mauck*
                                                      One of the attorneys for Plaintiff

John W. Mauck
Judith A. Kott
**MAUCK & BAKER, LLC**
One North LaSalle Street, Suite 600
Chicago, Illinois 60602
Telephone: (312) 726-1243
Facsimile: (866) 619-8661
jmauck@mauckbaker.com
jkott@mauckbaker.com