**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WILLIAM DUKES ) | |
| ) | |
| Plaintiff, ) | |
| ) | 17 CV 7095 |
| v. ) | |
| ) | The Honorable Nancy L. Maldonado |
| COOK COUNTY SHERIFF'S OFFICE, ) | |
| *et al.*, ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's Notification of Docket Entry of February 14, 2023, [Dkt # 259], Plaintiff, William Dukes, by and through his attorneys, John W. Mauck and Judith A. Kott of Mauck & Baker, LLC, and Defendants, Thomas J. Dart, in his official capacity as Sheriff of Cook County; Cook County, Illinois; M. Addison; J. Arias; R. Foster; C. Galindo; J. Meraz; P. Miranda; A. Qureshi; W. Rivera; D. Salmon; S. Taylor; C. Andrews; A. Bloodworth; Q. Dunmars; P. Green; L. Locke; S. Pratt; and D. Triplett (collectively "Majority Defendants"), by and through their attorneys, Jason E. DeVore and Troy S. Radunsky of DeVore Radunsky, respectfully submit this Joint Status Report.

### I. EXPERT DISCOVERY SCHEDULE

The Plaintiff did not disclose any expert.

- Defendant to Disclose Experts            3/01/23

1

- Plaintiff to Depose Defendants' Experts        4/20/23

Defendant Response: Defendant will be out of town between 4/1-4/9, so defendants proposes that any experts be deposed by 4/30/23. Defendant anticipates disclosing at least one expert.

## II.     DISPOSITIVE MOTION SCHEDULE

- Dispositive Motions To Be Filed        5/31/23

Defendant Response: Defendants request until 6.15.23 to file any dispositive motions.

## III.    STATUS OF SETTLEMENT

On July 6, 2022, the Plaintiff made an 11-page $325,000 settlement demand. The defendants provided a 7-page response on October 25, 2022 and made a $1,000 counteroffer. On December 21, 2022, Plaintiff issued a Re-Demand for $250,000. Defendant is evaluating that demand.

## IV.    REFERRAL TO MAGISTRATE FOR SETTELEMENT CONFERENCE

In order to show cooperation with the Magistrate's recommendation of a pre-trial settlement conference in this matter, Plaintiff's counsel has already communicated a Re-Demand to Defendant's counsel as of December 21, 2022. The parties are far apart.

Defendants feel a settlement conference may not be productive at this stage given how far apart the parties value the case. Defendants requested Plaintiff to lower his settlement demand based on their October 25, 2022, 7-page response. Plaintiff's counsel is awaiting Defendants' response to this Re-Demand and whether a settlement conference would be a meaningful use of the Court's resources. Defendants indicate they are still evaluating the current demand and whether a settlement conference would be beneficial. Defendants will advise in the next 10-14 days if a referral is necessary.

Dated: February 22, 2023

Respectfully Submitted,

| | |
|---|---|
| /s/ *Judith A. Kott* | */s/ Troy Radunsky* |
| Judith A. Kott | Jason E. DeVore |
| Mauck & Baker, LLC | Troy S. Radunsky (6269281) |
| One N LaSalle St, Ste 600 | DeVore Radunsky LLC |
| Chicago IL, 60602 | 230 W. Monroe Suite 230 |
| (312)726-1243 | Chicago, IL 60606 |
| | (312) 300-4484 |
| *Attorney for Plaintiff* | |
| | *Attorney for Majority Defendants* |