**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

William Dukes
                      Plaintiff,

v.                                             Case No.: 1:17–cv–07095
                                                     Honorable Nancy L. Maldonado

M. Addison, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 22, 2023:

      MINUTE entry before the Honorable Maria Valdez: The Court has reviewed the parties' joint status report [260]. Per Defendants' requests, the deadline for Plaintiff to depose Defendants' expert(s) is extended to 4/30/23 and, in light of that extension, the deadline for filing dispositive motions is extended to 6/15/23. No further extensions will be granted absent extraordinary circumstances. The parties are to file a joint status report by 5/1/23 confirming that expert discovery has been completed. The status report shall also state whether the parties would like to participate in a settlement conference. If the parties wish to begin the process of scheduling a settlement conference at any time prior to the status date, they may notify the Court. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.