IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DUKES | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 17 CV 7095 |
| v. | ) | |
| | ) | The Honorable Nancy L. Maldonado |
| COOK COUNTY SHERIFF'S OFFICE, *et al.*, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Notification of Docket Entry of February 22, 2023, [Dkt # 261], Plaintiff, William Dukes, by and through his attorneys, John W. Mauck and Judith A. Kott of Mauck & Baker, LLC, and Defendants, Thomas J. Dart, in his official capacity as Sheriff of Cook County; Cook County, Illinois; M. Addison; J. Arias; R. Foster; C. Galindo; J. Meraz; P. Miranda; A. Qureshi; W. Rivera; D. Salmon; S. Taylor; C. Andrews; A. Bloodworth; Q. Dunmars; P. Green; L. Locke; S. Pratt; and D. Triplett (collectively "Majority Defendants"), by and through their attorneys, Jason E. DeVore and Troy S. Radunsky of DeVore Radunsky, respectfully submit this Joint Status Report.

### I. EXPERT DISCOVERY SCHEDULE

The Plaintiff did not disclose any expert.

1

Defendant's Expert witness was deposed on 4/17/23.

## II. DISPOSITIVE MOTION SCHEDULE

Dispositive Motions To Be Filed by 6/15/23.

## III. STATUS OF SETTLEMENT

The plaintiffs current demand is $250,000. Defendants current offer is $2,500.

## IV. REFERRAL TO MAGISTRATE FOR SETTLEMENT CONFERENCE

Although the parties are still far apart in the settlement negotiations, both parties feel it would be beneficial for this case to be referred to the Magistrate for a settlement conference.

Dated: April 25, 2023

Respectfully Submitted,

/s/ *Judith A. Kott*
Judith A. Kott
John W. Mauck
Mauck & Baker, LLC
One N LaSalle St, Ste 600
Chicago IL, 60602
(312)726-1243

*Attorney for Plaintiff*

/s/ *Troy Radunsky*
Jason E. DeVore
Troy S. Radunsky (6269281)
DeVore Radunsky LLC
230 W. Monroe Suite 230
Chicago, IL 60606
(312) 300-4484

*Attorney for Majority Defendants*