# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

William Dukes
                Plaintiff,

v.
                                                Case No.: 1:17–cv–07095
                                                Honorable Nancy L. Maldonado

M. Addison, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 26, 2023:

      MINUTE entry before the Honorable Maria Valdez: The Court has reviewed the parties' joint status report [262]. The parties report that expert discovery has been completed. The parties have requested a settlement conference. Plaintiff is to submit a demand letter to Defendants no later than 5/4/23, and Defendants must respond with an offer letter by 5/11/23. Both letters must comply with this Court's standing order and instructions governing settlement conferences and should be electronically submitted to the Court at Proposed_Order_Valdez@ilnd.uscourts.gov no later than 5/12/23. If after reviewing the letters the Court believes a settlement conference will be fruitful, the parties will be contacted with available dates. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.