UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD HENNEBERG, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 19-cv-07380 |
| | ) | |
| v. | ) | |
| | ) | |
| SHERIFF DART, SUSAN SHEBEL, R.N., | ) | |
| and COOK COUNTY, ILLINOIS et al. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME FOR PRODUCTION OF
INCIDENT REPORTS PURSUANT TO MARCH 8, 2023, ORDER**

NOW COME Defendants COOK COUNTY SHERIFF THOMAS DART, CORRECTIONAL OFFICER JORGE ARIAS, and COOK COUNTY, a Body Politic and Corporate, pursuant to Fed. R. Civ. P. 6(b), and for their Unopposed Motion for Extension of Time for Production of Incident Reports Pursuant to March 8, 2023, Order, state as follows:

1. Defendant's Counsel has communicated with Counsel for Plaintiff and there is no opposition regarding this Motion for Extension of Time.

2. On March 8, 2023, this Court issued an order directing Plaintiff to identify incident reports he wanted produced by April 10, 2023. ECF No. 120.

3. The same order also set May 10, 2023, as the deadline for Defendants to produce said incident reports identified by Plaintiff. ECF No. 120.

4. On February 2, 2023, Defendant Sheriff produced in Excel format a list of over 2000 incident reports, including full incident narratives, to counsel for Plaintiff. This list represented a collection of incident reports culled from 2015 to 2019 concerning inmate fights over the telephones in the CCDOC.

1

#379892v1

5. In February 2023, Plaintiff submitted an initial request for production of PDF forms for particular incident reports. Altogether, Plaintiff requested 1534 reports related reports and grievances.

6. On April 13, 2023, Defendants explained in detail the burden, in terms of hours, of generating and producing the requested number of reports and grievances. For example, for a collection of 658 identified reports, by Defendants' calculations, it would take over 32 hours just to generate and save each data entry into a PDF, before any packaging for production. Similarly, for a group of 876 incident reports that were specified in Plaintiff's request, the combined individual review, generation of individuals PDFs, and manual query for the inmate grievances of all involved, would take approximately a month and a half. Defendants asked that Plaintiff reconsider the request to arrive at a more manageable production/project.

7. Plaintiff has agreed to reconsider and have requested a revised search for incident reports. The parties are negotiating search parameters in order to arrive at a reasonable compromise.

8. As of May 5, 2023, the parties are still in the stages of determining which incident reports Plaintiff wishes to be produced in light of numerous ESI choices regarding categories and key words.

9. The parties have been engaging in a productive dialogue.

10. Due to the ongoing discussions between the parties, an extension of time is needed to complete the production of incident reports.

11. Defendants request an extension of time for the deadline to produce incident reports, from May 10, 2023, until July 31, 2023, related to this Court's March 8, 2023, Order. ECF No. 120.

12. Under Fed. R. Civ. P. 6(b), this Court "may, for good cause, extend" any deadline before the expiration of that time. Fed. R. Civ. P. 6(b)(1).

13. Not granting an extension of time would prejudice the parties because Plaintiff is still working with Defendants to determine what incident reports can be produced and Defendants do not yet know what reports are to be produced.

14. Incident reports cannot be produced by the present May 10, 2023, deadline.

15. This motion is not being interposed for any improper purpose, undue delay or harassment.

WHEREFORE, Defendants respectfully pray this Honorable Court enter the following Order:

1. Granting Defendants' Unopposed Motion for Extension of Time for Production of Incident Reports Pursuant to March 8, 2023, Order; and

2. Granting an Extension of Time until July 31, 2023, for production of Incident Reports Pursuant to March 8, 2023, Order; and

3. For any other relief this Court feels reasonable and just.

Respectfully Submitted,

By: */s/ Jason E. DeVore*
Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
tradunsky@devoreradunsky.com

#379892v1

## **CERTIFICATE OF SERVICE**

 The undersigned, an attorney, hereby certifies that **Defendants' Unopposed Motion for Extension of Time for Production of Incident Reports** was filed on May 8, 2023, with the Northern District of Illinois ECF System, serving a copy to all parties.

             */s/ Zachary Stillman*
             Zachary Stillman

#379892v1