# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM DUKES, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:17-CV-07095 |
| ) | |
| vs. ) | Honorable Nancy L. Maldonado |
| ) | |
| THOMAS DART, et al. ) | Magistrate Judge Maria Valdez |
| ) | |
| ) | |
| Defendants. ) | |

## MOTION TO WITHDRAW
## MOTION FOR EXTENSION OF TIME (ECF NO. 264)

Defendants, by and through their attorneys Jason DeVore and Troy Radunsky of DeVore Radunsky LLC, hereby move the Court to withdraw Defendants' Motion for Extension of Time. In support, the movant states as follows:

1. On May 8, 2023, Defendants mistakenly filed a Motion for Extension of Time intended for another matter with this court in the instant case. ECF No. 264.

2. Defendants did not intend to file the motion with the Court in this case, and have since filed it properly in the correct case.

3. Defendants now respectfully ask this court to withdraw from the record Defendant's Motion. ECF No. 264.

WHEREFORE, Defendants respectfully request that this Honorable Court enter an order as follows:

1. Defendants' Motion to Withdraw Motion for Extension of Time is granted; and

2. Defendants' Motion for Extension of Time (ECF No. 264) is removed from the record; and

3. Any further relief deemed appropriate by this Court.

Respectfully submitted,

DATED: May 8, 2023

By: */s/ Jason E DeVore*
Jason E. DeVore (ARDC # 6242782)
*One of the Attorneys for the Defendants*

Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
DeVore Radunsky LLC
230 W. Monroe Dr, Suite 230
Chicago, IL 60606
Phone: 312-300-4479
Tradunsky@devoreradunsky.com

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that he electronically filed the foregoing document on March 31, 2023, with the Northern District of Illinois ECF System, serving a copy to all parties.

> */s/ Zachary G. Stillman*
> Zachary G. Stillman

**Plaintiffs' Counsel**
Thomas G. Morrissey
10257 S. Western Ave
Chciago, IL 60643
773-233-7901
*pwm@morrisseylawchicago.com*


Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
DeVore Radunsky LLC
230 W. Monroe Dr, Suite 230
Chicago, IL  60606
Phone: 312-300-4479
Tradunsky@devoreradunsky.com