**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

William Dukes
                    Plaintiff,

v.
                                              Case No.: 1:17−cv−07095
                                              Honorable Nancy L. Maldonado

M. Addison, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 9, 2023:

      MINUTE entry before the Honorable Maria Valdez: In−person hearing on Defendants' Opposed Motion to Clarify Court's February 14, 2023 Order [267] is set before Magistrate Judge Valdez on 5/24/23 at 10:15 a.m. in Courtroom 1041. No telephonic appearances will be allowed. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.