# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

William Dukes

                Plaintiff,

v.

                                      Case No.: 1:17−cv−07095

M. Addison, et al.                         Honorable Nancy L. Maldonado

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 10, 2023:

      MINUTE entry before the Honorable Maria Valdez: Hearing previously set for 5/24/23 is stricken. In−person hearing on Defendants' Opposed Motion to Clarify Court's February 14, 2023 Order [267] is re−set to 5/16/23 at 10:00 a.m. in Courtroom 1041. No telephonic appearances will be allowed. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.