

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name   John W. Mauck

Firm   Mauck & Baker, LLC

Street Address   1 N. LaSalle St. Suite 3150

City/State/Zip Code   Chicago, IL 60602

Phone Number   312-726-1243

Email address   jmauck@mauckbaker.com

ARDC (Illinois State Bar members, only)   1797328

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 17-cv-932 | Immanuel Baptist Church v. City of Chicago | Judge Mary M. Rowland |
| 17-cv-7095 | Dukes v. Cook county Sheriff's Office, et al | Judge Nancy Maldonado |
| 20-cv-4540 | Williams, et al v. Board of Education, et al | Judge Matthew F. Kennelly |
| 23-cv-218 | Hudgins v. Board of Education, et al | Judge Matthew F. Kennelly |
| 23-cv-646 | Green, et al v. Board of Education, et al | Judge Matthew F. Kennelly |
| 20-cv-7725 | Word Seed Church, et al v. Village of Hazel Crest | Judge Harry D. Leinenweber |

/s/ John W. Mauck                    05/18/2023

Signature of Attorney               Date

Rev. 01272016

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 21-cv-03466 | Deemar v. Board of Education of the City of Evanston/Skokie, et al | Judge Robert M. Dow, Jr. |
| 21-cv-06847 | Charles Vavra v. Honewell International Inc. a Delaware Corporation, d/b/a Honeywell Intelligrated | Judge Jorge L. Alonso |
| | | |
| | | |
| | | |
| | | |