

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name  Judith A. Kott

Firm  Mauck & Baker, LLC

Street Address  1 N. LaSalle St. Suite 3150

City/State/Zip Code  Chicago, IL 60602

Phone Number  312-726-1243

Email address  jkott@mauckbaker.com

ARDC (Illinois State Bar members, only)  6280395

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 17-cv-7095 | Dukes v. Cook county Sheriff's Office, et al | Judge Robert M. Dow, Jr. |
| 20-cv-4540 | Williams, et al v. Board of Education, et al | Judge Matthew F. Kennelly |
| 23-cv-218 | Hudgins v. Board of Education, et al | Judge Matthew F. Kennelly |
| 23-cv-646 | Green, et al v. Board of Education, et al | Judge Matthew F. Kennelly |
| 23-cv-466 | Nelson Xonal Cal v. Twin Dragon of IL, et al | Judge Franklin U. Valderrama |
| 21-cv-3466 | Deemar v. Board of Education of the City of Evanston/Skokie, et al | Judge Robert M. Dow, Jr. |

*/s/ Judith A. Kott*                          05/18/2023
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾            ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
Signature of Attorney                        Date

Rev. 01272016