## DUKES' MISSED DOSES OF MEDICATION AT CCDOC

| Livingston or CCDOC and Living Unit | Date/Time Admitted | Date/Time Discharged | Received Meds? | Prescribed Medications and Doses Per Day | | | | | | | | | # Days Missed Prescribed Meds | # Doses Medication Missed/Day | Total Doses Meds Missed/Time Period |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MED #1 | MED #2 | MED #3 | MED #4 | MED #5 | MED #6 | MED #7 | MED #8 | MED #9 | | | |
| DIV 15-LY-LIVINGSTON CO GENERAL | 11/04/2017 08:49 | | | | | | | | | | | | | | |
| DIV10-2C-2307-2 | 10/21/2017 17:30 | 11/04/2017 08:48 | Yes | | | | | | | | | | | | |
| DIV 15-LY-LIVINGSTON CO GENERAL | 09/23/2017 08:12 | 10/21/2017 16:00 | | | | | | | | | | | | | |
| DIV 15-LY-LIVINGSTON CO GENERAL | 09/09/2017 19:00 | 09/23/2017 08:11 | Yes | | | | | | | | | | | | |
| DIV 15-LY-LIVINGSTON CO GENERAL | 08/05/2017 09:00 | 09/09/2017 17:30 | | | | | | | | | | | | | |
| DIV10-2C-2314-1 | 08/02/2017 16:30 | 08/05/2017 09:00 | Yes | Atorvastatin (1x/day/bedtime) | Aspirin (2x/day) | | Metoprolol (2x/day) | nitroglycerin (PRN) | | albuterol (PRN) | Doxazosin (1x/day/bedtime): no MRI rx | Fenofibrate (1x/day) | | 5 days; not given Atorvastatin 1x/day | 1 scheduled dose of meds | 5 |
| | | | Yes (except Atorvastatin and first doses fenofibrate) | | | | | | | | | | | | |
| DIV10-3C-1310-2 | 08/01/2017 17:20 | 08/02/2017 16:30 | Atorvastatin (1x/day/bedtime) | Aspirin (1x/day) | | Metoprolol (2x/day) | nitroglycerin (PRN) | | albuterol (PRN) | Doxazosin (1x/day/bedtime): no MRI rx | Fenofibrate (1x/day) | | | | |
| DIV10-2C-2314-1 | 07/01/2017 17:00 | 08/01/2017 17:20 | Yes, 7.1 - Nitro | | | | | | | | | | | | |
| Livingston | 05/29/2017 00:00 | 07/01/2017 17:00 | | | | | | | | | | | | | |
| DIV10-2C-2303-2 | 05/20/2017 19:00 | 05/29/2017 07:30 | Yes (though 5/29) | | | | | | | | | | | | |
| Livingston | 03/25/2017 09:00 | 05/20/2017 19:00 | | | | | | | | | | | | | |
| DIV10-3C-1306-2 | 03/11/2017 18:10 | 03/25/2017 09:00 | Yes 3/11-3/16, No 3/11-3/20 | Atorvastatin (1x/day/bedtime) | Aspirin (1x/day) | | Metoprolol (2x/day) | nitroglycerin (PRN) | | albuterol (PRN) | Doxazosin (1x/day/bedtime): Fluoxetine (1x/day) | Fenofibrate (1x/day) | | 9 days | 6 prescribed meds, 7 doses/day | 63 |
| Livingston | 01/18/2017 15:00 | 03/11/2017 15:30 | | | | | | | | | | | | | |
| DIV9-1G-1083-2 | 01/16/2017 17:30 | 01/18/2017 14:30 | No | Atorvastatin (1x/day/bedtime) | Aspirin (1x/day) | | Metoprolol (2x/day) | nitroglycerin (PRN) | | albuterol (PRN) | Doxazosin (1x/day/bedtime): Fluoxetine (1x/day) | Fenofibrate (1x/day) | Acetaminophen (2 x day) | 2 days | 7 prescribed meds, 9 doses/day | 144 |
| DIV9-3B-2261-2 | 01/02/2017 23:00 | 01/16/2017 17:00 | No | Atorvastatin (1x/day/bedtime) | Aspirin (1x/day) | | Metoprolol (2x/day) | nitroglycerin (PRN) | | albuterol (PRN) | Doxazosin (1x/day/bedtime): Fluoxetine (1x/day) | Fenofibrate (1x/day) | | | | |
| DIV9-3G-3087-2 | 01/02/2017 17:00 | 01/02/2017 23:00 | No | Atorvastatin (1x/day/bedtime) | Aspirin (1x/day) | | Metoprolol (2x/day) | nitroglycerin (PRN) | | albuterol (PRN) | Doxazosin (1x/day/bedtime): Fluoxetine (1x/day) | Fenofibrate (1x/day) | | | | |
| Livingston | 11/25/2016 12:00 | 01/02/2017 15:00 | | | | | | | | | | | | | |
| DIV9-3H-3065-1 | 11/11/2016 17:00 | 11/25/2016 10:00 | No | Atorvastatin (1x/day/bedtime) | Aspirin (1x/day) | | Metoprolol (2x/day) | nitroglycerin (PRN) | | albuterol (PRN) | Doxazosin (1x/day/bedtime): Fluoxetine (1x/day) | Fenofibrate (1x/day) | | 14.5 days | 6 prescribed meds, 7 doses/day | 101.5 |
| Livingston | 10/01/2016 09:30 | 11/11/2016 17:00 | | | | | | | | | | | | | |
| DIV9-3H-3047-2 | 09/24/2016 16:30 | 10/01/2016 09:30 | No | Atorvastatin (1x/day/bedtime) | Aspirin (1x/day) | | Metoprolol (2x/day) | nitroglycerin (PRN) | | albuterol (PRN) | Doxazosin (1x/day/bedtime): Fluoxetine (1x/day) | Fenofibrate (1x/day) | | 7.5 days (including AM of 10/1/16) | 6 prescribed meds, 7 doses/day | 52.5 |
| Livingston | 08/13/2016 09:25 | 09/24/2016 16:30 | | | | | | | | | | | | | |
| DIV9-3G-3046-1 | 08/09/2016 06:19 | 08/13/2016 09:00 | No | Atorvastatin (1x/day/bedtime) | | | Metoprolol (2x/day) | nitroglycerin (PRN) | | albuterol (PRN) | Doxazosin (1x/day/bedtime): Fluoxetine (1x/day) | Fenofibrate (1x/day) | | 4 days (not including 8/13/16) | 6 doses/day | 48 |
| DIV9-3G-3084-2 | 08/06/2016 18:15 | 08/09/2016 06:19 | No | Atorvastatin (1x/day/bedtime) | | | Metoprolol (2x/day) | nitroglycerin (PRN) | | albuterol (PRN) | Doxazosin (1x/day/bedtime): Fluoxetine (1x/day) | Fenofibrate (1x/day) | | | | |
| Livingston | 07/04/2016 09:00 | 08/06/2016 15:14 | | | | | | | | | | | | | |
| DIV10-3C-2286-1 | 06/25/2016 17:30 | 07/04/2016 09:00 | No | Atorvastatin (1x/day/bedtime) | Aspirin (1x/day) | | Metoprolol (2x/day) | nitroglycerin (PRN) | | albuterol (PRN) | Doxazosin (1x/day/bedtime): Fluoxetine (1x/day) | Fenofibrate (1x/day) | | 9.5 days (including AM 7/4/16) | 6 prescribed meds, 7 doses/day | 66.5 |
| Livingston | 05/21/2016 08:30 | 06/25/2016 14:00 | | | | | | | | | | | | | |
| DIV10-2C-2324-2 | 05/11/2016 23:00 | 05/21/2016 08:30 | No | Atorvastatin (1x/day/bedtime) | Aspirin (1x/day) | | Metoprolol (2x/day) | nitroglycerin (PRN) | | albuterol (PRN) | Doxazosin (1x/day/bedtime): Fluoxetine (1x/day) | Fenofibrate (1x/day) | | 12.5 days (not including 5/21) | 6 prescribed meds, 7 doses/day | 87.5 |
| DIV10-2C-2321-2 | 05/09/2016 11:28 | 05/11/2016 23:00 | No | | | | | | | | | | | | |
| DIV9, 3E, 3F | 03/26/2016 00:00 | 05/09/2016 00:00 | Yes | | | | | | | | | | | | |
| Livingston | 02/12/2016 00:00 | 03/26/2016 14:14 | | | | | | | | | | | | | |
| DIV10-2C-2315-1 | 12/06/2015 00:00 | 02/12/2016 09:00 | No | Atorvastatin (1x/day/bedtime) | Aspirin (1x/day) | | Metoprolol (2x/day) | nitroglycerin (PRN) | | albuterol (PRN) | Doxazosin (1x/day/bedtime) | | | 79.5 days total (12/25 through AM of 2/12) | 6 prescribed meds, 6 doses/day | 477 |
| DIV10-2C-2320-1 | 11/25/2015 00:00 | 12/06/2015 00:00 | No | Atorvastatin (1x/day/bedtime) | Aspirin (1x/day) | | Metoprolol (2x/day) | nitroglycerin (PRN) | | albuterol (PRN): Fenofibrate (1x/day) | Doxazosin (PRN)- KOP | | | | |

| | | | | | | | | | | | | | **TOTAL** | **156.5 days with ZERO meds; 5 days without Atorvastatin** | **6 to 9 Prescribed Meds Missed Daily** | **1,685 Scheduled Doses of Medications Missed** |

Atorvastatin – Treats high cholesterol; reduces risk of angina, stroke, heart attack and heart and blood vessel problems.
Aspirin – Treats heart attack and prevent blood clots when you have an abnormal heartbeat.
Metoprolol – Beta blocker; treats high BP, chest pain, and heart failure. May lower risk of death after heart attack.
Nitroglycerin – Treats chest pain. Nitro Dukes on pp. 583, 589, 598, 601, 607, 617, 625, 635, 642     PRN- as needed
Albuterol – Treats asthma.
Doxazosin – Treats urinary problems and high blood pressure.
Fluoxetine (Prozac) – Treats anxiety, panic disorder, depression or OCD.
Fenofibrate – Treats high cholesterol.

## Health Service Request Forms and Grievances Requesting As-Needed Nitroglycerin

| Health Service Request Form OR Grievance | Date/Time Submitted Request | Received? | Date and Time Received | Length of Delay if Received | CCDOC med records | CCDOC grievance records | Notes | |
|---|---|---|---|---|---|---|---|---|
| Cermak Health Service Request Form | 11/28/15-requested KOP nitro HSRF and his "prescribed medications" | Denied KOP Nitro; Denied meds | Denied | Never Received KOP | p. 231 | | Submitted 11/28/15 and collected by Cermak on 12/1/15; saw provider on 12/4/15; supposed to pick up forms DAILY | |
| Cermak Health Service Request Form | 12/1/15 requested KOP nitro HSRF | Denied KOP Nitro | Denied | Never Received KOP | p. 231 | | Dukes submitted 12/1/15; collected by Cermak on 12/3/15; saw provider 1/8/16 | |
| Cook County Grievance (Control # 2015 X 0048) | 12/3/15- requested KOP for Nitro- since 11/24/15 | Denied KOP Nitro | Denied | Never Received KOP | pp. 978-99 | | Dukes submitted 12/3/15; picked up by CMW; 12/7/15 Cermak denied as gen Dow by Doct; 12/17/15 Sheftel upholds. | |
| Health Service Request Form | 1/25/16- requested nitro for CHEST PAIN | No | Never Received | Never Received | p. 254 | | Dukes submitted on 1/25/16; Cermak collected on 1/26/16. States on 1/26/16 "refused to come to dispensary." Nitro is needed at time of chest pain, not 24 hrs later. | |
| Cook County Grievance Form- Cermak never reviewed b/c marked as "Non-Grievance by Cook County"; on Control # given | 12/7/15- in BCDC bull pen w/ chest pain 9pm; requested Nitro; filled out grievance 12/9/15 | Received after 70 min delay | 10:40 p.m. | 70 min delay & 1 mile walk | p. 505 | p. 969 | Dukes submitted on 12/8/15; CRW N. Jones picked up on 12/9/15 and marked as "non-grievance"; had to walk a mile to get Nitro; Cermak never reviewed b/c Cook County marked as "Non-Grievance by Cook County." | 3 times-- never received Nitro after requesting |
| Cook County Grievance Form- Cermak never reviewed b/c marked as "Non-Grievance by Cook County"; on Control # given | 12/7/15- in BCDC bull pen w/ chest pain 9pm; requested Nitro; filled out grievance 12/10/15 | Received after 70 min delay | 10:40 p.m. | 70 min delay & 1 mile walk | p. 505 | p. 970 | Dukes submitted on 12/10/15; CRW N. Jones picked up on 12/10/15 and marked as "non-grievance"; had to walk a mile; Nitro Cermak never reviewed b/c Cook County marked as "Non-Grievance by Cook County." | 5 times rec'd but delayed; took 31 min to 2 hours 20 min to receive |
| Cook County Grievance (Control # 2016 X 0354) | 1/11/16- complains to CO Addison; 9:15 a.m. | about 9:50 a.m. per Dukes; ER noted at 11:50 pm | 35 min delay 19 min | 35 min to 2 hrs 35 min, ineffective then, had to walk a mile | p. 326 | p. 987 | Dukes submitted 1/18/16; CMW collected 1/19/16; had to walk to Cermak ER to get vitals taken and other meds b/c no staff at dispensary; NO FOLLOW UP BY CC OR CERMAK FOR THIS INCIDENT | 1 time rec'd 35 min late and med did not work at that point |
| Cook County Grievance # 2016 X 0354)- DIFFERENT INCIDENT BUT MARKED AS SAME CONTROL # | 1/12/16- BCDC bullpen at chest pain; pain; held up sign "CHEST PAINS" and his call button | Never Received | Never Received | Never Received | | p. 988 | Dukes submitted on 1/18/16; CRW N Jones collected on 1/19/16; Cermak "scanned" a copy of grievance 1/19/16 to Cermak ER on dispensary to address (after the fact). No change to Nitro KOP. CC confirmed "two grievances into one." | 3 times did not receive at all |
| Cook County Grievance-- marked as "Non-Grievance by Cook County"; on Control # given | 2/1/2016 for chest pain; 7:30 p.m. | Received after 2 hr 15 min delay | 9:40 p.m. | 2 hr 10 min | p. 930 | p. 982-84 | Dukes submitted on 2/4/16; CRW N Jones picked up on 2/5/16; Cermak said the "issue is- previously been grieved"; thus, did not address medical issue. No Nitro on medical cart; had to walk to Cermak ER, 1 mile with chest pain. | Had to walk to Cermak ER, a mile, for Nitro or vitals after c/o chest pains b/c no Nitro on medical cart or staff at dispensary |
| Cook County Grievance (Control # 2016 x 2900) | 3/29/16 b/w 4am to 6am | Never Received | Never Received | Never Received | p. 1037 | | Dukes submitted on 3/31/16; CRW picked up on 4/4/16; he was leaving to go to court early and he asked the nurse for Nitro and she said "no"; 3/25/16- Shefel noted that he no "medical documentation" and no "change in condition"; no issue basically. | |
| Cook County Grievance (Control # 2016 x 2900) | 3/29 16 at 5:30 pm BCDC after court | Received after 2 hr 30 min delay | 7:50 p.m. | 2 hr 20 min | p. 337 | p. 1004 | Repeatedly asked for medication while in BCDC bullpen; Dukes submitted on 3/31/16; CRW Chestine collected on 4/4/16; Lieutenant Lewis said he would look into on 4/25/16. | |
| Cook County Grievance (Control # 2016 x 2899) | 4/1 16 b/w 12:45 p.m. and 2:00 p.m.- living unit; Div BCCC, 1E | Received after 1 hr min delay | received 2 doses at 12:36 p.m. and 1:14 p.m. | 51 minutes | pp. 340-41 | p. 1043 | Dukes submitted on 4/8/16; CRW Chestine collected on 4/10/16; Cermak signed 4/10/16, Shefel upheld on 5/25/16 | |