Page 1

```
 1          IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION
 3
    WILLIAM DUKES,                    )
 4                                    )
                 Plaintiff,           )
 5                                    )
       v.                             )   17-CV-7095
 6                                    )
    COOK COUNTY SHERIFF'S OFFICE;     )
 7  THOMAS J. DART, in his            )
    official capacity as Sheriff      )
 8  of Cook County, Illinois;         )
    COOK COUNTY, ILLINOIS;            )
 9  MEDICAL DIRECTOR OF CERMAK        )
    HEALTH SERVICES OF COOK           )
10  COUNTY in his or her official     )
    capacity; DIRECTOR OF             )
11  NURSING OF CERMAK HEALTH          )
    SERVICES OF COOK COUNTY, in       )
12  his or her official capacity;     )
    M. ADDISON; E. ALTMAN;            )
13  J. ARIAS; M. BOZYK;               )
    N. BUCHANAN-SMITH; R. FOSTER;     )
14  C. GALINDO; J. MERAZ;             )
    W. PARTEE; Z. PERRY;              )
15  A. QURESHI; W. RIVERA;            )
    J. RODRIGUEZ; D. SALMON;          )
16  S. TAYLOR; J. TORRES;             )
    L. TORRES; C. ANDREWS;            )
17  A. BLOODWORTH; Q. DUNMARS;        )
    P. GREEN; S. JAMES; L. LOCKE;     )
18  S. PRATT; and D. TRIPLETT;        )
                                      )
19            Defendants.             )
    _____)
20
21                    DEPOSITION OF
22                    WILLIAM DUKES
23                  January 24, 2022
24
25
```

Page 2

1     The deposition of WILLIAM DUKES, taken on
2 behalf of the defendants in the above-entitled
3 case before Debra L. Kleszyk, a Certified
4 Shorthand Reporter within and for the State of
5 Illinois, taken remotely via videoconference
6 on January 24, 2022, commencing at 11:04 a.m.,
7 pursuant to the Federal Rules of Civil Procedure.
8 The witness was located with his counsel at
9 One North LaSalle Street, Chicago, Illinois.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1     A P P E A R A N C E S
2
3 MAUCK & BAKER, LLC
   BY: MS. KIRSTIN M. ERICKSON
4 One North LaSalle Street, Suite 600
   Chicago, Illinois 60602
5 (312) 332-2400
   kerickson@mauckbaker.com
6
    Appeared via videoconference on behalf
7    of Plaintiff
8
9
   DeVORE RADUNSKY, LLC
10 BY: MR. TROY S. RADUNSKY
   20 North Clark Street, Suite 525
11 Chicago, Illinois 60602
   (312) 300-4479
12 tradunsky@devoreradunsky.com
13    Appeared via videoconference on behalf
    of Defendants
14
15
16 COOK COUNTY STATE'S ATTORNEYS OFFICE
   BY: MS. MIA BUNTIC
17 50 West Washington Street, Suite 2760
   Chicago, Illinois 60602
18 (312) 603-1434
   mia.buntic@cookcountyil.gov
19
    Appeared via videoconference on behalf
20    of Defendants
21
22
23
24
25

Page 4

1     A P P E A R A N C E S, cont.
2
3 LAW OFFICES OF JOHN C. COYNE
   BY: MR. JOHN C. COYNE
4 53 West Jackson Boulevard, Suite 1750
   Chicago, Illinois 60604
5 (312) 929-4308
   jcc@johncoynelaw.com
6
    Appeared via videoconference on behalf
7    of Defendants N. Buchanan-Smith and
   E. Altman
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 5

1     I N D E X
2
3 WITNESS: WILLIAM DUKES
4 EXAMINATION          PAGE
5 By Mr. Radunsky   6, 309, 320, 368, 386
6 By Ms. Buntic      276, 319
7 By Mr. Coyne       283
8 By Ms. Erickson    322, 384
9
10
11
12     INDEX OF EXHIBITS
13 EXHIBIT   DESCRIPTION      MARKED
14 Exhibit 1   grievances       147
15       (Bates CCSAO Dukes 00963
16       through CCSAO Dukes 01207)
17
18
19
20     STIPULATION
21 The parties stipulated to waive any objections to
22 the validity of the oath administered remotely.
23
24
25

2 (Pages 2 - 5)

Page 6

1    (The witness was duly
2    sworn.)
3        WILLIAM DUKES,
4    called as a witness herein, having been
5    first duly sworn, was examined and
6    testified as follows:
7        EXAMINATION
8        BY MR. RADUNSKY
9    Q.   You said it's okay if I call you
10   William?
11   A.   Yes.
12   Q.   Okay. Thanks, William, I appreciate
13   it.
14       Have you ever given a deposition
15   before?
16   A.   Yes. But it's been a while.
17   Q.   Okay. But you've done it before where
18   there's been a court reporter there and a bunch of
19   lawyers asking you questions similar to what we're
20   going to be doing here today?
21   A.   Yes.
22   Q.   All right. Then -- and I'm sure
23   Kirstin has gone over a lot of the rules with you,
24   so I'm going to cut to the chase and just go over
25   a couple of them for you, just the more important

Page 7

1    ones. Okay?
2    A.   Okay.
3    Q.   All your answers have to be out loud.
4    No uh-uh or uh-huh or shake of the head. Okay?
5    A.   Yes.
6    Q.   I don't want you answering a question
7    that you don't understand. Okay?
8    A.   No problem.
9    Q.   If you don't understand something,
10   just ask me, and I'll rephrase it. Is that fair?
11   A.   Yes.
12   Q.   Can we agree, William, that if you
13   answer a question I can assume that you understood
14   the question?
15   A.   Yes. If I don't, I'll ask you to
16   clarify it.
17   Q.   Yeah. Exactly.
18       Deb, our court reporter, as
19   talented as she is, and she is extremely talented,
20   can only take down one person talking at a time.
21   So I know -- I know, William, there's going to be
22   times where you're going to anticipate where I'm
23   going with my question. Just let me finish, and
24   I'll let you give your complete answer before I
25   ask my next question, and we'll have a nice clean

Page 8

1    transcript. Okay?
2    A.   Yes, sir.
3    Q.   Okay. We'll take breaks. You know,
4    usually I like to take them about every hour.
5    This dep is only probably going to take a few
6    hours, so I imagine we'll take a couple breaks.
7    But if you want to take one, just let us know.
8    Okay?
9    A.   Okay.
10   Q.   All right. We just can't -- William,
11   in the middle of a question you can't take a
12   break. All right? You've got to answer the
13   question first. Fair enough?
14   A.   Yes.
15   Q.   All right. Last rule, all right, and
16   this is just because we're doing it on Zoom, God,
17   if something happens with the technology where you
18   can't hear us or we get frozen or something weird
19   happens, will you let us know?
20   A.   (Indicating.)
21   Q.   Okay.
22   A.   Yes.
23   Q.   That's great. And then we'll do the
24   same --
25   A.   I'll do this with my arms.

Page 9

1    Q.   Perfect. I mean, and if we notice an
2    issue, we'll re-ask the question and we'll do
3    whatever we need to do so that we can have a clear
4    transcript. Okay?
5    A.   Yes.
6    Q.   All right. I'm glad that you're with
7    Kirstin. So you're using computer at her office.
8    Is that right?
9    A.   Correct.
10   Q.   Good. So if something goes wrong with
11   the technology, she's right there and can help
12   out. Right?
13   A.   Yes.
14   Q.   Okay. Now, I saw in your answers to
15   interrogatories that you're currently living at
16   6234 North Washtenaw, W-a-s-h-t-e-n-a-w, Avenue on
17   the third floor --
18   A.   Correct.
19   Q.   -- in Chicago. Is that right?
20   A.   Correct.
21   Q.   Okay. Your date of birth is
22   December 16, 1967?
23   A.   Yes.
24   Q.   All right. And the last four digits
25   of your Social Security number are 2472?

3 (Pages 6 - 9)

1    A.   Yes.
2    Q.   You're single?
3    A.   Yes.
4    Q.   All right.  And you have a valid
5  Illinois driver's license?
6    A.   No, sir.
7    Q.   Okay.  I have a driver's license
8  number here.  Is that an identification number or
9  is that an old driver's license number for you?
10    A.   The number, does it end with a D or
11  begin with a D?
12    Q.   It ends with a D.
13    A.   That's a state ID.
14    Q.   That's what I thought.  Okay.  So it's
15  a state ID?  It's not a driver's license?
16    A.   No.
17    Q.   Okay.  No problem.
18       Do you go by any other aliases
19  other than William Dukes?
20    A.   Occasionally Bill.
21    Q.   Okay.  Any other last names?
22    A.   No.
23    Q.   Okay.  What did you do, William, before
24  your deposition today to prepare?  Anything?
25    A.   No.  Just basically went over the

1  rules and that was it, the rules you stated
2  earlier.
3    Q.   Did you review any documents at all
4  before your dep?
5    A.   No, sir.
6    Q.   Okay.  I'm imagining, and I don't want
7  to know what you and Kirstin talked about, did you
8  meet with your lawyer?
9    A.   A little over a month ago, I believe.
10    Q.   Okay.  Now, have you, William, ever
11  seen any video of any of the incidences that are
12  the subject of your grievances?
13    A.   No.
14    Q.   When is the last time you actually
15  reviewed your grievances that the parties
16  exchanged in discovery?  And there's quite a
17  number of them.  Do you remember the last time you
18  would have seen those?
19    A.   The last time I would have seen them
20  would have been prior to July 11, 2019.
21    Q.   Okay.  So it's been a few years?
22    A.   Yes.
23    Q.   All right.  I'm imagining you probably
24  don't have a great recollection of all those
25  grievances.  We'll take a look at some of them

1  today.
2    A.   Okay.
3    Q.   Would you agree with me, William, most
4  of them relate to sort of what we're talking about
5  in this lawsuit in that they're related to
6  indifference -- allegations related to
7  indifference to your medical needs, not getting
8  medication in a timely manner, things like that?
9    A.   Yes.
10       MS. ERICKSON:  Objection.  He hasn't
11  seen them in a couple years, so he can't really
12  testify to that, can he?
13       MR. RADUNSKY:  I'm just asking about
14  his personal knowledge, his memory.
15       MS. ERICKSON:  Okay.
16       MR. RADUNSKY:  Mm-hmm.  Kirstin, you
17  can tell him to answer.  I don't want to tell him.
18  You're his lawyer.  Do you want to tell him to
19  answer?
20       MS. ERICKSON:  Yeah.  Go ahead,
21  Mr. Dukes.
22       THE WITNESS:  The basis of this
23  lawsuit, yes, is medical indifference and refusal
24  to provide me medication and medical treatment.
25       ///

1  BY MR. RADUNSKY:
2    Q.   And I noticed and what I was asking
3  before, William, is that a lot of the grievances
4  that you filed, do you recall, between 2015 and
5  2017 when you were at the Cook County Jail related
6  to similar issues as what is the subject of your
7  lawsuit today?
8    A.   I believe so, yes.
9    Q.   Okay.  Have you at any time, William,
10  reviewed any of the Cook County Jail policies and
11  procedures that I gave to your lawyer in this
12  case, for instance, on medication distribution and
13  administration or on emergency care?  Have you
14  seen any of those?
15    A.   No.
16    Q.   Okay.  At any time when you were ever
17  at the Cook County Jail up until the time that you
18  left, did anybody ever explain to you what the
19  jail policies and procedures were related to
20  medical needs, medical care, and grievances,
21  things like that?
22    A.   At Cook County, they had signs if you
23  need medication or medicine or to see a doctor,
24  fill out a request form, medical request.  That I
25  did.  What I know as far as their policy is what I

Page 14

1  read in their -- years ago they had a dissent
2  decree because they had the same issue a decade
3  prior --
4      Q.  A consent --
5      A.  -- a few years --
6      Q.  You're saying a consent decree?
7      A.  Yeah.
8      Q.  Okay.
9      A.  It was 2008.  The federal government
10  went in and investigated the jail.  A hundred
11  pages of violations.  And that's how I knew that
12  they were supposed to give me my medication by the
13  next scheduled dose.  And they never did.
14      Q.  So did you read the 2008 consent
15  decree, the whole thing?
16      A.  Yeah.  All hundred and I believe --
17  it's in excess of a hundred pages, I know that.
18      Q.  Okay.  And did you have any questions
19  about it?  Did you ask any of the officers or any
20  of the administrators at the jail or medical
21  personnel any questions about it?
22      A.  No, I didn't read the consent decree.
23  I read the report issued by the federal
24  government, I don't know who, marshals, Department
25  of Justice, whoever wrote it.  That's the one I'm

Page 15

1  talking about I read.  I didn't read the actual
2  consent decree.
3      Q.  Before your deposition today, did you
4  speak to any witnesses in this case about your
5  lawsuit?
6      A.  No, sir.
7      Q.  Now, I had noticed, William, that you
8  also filed several other lawsuits before this one
9  in federal court.  Is that right?
10      A.  Yes, I have.
11      Q.  All right.  I saw that you filed four
12  or five other federal lawsuits prior to the one
13  that we're discussing here today.  Is that right?
14      A.  I don't know if it was that many.
15      Q.  Okay.  I found --
16      A.  I recall two.
17      Q.  I found I think five other lawsuits
18  that were filed in federal court between 2008 and
19  2013.
20      Q.  Five?
21      A.  Mm-hmm.  I found five.
22      A.  I remember the dental.
23      Q.  I found --
24      A.  And one with the gall bladder.
25      Q.  Mm-hmm.

Page 16

1      A.  And that's it.  That's the only ones I
2  remember.
3      Q.  Was there another one where you filed
4  a lawsuit because an inmate attacked you back in
5  2009?
6      A.  I believe so.
7      Q.  Okay.
8      A.  I mean, it sounds familiar.  I didn't
9  remember filing a lawsuit on it.
10      Q.  Do you remember suing the Illinois
11  Department of Corrections or Pontiac prison back
12  in 2013 for deliberate indifference to your
13  medical needs?
14      A.  Yes.  They left me suffering a heart
15  attack for three hours --
16      Q.  Okay.
17      A.  -- before they called --
18      Q.  I just want to know if you remembered
19  the lawsuit.  You do?  You do remember the
20  lawsuit?
21      A.  That one I do remember.  I thought you
22  were talking about Cook County.
23          MS. ERICKSON:  Mr. Dukes, just answer
24  the question.  Just answer what he asks.  Okay?
25          THE WITNESS:  Okay.

Page 17

1  BY MR. RADUNSKY:
2      Q.  You're doing fine, William.  It's
3  okay.  She's right.
4          Do you remember how the Pontiac
5  lawsuit that you filed in 2013 was resolved?
6      A.  It was dismissed.
7      Q.  In that lawsuit, William, you had
8  alleged that you were not being provided proper
9  medical care for your cardiac chest complaints.
10  Correct?
11      A.  For the one issue with the -- when I
12  had the heart attack, yes.
13      Q.  Okay.  Do you have any other lawsuits,
14  William, besides the ones that we've been talking
15  about the last few minutes?
16      A.  For -- what do you mean?  I don't
17  understand.
18      Q.  Okay.  We talked --
19      A.  Lawsuits for?
20      Q.  Yeah.  We talked about that you filed
21  at least four other lawsuits:  The one for the
22  dental care, the one for the abdominal pain, the
23  one against Pontiac, and the one against the other
24  inmate.  I'm asking you, other than those four
25  lawsuits, have you filed any other lawsuits, not

5 (Pages 14 - 17)

Page 18

1  including this one?
2      A.  I have a pending suit in the federal
3  court with wrongful conviction.
4      Q.  Do you know when that was filed,
5  William?
6      A.  I'm not sure.  The lawyers are
7  handling all of that.  It's still in limbo.
8      Q.  Did it --
9      A.  It's with the law firm.
10     Q.  Was it filed -- I mean to your
11 knowledge -- and if you don't know, you don't
12 know.  That's something I should tell you.  Do not
13 guess.  All right?  I mean, I'm not asking you to
14 guess.  All right?  So I just want to know based
15 on your personal knowledge.  Do you know if it has
16 been filed since 2019?
17     A.  Yes, it has been.  It was after 2019.
18     Q.  Did you give a deposition in that
19 case?
20     A.  No.
21     Q.  Okay.  And other than the wrongful
22 conviction lawsuit that you filed in 2019 or some
23 time thereafter, are there any other pending
24 lawsuits that we haven't talked about?
25     A.  No.

Page 19

1      Q.  What's the basis of the wrongful
2  conviction lawsuit, William?
3      A.  Dirty Cicero cops.  Wrongful
4  conviction.
5      Q.  No, I guess I -- let me ask you
6  differently.  That's a terrible question.
7          In order to file that lawsuit for
8  wrongful conviction, you had to be convicted of
9  something.  What were you convicted of that was --
10 in your mind was wrongful?
11     A.  Homicide.
12     Q.  When did that -- when did the alleged
13 homicide take place?
14     A.  '92 or '93.  '93.
15     Q.  Take me through, I mean, what happened
16 in that case that led to the dismissal of it.
17     MS. ERICKSON:  Objection.  This is all
18 irrelevant to the current matter.
19     MR. RADUNSKY:  You can answer -- go
20 ahead.  I don't want to tell him he can answer.  I
21 understand what you're saying.  I'm not going to
22 spend a lot of time on this.
23     MS. ERICKSON:  You can answer,
24 Mr. Dukes.
25     THE WITNESS:  I won my appeal, went

Page 20

1  back to Cook County as a pretrial detainee in
2  November 2015, and when it was set for trial we
3  decided to ask the judge just to read the trial
4  transcripts from the first trial and compare the
5  State's so-called evidence.  And she came back
6  with a not-guilty-you're-free-to-go.
7  BY MR. RADUNSKY:
8      Q.  Okay.  So when you were at the Cook
9  County Jail between 2015 and 2017, it was related
10 to the appeal of your conviction for homicide?
11     A.  I was a new trial -- a pretrial
12 detainee again.
13     Q.  Okay.  Did you have to undergo -- did
14 you undergo a new trial or was the case just
15 thrown out?
16     A.  I didn't undergo -- we stipulated to
17 the -- I guess it was a -- it wasn't a jury trial.
18 We stipulated to some type of trial, and that was
19 just the judge reading the transcripts from the
20 first trial, comparing the State's so-called
21 evidence to those transcripts.  And she come back,
22 "How did this happen?"  That was her basic 12-page
23 decision.  She said --
24     Q.  When was your conviction --
25     A.  -- I was free to go.

Page 21

1      Q.  Sorry.  I didn't mean to interrupt.
2          When was your conviction over-
3  turned?
4      A.  November 2014.  I had to go back for
5  some procedural issues in ultimately November
6  2015.
7      Q.  Okay.
8      A.  That's when I was transferred back to
9  Cook County as a pretrial detainee.
10     Q.  Well, what I'm trying to figure out, I
11 mean, if your conviction has been overturned, why
12 are you a detainee at the Cook County Jail during
13 that period of time?  Or are you waiting for it to
14 be overturned during that two-year period?
15     A.  The appeal court said I get a new --
16 said I was entitled to a new trial.
17     Q.  Okay.  And so you're not -- you're
18 not --
19     A.  And I had to sit in Cook County for
20 three and a half years.
21     Q.  That's what I'm saying.  So you're not
22 released during that time.  You are still a
23 detainee during that process.  Correct?
24     A.  Yes.
25     Q.  Okay.  Other than what we've seen,

6 (Pages 18 - 21)

Page 22

1 William, in your grievances and the statements
2 that you've given in your grievances at the Cook
3 County Jail, have you given any other written
4 statements about matters involved in this lawsuit?
5    A.   No, sir.
6    Q.   Now, in the last ten years, have you
7 been convicted of any felonies or misdemeanors
8 involving fraud or dishonesty?
9    A.   No.
10    Q.   How long have you been living at the
11 address on Washtenaw?
12    A.   June will be two years.
13    Q.   And when were you released from the
14 Cook County Jail?
15    A.   3:30 p.m. July 11, 2019.
16    Q.   It's funny, because I actually thought
17 that that's the kind of answer -- what I was going
18 to say, I was going to say that would be the type
19 of answer that you would give when I asked you the
20 date your conviction was overturned.  But you --
21    A.   That was 12:30 the same day.
22    Q.   Yeah.  Okay.  Now, really, really
23 fast, back in 2015-2017 can you tell me what your
24 height and weight were approximately?
25    A.   Height was always the same, 6 foot.

Page 23

1 260 to 275.
2    Q.   What's your educational background?
3 Where did you go to high school?
4    A.   Florida.
5    Q.   What high school in Florida?
6    A.   I got a GED.
7    Q.   And did you go on to any other higher
8 education after you got the GED in Florida?
9    A.   Associate's degree, general science.
10 And a couple vocational certifications.
11    Q.   Where?  What school?
12    A.   I can't remember the names.  There
13 were several different schools.  I can't remember
14 the names.  They're just basically community
15 colleges.
16    Q.   Are these in Florida?
17    A.   No.  They were here in Illinois.
18    Q.   And what were you studying?
19    A.   I certified in horticulture, auto body
20 repair, and custodial maintenance.
21    Q.   Where were you born and raised?
22    A.   Chicago, Illinois.  Bolingbrook,
23 Florida, back to Chicago.
24    Q.   Okay.  This is kind of an odd
25 question, but let me ask you.  Do you any

Page 24

1 background, experience, or training in medicine or
2 anything medical?
3    A.   No.
4    Q.   William, when you got to the Cook
5 County Jail back in -- well, let me back up.
6       Your complaint is alleging
7 incidences between November 2015 and I think
8 November 2017 in the 12 times that you would go
9 back and forth to the Cook County Jail.  Is that
10 right?
11    A.   I think this goes all the way to 2019.
12    Q.   When I read your complaint --
13       MS. ERICKSON:  Mr. Dukes, if you don't
14 know, just say you don't know.
15 BY MR. RADUNSKY:
16    Q.   Yeah, and that's okay --
17    A.   No.
18    Q.   And, William, listen, I can put it on
19 the screen.  But I'm going to read to -- I'm not
20 going to, unless your lawyer wants me to or I
21 will.
22       Paragraph 54 of your lawsuit, your
23 third amended complaint, it says:  As a pretrial
24 detainee, plaintiff was temporarily transferred to
25 the Cook County Department of Corrections

Page 25

1 approximately 12 times between November 2015 and
2 November 2017 to attend court proceedings.
3       Is that truthful?
4    A.   Yes.  That would be truthful.  It's
5 about 12 times I was transferred back and forth.
6    Q.   Okay.  I'm more concerned, William,
7 about the time frame that you were there.  I'm
8 talking about this two-year time frame between
9 November 2015 and November 2017.  I mean, are we
10 in agreement that that's the time frame that's the
11 subject of your lawsuit?
12    A.   Yes.
13    Q.   Okay.  Okay.  Thanks.
14    A.   That's what's on the paper.  Sorry.
15    Q.   Yep.  That's okay.  I just wanted to
16 clarify because you had mentioned 2019 and so I
17 was -- I just wanted to reference your complaint.
18 And I think now we understand each other what the
19 time frame is.  You agree?
20    A.   Yes.
21    Q.   Okay.  So, William, I know this goes
22 back six years now at this point, and so if you
23 can remember, great.  If you can't, again, I don't
24 want you to guess.
25       But when you were first at the Cook

7 (Pages 22 - 25)

Exhibit B

Page 26

1 County Jail for the first time back in November of
2 2015, did they give you like an inmate handbook of
3 any kind?
4    A.   They gave me a little folding pamphlet.
5 I remember that.
6    Q.   Did they -- in that folding pamphlet,
7 what was it, just like a few pages?
8    A.   Yeah.  It was probably two or three
9 pages folded in half.
10    Q.   Do you remember what it said on it
11 generally?  I don't mean word for word.  But what
12 was its contents?
13    A.   Basically if you need help, from what
14 I remember, it would tell you to fill out a
15 medical request for medical services and that
16 Cermak handled the medical services.  In an
17 emergency, contact the guard.  Depending on
18 whatever the emergency, contact the guard.  That's
19 the general that I remember getting from it.
20    Q.   As far as the grievance policy, was
21 that information also contained in that two-to-
22 three-page pamphlet that you got?
23    A.   It might have been.  I don't remember.
24    Q.   Do you remember how you learned how to
25 file a grievance, follow that procedure?

Page 27

1    A.   Other inmates.
2    Q.   Okay.  And you just can't recall if
3 the pamphlet that you received that you described
4 earlier also contained information about how to
5 properly file a grievance?
6    A.   No, I don't know if it did or not.  I
7 can't remember.
8    Q.   When you got --
9    A.   I do remember --
10    Q.   Go ahead, Bill.  I interrupted you.
11    A.   It was in English, Spanish, and
12 Polish, I think.
13    Q.   When you received it, did you sign it?
14    A.   I don't remember if I signed the
15 pamphlet.  It was something they give you, like,
16 to take with you.
17    Q.   I guess what saying is, did they ask
18 you to sign anything to show that you had received
19 that, the pamphlet, with the information regarding
20 the jail policies and procedures?
21    A.   They -- how do I say this?  They don't
22 ask you to sign anything.  They tell you to sign
23 stuff.  And if you stop to read it, they get mad.
24 So it's basically sign whatever they put in front
25 of you.

Page 28

1    Q.   Okay.
2    A.   So I may have signed that I received
3 something.  I don't know.  I don't remember.
4    Q.   Other than that written pamphlet that
5 you described earlier, did you receive any other
6 information from the jail about their policies and
7 procedures related to medical treatment or medical
8 care or medication distribution?
9    A.   No.  If you ask a guard, they tell you
10 talk to a nurse or fill out a medical request.
11 And then you ask for a request, they wouldn't have
12 them half the time.
13    Q.   So if you had a question, for
14 instance, about a medical issue or medication
15 distribution, the guards would tell you
16 essentially to fill out a form and to go talk to
17 somebody at Cermak?
18    A.   Yeah.  Or talk to the nurse when she
19 comes for med pass.  And then the nurse, their
20 general answer was fill out a medical request.
21 They'd ignore it.
22    Q.   When you say medical request, I mean,
23 I'm going to use something, a little more formal
24 term.  Is it called a health services request
25 form?

Page 29

1    A.   That sounds familiar.
2    Q.   Is it a form that you would fill out
3 just sort of saying that you wanted to see a
4 doctor, check a couple boxes, and explain what
5 your complaints were?
6    A.   Yes.  If I remember correctly, it was
7 a yellow piece of paper they give you.
8    Q.   When you were given either the
9 pamphlet or received information from inmates
10 about the policies and procedures or you spoke to
11 officers about it from time to time, or even
12 medical personnel as you pointed out, did anybody
13 -- strike that.  Strike that.
14         When you spoke to anybody,
15 including inmates or medical personnel or officers,
16 about jail policies, did you ever tell them that
17 there was anything that you didn't understand
18 after they explained it to you?
19    A.   I remember telling them I don't
20 understand why I have to wait if I'm having chest
21 pains to get medicine that they knew I was taking
22 when I came in.
23    Q.   Other than that, did you have any
24 other questions as far as how to follow the
25 procedure or policies with respect to seeing

8 (Pages 26 - 29)

Page 30

1 medical personnel?

2     A.   The procedure I was -- understood from

3 the guards, the nurses, and other inmates was you

4 fill out the yellow medical request form, or the

5 healthcare form you said, and you put it in a box

6 on the living unit and you wait for a nurse to

7 come pick it up in a day or two or three 'cuz

8 sometimes you could see the -- it's a black metal

9 box mounted to the wall. There's one there for

10 grievances. There's one there for medical

11 requests.

12          And you could -- I'd put it in

13 there sometimes and you could tell it was full.

14 I'd fold it and put it in there and I'd put an X

15 on the paper and shove it down in the box. And

16 you could sit there -- it's sitting there three or

17 four days.

18     Q.   Okay.

19     A.   And you'd file a complaint with one of

20 the supervisors or talk to a sergeant. "Oh, they

21 empty that every night." That's the same paper I

22 put in there. I'd point to the box and say,

23 "That's the same paper I put in there three days

24 ago. See the X?" I marked the corner of it.

25     Q.   As far as -- as far as how to go about

Page 31

1 filling out that form and where to put it in that

2 procedure, not what happened afterwards, but just

3 what you were supposed to do on your end, it

4 sounds like you had a really good understanding of

5 that policy. Right?

6     A.   Yeah. Once they told me how to do it.

7 You fill out the form, you put it in the box, and

8 you wait.

9     Q.   As far as the wait time, did you ever

10 ask any of the officers or medical personnel why

11 there would be a wait?

12     A.   Yes. Especially since I had known

13 heart issues. I've had -- I had a heart attack

14 prior to that. I came in; they knew I had a hard

15 attack prior to that. They knew what medications

16 I was on because when they sent me back from the

17 IDOC to Cook County Jail they gave them a list.

18 They transported me from the Illinois -- the

19 Illinois Medical Center hospital. I had to go

20 there first for -- from IDOC to take me to a

21 cardiologist for a stress test and everything.

22 They came with complete medical records and gave

23 them to the intake personnel at the Cook County

24 Jail --

25     Q.   When you arrived --

Page 32

1     A.   -- when I came in.

2     Q.   When you arrived at the Cook County

3 Jail in November of 2015 that first time, did they

4 -- did medical personnel examine you?

5     A.   I remember going through a medical

6 line where they took my weight and height and

7 general information. They sent me to talk to a

8 medical technician or paramedic, whatever they

9 call them. And then that was it. You'll get your

10 medication in the division.

11     Q.   Okay. My question was --

12          (Unreportable simultaneous

13          speaking.)

14 BY MR. RADUNSKY:

15     Q.   My question was a little bit different

16 though, William. I just want to know when you

17 first got there in November 2015 and they booked

18 you into the jail, did medical personnel examine

19 you and your medical condition? And it sounds

20 like you're saying they did.

21     A.   I'm trying to explain. It's like

22 sitting across the desk from somebody, they asked

23 me a few medical questions, what medications I'm

24 on. I said -- I told them.

25     Q.   Okay.

Page 33

1     A.   I even had the medications with me

2 from the IDOC. And they took them. They said --

3     Q.   Go ahead. Sorry.

4     A.   They said they would give them to me

5 in the division wherever I was housed and med

6 pass.

7          I never got half those medications

8 back. I didn't get any of those medications they

9 took back. But they never reissued new

10 prescriptions, Cermak, I do remember that, for

11 half the medications I was on. That took weeks.

12     Q.   I'm really just talking about, I mean,

13 the very first time that they're taking you into

14 the jail and they're doing this initial

15 consultation with you. How long did that

16 consultation last, William, that first --

17     A.   As long as --

18     Q.   -- time?

19     A.   Oh, I'm sorry.

20     Q.   That's all right.

21     A.   As long as it took you to ask me this

22 last question how long did it last. They'd ask me

23 what medications you're on. I listed off nine --

24 eight or nine medications. And then I told them I

25 had high blood pressure, I had heart disease, I

9 (Pages 30 - 33)

Page 34

1  had a stent in the right circumflex artery within
2  the last two or three -- two years at the time I
3  believe it was, and --
4      Q.   Did they take your blood pressure or --
5      A.   -- I had gall bladder surgery.  I told
6  them all of that.
7      Q.   Did they take your blood pressure?
8      A.   I think they did.  I don't remember if
9  they did or not.
10     Q.   Okay.  I don't want you to guess, I
11  mean, if you can remember -- if you can't
12  remember.
13          So other than talking to them and
14  telling them what medications that you were taking
15  before you arrived at the Cook County Jail and now
16  knowing that they took your blood pressure
17  possibly, do you remember them doing any other
18  examination?
19     A.   No, I don't.
20     Q.   Okay.  Before 2012 when you had the
21  heart attack, which we'll talk about later, did
22  you have any other prior medical history or
23  cardiac issues or respiratory problems?
24     A.   Mild asthma.  That was it.
25     Q.   Were you treating for that?

Page 35

1      A.   I think I had an asthma pump at the
2  time.  I don't remember.
3      Q.   How often would you --
4      A.   Like I said, it was mild and rare.
5      Q.   How often would you experience asthma
6  before you had a heart attack?
7      A.   Infrequent.  Maybe once every couple
8  months.
9      Q.   Other than the asthma medication, were
10  you treating with a cardiologist or anybody for
11  your respiratory condition?
12     A.   No.
13     Q.   Did you -- do you have a primary care
14  physician yourself in --
15     A.   Back then, no.
16     Q.   -- 20 -- that's what I was going to
17  ask you.  Back then.  Okay.  Your family --
18          MR. COYNE:  What year was that?  I'm
19  sorry, Troy, you got cut off.  What year was he --
20          MR. RADUNSKY:  Yeah, let me ask it
21  again.  That's fine.
22  BY MR. RADUNSKY:
23     Q.   Back in -- strike that.
24          Before 2012 did you have a primary
25  care physician, William?

Page 36

1      A.   Yeah.  People at Cook County Jail.
2      Q.   I'm asking --
3      A.   I'm a pretrial detainee.
4      Q.   No, no, no.  Before that.  Did you
5  have your own primary care family physician before
6  Cook County Jail?
7      A.   Before 2012?
8      Q.   Yes.
9      A.   From 2004 to 2012, I was in the Cook
10  County Jail.  I don't -- I didn't have a primary
11  care before that.
12     Q.   Why were you in the Cook County Jail
13  for those eight years?
14     A.   Eight and a half.  This case.  The
15  homicide case.
16     Q.   Did your family have a history of
17  cardiovascular problems or cardiac issues?
18     A.   No.
19     Q.   How old were you when you first
20  experienced a cardiac episode?
21     A.   2012.  Forty-four.
22     Q.   What happened?
23     A.   I was talking on the phone.  I stood
24  up and just felt like somebody kicked me in the
25  back and the chest at the same time.  I lost my

Page 37

1  breath.  And I went and informed personnel -- or
2  security personnel at Pontiac.  And they called
3  the nurse 'cuz the officer that was on charge of
4  the desk that day had known me that I -- he said,
5  "Yeah, I'll call them."  He knew I didn't play
6  games like that.  If I told him I was sick, I was
7  sick, something is wrong.
8      Q.   All you were doing -- all you were
9  doing, William, was just on the phone?
10     A.   I was on the phone.  I stood up, and
11  that was it.
12     Q.   And this was at Pontiac at the time?
13     A.   Yes.
14     Q.   Why were you -- why were you in
15  Pontiac?
16     A.   Because of the homicide case.  That's
17  where I was fighting my appeal.
18     Q.   How long were you in Pontiac for?
19     A.   Three and a half years.
20     Q.   What years were those, if you can
21  remember?
22     A.   2012 through '15.
23     Q.   So other than the asthma, William, put
24  that aside, had you ever experienced any chest
25  pain, wheezing, nausea, sweating, lightheadedness,

10 (Pages 34 - 37)

Page 38

1 fatigue before 2012?
2    A.   No.
3    Q.   I noticed in your medical records or
4 some record that you are a cigarette smoker or
5 were.  Is that right?
6    A.   Yes.
7    Q.   Are you still smoking cigarettes
8 today?
9    A.   No.  I use tobacco but not -- I chew
10 it.
11   Q.   When did you quit smoking cigarettes?
12   A.   August 1, 2005.
13   Q.   Before you quit -- and congratulations
14 for quitting -- what were you smoking?  Like, what
15 kind of cigarettes?  What brand?
16   A.   Marlboro.
17   Q.   You don't have to tell me the exact
18 amount because I don't know if you can remember,
19 but, I mean, how many cigarettes a day were you
20 smoking back then?
21   A.   About half a pack.  A pack would last
22 two to three days.
23   Q.   And you haven't smoked in like, what,
24 16 years?
25   A.   I tried it once I got out.  Don't like

Page 39

1 it.
2    Q.   But you're using chew, chewing tobacco?
3    A.   Yeah.
4    Q.   Okay.  What brand?
5    A.   I use cigarette tobacco called Kite.
6 It's not the moist snuff or nothing like that.  I
7 just -- a little bit and five minutes or less and
8 I'm done.
9    Q.   Every day?
10   A.   Sometimes not.
11   Q.   Okay.  How frequently --
12   A.   A pack a week.
13   Q.   I'm sorry?
14   A.   Five days a week roughly.
15   Q.   Okay.  Do you smoke marijuana?
16   A.   No.
17   Q.   What about before your heart attack?
18   A.   Not in 15 years.
19   Q.   Well, when you say not -- okay.  So
20 you haven't smoked marijuana since 2005?
21   A.   No.  The first heart attack was
22 2000-and -- October 2012.  So '97, '96, '97.
23   Q.   That was the last time?
24   A.   Yeah.
25   Q.   At that time were you a heavy

Page 40

1 marijuana smoker?
2    A.   No.  It had probably been a couple
3 years prior to that since I had smoked before
4 that.
5    Q.   Had you ever in this 15-year period,
6 William, sort of fallen off the wagon with the
7 cigarette smoking, I mean, ever, you know, start
8 smoking again after a long layoff?
9    A.   August 1, 2005, they took the
10 cigarettes out of the Cook County Jail.  They were
11 not in the Illinois Department of Corrections.
12 So, no, I didn't relapse.
13   Q.   Okay.  What about alcohol, do you
14 drink?
15   A.   Yes, I do.
16   Q.   Okay.  Do you consider yourself -- and
17 I know these are tough questions.  All right?  Do
18 you consider yourself, and I apologize, an
19 alcoholic?
20   A.   No.
21   Q.   Have you ever been -- by anybody else,
22 any doctor, therapist, been told that you're an
23 alcoholic?
24   A.   No.
25   Q.   Okay.  Do you have diabetes?

Page 41

1    A.   Yes.
2    Q.   Type one or two?
3    A.   Two.
4    Q.   When did you get that diagnosis,
5 William, do you recall?
6    A.   Between 2015 and 2017.
7    Q.   Are you treating for it?
8    A.   Yes.
9    Q.   What are you doing to control your
10 glucose?
11   A.   Diet.  Lifestyle change, well, more
12 exercise.  And pills.
13   Q.   What pills?
14   A.   Metformin.
15   Q.   Mm-hmm.  Who do you -- do you treat
16 with anybody specifically for the diabetes, like
17 an endocrinologist?
18   A.   A what?
19   Q.   Do you treat with any specific doctor
20 for the diabetes?
21   A.   Just a general practitioner that works
22 out of PCC healthcare, a community healthcare
23 organization.
24   Q.   The word I used, William, and I didn't
25 mean to laugh, is endocrinologist.  They treat

11 (Pages 38 - 41)

Page 42

1 diabetes typically. Do you treat with one?
2  A.  Not that I -- just the doctor --
3  Q.  Okay.
4  A.  -- at the community center.
5  Q.  Okay. Now, before 2012 or even since
6 2012, I mean, have you used harder drugs like
7 cocaine, heroin, meth, anything like that of that
8 nature?
9  A.  No.
10  Q.  Now, when you were at Livingston --
11 I'm sorry, at Pontiac and at Livingston, were you
12 being treated by their in-house medical
13 facilities?
14  A.  Yes. Pontiac was Wexford Healthcare.
15  Q.  Wexford Healthcare?
16  A.  Yes.
17  Q.  And what was it at Livingston?
18  A.  They had a nurse, an RN, that ran
19 their healthcare. And he would -- they have a
20 doctor come in and you'd see the doctor.
21  Q.  A much, much smaller medical facility
22 than, say, the Cook County Jail. Correct?
23  A.  It looks like about the size of the
24 room you're in.
25  Q.  I think we both -- I mean, I think you

Page 43

1 know, what, the Cook County Jail has, what, 5,000
2 inmates? Is that your understanding? Several
3 thousand?
4  MS. ERICKSON: Objection. Irrelevant.
5 He doesn't know. How would he know that?
6 BY MR. RADUNSKY:
7  Q.  Is it your understanding, William,
8 that there's several thousand inmates at the Cook
9 County Jail?
10  A.  Yeah, I believe so.
11  Q.  Okay. I don't want you to guess. And
12 I'm assuming at Livingston County Jail maybe,
13 what, a hundred or less, if that, or, you know,
14 not too much more? Do you know how big that
15 population is?
16  A.  160, I believe.
17  Q.  Wow. So you do know?
18  A.  150, 160.
19  Q.  Okay. When you were in Pontiac, how
20 did they -- how were you treated for the heart
21 attack as far as the medication you were given and
22 the stent?
23  A.  The stent was prior to me getting to
24 Livingston by several years. But when I went
25 to -- when Cook County transferred me to

Page 44

1 Livingston County
2  Q.  Hold on. I was asking about Pontiac.
3 I was wondering, I was asking about just how you
4 were treated at Pontiac following the heart
5 attack.
6  A.  Once I received the emergency -- once
7 they called the ambulance and sent me to the
8 hospital for the treatment, I got my medication
9 daily, twice daily if that's what it called for.
10 They brought it around or they gave it to me to
11 keep on my -- keep on person where I could take it
12 myself.
13  Q.  What medication was it?
14  A.  Metoprolol. Plavix. Aspirin.
15 Nitroglycerin.
16  Q.  And it's your testimony that Pontiac
17 was letting you keep these four medications that
18 you just named on your person so that you could
19 take them as needed?
20  A.  No. The Plavix and the metoprolol.
21 Metoprolol is blood pressure. And Plavix is for
22 plaque buildup in your arteries. Those they would
23 give me daily. The nurse would come around every
24 day and pass them out. You show your --
25  Q.  What about your --

Page 45

1  A.  -- ID, you take your pills.
2  Aspirin. Nitroglycerin is like an
3 asthma inhaler. It's an emergency treatment
4 medication. It's an emergency rescue medication.
5 So they let you keep that on your person.
6  Q.  And they also -- what about the
7 aspirin?
8  A.  The aspirin, too. Aspirin is just
9 over-the-counter, 81 milligram.
10  Q.  When you were at Pontiac, did anybody
11 provide you with their policies regarding
12 medication distribution and administration?
13  A.  Yes.
14  Q.  Okay.
15  A.  They had a whole -- a one-inch-thick
16 booklet of policies and procedures.
17  Q.  And in their policies and procedures
18 you were allowed to carry those medicines, aspirin
19 and nitroglycerin, on your person to use as
20 needed?
21  A.  Yes. They were in blister packs. Or
22 the bottle of nitroglycerin is very small. I was
23 allowed to keep that on my pocket -- in my pocket
24 at all times.
25  Q.  And how long were you at Pontiac

12 (Pages 42 - 45)

Page 46

1  before you went to Livingston?
2      A.  Before I went to Cook County Jail,
3  three and a half years.
4      Q.  No.  Didn't -- after Pontiac didn't
5  you go to Livingston?
6      A.  I went back to Cook County.  I was
7  transferred back to Cook County Jail --
8      Q.  Okay.
9      A.  -- as a pretrial detainee.
10     Q.  Okay.
11     A.  Cook County Jail housed me off-site at
12 Livingston County.
13     Q.  I gotcha.  Okay.
14     A.  Can I say something about Livingston
15 County?
16     Q.  Yeah, go ahead.
17     A.  When I was transferred there from Cook
18 County Jail, they -- that night, the p.m. med
19 pass, the nurse called my name to come out.
20 "What's going on?"  "Here's your medicine.  Take
21 it."  They had it ready for me.  I said, "How do
22 you know what I take?"  "Because Cook County
23 forwarded your medical records to us."  I said,
24 "Well, I take more medications than this."
25          And then I talked to the nurse the

Page 47

1  next day and their medical director.  I talked to
2  him.  And he called the doctor, and they got me
3  back on some of the other medications that Cook
4  County hadn't been providing me.
5      Q.  And you're saying Livingston had your
6  medical records from the Cook County Jail?
7      A.  Yes.  He said they get that three or
8  four days before you get there.
9      Q.  When was the last time you were at
10 Livingston County Jail?
11     A.  July 11, 2019.
12     Q.  And while you were at Livingston
13 County Jail, similar to Pontiac, they're letting
14 you carry some of the medications that you need
15 for your chest complaints on you.  Correct?
16     A.  There was no need.  It was -- like you
17 said, it was a small jail.
18     Q.  Okay.  So you could just walk up --
19     A.  You --
20     Q.  Go ahead.  I didn't mean to interrupt,
21 William.  Go ahead.  I interrupted you.  Go ahead.
22     A.  You'd push the call button on the
23 door.  The guard would answer immediately.  You'd
24 tell him, "Look, I need my medicine, I need my
25 nitro," or whatever you needed.  They'd bring it

Page 48

1  to you.  It was within minutes or less.
2      Q.  The officers would or the nurses?
3      A.  The nurse.
4      Q.  In the time that you were at
5  Livingston County jail, Was -- is the inmate
6  population at full capacity do you know?
7      A.  Generally, yes.
8          Cook County made sure they kept a
9  lot of inmates there.
10     Q.  And the reason that you would go back
11 to the Cook County Jail on these 12 different
12 occasions was to attend court proceedings?
13     A.  Correct.
14     Q.  And from what I saw, William, is it
15 right that some of these court proceedings would
16 last anywhere from a week to maybe a couple months
17 before you're transferred back to Livingston?
18     A.  Yes.
19     Q.  And it was during these occasions
20 between November 2015 and November 2017 that
21 you're interacting with the officers and the
22 nurses at the Cook County Jail regarding your
23 medical condition and your medical needs.  Right?
24     A.  Correct.
25     Q.  Now, when I looked at your lawsuit,

Page 49

1  William, it looks like that you've named as
2  defendants like about 15 different officers and
3  8 different nurses that either -- had some
4  involvement with your issues related to your chest
5  complaints following your heart attack in 2012.
6  Is that right?
7      A.  Yeah.  Following my complaints of
8  chest pain and stuff like that once I got back to
9  the Cook County Jail and they were aware of my
10 cardiac issues.
11     Q.  Do you know if the actual medical
12 personnel at the Cook County Jail spoke with the
13 medical personnel at Livingston County Jail?
14     A.  I do not know that, no.
15     Q.  Okay.  Do you know if the Livingston
16 County Jail understood and was aware of all of the
17 different medical policies and procedures at the
18 Cook County Jail?
19     A.  I'm not sure if they were aware of
20 that.  But I did ask one -- I do remember asking
21 specifically their medical director, "What happens
22 when I go back to Cook County?  Why can't I get my
23 medication when I go back there?  Because you guys
24 send it with me.  I've seen the guards take
25 medication packets."  He said, "We send them, fax

13 (Pages 46 - 49)

1 them" -- not fax, something on the computer,
2 e-mail or whatever, electronically transmit,
3 that's what he said -- "your medical records, what
4 you're on, what you're taking here, back to Cook
5 County Jail about three days before you go back."
6 'Cuz they know --
7    Q.    Did --
8    A.    -- you're coming back.
9    Q.    Did Livingston County Jail ever
10 explain to you that the policies and procedures at
11 Cook County Jail are different than their policies
12 at Livingston County Jail?  And I'm talking about
13 policies related to medication, medication
14 distribution, maybe how they handle emergencies,
15 all those issues.
16    A.    They never explained to me that there
17 was a difference.  I just knew there was a
18 difference.
19          You tell them you're having chest
20 pains at Livingston County Jail, they come and get
21 you, the nurse is there almost immediately.  You
22 tell somebody at Cook County Jail you're having
23 chest pains, you have a history of heart attack,
24 they'll leave you in a holding pen for hours if
25 you tell them --

1    Q.    Let me ask you --
2    A.    -- you're having chest pain and want
3 to see a med tech.
4    Q.    Let me ask about Pontiac.  Let's go
5 back to Pontiac for a second.  You said that when
6 you needed medication they would give it to you on
7 a daily basis.  The nurses would come around and
8 administer it to you.  Is that right?
9    A.    Every day twice a day seven days a
10 week.
11    Q.    Other than the medication, William,
12 were they treating you in any other way at Pontiac
13 for your chest complaints, cardiac issues?
14    A.    Yeah.  I'd have to go see the doctor
15 regularly.  I don't recall how often that was, but
16 it was regular.
17    Q.    And what would you --
18    A.    They took me to University of Illinois
19 Medical Center for stress tests, echocardiograms,
20 all kinds of stuff.
21    Q.    How often do you recall going -- or
22 strike that.
23          How often do you recall being sent
24 out of the prison to another healthcare provider
25 to undergo stress tests or an EKG?

1    A.    At least four.
2    Q.    As far as the medication distribution
3 at Pontiac, I think you explained it pretty well,
4 that a nurse would come around on a daily basis
5 with medication I'm assuming on a cart and give
6 you what you needed?
7    A.    Yes.
8    Q.    Was there ever a time that you didn't
9 get the medication that you needed from the nurses
10 at Pontiac?
11    A.    One incidence I -- one incident I
12 recall she didn't have it.  I said, "Where's this
13 medication?"  And she said a few words, and a half
14 hour later she was back with the medication.  She
15 went back to the healthcare unit and brought it
16 back, which was --
17    Q.    And it sounds --
18    A.    -- several blocks away inside the
19 prison.
20    Q.    And it sounds like Livingston County
21 Jail had a similar procedure with the nurse coming
22 by and giving you your medication on an as-needed
23 basis?
24    A.    As prescribed and as needed.
25    Q.    And I know that you mentioned, and

1 we'll talk more about it later, but the Cook
2 County Jail also did that, they had a nurse come
3 by and administer medications to inmates or
4 detainees for their various health conditions?
5    A.    They had a nurse that came around and
6 did that.  Whether she had your medication on the
7 cart or not was a different story.
8    Q.    Okay.  Are you saying -- and when she
9 came around, and we'll talk more about it later,
10 but when the nurse at the Cook County Jail came
11 around to distribute your medications, were there
12 occasions where she didn't have it?
13    A.    Many.
14    Q.    Okay.  And what would happen in those
15 scenarios?  What would you say, what would she
16 say, and then what would happen?
17    A.    "I don't have it on the cart.  The
18 pharmacy hasn't sent it.  You've got to wait for
19 them."  Or fill out a medical request and wait.
20          Another -- several other incidents,
21 I said I had chest pain, I needed my nitro-
22 glycerin.  "Oh, it hasn't been" -- "You're not
23 prescribed nitroglycerin."  I was taking it at
24 Livingston County and I told the med techs that
25 did the medical intake when I came back from

1 Livingston County Jail that I was on nitroglycerin
2 'cuz I have a history of heart attack. "Well,
3 it's not on your record. We can't give it to
4 you."
5     Q.   Can you tell me the names of any of
6 those nurses that you told that to?
7     A.   No. Because 90 percent of the time
8 they had their IDs flipped backwards. They have
9 them in a clear pouch hanging around a lanyard on
10 their neck and they're flipped backwards so you
11 can't see their names.
12    Q.   Okay. Did you ever ask their names,
13 William?
14    A.   Yeah, I have. So who -- I put down on
15 the request slip or the medical that I talked to
16 -- or the grievance --
17    Q.   No. I'm asking --
18    A.   -- the nurse --
19    Q.   I'm asking you today as we sit here do
20 you remember the names of any of those people, any
21 of those nurses, that denied you medication that
22 you needed?
23    A.   Without a face to go with the name,
24 no.
25    Q.   Did you ever ask them to turn around

1 their ID tags because they were not visible to
2 you?
3     A.   Yes.
4     Q.   Okay. And what would they tell you?
5     A.   "Fill out a request form, medical
6 request, and we'll take care of it."
7     Q.   So you're telling -- well, I'm asking
8 you, did they turn around their ID tags so that
9 you could see it or are you saying that they would
10 actively conceal their identities?
11    A.   They were actively concealing their
12 identities 90 percent of the time. They would not
13 turn their ID around.
14    Q.   Why would they do that --
15    A.   You would ask them their name, and
16 they would not give it to you.
17    Q.   Why would they do that? Why would
18 they do that?
19    A.   Probably so they can't be named in a
20 grievance. You can't prove it. "Oh, you never
21 asked for med." Yes, I did. I begged for it.
22    Q.   So as we're sitting here, William,
23 it's your testimony that nurses would come by and
24 not give you medications that you think that you
25 were entitled to and actively try to conceal their

1 name badges so that you couldn't file a grievance
2 against them?
3     A.   That's the only thing I can think of
4 why they would turn their IDs around and not have
5 them out.
6     Q.   Did any of those nurses, William, that
7 you're alleging did this, did they have any
8 personal grudge against you or have any reason
9 that they would do this to you?
10    A.   No. They did it to all the inmates
11 that I could see. If somebody asked for their
12 medication, they didn't have it on the cart, "Oh,
13 well, we don't have it."
14    Q.   Did you ever file a grievance saying
15 that the nurses that were administering the
16 medication had turned their badges around so that
17 you couldn't see them and, therefore, were unable
18 to identify them to name them in a grievance?
19    A.   I don't believe I did. I might have.
20 But I didn't --
21    Q.   I did not see a -- I'm sorry. I
22 didn't see a grievance like that, William, where
23 you mention that they were actively concealing,
24 and I'm talking about the nurses, their
25 identification cards when you would try to get

1 medication from them. Do you have any reason to
2 disagree with me that you never filed a grievance
3 like that?
4     A.   I can't say that I did put that
5 information in there like that. But I would
6 have put --
7     Q.   Did you ever --
8     A.   I know I did --
9     Q.   Go ahead. Sorry.
10    A.   -- put information in there --
11        MS. ERICKSON: Hang on a second.
12        Troy, can you wait until my client
13 is done answering before --
14        MR. RADUNSKY: Right.
15        MS. ERICKSON: -- you ask another --
16        MR. RADUNSKY: That's what I just
17 said. That's why I just said go ahead, go ahead.
18 I thought he was done.
19        MS. ERICKSON: Thank you.
20        MR. RADUNSKY: Yeah. Sure.
21 BY MR. RADUNSKY:
22    Q.   Go ahead.
23    A.   I did put something similar -- well,
24 not similar to what you asked, but I put
25 information in the grievance that the time, the

15 (Pages 54 - 57)

Page 58

1   date, a.m./p.m. med pass, this nurse on this pod
2   refused to give me my medication, whatever.  That
3   was because I couldn't get her name.
4           And you can't -- she's got an
5   officer standing there beside her escorting her
6   through the building and she's got an escort -- an
7   officer assigned to the living unit where she's
8   passing out the medications.  You can't argue with
9   them.
10      Q.   I'm not asking if you're arguing with
11  them.  I'm just asking --
12      A.   You can't.
13      Q.   -- if you ever filed -- if you ever
14  filed a grievance that could be heard by somebody,
15  one of their supervisors, where you could have --
16      A.   Said they refused --
17      Q.   -- explained your concerns, yeah.
18      A.   No, I didn't do that.  I just put
19  their -- the time, the date, and the a.m. or p.m.
20  med line.
21      Q.   Okay.
22      A.   Because I couldn't identify the nurse.
23      Q.   And you're saying also, I just want to
24  be clear on this, you would actually ask the nurse
25  to tell you her name and she refused?

Page 59

1       A.   Several times, yes.
2       Q.   Okay.  And you just can't remember
3   specifically the names of any of those nurses as
4   we're sitting here right now?
5       A.   If they wouldn't turn their ID badge
6   around, no.
7       Q.   Can you tell me any of the officers'
8   names that were with the nurses that would not
9   turn around their ID badges?
10      A.   The officers got name tags.  It's
11  metal name badges on their shirt.  Half of them
12  got ink pens or something, you can't make it out.
13  But most of them we knew by their names.
14      Q.   Okay.  So my question --
15      A.   I can't recall the names right now,
16  no.
17      Q.   Okay.  And just so we're clear on the
18  record, you don't know the names of any officers,
19  as we're sitting here right now, that could tell
20  us the names of any of the nurses who refused to
21  give you medication.  Is that a fair statement?
22      A.   The names, no.  But I know where --
23  discovery, they should be able to be found.
24      Q.   What time did the Cook County Jail do
25  the medication distribution run by the nurses?

Page 60

1       A.   It was supposed to be 9:00 a.m. and
2   9:00 p.m.
3       Q.   Twice a day?
4       A.   Yeah.  Unless you got meds during the
5   afternoon also.
6       Q.   Would they come back later in the day
7   with your medication after they initially told you
8   they didn't have it when those occasions occurred
9   or did you just not even get your medication at
10  all?
11      A.   Never got it.
12      Q.   And at the Cook County Jail
13  specifically what medications did you expect to be
14  given and how often?
15      A.   Plavix daily because that keeps the
16  plaque from building up in your arteries or
17  attaching to the stent.  Metoprolol for blood
18  pressure.  Lipitor for cholesterol so it doesn't
19  build up in your blood.  And nitroglycerin for
20  when you have chest pains, and you can take it --
21  you're supposed to take it immediately.  It's like
22  an asthma inhaler.  When you can't breathe you
23  take a couple doses -- pumps of that.
24      Q.   And you -- sorry, go ahead.
25      A.   They never gave me the nitroglycerin

Page 61

1   at Cook County that I can recall.
2       Q.   At any time?
3       A.   I don't believe they ever gave me a
4   single dose of it.
5       Q.   And the Plavix -- excuse me if I
6   mispronounce these, the Plavix, the metoprolol,
7   and the Lipitor, those you were expecting to get
8   daily from the Cook County Jail nurses?
9       A.   Yes.  Along with the -- the diabetes
10  medication, metformin.
11      Q.   Metformin.
12          When the nurses, as you said
13  earlier, would come around and they would say that
14  they didn't have medication, are you talking about
15  they didn't have any medications for you or they
16  didn't have certain meds, in other words, they had
17  some but not all?
18      A.   Some and not all, or none at all.
19  Usually when I came back from Livingston County
20  I'd have to wait two, three, four days to get
21  medication.  And then they'd only have one or two
22  of what I was taking, one or two of the
23  medications I was taking, not one or two pills,
24  but one or two of the different medications they'd
25  have.  They wouldn't have the rest.

16 (Pages 58 - 61)

Page 62

1     Oh, the pharmacy wouldn't send --
2  they'd give me excuses like the pharmacy didn't
3  send it or you're not prescribed it, you've got to
4  see a doctor.  But I was prescribed that the last
5  time I was there.  It's in my medical records that
6  they sent to Livingston County Jail and in the
7  records that Livingston County Jail I believe sent
8  back to Cook County Jail prior to my transfer
9  back.
10     That's what was so aggravating
11  about this process and so scary.  They knew the
12  medications I was on.  They knew my medical
13  history.  And I'm sitting there.  It's
14  frustrating.  I start having chest pains because
15  that's one of the symptoms if you abruptly stop
16  taking metoprolol it's -- it will cause what it's
17  prescribed to prevent.  The withdrawal.
18     Q.  Do you know how Livingston County Jail
19  was advised of your medical condition and the
20  heart attack that you had in 2012?
21     A.  The medical director there, the
22  registered nurse that directs their medical -- or
23  runs their medical unit told me that Cook County
24  Jail several days before I got there sent them
25  medical records.  And that's how they had my

Page 63

1  medication waiting for me as soon as I was
2  processed into the jail down there.
3     Q.  When you were at the Cook County Jail,
4  William, were you housed in Division 9 and 10 at
5  different points?
6     A.  Yes.
7     Q.  And I'm talking about specifically
8  between November of 2015 and November of 2017.
9     A.  I believe that was all Division 10.
10     Q.  Okay.
11     A.  I could be mistaken.
12     Q.  And what types of inmates are housed
13  in Division 9 and Division 10, do you know?
14     A.  It's maximum security divisions.
15     Q.  So the most hardened criminals/
16  detainees are in there, in Division 9?
17     A.  I don't know if you'd say the most
18  hardened.  I'd say some of -- someone with more
19  serious charges.
20     Q.  Okay.  You had mentioned earlier that
21  you had some EKGs when I think you were at
22  Pontiac.  Between let's say 2012 and 2019, I mean,
23  how many EKGs have you -- have you had approxi-
24  mately?  You don't have to give me an exact
25  number.

Page 64

1     A.  Four that I know of that I can
2  remember from Pontiac sending me to the outside
3  Illinois -- University of Illinois Medical Center.
4  They'd transport me 90 miles away to send me to a
5  heart doctor.  They did that I think three to four
6  times.
7     Q.  That was at Pontiac or no?
8     A.  That was at Pontiac.
9     Q.  Okay.  What about other than Pontiac
10  how many times have you undergone EKGs?
11     A.  Cook County, they were aware of my
12  heart condition and they sent me for an EKG once.
13     Q.  What year was that, do you remember?
14     A.  No.
15     Q.  Where did they send you?
16     A.  The basement of Division 8.
17     Q.  Oh, you actually were --
18     A.  The old Cermak --
19     Q.  Okay.  I'm sorry.
20     A.  The old Cermak building.
21     Q.  That's what I was asking.  I mean, it
22  was at -- you were not at Cermak?  You were
23  somewhere else?
24     A.  It was the old Cermak building at Cook
25  County.

Page 65

1     Q.  When you were at Livingston and
2  Pontiac, did you also personally make the
3  corrections officers that you saw aware of your
4  cardiac issues?
5     A.  Yes.
6     Q.  And do you know specifically what
7  medical training any of those officers at Pontiac
8  or Livingston had?
9     A.  No, I don't.
10     Q.  What did you allege?  I mean, because
11  it sounds like, I mean, correct me if I'm wrong,
12  William, that they -- strike that.
13     At Pontiac they gave you the
14  medication.  They did these EKGs.  What was the
15  basis of the lawsuit against them?
16     A.  That was the initial heart attack.
17  Roughly 12 o'clock in the afternoon I had severe
18  chest pains.  They rushed me over to the medical
19  unit.  The nurse in the infirmary gives me an EKG
20  and says I have to wait for the doctor to come
21  back because she doesn't know how to read the EKG.
22     And then later I find out the EKG
23  is a digital machine that printed out that I was
24  having various possibilities and all of them were
25  severe heart problems.  Ischemic -- I can't think

17 (Pages 62 - 65)

Page 66

1 of all the names. I know one of them is ischemia,
2 lack of oxygen to parts of your heart, the way the
3 heart -- I'm waving my hand up and down, but the
4 way the heart machine goes up and down with the
5 different lines is an abnormality.
6         And she said I had to wait for the
7 doctor to come back from lunch. And I found out
8 later that the nurse that was going to take over
9 the infirmary at the 3 o'clock shift change
10 refused to do so because I was in there and I was
11 having a heart attack. So they gave me the second
12 EKG at 3 o'clock following the 12 o'clock one.
13 And the doctor took it and left. He came back
14 into the room one minute later, maybe two, said,
15 "He's still having a heart attack. We got to call
16 the ambulance."
17     Q.   Okay. So --
18     A.   Not he's having a heart attack. He's
19 still having a heart attack.
20     Q.   So it sounds like the lawsuit was
21 based on events that took place just before and as
22 the heart attack itself was occurring?
23     A.   Correct.
24     Q.   Okay.
25     A.   Once it happened and it was documented,

Page 67

1 they made sure I got all the medications and
2 everything.
3     Q.   Okay.
4     A.   They followed up with their
5 recommendation, the cardiologist at whatever
6 hospital they sent me to in Bloomington.
7     Q.   Now, thanks for the explanation.
8         All the officers that you've named
9 in this lawsuit here, are these officers that
10 monitored the tiers in Division 9 and Division 10
11 at different times?
12     A.   Yes. Some of them could be -- I know
13 some of them are -- they call it RCDC, whatever
14 that stands for. It's where you go to court.
15 It's court holding pens where they divide you up
16 to go to the various courthouses. Some of them
17 were there. I had chest issues then, chest pains,
18 shortness of breath, and I'm begging them as they
19 walk past the door to call a med tech because it's
20 right in the basement of the hospital unit now.
21 And they'd never do it.
22     Q.   Now, talking really just about the
23 Cook County Jail right now, fair to say that at
24 any given time there's hundreds of corrections
25 officers walking around the Cook County Jail in

Page 68

1 all the different divisions?
2     A.   Yes and no. Because, I mean,
3 different ones, yes, but it's the same ones in
4 each area. They're assigned to specific areas for
5 I believe it's 90 days at a time they're assigned
6 to a living unit or --
7     Q.   I understand. My question is really
8 simple, though.
9     A.   -- both.
10     Q.   I'm just asking you, is it your under-
11 standing that there's hundreds of correctional
12 officers that are working throughout the jail?
13 And I think your answer is yes. You understand
14 that there are. Right?
15     A.   Yes. But it's kind of different when
16 they're in one spot for 90 days at a time.
17     Q.   No, I understand.
18     A.   You see the same officer day after
19 day.
20     Q.   I understand that. I understand that.
21         And you also have an understanding
22 that there's a medical facility at the Cook County
23 Jail. It's called Cermak. Correct?
24     A.   Yes.
25     Q.   And you have an understanding,

Page 69

1 William, that at Cermak you actually have trained
2 doctors and nurses that went to medical school or
3 nursing school. Correct?
4     A.   Correct.
5     Q.   Now, do you know what kind of medical
6 training any of the officers that you sued in your
7 lawsuit have?
8     A.   No, I do not. But they're the only
9 way you can get to a nurse. You can't --
10     Q.   That wasn't my question, William. I
11 understand. I understand. Okay.
12         My question, do you know if any of
13 the officers have medical backgrounds or went to
14 medical school or have any training beyond basic
15 medical training?
16     A.   One officer in particular, I can't
17 recall the name offhand right now, she would leave
18 the post, her security post, watching the living
19 unit on Division 10, 2-C, 2-Charlie, she'd leave
20 to go to the medical unit to take her tests or
21 whatever online course. She was taking medical
22 classes.
23     Q.   You don't know her name?
24     A.   I can't recall it.
25     Q.   So --

18 (Pages 66 - 69)

Page 70

1    A.   If I heard it maybe, but.
2    Q.   So do you have any idea what the
3  medical training is --
4    A.   Addison, I think.  I think it was
5  Addison.  I'm not positive.
6    Q.   Do you know if any of these officers,
7  William, have any medical background or went to
8  medical school or have any training beyond the
9  medical training they got at, let's say, the
10  police academy?
11    A.   No, I don't.
12    Q.   And even --
13    A.   Other than the one I just described.
14    Q.   And even the officer that you just
15  described, did you ever have a conversation with
16  that officer about her medical training or her
17  background or experience?
18    A.   No.
19    Q.   Okay.  So is it fair to say you don't
20  know what she was doing when she went back to that
21  computer as far as whether she really had any
22  medical training, any background, or experience in
23  formal medical training?
24    A.   Just what we overheard.  Other inmates
25  and myself, we'd overhear what the officers were

Page 71

1  talking about and --
2    Q.   Okay.  I understand --
3    A.   -- overhear it.
4    Q.   I understand that you would overhear
5  it.  But you never did anything to verify to see
6  if it was actually true versus just talk among
7  inmates.  Correct?
8    A.   Okay.  To that, I'd have to describe
9  Division 10's layout.  The housing unit --
10    Q.   No.  I'm asking you -- listen to my
11  question, William.  It's not a complex --
12    A.   I can see the book she was studying.
13    Q.   -- question.  It's not a complex
14  question.  I'm asking you did you ever verify in
15  any way that information about another officer's
16  alleged medical training that you overheard from
17  an inmate?  Did you ever try to verify that to see
18  if it was true, yes or no?
19    A.   I didn't overhear from an inmate.  I
20  overheard her talking to another officer about it
21  several times.  And it's a glass window where you
22  see her sitting with medical books doing her
23  paperwork, her homework or whatever.
24    Q.   But you can't tell me the name of the
25  officer?

Page 72

1    A.   I believe it was Addison, but I'm not
2  positive.  I'd have to see the face to go with the
3  name.
4    Q.   That's another question.  Give me any
5  physical characteristics of the person that you
6  saw with the medical books.
7    A.   She was an African American female.
8    Q.   Okay.  Age?
9    A.   30-ish.
10    Q.   Any other physical description that
11  you can think of, hair color, weight, height, any
12  of it?
13    A.   110, 120 -- no.  Yeah, 110 to 130
14  maybe.  5'5".
15    Q.   Okay.  And tell me exactly what you
16  heard this officer saying to another officer.
17    A.   She was complaining that she couldn't
18  get online from the security post in the unit,
19  that computer there, she had to go to the medical
20  unit to get online to take her courses or to
21  submit her tests or whatever.
22    Q.   And how do you know that that was any
23  different than her advanced -- any different than
24  her in-house training medical training that she
25  has to take every now and then?

Page 73

1    A.   I don't know.  I just heard her say
2  she was studying for nursing.
3    Q.   You heard her say that she wanted to
4  be a nurse?
5    A.   She was studying for nursing, yes.
6    Q.   Okay.  And you're saying this is an
7  African American woman?  You think her name might
8  be Addison?
9    A.   And she's about 5 -- roughly 5'5",
10  medium complexion or skin tone, not real dark, not
11  real light, and maybe 110 to 130 pounds.
12    Q.   When did that conversation -- when did
13  you overhear that conversation?
14    A.   I couldn't give you the exact date or
15  even in the vicinity.  Somewhere between '15 and
16  '17.
17    Q.   Okay.  And who else was present
18  besides that one other officer?
19    A.   Just they were standing in the bubble
20  with the -- they call it the observation bubble
21  with the door to the interior of the unit open.  I
22  was sitting there looking at a mute TV --
23    Q.   Are you aware of --
24    A.   -- attempting to --
25    Q.   Are you aware of any other officer's

19 (Pages 70 - 73)

Page 74

1  medical training or medical background beyond the
2  one officer that you mentioned?
3      A.   No.
4      Q.   Do you know if any of the officers at
5  the Cook County Jail, including the ones that you
6  sued, have any medical training beyond limited
7  emergency response training?
8      A.   No, I do not.
9      Q.   Do you know if any of the officers
10  that you sued would know the early signs or
11  indications of a heart attack or a cardiac event?
12     A.   I'm trying to think of how best to
13  answer that.  Truthfully, it's -- if somebody is
14  holding their chest and saying they're having a
15  heart attack, "I need help" or "My chest hurts.
16  Can I get a doctor or nurse, please," you would
17  assume it's common knowledge, even a layperson
18  knows to get somebody --
19     Q.   Did you ever do that --
20     A.   -- especially somebody that's in
21  charge of your -- in charge of you.
22     Q.   Did you ever do that, William, in
23  front of any of the -- in front of any of the
24  officers where you pounded on your chest or said,
25  "I'm having a heart attack" or "I need immediate

Page 75

1  medical care right now," or any of those things to
2  any of the officers --
3      A.   I didn't --
4      Q.   -- to any of the officers in your
5  lawsuit, did you ever do that, yes or no?
6      A.   I've never told them I was having a
7  heart attack.  I told them I was having chest
8  pains and I need to see the nurse, I need my
9  nitroglycerin.
10     Q.   I understand that.  But did you
11  exhibit any physical signs?  Did you go to your
12  knees?  Did you grab your chest?  Did you scream
13  in pain?  Did you let them know in any other way
14  that it was some sort of an emergency?
15     A.   I'm walking up with my hand fisted
16  into my shirt saying, "I'm having chest pains.
17  Can you call the nurse?  I need my nitroglycerin."
18     Q.   Okay.  And which -- and who did you
19  say that to, which of the defendants?
20     A.   There were several.
21     Q.   Okay.
22     A.   I'd have to see the faces to state the
23  name.
24     Q.   I'm asking you now.  So without seeing
25  the faces, you can't give me any of their names?

Page 76

1      A.   Some of them were in Division RCDC,
2  receiving center to the court.
3      Q.   That's not my question.  That's not my
4  question.
5          I'm asking you, can you give me the
6  names?  Not where they worked, William.  I want to
7  know names.  Can you name any of these people that
8  you're saying you grabbed your chest in front of
9  an officer?  That's the one I'm looking for.  Who?
10  Give me the names of the officers that you did
11  that in front of.
12     A.   One that comes to name is Rojas,
13  Rojas.  Like you said, there's thousands of
14  officers working at that jail.
15     Q.   I understand that, William.  But it's
16  your lawsuit and you're saying that officers
17  should know that you're having these incidences.
18  So I'm asking you which ones specifically did you
19  tell at the Cook County Jail that you were having
20  an episode and they didn't respond to your medical
21  needs.  The names.  That's all I'm asking.  If you
22  don't know the names specifically, you can tell me
23  that.
24     A.   I don't know the names specifically.
25  But I can state for a fact that one of them was in the

Page 77

1  RCDC area.  Okay?  I would hold up signs in front
2  of the camera and push the emergency call button.
3  "Chest pain.  Please call med tech."  And nobody
4  would answer the button.  Nobody would answer the
5  camera.  I'd kick the door holding my chest as the
6  officers in the receiving area would walk back and
7  forth, and they wouldn't do anything.
8      Q.   Can you give me the names of any of
9  these people that you showed the sign to or that
10  would have seen you kick the door, the names of
11  any of them?  Absolutely anybody?
12     A.   I can't see who's sitting in the
13  camera area, the monitoring area, of the --
14     Q.   So --
15     A.   -- receiving area.
16     Q.   -- is the answer no, William --
17     A.   No --
18     Q.   -- you can't --
19         MS. ERICKSON:  Objection.
20  Argumentative.  Troy ...
21         MR. RADUNSKY:  I'm not trying to argue
22  with him.  I mean, he's giving me --
23         THE WITNESS:  Any officer that worked
24  in RCDC.
25            / / /

20 (Pages 74 - 77)

Page 78

1  BY MR. RADUNSKY:
2      Q.  I'm asking, William -- I don't mean to
3  talk over you.  I'm just asking for names,
4  William.  Do you know -- can you give me any names
5  of any officers specifically where you held up a
6  sign or you tried to, as you said, get their
7  attention by kicking the door?  I just want to
8  know do you know the names.  That's it.  If you
9  don't, you don't.  If you do --
10     A.  No.
11     Q.  -- then tell me.  I'm sorry?
12     A.  I said no, not without seeing their
13 faces.
14     Q.  Okay.  Have you ever personally given
15 any of the officers that you named in this
16 lawsuit, or any officers at the Cook County Jail
17 for that matter, permission to look at your
18 medical records?
19     A.  No.
20     Q.  Okay.  Do you know what HIPAA privacy
21 laws are, you know, that protect a patient's
22 medical rights?
23     A.  Oh, the confidentiality stuff, yes.
24     Q.  Yes.  Okay.  Do you have an under-
25 standing, William, that the officers at the Cook

Page 79

1  County Jail cannot look at your medical records
2  because they're not medical providers?  Did you
3  know that?
4      A.  No, I didn't know they couldn't look
5  at --
6      Q.  Okay.
7      A.  -- 'cuz they're in charge of your
8  security, so they're in charge of your health.
9  Basically --
10     Q.  Well, let me ask you this --
11     A.  -- you're asking for help --
12     Q.  -- did any -- did any of the officers
13 ever tell you, any of the officers you sued, that
14 they saw your medical records and they were aware
15 of your medical condition?
16     A.  No.
17     Q.  Okay.  And every time, William, that
18 you would get your medication at the Cook County
19 Jail, would it be from a nurse or a doctor?
20     A.  It would be from the nurse that passed
21 out the medications, yes.
22     Q.  Okay.
23     A.  If I got them.
24     Q.  So is it fair to say, William, that
25 none of the officers that are in your lawsuit ever

Page 80

1  brought you your medication between November 2015
2  and November 2017?
3      A.  No.
4      Q.  Okay.  And it sounds like it was your
5  understanding that it was not the correction
6  officer's responsibility to administer and
7  distribute medication to inmates and detainees
8  such as yourself.  Correct?
9      A.  It was my understanding that they
10 could not pass out the medication, that they had
11 to go get the nurse and escort her to you to give
12 her -- give you the medication.
13     Q.  The medication when it was given to
14 you was given to you by trained nurses.  Correct?
15     A.  I believe they were trained.
16     Q.  Okay.  And it was your understanding,
17 and I think you said it a few times, that officers
18 could only direct you to trained medical staff.
19 And that medical staff, which was Cermak, they
20 would treat you for your medical conditions.
21 Correct?
22     A.  No.  Medical staff is in -- each
23 division has its own medical unit.
24     Q.  I understand that.
25     A.  They take you there.  And then they

Page 81

1  send -- the medical unit at the division sends you
2  to Cermak if they feel like it.
3      Q.  My point was, William, that the
4  officers, all they can do is direct you to trained
5  medical staff for your medical needs.  Correct?
6      A.  They -- they're supposed to contact
7  them.  That was my understanding.  They were
8  supposed to contact the medical and tell them,
9  "This guy is having problems.  You need to come."
10     Q.  So then we understand each other.  It
11 was your understanding that the corrections
12 officers when you had a health issue, regardless
13 of what it was, that they were supposed to go get
14 trained medical staff to help you or to alert the
15 trained medical staff to help you.  Correct?
16     A.  Correct.  And it's also my under-
17 standing that if they did not respond, medical
18 staff didn't respond --
19     Q.  That wasn't my question yet, William.
20 I'm not there.
21     A.  Okay.
22     Q.  I understand.  I understand.  All
23 right?  Do me a favor.  And the deposition will go
24 so much faster if you just answer the questions
25 that I'm asking rather than, you know, answer

21 (Pages 78 - 81)

Page 82

1  things that are not really responsive to the
2  question. All right? I promise you --
3      A.  And that was part of an answer.
4      Q.  -- you will get -- you will get to
5  explain everything that you want to. But the
6  deposition will move faster if you just answer the
7  question that was asked, like Kirstin was telling
8  you earlier. Trust me.
9          MS. ERICKSON: Troy, can we take a
10  five-minute now?
11         MR. RADUNSKY: Yes. I was just going
12  to say why don't we take --
13         MS. ERICKSON: Okay.
14         MR. RADUNSKY: -- a few-minute break.
15  Okay. Great.
16         THE WITNESS: It's been an hour and a
17  half already. Hmm.
18         MR. RADUNSKY: It's 12:26. Why don't
19  we say -- how about ten minutes? We'll come back
20  at 12:35?
21         MR. COYNE: That's fine.
22         MR. RADUNSKY: Everybody good at
23  12:35?
24         MR. COYNE: That's fine.
25         MS. ERICKSON: Yeah. Thank you.

Page 83

1          (A break was taken from
2              12:26 p.m. until
3              12:37 p.m.)
4  BY MR. RADUNSKY:
5      Q.  So, William, was there also a phone at
6  the Cook County Jail or in your division or on
7  your tier, if you needed medical assistance that
8  you could pick up a phone?
9      A.  To call for medical assistance at the
10  jail? No.
11     Q.  Okay. There wasn't a phone?
12     A.  There was a phone, but it was for
13  collect calls only to outside --
14     Q.  I'm talking -- I'm talking about
15  something internal, William.
16     A.  No. There was nothing --
17     Q.  Okay.
18     A.  -- internal where you could pick up
19  the phone and call anybody. The guard was --
20     Q.  Okay. So --
21     A.  -- in charge of that.
22     Q.  -- when you actually would see the
23  doctors at Cermak, not on the medication
24  distribution run where you would see the nurses,
25  but when you would actually talk to the doctors,

Page 84

1  you know, at Cermak and go into the facility, I
2  mean, what were you complaining about? What did
3  you tell them generally? I'm not expecting you to
4  recount every conversation. But what were you
5  telling them?
6      A.  The medications I wasn't receiving
7  that I had been on, blood pressure, diabetes.
8  They weren't even doing blood checks after I
9  developed the diabetes, so.
10     Q.  And did they tell you why that they
11  weren't --
12     A.  No.
13     Q.  -- doing blood -- doing blood checks
14  for the diabetes?
15     A.  No, they weren't.
16     Q.  Were they giving you your medication
17  for your diabetes?
18     A.  Rarely.
19     Q.  When you say "rarely," are you saying
20  that they weren't giving it to you as prescribed?
21     A.  Exactly. If I go back to Cook County,
22  they wouldn't give it to me for three or four
23  days, if they gave it to me --
24     Q.  And --
25     A.  -- at all during my brief time back

Page 85

1  there.
2      Q.  Who was prescribing it? Which doctor
3  was giving you, like, those four medications and
4  saying you should take it daily and this dosage?
5      A.  That I never knew because -- it might
6  have been written on the packet that the nurses
7  pulled it out of what doctor prescribed it. But I
8  never seen the doctor's name.
9      Q.  Well, then any doctor couldn't they
10  change your prescription if they wanted to if they
11  felt it was necessary for your health?
12     A.  If I hadn't seen them, I don't know
13  how they -- why they would. I mean --
14     Q.  No. What I'm --
15     A.  -- the doctors I'd seen and I'd tell
16  them I wasn't receiving certain medications. And
17  I recall one incident -- one incident specifically
18  it was with a -- it's not a doctor. It's like a
19  nurse doctor. I forget what they're called.
20  Anyway, she took me off of an antacid or an acid
21  reflux medication. "Oh, I don't like that
22  medication. I don't think people should be taking
23  it."
24     Q.  Well, William, who do you think is in
25  a better position to make informed medical

22 (Pages 82 - 85)

Page 86

1  decisions about your health, you who's not a
2  trained doctor or doctors and nurses who actually
3  went to med school? I mean, who would you rather
4  rely on?
5      A.  The doctor that actually prescribed my
6  medication at the --
7      Q.  That wasn't my --
8      A.  -- Cook County Jail.
9      Q.  No. Listen to my question. Would you
10 rather defer to the doctors and nurses at the jail
11 who are trained in medicine and how to handle
12 complaints like yours, or do you think that you
13 know better than them about what medication that
14 you should be taking all the time on a daily basis
15 and what they should be giving you?
16     A.  When I know that -- okay. I would
17 defer to the doctor under one condition.
18     Q.  Okay.
19     A.  It's -- the doctor at Cook County Jail
20 prescribed me medication. They sent me to
21 Livingston County. Livingston County gave me the
22 same medication. They continued the prescription
23 from Cook County. Then when they sent me back to
24 Cook County telling them I'm still on these
25 medications, I see a -- it's not a -- physician's

Page 87

1  assistant, and she takes me off of one of the
2  medications for acid reflux. "Oh, I don't like
3  that medication." She's not a doctor. She's an
4  assistant.
5      Q.  I understand that, William. But, I
6  mean, don't you understand --
7      A.  -- at Cook County, she's a physician's
8  assistant --
9      Q.  Don't you --
10     A.  -- can't override a doctor.
11     Q.  Do you agree, though, that your
12 prescriptions can change, your medical needs can
13 change, and it's up to the doctors to determine
14 what's in your best interest, whether or not you
15 think it is or not? They have the training and
16 expertise. Don't you agree with that?
17     A.  I agree they have the training and the
18 expertise --
19     Q.  Okay. Now, William, what if --
20     A.  -- but not if they don't interview me.
21     Q.  What if they felt --
22     A.  If they don't interview me, no.
23     Q.  William, what if they felt that the
24 medication that they were giving you was hurting
25 your health in the long run --

Page 88

1      MR. COYNE: I'm sorry --
2  BY MR. RADUNSKY:
3      Q.  -- and it was best for you to take
4  another type of medication or discontinue a
5  medication, wouldn't you defer to them and their
6  discretion about what's best for you and your
7  health?
8      MS. ERICKSON: Objection. Asked and
9  answered.
10     MR. COYNE: Yeah, I'm sorry, I was --
11 I apologize, counsel, I wasn't even -- I just sat
12 down. I didn't know we resumed yet. I was down
13 the hall.
14     MR. RADUNSKY: Oh, John --
15     MR. COYNE: How much did I miss?
16     MR. RADUNSKY: Nothing. Just a few
17 questions. I mean, I was just asking --
18     MR. COYNE: Okay.
19     MR. RADUNSKY: Deb, do you want to
20 read back my last question --
21     MR. COYNE: Yeah, if you wouldn't
22 mind.
23     MR. RADUNSKY: -- so John can hear it.
24     MR. COYNE: Yeah. I was down the
25 hall. Thank you, Troy.

Page 89

1      MR. RADUNSKY: Sure.
2          (The record was read back
3          as requested.)
4      MR. RADUNSKY: And we've got to be
5  careful so we're not talking over each other.
6  BY MR. RADUNSKY:
7      Q.  So you're saying, William, if they
8  interviewed you and they understood what your
9  medical history was and looked at your medical
10 records that they would have the discretion to
11 decide what's in your best interests with respect
12 to, in this case, your chest complaints and your
13 cardiac issues. Would you agree?
14     A.  If they did the exam, yes.
15     Q.  Okay. And, earlier, you had told me
16 that the Cook County Jail gave all of your records
17 to Livingston County Jail and they were able to
18 administer your medications and follow the medical
19 plan from the Cook County Jail. Right?
20     MS. ERICKSON: Objection. Mischarac-
21 terization. He didn't say "all."
22 BY MR. RADUNSKY:
23     Q.  You can answer. That was your under-
24 standing. Right, William?
25     A.  Can you repeat that, please?

23 (Pages 86 - 89)

Page 90

1    Q.   Sure.  It was your understanding that
2  the Cook County Jail, with respect to your cardiac
3  issues, had given those records to the Livingston
4  County Jail to make their physicians and nurses
5  aware of your condition and the medications that
6  you needed.  Correct?
7    A.   Correct.
8    Q.   Okay.  Now, I asked you earlier if you
9  knew if the Livingston County Jail folks actually
10  had conversations with the Cook County Jail folks
11  and nurses and doctors, and I think you said you
12  didn't know.  Correct?
13    A.   I didn't know.
14    Q.   Okay.
15    A.   My understanding was it was
16  electronic.
17    Q.   Okay.  So, and that's my point.  So
18  the Livingston County Jail people, all right,
19  never had a personal conversation with the Cook
20  County Jail folks, but they knew based on your
21  medical records how to administer your medication
22  and what was in your best medical needs.  Correct?
23    A.   They followed the Cook County -- what
24  they sent when they first sent me down there --
25    Q.   Okay.

Page 91

1    A.   Okay.  Can I answer --
2    Q.   And you would have told people at Cook
3  County -- I mean, I'm sorry --
4    MS. ERICKSON:  Wait.  Objection.
5    MR. RADUNSKY:  Sure.  I thought he was
6  done.
7    MS. ERICKSON:  He didn't even answer
8  the question and you interrupted him.
9  BY MR. RADUNSKY:
10    Q.   Okay.  Go ahead.
11    A.   Yeah, I understand that -- it was my
12  understanding that Cook County forwarded -- when
13  my initial transfer to Livingston County, they
14  transferred all my medical records.  By the time I
15  got down there the first time, they had got my
16  medication back to where it was at IDOC where I
17  was taking -- getting all my medication.  So
18  they -- Livingston County had a list of everything
19  I was taking.
20    Then when I go back to Cook County
21  and come back to Livingston County, Livingston
22  County, "What did they take you off this
23  medication for?"  I said, "They just never gave it
24  to me.  They just stopped."
25    Q.   We're getting off track, William.  I

Page 92

1  mean, my question was much, much different and you
2  got way, way off course.  So really try to just
3  focus on my questions.  All right?
4    My question was very simple.  I'm
5  saying Cook County gave your records to Livingston
6  County, is that correct, and that's your under-
7  standing, your medical records?
8    A.   Yes.
9    Q.   Okay.  And you don't know if the folks
10  at the Cook County Jail, if the nurses and
11  doctors, spoke to the doctors at Livingston,
12  correct, about your condition?  Right?
13    A.   No, I don't.
14    Q.   So, as far as you know, the doctors at
15  Livingston are basically relying solely on the
16  medical records to treat you that they got from
17  Cook County Jail.  Correct?
18    A.   No.  That's not -- they didn't rely
19  solely.  They relied solely on the initial ones,
20  yes.  And then, after that, when they would see
21  that my -- "Why did your prescriptions change?
22  Why aren't you taking this medication?"  I said
23  Cook County did something screwed up and they
24  didn't reissue it when I went back on intake.
25    Q.   So if you --

Page 93

1    A.   So they would talk to their doctor and
2  re-prescribe the same medication.
3    Q.   So if you're making those complaints
4  to the Livingston County Jail, would you agree
5  with me you would expect that that would actually
6  be in your medical records, correct, that you're
7  saying you're having those problems at Cook County
8  Jail?  Correct?
9    A.   It should be.  I don't know if it is.
10  I don't know how --
11    Q.   Okay.
12    A.   -- they do their paperwork.  I don't.
13    Q.   Okay.  All right.  So let's say,
14  William, that you make those complaints to
15  Livingston County Jail and those are in your
16  medical records.  Okay?  Now, wouldn't you also
17  assume that Cook County Jail is looking at the
18  same medical records as Livingston County Jail and
19  they would have seen any complaints that you made
20  at Livingston about your situation at Cook County?
21    A.   No.  I wouldn't assume anything with
22  the Cook County staff --
23    Q.   Okay.
24    A.   -- knowing their -- what they're
25  supposed to do.

24 (Pages 90 - 93)

Page 94

1    Q.   Okay.
2    A.   I wouldn't.
3    Q.   All right.  So then you don't know --
4  you don't know how much information the Cook
5  County nurses and doctors had about your health
6  condition any time that you saw them other than
7  what's in your medical records.  Correct?
8    A.   And other than what I told them
9  specifically when I was taken through medical
10  intake upon return to Cook County Jail every --
11    Q.   Well --
12    A.   -- single time.
13    Q.   -- you also had -- you also had other
14  communications with doctors and nurses?  Or did
15  you only have the one communication when you were
16  taken in at intake in 2015?
17    A.   A lot of times it was the only -- the
18  only contact I had with any medical personnel --
19    Q.   That wasn't my question, William.
20  Listen to my question.  All right?  Or we're going
21  to be here all day.
22         You spoke to doctors and nurses at
23  Cermak after your intake on November 2015.
24  Correct?
25    A.   I spoke to them, yes.

Page 95

1    Q.   Yes.
2    A.   Occasionally.  Not all the time.
3    Q.   You saw them in 2015, 2016, 2017 at
4  different times within the 12 times that you were
5  there.  You saw them at different times over the
6  years, didn't you?
7    A.   Yes.
8    Q.   Okay.  And each of those years, 2015,
9  2016, 2017, you vocalized your concerns and your
10  complaints and what your medical condition was.
11  Right?
12    A.   Yes.
13    Q.   Okay.  And so, based on that, the
14  doctors, wouldn't you agree, would have the
15  discretion to make decisions about how to treat
16  you or what medicine to give you or whether you
17  need an EKG or not?  Is that fair?
18    A.   I would assume that.  But they never
19  did.
20    Q.   You might -- you might disagree that
21  you don't need an EKG, but if a doctor says you
22  don't need an EKG would you defer to the doctor,
23  William, or would you defer to yourself, the
24  nontrained medical expert?
25    A.   I would go to another doctor and get

Page 96

1  an EKG if I thought I needed one.
2    Q.   William, when you're in jail, all
3  right, and a doctor tells you something, all
4  right, that -- and he says you don't need an EKG,
5  okay, and you say, "Well, I think I do," okay, who
6  would you defer to in that situation?  Are you
7  going to defer to the doctor, okay, who has all of
8  your medical records and sees what's going on and
9  has talked to you repeatedly, or are you going to
10  defer to yourself who has no medical training, no
11  background, isn't a cardiologist, and just thinks
12  that you should have this test?  It's just a
13  simple question.  Who are you going to defer to in
14  that scenario?
15         MS. ERICKSON:  Objection.  Compound
16  question.
17  BY MR. RADUNSKY:
18    Q.   You can answer.
19    A.   Okay.  In the beginning when I first
20  got back to Cook County Jail --
21    Q.   Listen to my question, William.  Who
22  are you going to defer to?  Are you going to go
23  with your gut or are you going to go with the
24  doctors that are telling you based on their
25  experience and training and expertise you might

Page 97

1  not need something or you do need something for
2  your health?  That's it.
3    A.   I'm going to go with the doctor that --
4    Q.   I don't need a long explanation.  I
5  just want to know who you're going to defer to.
6    A.   The doctor with the most training in
7  cardiology.
8    Q.   Thank you.
9    A.   Their cardiologists at Cook County
10  Jail said I needed this test and this, I needed
11  several things.  They never did it.  The
12  doctors --
13    Q.   What if -- what if -- what if
14  hypothetically in their discretion, in that
15  doctor's discretion or that nurse's discretion,
16  they didn't think that you needed to go and see
17  another doctor, they had decided based on the
18  years of training and expertise it wasn't
19  necessary.  All right?  But you do.  Who are you
20  going to defer to in that situation, William?  I
21  mean, are you going to go with what the doctors
22  are saying or are you going to do -- are you going
23  to do what you think is best when you have no
24  medical background?
25         MS. ERICKSON:  Objection.  Asked and

25 (Pages 94 - 97)

Page 98

1 answered. You've asked the same question like
2 four times.
3      MR. RADUNSKY: I'll move on.
4 BY MR. RADUNSKY:
5      Q. You can answer. Go ahead.
6      A. I'm not going to defer to a nurse
7 who's overriding a doctor.
8      Q. I didn't say a nurse. I said a
9 doctor.
10      A. You said a medical professional.
11      Q. You said you had met with doctors over
12 the years at Cermak. So I'm saying if a doctor
13 decides at Cermak that you don't need a certain
14 treatment or you do need a certain treatment, do
15 you believe that you should defer to that doctor
16 or that you have better judgment than that doctor?
17      MS. ERICKSON: Same objection. Asked
18 and answered.
19 BY MR. RADUNSKY:
20      Q. You can answer.
21      A. I would defer to the doctor. But --
22      Q. Okay. Thanks. That's it.
23      A. -- the problem is the nurse overriding
24 the doctors.
25      Q. That's all I wanted to know. All

Page 99

1 right?
2      Now, did any of the nurses ever --
3 let me back up.
4      All the nurses that we're talking
5 about -- we're using that name "nurses" loosely --
6 do you know the names of any of the nurses that
7 you interacted with between November '15 and 2017
8 for your heart or cardiac or chest complaints?
9      MS. ERICKSON: Objection. Asked and
10 answered.
11 BY MR. RADUNSKY:
12      Q. You can answer.
13      A. Other than what was listed in my
14 medical records as the ones that treated me, no.
15 'Cuz, like I said, most of them didn't wear the
16 name badges with the name facing out --
17      Q. I asked you --
18      A. -- or you can't get close enough to
19 them to see their name.
20      Q. I asked you earlier, William, did you
21 review medical records at any time. You told me
22 that you didn't.
23      A. I didn't.
24      Q. So how would you know --
25      A. I'm saying I've seen them when I was

Page 100

1 in the jail.
2      Q. No, no, no. You just said whatever
3 is -- whatever nurses are in your medical records.
4 All right? But I just -- I asked you, before, do
5 you know the names -- or had you ever reviewed
6 your medical records, and you said you hadn't. So
7 how would you know --
8      A. I thought you were --
9      Q. How would you know whether these
10 nurses in this lawsuit ever treated you?
11      A. I'm sorry, I misunderstood your
12 earlier question about did I know their names.
13 It's -- or, no, you asked me if I reviewed
14 anything with Kirstin. I had not. I haven't seen
15 anything since I got out in July 2019. I'm saying
16 medical records that I had seen before that had
17 names of the nurses as --
18      Q. And --
19      A. -- to who was passing out medications,
20 all kinds of stuff. I don't know --
21      Q. Well --
22      A. -- their names specifically --
23      Q. Okay. So --
24      A. -- here.
25      Q. Okay. So my question is, you know,

Page 101

1 you're saying that nurses withheld medication from
2 you, you know, that you went into Cermak, nurses
3 did certain things for you. And, again, like I
4 was 45 minutes ago, I'm asking you do you know any
5 of their names specifically of any of the nurses
6 that withheld medication from you when you say
7 that you needed it? Yes or no? Do you know their
8 names?
9      A. No.
10      Q. Okay. You then mentioned that they're
11 probably in your medical records that you, it
12 seems like, may have seen before 2019. Do you
13 remember saying that a couple minutes -- a couple
14 seconds ago?
15      A. Yeah.
16      Q. All right. So let's say if, you know,
17 there's names in the medical records, are you
18 saying that whatever is written in the medical
19 records as far as names, whatever treatment,
20 whatever comments that you made, whatever
21 medications that you were on, you would rely on
22 those medical records?
23      MS. ERICKSON: Objection. Legal
24 conclusion.
25      THE WITNESS: I don't rely on any

26 (Pages 98 - 101)

Page 102

1 medical records or any records at Cook County
2 Jail.
3 BY MR. RADUNSKY:
4 Q. Okay. So you're saying that the names
5 of the nurses that are written in the medical
6 records could be wrong? They didn't treat you?
7 A. No, I'm not saying the names are
8 wrong. I'm saying I don't rely on their record-
9 keeping --
10 Q. So --
11 A. -- as far as medications administered/
12 not administered.
13 Q. So you're saying that even though
14 their records may state certain things, maybe that
15 you got medication or didn't receive medication,
16 those would be inaccurate?
17 A. Can you restate that again?
18 Q. Sure. You're saying that there could
19 be things in your medical records that are not
20 recorded accurately and that your memory may be
21 better than what's recorded in the medical
22 records?
23 A. At times, yes.
24 Q. Okay. Did you keep notes of all the
25 medical treatment that you had?

Page 103

1 A. No, I did not.
2 Q. All right. So on any given day at any
3 given time do you know how much medication you
4 were given or were not given?
5 A. If I was given the medication that I
6 was taking at Livingston or that Cook County
7 prescribed when I first came back, that I didn't
8 have any reason to file a grievance or complain
9 about.
10 Q. Listen to my question, William.
11 You're not listening to my question. All right?
12 Do you have any logs or any
13 records, yourself, that state on any given day
14 when you took or did not take medication?
15 A. I do not, no. Except for the --
16 Q. So --
17 A. -- grievances that I filed --
18 Q. So --
19 A. -- for not receiving medication.
20 Q. -- everything, as far as you can
21 recall, about your medical treatment or the
22 medication that you're given is based on a memory
23 as opposed to something that was recorded by
24 nurses and doctors?
25 A. Yes.

Page 104

1 Q. Okay. And whatever may have been
2 recorded by nurses and doctors regarding
3 medication distribution or whatever treatment they
4 gave or whatever you told them about their history,
5 that might not be entirely accurate. Is that what
6 you're saying?
7 A. Exactly.
8 Q. Okay. But you haven't reviewed the
9 medical records to determine if they're accurate
10 or not. Correct?
11 A. No. It's just --
12 Q. When you looked at the --
13 A. -- they showed me with the
14 grievances --
15 Q. When you looked --
16 A. -- years ago.
17 Q. -- at your medical records -- when you
18 looked at your medical records back in 2019, did
19 you ever go to the doctors or the nurses and say,
20 "Hey, I just read my medical records, and there
21 are remarks in there or statements about my
22 treatment or my diagnosis or my medications that
23 are not accurate"? Did you ever do that?
24 A. I was never allowed to.
25 Q. Okay. Did you ever file a grievance

Page 105

1 at any time against anybody, nurses or any of the
2 officers, stating that your medical records had
3 been changed or altered or didn't reflect the
4 treatment or the medication that you received?
5 A. I believe I stated --
6 MS. ERICKSON: I'm sorry, can I
7 clarify the time frame we're talking about, Troy?
8 MR. RADUNSKY: Yeah. The whole -- I
9 said at the beginning of the dep I'm only talking
10 about 2015 to 2017, which is the basis of his
11 lawsuit. So I wasn't going anywhere else.
12 MS. ERICKSON: No, but you were just
13 referring to 2019. Can you be more specific?
14 MR. RADUNSKY: No. I'm just talking
15 -- well, then, I mean, Deb, can you read back my
16 question.
17 BY MR. RADUNSKY:
18 Q. And with the parameters in mind,
19 William, that it's just between November 2015 and
20 November 2017.
21 (The following question
22 was read back:
23 "Q. Did you ever file a
24 grievance at any time
25 against anybody, nurses or

27 (Pages 102 - 105)

Exhibit B

Page 106

1    any of the officers,
2    stating that your medical
3    records had been changed
4    or altered or didn't
5    reflect the treatment or
6    the medication that you
7    received?")
8 BY MR. RADUNSKY:
9    Q.   You can answer.
10   A.   I filed grievances stating I hadn't
11 been receiving my medication that I was on.
12   Q.   William, listen to my question. I'm
13 asking you between 2015 and 2017 did you ever file
14 a grievance or report to anybody that your medical
15 records in your opinion didn't reflect your
16 treatment or your diagnosis or the medication that
17 you were given? Did you ever file a grievance or
18 report that?
19   A.   No. Because I didn't know until
20 after --
21   Q.   Okay.
22   A.   -- 2017 about that.
23   Q.   That's fine. I understand. I just --
24 you know, I got it.
25        Did any of these nurses, who you

Page 107

1 cannot name or you can't recall, did they ever
2 tell you that they wouldn't give you your
3 medication for a personal reason; in other words,
4 because they didn't like you or that they were
5 retaliating or they had some beef with you?
6    A.   No, none ever said that.
7    Q.   Okay.
8    A.   It was just too much work for them to
9 go get my medication, I guess.
10   Q.   And did they ever tell you that? Did
11 they ever say to you, "I'm not going to get your
12 medication because it's too much work and I don't
13 want to go get it"?
14   A.   No. They'd say, "It's not on the
15 list, so oh well," or "We got to wait for the
16 pharmacy" --
17   Q.   Okay. You just --
18   A.   Or "It's on the list, but the pharmacy
19 hasn't sent it yet."
20   Q.   Okay. So they've never said to you
21 that they don't want to get your medication
22 because they don't want to help you or that
23 they're busy doing other things or for some other
24 reason. Is that right?
25   A.   The other reason that I stated about

Page 108

1 the pharmacy has to send it, they haven't sent it
2 yet, and it's been a week or whatever --
3    Q.   Okay.
4    A.   -- time frame and I haven't got it.
5    Q.   So they've given you an explanation
6 for why they don't have your medicine when they
7 don't have it. Is that right?
8    A.   Occasionally, yes.
9    Q.   Okay.
10   A.   Other times they'd say it's not on the
11 list.
12   Q.   And you just don't like that answer
13 because you think that they should have it for
14 whatever reason. Is that right?
15   A.   Yeah.
16   Q.   Okay.
17   A.   Concerning the report that was issued
18 against the jail in 2008.
19   Q.   None of them ever said to you, "Look,
20 we don't want to help you, William. We don't want
21 to give you your medication. We're trying to
22 cause you to have another heart attack"? They've
23 never expressed words or words similar to that,
24 did they?
25   A.   No. They -- basically sign language.

Page 109

1 They'd give you their back as they walked out the
2 door.
3    Q.   Okay. William, were any of these
4 nurses ever intentionally malicious in that they
5 were actively trying to harm you by not giving you
6 your medication? Did any of them --
7        MS. ERICKSON: Objection. Form.
8 BY MR. RADUNSKY:
9    Q.   Sure. I'll ask it again.
10       Did any of these nurses ever tell
11 you that they were refusing to give you your
12 medication because they were hoping that it would
13 increase your medical condition or make it worse
14 or lead to, you know, another heart attack?
15   A.   No. They didn't have to say that.
16 Their actions spoke words.
17   Q.   And on some occasions when they came
18 by they did have your medication. Right?
19   A.   They had some of it.
20   Q.   Okay.
21   A.   Sometimes they had all of it. After I
22 was there for a while, it would get straightened
23 out.
24   Q.   And at some point did you ever
25 discontinue any of these medications at any point?

28 (Pages 106 - 109)

Page 110

1    A.   I never discontinued any medications
2  the doctors put me on.
3    Q.   So you're still taking all the same
4  medications today that you were taking back in
5  2015?
6    A.   Metoprolol. Plavix. Aspirin.
7  Metformin. No, I wasn't taking the metformin in
8  2015. That was more 2017. But I'm still taking
9  that. The albuterol for the asthma. And BPH,
10  doxazosin. I was taking -- I'm still taking all
11  of them.
12    Q.   Okay. And you probably have gotten
13  some new medications, I'm imagining, too, over the
14  last year or two maybe. Anything new?
15    A.   Yeah. One just for nerve pain in my
16  feet.
17    Q.   Okay. So your doctors now, you're
18  letting them have the discretion to prescribe new
19  medications in their judgment, right, if they
20  think it's best for you?
21    A.   This is a podiatrist. This is --
22    Q.   That's not my question.
23    A.   -- he specializes in.
24    Q.   That's not my question.
25      My question is, you understand that

Page 111

1  your doctors are prescribing new medication based
2  on their discretion because they think it's best
3  for your health --
4      MS. ERICKSON: Objection.
5  BY MR. RADUNSKY:
6    Q.   -- do you understand that?
7      MS. ERICKSON: Irrelevant to this
8  case.
9  BY MR. RADUNSKY:
10    Q.   You understand that. Right, William?
11    A.   Yes. And it seems awful funny that
12  they're prescribing --
13    Q.   I don't care --
14    A.   -- the exact same medications --
15    Q.   -- if it seems funny.
16    A.   -- that the doctors --
17    Q.   I understand. I'm not --
18    A.   -- and Pontiac prescribed the same
19  thing, but Cook County doctors jump back and forth
20  all over the place.
21    Q.   William, listen, I'm trying to, like,
22  just ask you questions, very simple questions, and
23  it's very difficult to just get what I'm
24  considering to be like a straight answer. I know
25  that you want to say all these other things. All

Page 112

1  right? But it's not helping the process here. I
2  mean, I'm just simply asking you to answer the
3  questions. And it makes the dep go longer. Even
4  Kirstin has pointed out, like, it's been asked and
5  answered, like, 'cuz in my mind, you know,
6  sometimes I'm like he's not responding because
7  it's taking ten minutes to get an answer, so --
8      MS. ERICKSON: Troy, Troy.
9  BY MR. RADUNSKY:
10    Q.   -- I'm trying not to do that. But if
11  you could just be responsive to the question, it
12  would -- we'll get out of here a lot faster.
13      MS. ERICKSON: Troy, it will be
14  easier, too, if you just let him finish answering
15  before you start asking because you're not hearing
16  his first answer.
17      MR. RADUNSKY: Well, that's the whole
18  problem, Kirstin. I'm -- I mean, I've let that
19  happen so many times. It's been so nonresponsive.
20  I can't remember the original question without
21  having Deb read it back. So a lot of these
22  things are really not designed to, you know,
23  confuse or get anything less than like a straight
24  yes or no or a simple explanation. But, you know,
25  a lot of --

Page 113

1      MS. ERICKSON: He is trying to give
2  you an explanation.
3      MR. RADUNSKY: -- that is not
4  happening.
5      MS. ERICKSON: Let him answer. Let
6  him answer.
7      MR. RADUNSKY: Okay. Okay.
8  BY MR. RADUNSKY:
9    Q.   What did the doctors -- William, when
10  you spoke to the doctors and nurses, did you tell
11  them that you wanted to carry your medication on
12  you, like the nitroglycerin and maybe the aspirin?
13    A.   Yes. And --
14    Q.   Okay.
15    A.   -- not the aspirin but the nitro-
16  glycerin because if you need it you can't wait
17  hours for them to show up with it.
18    Q.   What did they tell you why you
19  couldn't carry it?
20    A.   They said it's a controlled substance,
21  a controlled narcotic or something.
22    Q.   Okay. So they --
23    A.   But the Illinois Department of
24  Corrections, all of them, all the other places,
25  they let you keep something like that on you

29 (Pages 110 - 113)

Page 114

1  because it's an emergency rescue medication that
2  is required immediately. Just like an asthma
3  inhaler, if somebody can't breathe because of an
4  asthma attack, they can't wait 20 minutes, an
5  hour for somebody --
6      Q.  I understand that.
7      A.  -- to show up with the asthma pump.
8      Q.  Again, not my question. You just keep
9  going off, I mean, on these long tangents. I
10  mean, I had a simple question.
11          So it's your opinion then, William,
12  that the Cook County Jail was wrong for following
13  a policy that they believed said you couldn't
14  carry that. But Pontiac and Livingston were
15  correct in that they were right in allowing you to
16  carry that stuff, in other words, that's what the
17  law allows in their mind. Correct?
18      A.  Pontiac allowed the nitro to be
19  carried with you. Livingston County, you tell the
20  guard, the guard calls the nurse, the nurse brings
21  it immediately.
22          That is not what happens at Cook
23  County Jail. You tell the guard, "I'm having
24  chest pain," holding your chest, "I need my
25  nitroglycerin. Can you call med tech or the

Page 115

1  nurse?" "Oh, they're not answering," that's --
2      Q.  That's not what we're talking about,
3  though.
4      A.  -- what the guards would say half the
5  time.
6      Q.  William, they explained to you at the
7  Cook County Jail that they have a policy that more
8  or less forbids inmates and detainees from
9  carrying around their own medication at the jail
10  due to various security and safety issues
11  involved. Isn't that right?
12      A.  They had a policy with certain
13  medications, yes.
14      Q.  Okay. They explained to you what
15  their policy was and why you were not allowed to
16  carry the medication that you wanted. Is that
17  true? Is it true?
18      A.  Yes. They explained that policy.
19  But --
20      Q.  Okay.
21      A.  -- it wasn't medication I wanted. It
22  was --
23      Q.  Okay.
24      A.  -- medication I needed.
25      Q.  William, that's not my question,

Page 116

1  though.
2          I just wanted to know, and you've
3  given me your answer, so you knew why they had
4  made a decision as a matter of jail policy why you
5  couldn't carry the medications that you wanted.
6  You had that understanding. Right?
7      A.  I had that understanding.
8      Q.  Okay. And you just disagreed with it.
9  You didn't like that policy. Right? You wanted
10  to carry your medication with you?
11          MS. ERICKSON:  Objection --
12          THE WITNESS:  I didn't like the --
13          MS. ERICKSON:  -- argumentative.
14  BY MR. RADUNSKY:
15      Q.  Am I right?
16      A.  I didn't --
17      Q.  You wanted to carry the medication --
18      A.  I didn't like the policy because you
19  couldn't get the medication. For one, when I told
20  them I was having chest pains at one point, I told
21  them I needed my nitro, "Oh, it's not on your
22  list. You're not prescribed nitro. We can't give
23  it to you" --
24      Q.  William --
25      A.  -- or --

Page 117

1      Q.  -- we're doing this again. William --
2      A.  I'm trying to explain to you what
3  happened with the nitro.
4      Q.  I'm not asking for an explanation.
5  All I'm asking, listen to my question, I'm saying
6  you disagreed with their policy. You wanted to
7  carry your medication on you. Is that right?
8      A.  No. I wanted my medication when I
9  needed it. Following their procedure, tell the
10  guard, they get the nurse, they bring it to you.
11      Q.  Well, if their procedure --
12      A.  They wouldn't.
13      Q.  -- was that you weren't going to carry
14  your medication on you because that's what their
15  policy was and you weren't going to be allowed to
16  do that, were you okay with that?
17      A.  That's fine if they would have brought
18  me the medication when I needed it.
19      Q.  Okay. So now your issue isn't that
20  you were unable to carry the medication on you
21  when you wanted it to use it as needed, your issue
22  is when you needed the medication you expected to
23  get it sooner from medical personnel. Is that
24  what you're saying?
25      A.  Yes. I expected to receive emergency

30 (Pages 114 - 117)

Page 118

1  medical -- emergency rescue medication soon within
2  minutes, not hours or days or weeks --
3      Q.  No, I'm trying to --
4      A.  -- if ever.
5      Q.  -- eliminate this issue, William.  And
6  you've eliminated it.  You're saying it is not
7  about me being able to carry my medication.  All
8  right?
9          MS. ERICKSON:  Objection.  Asked and
10 answered.
11         MR. RADUNSKY:  You're right.  It is.
12 Let's move on.  I think the record is clear.
13         THE WITNESS:  No.  Excuse me.  The
14 whole issue is --
15 BY MR. RADUNSKY:
16     Q.  Let me ask you, William --
17     A.  -- about me not getting medication
18 when I was supposed to.
19     Q.  William, there's no question.
20         MS. ERICKSON:  Mr. Dukes, wait.
21 BY MR. RADUNSKY:
22     Q.  There's no question.  All right?
23         William, being in jail for as long
24 as you were between 2004 it sounds like to 2019,
25 you understand, all right, that inmates/detainees

Page 119

1  who are being charged with criminal offenses are
2  trading medication for things like cigarettes or
3  commissary.  Right?
4      A.  I'm sure that's happened.  I've never
5  done it.
6      Q.  You're sure it's happened?  You're
7  telling me in 15 years at being at the jail, Cook
8  County Jail, you're not aware of inmates who are
9  on medication trading it for drugs or commissary
10 or cigarettes?
11     A.  Me personally?  I've never seen it,
12 no.
13     Q.  That wasn't my question.
14     A.  I'm sure it's happened.
15     Q.  You know that that happens.  Right?
16     A.  I said I'm sure it happens.  I've
17 never seen it.
18     Q.  Okay.  All right.  And you know that
19 in your division, in Division 9 and 10 alone,
20 there's hundreds of inmates there.  Correct?
21 Hardened criminals, as you said, with the most
22 serious charges.  Right?
23     A.  There's people there with serious
24 charges.  I don't know if they're --
25     Q.  Okay.

Page 120

1      A.  -- hardened criminals.
2      Q.  Okay.  Okay.  So the most serious
3  charges.  Right?
4      A.  Yeah.
5      Q.  Okay.  So you understand, all right,
6  in the division that you're in if you give inmates
7  access to drugs, whether it's for their health or
8  pain meds or whatever, that those inmates who are
9  given that medication may give it to other inmates
10 for commissary or smokes or maybe money or maybe a
11 different kind of narcotic or something else.  You
12 get that, right?
13     A.  Yeah, I'm sure it happens.
14     Q.  Okay.
15     A.  It's just I've never seen it.
16     Q.  All right.  And that might be why that
17 Cermak has the policy that it does, all right,
18 because there's inmates that can have access to
19 your nitroglycerin or to your medication that
20 don't need it and, if they take it, it could hurt
21 them.  Right?
22         MS. ERICKSON:  Objection.  Vague.
23 Which policy are we talking about?
24         MR. RADUNSKY:  No, I'm just -- it
25 wasn't a policy.  I'm asking about -- I'll

Page 121

1  rephrase the question.
2  BY MR. RADUNSKY:
3      Q.  You understand, William, that one of
4  the reasons that Cermak might not want inmates or
5  detainees to carry medication is so that you can't
6  give it to another inmate?  You understand that?
7      A.  I understand that policy.
8      Q.  Okay.  Okay.  Now, if you give a --
9  and you're an expert, it sounds like, and really
10 understand nitroglycerin.  What happens, William,
11 if you give nitroglycerin to an inmate who doesn't
12 have a chest condition or a heart issue?
13     A.  I have no idea.
14     Q.  You don't know?  You don't know what
15 the side effects are of --
16         MS. ERICKSON:  Objection.
17 Argumentative.
18 BY MR. RADUNSKY:
19     Q.  -- nitroglycerine that you're taking?
20     A.  When I have chest pains and take it --
21     Q.  Wait.  Are you telling me, William,
22 that you don't understand the side effects of
23 nitroglycerine?
24     A.  I've never taken it when I didn't need
25 it --

31 (Pages 118 - 121)

Page 122

1    Q.   That wasn't my question.
2    A.   -- so I don't know what it might
3  cause.
4    Q.   William, William, listen to my
5  question.  Do you understand the side effects of
6  nitroglycerin, yes or no?
7    A.   I never had any except it relieved the
8  chest pain.
9    Q.   Okay.  That wasn't my question, again.
10       Do you understand, William, the
11 side effects of nitroglycerin, like what can
12 happen if people who take it aren't supposed to?
13   A.   No.
14   Q.   Okay.  Well, would it surprise you to
15 learn that somebody who's not supposed to take
16 nitroglycerin that does it can actually cause
17 major complications, health complications?
18   A.   I'm sure that's true with almost any
19 medication.
20   Q.   Exactly.  So does it make sense to you
21 that that's perhaps the reason the jail doesn't
22 want inmates, especially at the Cook County Jail
23 which is one of the largest metropolitan jails in
24 the country, to be walking around and potentially
25 giving their medication to other inmates when they

Page 123

1  know that it can cause health or safety concerns?
2  Can you understand that?
3    A.   I understand that policy, yes.
4    Q.   Okay.  So you also agree with me
5  that Livingston County Jail, as you pointed out,
6  that's like 160 inmates?  Cook County Jail is
7  thousands.  Right?
8    A.   Yes.
9    Q.   So the policies at the two jails could
10 be vastly different.  Right?
11   A.   Correct.
12   Q.   And that makes sense because there's
13 more people to manage and control and there's
14 greater risks at Cook County Jail than there is at
15 Livingston.  Correct?
16       MS. ERICKSON:  Objection.  Form.
17 BY MR. RADUNSKY:
18   Q.   Right?
19   A.   I don't see how there's greater risks
20 at Livingston.  I don't understand that because
21 they came and gave you your medications --
22   Q.   That wasn't my question.
23   A.   -- the nurse watched you take the
24 pills and put them in your mouth.
25   Q.   I'm saying there's more people,

Page 124

1  William, that you can give your medication to and
2  do things to get rid of it at Cook County Jail
3  than there is at Livingston.  Correct?  Way more
4  people?
5    A.   True.  But Livingston County doesn't
6  give you your medication to hold.
7    Q.   Okay.
8    A.   They give you --
9    Q.   That's not what we're talking about.
10   A.   -- ask for it.
11   Q.   That's not what we're talking about.
12 Okay?
13       MS. ERICKSON:  Objection.
14 Argumentative.  Troy, you're just arguing with the
15 witness.
16       MR. RADUNSKY:  I'm trying to cut him
17 off, Kirstin, because he's trying to be
18 nonresponsive.  So I'm trying to --
19       MS. ERICKSON:  I mean --
20       MR. RADUNSKY:  -- really move it
21 along.
22       MS. ERICKSON:  Yeah, let's just --
23 it's argumentative.
24 BY MR. RADUNSKY:
25   Q.   William, do you have any reason to

Page 125

1  believe that the officers and nurses that you sued
2  had any personal reason to treat you differently
3  than any other inmate with a medical issue?
4    A.   No.
5    Q.   Do you know the names of any other
6  inmates who had allegedly similar experiences as
7  you did in the 12 times that you were at the jail;
8  in other words, that they were denied medical
9  treatment for chest pain or they weren't given
10 medications for a heart disease?  Do you know
11 anybody by name?
12   A.   No.
13   Q.   Okay.  The medication -- the four
14 medications that we've been talking about, when
15 they were originally prescribed were they
16 prescribed by physicians at Pontiac or --
17   A.   No.  They were prescribed --
18   Q.   -- or like a hospital, from the
19 hospital?
20   A.   St. Joseph's Hospital out of
21 Bloomington.  I remember the name now.
22   Q.   Okay.  So does that go back to pretty
23 much like, what, 2012?
24   A.   2012.
25   Q.   Okay.  Do you know today what the

32 (Pages 122 - 125)

Page 126

1 milligrams or what the dosage is for each of those
2 four medications and what it's been since 2012?
3    A.  81 for the aspirin.  50 for the
4 metoprolol.
5    Q.  50, what, milligrams?
6    A.  Yes.  75 for the Plavix.  And I think
7 40 for the Lipitor.
8    Q.  And those dosages, who determined
9 those?
10    A.  Cardiologists, the heart specialist at
11 St. Francis -- St. Joseph's in Bloomington.
12 St. Joseph's I believe is the name of it.
13    Q.  Do you know the names of any of these
14 cardiologists that you just mentioned at the
15 hospitals?
16    A.  No.
17    Q.  And, just so we're clear here, I mean
18 you were taking all four of these medications
19 before you got to the Cook County Jail.  Correct?
20    A.  Yes.  And my medical records stating
21 that were transmitted with me -- or transported
22 with me and given to Cook County security staff on
23 my intake into the Cook County Jail.
24    Q.  What's nitroglycerin?  Do you know
25 what nitroglycerin is taken for?

Page 127

1    A.  Chest pain.  It's emergency rescue
2 medication similar to asthma for not being able to
3 breathe.
4    Q.  And what form were you given it?
5    A.  Small vial.  I forget how many pills,
6 but they were .04 or .4 milligrams.
7    Q.  So in a pill form?
8    A.  Small.  If the nurse -- if anybody
9 watches you put in your mouth, you can't spit it
10 out.  It dissolves that instantly.
11    Q.  Have you been taking the same dosage
12 -- the same dosage and the same number of pills of
13 the nitroglycerin since 2012?
14    A.  That's as needed.  It's not a take
15 daily.
16    Q.  How often are you taking --
17    A.  It's as needed.
18    Q.  How often are you taking it for chest
19 pain?
20    A.  I haven't taken it in over a year now.
21    Q.  When was the last time you had taken
22 it?
23    A.  A little over a year ago.  I took one
24 and it went away and that was it.
25    Q.  And you're talking about like when you

Page 128

1 say a little over a year ago in 2020 or 2021?
2    A.  It would be 2020.
3    Q.  Okay.  So I think it was in May of
4 2020, wasn't it?
5    A.  May of 2020?
6    Q.  Mm-hmm.
7    A.  Man, that's almost two years ago.
8    Q.  Okay.
9    A.  Somewhere between a year and a half --
10 a year, a little over a year ago, so say a year
11 and a half, maybe two years, yeah.
12    Q.  What about before that, William, when
13 was the last time you had taken nitroglycerin
14 before May of 2020?
15    A.  Probably a few months before.  So say
16 January, February 2020.
17    Q.  Okay.  And then, let's say, between
18 2015 and 2020 how often were you taking the
19 nitroglycerin?
20    A.  As needed.  I can't recall how many
21 times I took it.
22    Q.  More or less than ten times in that --
23 in that five-year period?
24    A.  Right at ten probably.
25    Q.  Were all of them while you were at the

Page 129

1 Cook County Jail, those ten episodes?
2    A.  No.  'Cuz they wouldn't give it to me.
3    Q.  So these ten times, where were they?
4    A.  Between what years?
5    Q.  2015 and 2020.
6    A.  Well, two of them were here, outside.
7 And the last would have been Livingston, if I
8 needed it.
9    Q.  And it's your testimony that the
10 entire time that you were at Cook County Jail that
11 they never gave you nitroglycerin?
12    A.  They might have once or twice in that
13 whole time.  And I'm not saying 2015 to '17.  I'm
14 saying between 2015 and '19.
15    Q.  And how many times did you ask for it
16 and they wouldn't give it to you at the Cook
17 County Jail?  And I'm talking about the nitro-
18 glycerin.
19    A.  At least four, three to four times.
20 At least three, if not four.
21    Q.  And you're saying it was within that
22 five-year -- I'm sorry, between 2015 and 2019?
23    A.  '17.
24    Q.  Let's get this straight.  So there
25 were four times between 2015 and 2017 where you

33 (Pages 126 - 129)

1 wanted nitroglycerin from the Cermak medical staff
2 and they wouldn't give it to you?
3     A.   From the divisional medical staff,
4 yes.
5     Q.   And what was the reason each of those
6 times that they wouldn't give it to you?
7     A.   They said it's not in my chart.
8     Q.   Did they say anything else?
9     A.   No.
10    Q.   Who said that?  Nurses and doctors or
11 anybody specifically that you recall by name?
12    A.   Nurses.  They're the only ones that
13 would bring medication in the division.
14    Q.   Do you recall which ones by name said
15 it?
16    A.   No.
17    Q.   Did you ever say to the doctor -- or
18 ask to see a doctor after the nurse said it wasn't
19 in your chart?
20    A.   No.  I was usually transferred back to
21 the Livingston County Jail by then.
22    Q.   And when you didn't get the nitro-
23 glycerin, what would happen with the chest pain?
24    A.   It would get bad and eventually go
25 away.  I'd have to stop and just, I don't know

1 what you call it, meditate, just zone out, just
2 try to calm down, relax, and just wait.  I'd take
3 my shirt off and lay down on the bare concrete
4 floor because the cold helped with the pain.  It
5 just didn't --
6     Q.   Did the pain eventually go away?
7     A.   Yeah.
8     Q.   How long would that -- would it last
9 between the time where, you know, you had this
10 pain and then it would resolve?
11    A.   One or two hours to a day.
12    Q.   Do you know what happens -- and I sort
13 of asked this earlier, but I'll ask it again.  In
14 your prescribed nitroglycerin, what happens if you
15 take nitroglycerin, though, and you don't have
16 chest pain?  Do you know what can happen?
17    A.   No.  I've never taken it without
18 needing it.
19    Q.   Okay.
20    A.   So I never experienced it.  I don't
21 know.  I never take --
22    Q.   Let me ask you something.  Today as
23 we're sitting here do you have access or do you
24 carry your nitroglycerin around on you?
25    A.   As I said, I haven't needed it for

1 over a year.
2     Q.   That's not my question, though,
3 William.  Do you carry it around --
4     A.   No, I don't carry it with me.  I don't
5 carry it with me now.  I don't need it.
6     Q.   Okay.  Okay.  And why don't you need
7 it?
8     A.   I haven't had chest pains, chest
9 issues in a year.  My blood work, everything is
10 coming back good.
11    Q.   Okay.  But you don't know, right, at
12 any minute if you could have an episode where you
13 might need it?  Right?
14    A.   No.  I keep baby aspirin with me now.
15    Q.   Who told you that you don't need
16 nitroglycerin anymore?
17    A.   Nobody.  I just don't carry it with
18 me.
19    Q.   No.  I'm asking you did a doctor tell
20 you that you no longer need to take nitroglycerin?
21    A.   No.
22    Q.   Okay.  So if you needed it -- let's
23 say you had a chest complaint right now and
24 something happened, would you have access
25 immediately yourself to go get nitroglycerin in,

1 like, your medicine cabinet?
2     A.   Yeah.  I've got an old bottle at the
3 house, yes.
4     Q.   Okay.  So you've decided --
5     A.   It don't expire for two years, so.
6     Q.   Okay.  Now, has any doctor ever
7 explained to you, like, if you were to take it
8 right now when you don't have a chest complaint
9 what would happen?
10    A.   The doctor, no.
11    Q.   Okay.  Have you ever educated yourself
12 on what happens to somebody who takes nitro-
13 glycerin when they don't need to?
14    A.   A friend of mine recently told me that
15 don't take it if you don't need it.  Huh?  You'll
16 get a hell of a headache.  That's what he said.
17 I'm not going to try and find out.
18    Q.   Does your doctor -- I mean, when is
19 the last time that you saw any healthcare
20 specialist for your chest complaints?
21    A.   I seen my doctor November.  I'm
22 supposed to go back this month.  I'm not sure the
23 date.  I got to call and find out.  It's either
24 this week or next week.
25    Q.   If you needed to get a refill for the

34 (Pages 130 - 133)

Page 134

1  nitroglycerin, how would you do that?
2      A.  Call the doctor, and she'd phone it to
3  the pharmacy and I'd pick it up that same --
4  within an hour.
5      Q.  And who's the doctor that you would
6  call?
7      A.  PCC community health center.  They
8  rotated doctors recently, and I don't know the
9  doctor's name right now.
10     Q.  And what events would need to occur,
11 William, for you to need to take nitroglycerin
12 again?
13     A.  I know what a heart attack feels like.
14 And if I start feeling those pains again, I take
15 it.
16     Q.  After you got out of the Cook County
17 Jail, did you need to take nitroglycerin?
18     A.  Yeah, a few times, quite a -- well,
19 not quite a few, but a few times the last --
20 year after I got out, yes.
21     Q.  Okay.  And you were obviously out of
22 the jail environment at that point, living outside
23 the jail?
24     A.  Yes.
25     Q.  Do you know what caused the chest pain

Page 135

1  in those other instances when you were outside the
2  jail and you needed to take nitroglycerin?
3      A.  No.
4      Q.  How many times did you have an episode
5  where you needed nitroglycerin when you were
6  outside the jail?
7      A.  The first year, probably six to eight.
8      Q.  And I'm assuming because you're having
9  all these episodes that you're treating with a
10 doctor?
11     A.  I was under a doctor's care, yes.
12     Q.  Okay.  And what was -- and what was
13 the doctor saying as to why you were having six to
14 eight episodes where you needed nitroglycerin
15 after you were outside of the Cook County Jail?
16     A.  Stress.  Anxiety.  Diet.  But the
17 diet, we talked about that, and she determined
18 that wasn't an issue, so.
19     Q.  Anything else that you recall?
20     A.  Just stress and anxiety.
21     Q.  And I asked you this earlier, and I
22 know it was a few hours ago, but you never read
23 the medication distribution policy or any medical
24 policies at the Cook County Jail.  Is that right?
25     MS. ERICKSON:  Wait.

Page 136

1      THE WITNESS:  No.  In 2008 when I read
2  the report that the federal government issued --
3  BY MR. RADUNSKY:
4      Q.  No, no, no.  I'm not -- that's not
5  what I'm asking.
6      A.  Oh.  It had -- it had a list of what
7  was supposed to be done.  If you come into a jail,
8  they're supposed to give you your medication
9  within the next --
10     Q.  William, I'm asking you something
11 different.  The jail has specific policies and
12 procedures that have nothing to do with the
13 consent decree.  All right?  Did you ever --
14     A.  It's not the consent decree.  It was
15 the policy.  They were talking about state law in
16 Illinois.  If a person comes to the jail --
17     Q.  Well, my question --
18     MS. ERICKSON:  All right.
19     THE WITNESS:  -- they're supposed to
20 have the medication by the next scheduled dose.
21 BY MR. RADUNSKY:
22     Q.  My question --
23     A.  Once they inform medical staff that
24 they -- all right.
25     Q.  My question is a little different.

Page 137

1  Did you ever actually read or did anybody ever
2  give you to read the Cook County Jail policies
3  regarding medication distribution or emergency
4  medical care or medical treatment?  Did you ever
5  see those or read those policies?
6      MS. ERICKSON:  Objection.  Asked and
7  answered.
8  BY MR. RADUNSKY:
9      Q.  You can answer.
10     A.  I believe in the Illinois Compiled
11 Statutes there's something in there.  And the
12 County Jail standards, I read something there,
13 too.
14     Q.  Okay.  And so my question --
15     A.  And it was basically where I got the
16 information was from the report from the federal
17 government in --
18     Q.  Listen to my question, William.  I
19 don't know why this is such a challenge.  I mean
20 listen to what I'm asking you.  And it's a very
21 simple question.  Okay?
22     Have you ever read the policies and
23 the procedures from the Cook County Jail regarding
24 medical treatment of inmates, medication or
25 emergency health medicine, and how they take care

35 (Pages 134 - 137)

Page 138

1  of those issues, their policies?
2      A.   Their policies, no.  State law, yes.
3      Q.   Okay.  So you believe that the state
4  law provides whatever it is that you said earlier.
5  Correct?
6      A.   Guidelines.  Yes.
7      Q.   Okay.  And which policy again was
8  that?  Which state law were you citing?
9      A.   Something in the Illinois Compiled
10 Statutes.  County Jail Standards Act I think.
11     Q.   There's thousands of statutes and
12 thousands of Illinois Compiled Statutes.  So do
13 you know the specific statute --
14     A.   And only one County Jail Standards
15 Act.
16     Q.   Do you know the statute specifically,
17 William --
18     A.   No.
19     Q.   -- that you're referring to?
20     A.   No.  It said County Jail Standards.
21     Q.   And this was back in what year?
22     A.   Back in '08, '09 when they first came
23 out with that federal report --
24     Q.   Do you know what the current law is --
25     A.   -- about the conditions in --

Page 139

1      Q.   Do you know what the current
2  procedures and policies or what the state of the
3  law is in Illinois following what you're
4  discussing in 2009?
5      A.   No.
6      Q.   Okay.  So you don't know if it's been
7  updated or changed or amended or supplemented.  Is
8  that right?
9      A.   No.
10     Q.   Okay.  Now, do you know how many
11 grievances when you were at the Cook County Jail
12 that you wrote?  And I'm talking about formal
13 grievances.
14     A.   Probably dozens.
15     Q.   And what was the nature of most of
16 those complaints, William --
17     A.   Medical.
18     Q.   -- what were you complaining about?
19     A.   Medical.  Not being able to get to a
20 doctor.  Not receiving medication.  Not receiving
21 dental care.
22     Q.   Most of them --
23     A.   Medical.
24     Q.   Would you agree with me that most of
25 them, as you said, were related to claims by you

Page 140

1  that medical staff and officers were indifferent
2  to your medical needs?
3      A.   Yes.
4      Q.   Okay.  I think you, in your grievances,
5  mentioned that you criticize the medication
6  distribution policy and had problems with that?
7      A.   Yes, I did.
8      Q.   And those grievances, William, and
9  we're going look at some of them in a few minutes,
10 but those were in writing, correct, by you?
11     A.   Yeah.
12     Q.   And I think like, what, a healthcare
13 social worker picks up the grievances and collects
14 them and takes them to the proper jail supervisory
15 administrative personnel to review them?
16     A.   There is a grievance officer they call
17 them --
18     Q.   Mm-hmm.
19     A.   -- that picks up the grievances.
20 They're supposed to do it daily.  And it's the
21 same thing with the medical request forms.  They
22 go in a little black box that got mounted on the
23 unit.  Once you get the form, you fill it out, and
24 put it in the box.  And they'd sit in the box for
25 days before somebody come pick them up.

Page 141

1      Q.   And how do you know that, William?
2  Were you watching the box the entire time and were
3  able to --
4      A.   The same as medical.  I seen the box
5  full, I put mine in there, put a little X on it
6  just to see how long it would sit there.  So you
7  could look in the little slot and see it.
8      Q.   You were able to see the entire box?
9  In other words, it was see-through and clear?
10     A.   No.  It had -- it's like a steel box
11 with a metal slit eight and a half inches wide
12 where you could fold a sheet of paper in half --
13     Q.   Sure.
14     A.   -- and stick it down in there.
15     Q.   Sure.
16     A.   Well, I'd fold the corner where you'd
17 see it.
18     Q.   So you're saying that you're able to
19 tell on a daily basis that they have not come by
20 and picked up, whether it's health services
21 request forms or grievances, you're able to see
22 that on a day-to-day basis hour to hour, something
23 you're paying attention to?
24     A.   Yes, I was, because I wanted to know
25 if they got my grievance and I wanted to know if

36 (Pages 138 - 141)

Page 142

1   they got my medical request.
2     Q.   Well, I mean, William, would you agree
3  with me that they got your grievances because they
4  responded to them?
5     A.   Yeah.  Some of them they did.
6     Q.   Okay.
7     A.   The ones you've got they responded to.
8     Q.   Well, I think we've got over 25, 30
9  grievances from you.  Is it fair to say that
10  that's consistent with what you just testified to
11  as far as the numbers?
12     A.   Yeah.
13     Q.   Okay.
14     A.   And if you look at some of those
15  grievances, it will say already grieved, you can't
16  grieve it again.
17     Q.   William, that's not my question.
18        My question is, they picked up your
19  grievances and they responded to them.  That's
20  what they did.  Right?
21     A.   Yeah.
22     Q.   Did you ever find any of your
23  grievances not responded to?
24     A.   There were several that were never
25  answered.

Page 143

1     Q.   Okay.  We're going to look at these.
2  All right?  But it's your testimony now that the
3  grievances that have been produced in this case,
4  all right, which are all of them, which is, as you
5  noted, quite a few, that some of those were not
6  responded to?  That's your testimony?
7     A.   I'm saying that some of the grievances
8  that I filed were never responded to.  I never got
9  a response back from them.
10     Q.   Okay.
11     A.   I filed a lot of grievances.
12     Q.   Okay.  I understand that.  All right?
13  And -- okay.  So you're saying, and just so again
14  we're clear on the record, that -- because your
15  lawyer has them, too.  We have all the grievances
16  that you filed and the responses, okay, to all of
17  them.  Are you saying that there are other
18  grievances that we don't have that have not been
19  produced in this case that were not responded to?
20     A.   Yes.
21     Q.   Okay.  Do you have records of
22  grievances that you filed that were not produced
23  in this case?
24     A.   No.  But some of the grievances that --
25     Q.   Okay.  Do you have --

Page 144

1     A.   -- do you have I do believe say --
2     Q.   William.  William.
3     A.   -- they've already been grieved --
4     Q.   Have you looked at it --
5     A.   -- you can't grieve again.
6     Q.   Have you looked at all of your
7  grievances recently, I mean, within the last year
8  and a half?
9     A.   No.  I haven't looked at them since I
10  got out two years or more.
11     Q.   So you don't know what's been produced
12  in this case by the County.  Right?
13     A.   No.
14     Q.   So but yet you're sitting here saying
15  we didn't produce all of your grievances, I mean,
16  and that -- all the responses.  But you haven't
17  seen what we produced.  Is that right?
18     A.   I haven't seen what you produced --
19     Q.   Just answer my --
20     A.   -- no.
21     Q.   Exactly.  Exactly.  You haven't seen
22  what we produced, but yet you're going to sit here
23  and you're going to say that we haven't responded
24  to all of your grievances even though you haven't
25  seen even what we produced.  Is that correct?

Page 145

1     A.   Yes.
2     Q.   Okay.  Thanks.
3     A.   Some of the grievances that I did
4  file --
5     Q.   That's okay.
6     A.   -- that they --
7     MS. ERICKSON:  Troy, can we take
8  another ten-minute break?
9     MR. RADUNSKY:  Yes.  Yes.
10     MS. ERICKSON:  Okay.
11     THE WITNESS:  Okay.
12     MR. RADUNSKY:  What time is it?  1:32?
13  Let's come back at 1:40.  Is that okay?  Or do you
14  want more time?
15     MR. COYNE:  Ten minutes.
16     MS. ERICKSON:  1:45 would be better.
17     MR. RADUNSKY:  1:45.  Great.
18     (A break was taken from
19        1:33 p.m. until 1:46 p.m.)
20  BY MR. RADUNSKY:
21     Q.   So, William, coming back from the
22  break here, a couple things before I show you some
23  of these grievances that I wanted to talk about.
24     Were you ever allowed to carry any
25  of your medications on you at the Cook County

37 (Pages 142 - 145)

Page 146

1  Jail?
2      A.  Some, yes.
3      Q.  Okay.  So they did let you carry.
4  What did they let you carry?
5      A.  I can't recall the names.  I think the
6  Lipitor, I think.  Aspirin.  And an asthma
7  inhaler, albuterol.
8      Q.  So they did have a policy that allowed
9  you to carry certain medications on you if you
10 needed them.  Correct?
11     A.  Yes.
12     Q.  But, in their judgment or discretion,
13 they had other policies that said, like, with
14 respect to nitroglycerin that you could not carry
15 that on your person as needed and use it as
16 needed.  Correct?
17     A.  Correct.
18     Q.  Okay.  And because they're the doctors
19 and the nurses in the jail, they would have those
20 types of discretionary -- strike that.
21         And because they're the doctors
22 and the nurses, they could use their best
23 discretionary judgment to determine what
24 medications you should carry on your person and
25 which ones you shouldn't.  Correct?

Page 147

1      A.  Yeah.  They prescribed the medication
2  to take as needed, but they wouldn't give it to
3  you.
4      Q.  Okay.  Let's -- let's look at some of
5  these grievances.  And I'm going to mark this as
6  Group Exhibit 1.  It's not pre-marked.  It's
7  actually -- for the record, we produced the
8  grievances.  They are marked Bates CCSAO 963 to
9  1207, so 963 to 1207.
10         (Dukes Deposition
11          Exhibit 1 was marked.)
12 BY MR. RADUNSKY:
13     Q.  We're not going to go through all of
14 these because, as you've pointed out, William,
15 some of these have nothing to do with the issues
16 in this case.  Right?
17     A.  Right.
18     Q.  Now, the first one that I want to look
19 at, and I'm going to share my screen here --
20     A.  Not having seen the grievances, not
21 recalling those, like, 30 that you're talking
22 about --
23     Q.  That's okay.
24     A.  -- or 40, I don't know if all the ones
25 you're talking about, the exhibit group you just

Page 148

1  described, deal with the issues in this case.  I
2  filed a lot -- I know I filed a lot of grievances.
3      Q.  Listen, I just want to discuss eight
4  of your grievances.  That's all I want do at this
5  point, William.  I mean, so let's concentrate on
6  my --
7      A.  Okay.  Let me get my glasses.
8      Q.  Okay.
9      A.  I've got too many pockets.
10         MS. ERICKSON:  What page is this one
11 again?
12         MR. RADUNSKY:  Sure.  It's -- they're
13 Bates-stamped CCSAO 963 to 1207.
14         MS. ERICKSON:  So you're starting at
15 963?
16         MR. RADUNSKY:  No, I'm not.  I mean,
17 I'm going to -- just, you know, in terms of where
18 my records are that I'm going to show him, this is
19 the chunk that I have them identified as.  But
20 we're not going to look at all these pages either.
21 I'm just going to look at like seven or eight of
22 the grievances.
23 BY MR. RADUNSKY:
24     Q.  So, William, let me know when you can
25 see that.  Okay?

Page 149

1      A.  I can see it.
2      Q.  All right.  If you can't see any of
3  this at any time, let me know because I do want
4  you to be able to see it.
5         So, William, this is a grievance,
6  if you can see it, and it's dated 12/3/15.  Do you
7  see that?
8      A.  Yes.
9      Q.  All right.  And from what I understand
10 of your lawsuit, this would be about a month after
11 you get to the Cook County Jail in November of
12 2015 that is the subject of your lawsuit.  Right?
13     A.  Correct.
14         MS. ERICKSON:  Troy, sorry to
15 interrupt.  What page is this one?  That's what I
16 want --
17         MR. RADUNSKY:  That's what I was going
18 to -- that's exactly where I was going to go next.
19         MS. ERICKSON:  Okay.  Thank you.
20         MR. RADUNSKY:  That's okay.  No,
21 that's okay.  So this, for the record, this
22 grievance from 12/3/15 is Bates-stamped CCSAO
23 Dukes 000978 and it goes to page 979.  Okay?
24         MS. ERICKSON:  Thank you.
25         MR. RADUNSKY:  Sure.

38 (Pages 146 - 149)

Page 150

1  BY MR. RADUNSKY:
2      Q.   So, William, now at this part of the
3  dep let's really focus on these questions so we
4  can get out of here.  I mean, try to not give me
5  narrative responses.  I mean, just listen to my
6  questions and we'll get through this a lot faster.
7  All right?
8          Is all of this -- are you looking
9  at this from 12/3/15, this grievance?
10     A.   Yeah, the one they didn't respond to
11  for --
12     Q.   William --
13     A.   -- or didn't --
14     Q.   William --
15              (Unreportable simultaneous
16              speaking.)
17  BY MR. RADUNSKY:
18     Q.   -- you're already doing it.  William,
19  stop doing that.
20          I'm asking you just are you looking
21  at it?
22     A.   Yes, I'm looking --
23     Q.   That's all I want to know.
24     A.   -- it right now.
25     Q.   Okay.

Page 151

1      A.   Okay.  I'm looking --
2      Q.   Okay.  Stop.  Can you please stop with
3  the narrative responses, please.
4      A.   Okay.
5      Q.   All right.  Is everything on page 978
6  here in your handwriting?  Where it starts date of
7  incident and all of the content under it, is that
8  all in your handwriting?
9      A.   Yes.
10     Q.   Okay.  Does that also contain your
11  signature at the bottom of that grievance?
12     A.   Yes.
13     Q.   And the date is 12/3/15.  Correct?
14     A.   Yes.
15     Q.   Okay.  Now, this grievance says:
16  I have heart disease, a stent, and a
17  history of heart attack.  I am on
18  nitroglycerin .4 milligrams.  In case of
19  future chest pain, this --
20          I can't read that next word.
21  -- In case of future chest pain, this
22  medication --
23     A.   Heart attack.
24     Q.   Or heart attack.  This
25  medication is as necessary to as my

Page 152

1  asthma inhaler.  But medical staff are
2  effectively denying me my nitro
3  medication as they will only give me a
4  few tablets to "KOP" in a paper cup.
5  Nitro is useless --
6      A.   After.
7      Q.   -- after it is removed from
8  its airtight container due to
9  evaporation.
10          Did I read that correctly?
11     A.   Yes.
12     Q.   Okay.  And then it says, below that,
13  action that you're requesting.  It says in your
14  handwriting:
15  To be given my nitroglycerin medication
16  to "keep on person" in a sealed, airtight
17  container.  When needed, any delay
18  waiting for a nurse to arrive with it
19  could be fatal for me.  Thank you.
20          Did I read that correctly?
21     A.   Yes.
22     Q.   Okay.  You submitted this grievance.
23  Correct?  And it was picked up by the Cook County
24  Jail.  Obviously we have it.
25     A.   Mm-hmm.

Page 153

1      Q.   And on page 979, William, they gave
2  you a response.  Correct?
3      A.   Yes.
4      Q.   Okay.  And there is your signature on
5  page 979 indicating that you had received this
6  response on December 29, 2015.  Correct?
7      A.   Correct.
8      Q.   And the jail -- or Cermak's response,
9  or the jail, was:  Your medications are daily
10  dose, so you cannot have a supply of meds for
11  yours and others' safety.
12          Did I read that correctly?
13     A.   Yes.
14     Q.   And that is by Administrator
15  Susan Shebel.  S-h-e-b-e-l.  Correct?
16     A.   Correct.
17     Q.   So Susan Shebel read your grievance
18  and then responded to it on December 17, 2015.
19  And you got a copy on December 29, 2015.  Correct?
20  Right?
21     A.   I got a copy on December 29.
22     Q.   That's right.  And you saw --
23     A.   Yes.
24     Q.   And you saw Ms. Shebel's response.
25  Correct?

39 (Pages 150 - 153)

Page 154

1    A.   Yes.
2    Q.   Okay.  So you understood within a
3  month after being at the Cook County Jail, within
4  a few weeks of being there, this is why you were
5  not allowed to carry your nitroglycerin was this
6  reason.  Correct?
7    A.   Yes.  That's why I filed the appeal.
8    Q.   Okay.  But that wasn't my question.
9         You understood this was the jail's
10  reason and Cermak's reason why you were not
11  allowed to carry your nitroglycerin on you.
12  Correct?
13    A.   Yes.
14    Q.   Okay.  So as you pointed out, William,
15  you then appealed.  Okay?  Where it's got a
16  section on page 979, it says inmate's request for
17  appeal.  Do you see that?
18    A.   Yes.
19    Q.   And you appealed and you said:  This
20  is emergency medication, nitroglycerin, just as an
21  asthma inhaler -- that I can have.  With two
22  question marks.
23         Did I read that correct?
24    A.   Correct.
25    Q.   Okay.  And they responded, the jail

Page 155

1  did, to your appeal.  Ms. Shebel did.  Correct?
2    A.   Uh-huh.
3    Q.   Is that a yes?
4    A.   Yeah.  I see Ms. Shebel.
5    Q.   Is that a yes?
6    A.   Yes.  Yes.
7    Q.   Okay.  Yes.  And she responded on
8  January 12, 2016, to your appeal on December 29,
9  2015.  Is that right?
10    A.   Yes.
11    Q.   And she said in the response to your
12  appeal:
13    You should never take a few nitroglycerin
14    without medical personnel being made
15    aware.  That would mean you are having
16    chest pain and not getting relief or more
17    frequent --
18    A.   Period?
19    Q.   -- episodes.  Or more frequent --
20    A.   Oh episode.  Correct.
21    Q.   -- episodes.
22         Did I read that correctly?
23    A.   It looks like it, yes.
24    Q.   Okay.  So she denied your appeal after
25  you explained your reasoning, and she again told

Page 156

1  you why you were not allowed to have nitroglycerin
2  carrying on your person.  Is that right?
3    A.   Yeah.  You should never take a few
4  nitroglycerin.  Okay.
5    Q.   She responded to your appeal, did she
6  not, William?
7    A.   Yes.
8    Q.   And she told you why you can't have
9  nitroglycerin on your person.  Right?
10    A.   Yes.
11    Q.   All right.  And this was in January,
12  on January 12 -- I'm sorry.  You saw actually her
13  appeal response on January 19, 2016.  Correct?
14    A.   Correct.
15    Q.   That's your signature.  Right?
16    A.   Yes.
17    Q.   So you knew, William, for the next
18  year and a half while you were at the Cook County
19  Jail between January 2016 and November of 2017,
20  all right, that this was the reason that you could
21  not carry your nitroglycerin on you at the jail.
22  Correct?
23    A.   Okay.  Yes.
24    Q.   Okay.  And it was specifically
25  related --

Page 157

1    A.   Can we go back to the top of the page
2  real quick?
3    Q.   Sure.  And it was specifically
4  related --
5    A.   Not that one.  The original grievance.
6    Q.   Hold on, William.  The reason that
7  your appeal was denied overall and you couldn't
8  carry it on you was because it was for your safety
9  and the safety of others.  Right?
10    A.   Okay.  Yeah.
11    Q.   Okay.  So you knew that.  Right?
12    A.   Right.
13    Q.   Okay.  Now let's look at another --
14  let me ask you this.  William, did you ever refuse
15  to go to the dispensary for any reason after they
16  told you that your medicine was there?
17    A.   No, I did not.
18    Q.   Did you ever tell anybody that you
19  refused to take your medication because the
20  nitroglycerin tablets were in a paper cup which
21  was useless due to the fact that the tablets
22  weren't kept in an airtight container?  Did you
23  ever --
24    A.   Right.  My medication -- yes, I put
25  that in the grievance.

Page 158

1    Q.   Okay.  So you did refuse to take the
2  medication that they gave you.  Right?
3    A.   No, I didn't refuse to take the
4  medication.  She said -- she gave me three pills
5  to keep with me.  I took one, and the pain went
6  away.  So she left me two.  But they're useless
7  after that.  If it came back, it wouldn't have
8  helped.
9    Q.   So your medical records --
10    A.   Because she gave me the supply -- the
11  nurse made a decision to go against whatever
12  policy Ms. Shebel had on here --
13    Q.   William --
14    A.   -- that I can't have it --
15    Q.   You're doing it again.
16    A.   -- and the nurse gave me a cup with
17  three.  But they want --
18    Q.   I'm going to ask you --
19    A.   -- after the first episode.
20    Q.   I'm going to ask you a straightforward
21  question.  Just yes or no, did you ever refuse to
22  come to the dispensary when you were called for
23  any reason?
24    A.   No.
25    Q.   Okay.  So if your medical records say

Page 159

1  that and there's an instance of that, the medical
2  record would be wrong.  Is that correct?
3    A.   Yes, it would.  And if you compare my
4  court dates --
5    Q.   That's all I need to know, William.  I
6  don't need a long narrative.  I just want to know
7  if the medical record would be correct or wrong,
8  and you answered the question.
9         Let's look at another grievance.
10  All right?  I want to look at the one, Kirstin, on
11  995.
12         MS. ERICKSON:  Thanks.  Okay.
13  BY MR. RADUNSKY:
14    Q.   Okay.  This is a grievance on page
15  995.  All right?  And it goes on to page 997.
16  Okay?  And this one is dated January 25, 2016.  Is
17  that correct, William?
18    A.   Yes.
19    Q.   All right.  Now, again, is this your
20  handwriting on this document on everything where
21  it says inmate's brief summary of the complaint?
22  Everything below that, is that you?
23    A.   Yes.  But I see where it has the top
24  folded over and the emergency grievance that I
25  checked is --

Page 160

1    Q.   William.  William.
2    A.   Okay.  I'm sorry.
3         MR. RADUNSKY:  Kirstin, Kirstin, I
4  don't want to fight with him, I mean.  But I just
5  want to ask these questions, I mean, and this is
6  not helpful.  Okay?
7  BY MR. RADUNSKY:
8    Q.   William, I'm going to ask again, which
9  is going to keep us here longer, all of this
10  handwriting below the box where it says inmate's
11  brief summary of the complaint, is that you?
12    A.   Yes.
13    Q.   Okay.  Now, on January 25, 2016, you
14  state it's a medical grievance.  Correct?
15    A.   Yes.
16    Q.   And you said in the grievance, all
17  right, I'm going to read it.  It says:
18     I was seen at sick call on 1/7/16
19     approximately.  The doctor/physician's
20     assistant I seen increased my medication.
21     And due to possible serious side effects,
22     she ordered a follow-up visit in two
23     weeks so she could order liver tests and
24     discuss any adverse side effects.  Today
25     I am told by the medication nurse I am

Page 161

1     not on the schedule for P/C sick call,
2     and I have not had the follow-up as was
3     ordered 1/7/16.
4         Did I read that correctly?
5    A.   Yes.
6    Q.   Okay.  Then it has a box asking for
7  action that you're requesting.  Do you see that
8  right below it?
9    A.   Yes.
10    Q.   And it says -- or you said:  I want to
11  be scheduled and seen by medical staff, doctors,
12  as they order for me to be scheduled for follow-up
13  and not when scheduling staff and security feel
14  like scheduling and allowing a P/C sick call line.
15         Did I read that correctly?
16    A.   Yes.
17    Q.   All right.  And again, William, that's
18  your signature at the bottom --
19    A.   Yes, it is.
20    Q.   -- of page 995?
21         Now, again, this was picked up by
22  jail personnel, all right, and they responded to
23  you, didn't they, on page 996?  Correct?
24    A.   I don't see the page number.  But,
25  yeah, I see the response.

41 (Pages 158 - 161)

Page 162

1    Q.   Do you see the page number at the
2 bottom?
3    A.   Yeah.
4    Q.   Okay.  So in response to your
5 grievance, again, by Susan Shebel, okay, she
6 states: There is no two-week follow-up order.
7 Submit an HSRF if you want to be seen.
8         Did I read that correctly?
9    A.   Yes.
10   Q.   I'm sorry, it actually says:  If you
11 wish to be seen.
12   A.   Correct.
13   Q.   Did I read that correctly?  Okay.
14        So she responded to your grievance,
15 William, and told you in her response to fill out
16 a health services request form because that's the
17 procedure that gets you to a doctor.  Right?
18   A.   Yes.
19   Q.   All right.  You wanted to see a doctor
20 in a different manner that was not the procedure
21 that was instituted by the jail.  Right?  You
22 wanted to do it --
23   A.   No, that's not right.
24   Q.   -- a different way?  Okay.  Now --
25   A.   The grievance -- can I explain?

Page 163

1    Q.   No.  No.  Your answer was it's not
2 right.
3         So the next thing is, after you got
4 Ms. Shebel's response on March 15, 2016 -- right?
5 That's the day you got the response.  Right?
6    A.   Yeah.
7    Q.   Is that a yes?
8    A.   Yes.
9    Q.   Sure.  And that's your signature --
10   A.   Yes.
11   Q.   -- that you got the response?
12        You then filed an appeal.  Right?
13   A.   Yes.
14   Q.   And you said in your appeal:  There
15 was a follow-up order on 1/6/16.  And then in
16 parentheses "approximately."  Correct?
17   A.   Correct.
18   Q.   And Ms. Shebel responded to you.  And
19 you received a copy on April 13, 2016, what her
20 response to your appeal was.  Correct?
21   A.   Yes.
22   Q.   And she checked off the box -- did
23 she -- whether or not she accepted your appeal,
24 and her answer was no.  Correct?
25   A.   Yes.

Page 164

1    Q.   And the reason was, she didn't accept
2 your appeal, was because she said that her
3 response from February 9, 2016 --
4    A.   Right.  Stands.
5    Q.   -- that that response was the same, it
6 stands.  Right?
7    A.   Yes.
8    Q.   So she acknowledged your appeal but
9 did not change her mind.  Right?
10   A.   Correct.
11   Q.   Okay.  Now, there is a comment from
12 you actually.  And I don't know why there's two
13 separate appeal forms, but this is the same issue
14 on the same date.  But you wrote inmate's request
15 for appeal:
16    Why did it take to early March to have
17    medical tests that were supposed to occur
18    in mid-January?  There was a follow-up
19    ordered.
20        Okay?  Do you see that --
21   A.   Yes.
22   Q.   -- 4/13?  All right.  But she responds
23 with what we already talked about earlier with
24 "response stands."  Right?
25   A.   Yes.

Page 165

1    Q.   Okay.  So --
2    A.   Is that the same one?  Or you said
3 there was a second.
4    Q.   No.  This is the -- this is all part
5 of the issue on your 1/25/16 grievance.  Okay?
6 Okay?
7    A.   Okay.  You're flipping through it.
8 You said there was a second --
9    Q.   No.  What I'm saying is here, look,
10 see, see right here, William, on page --
11   A.   Okay.  4/13.
12   Q.   -- 997 there is -- you must have
13 filled out a second inmate request for appeal
14 where you added more language than you did in your
15 first one or you included all this other stuff on
16 4/13/16 which is on page 997.  Do you see that?
17   A.   Okay.
18   Q.   Do you see it?
19   A.   Yes.
20   Q.   All right?  And she got back to you
21 and gave this response to you on 4/13/16 -- let me
22 take that back.
23        On April 1, William, she responded
24 already that the response stands.  So when you
25 sent this on April 13, 2016, all right, she didn't

42 (Pages 162 - 165)

Page 166

1 even acknowledge it because she had already
2 responded to you, all right, earlier. Do you
3 understand?
4     A.   Okay.
5     Q.   Do you understand?
6     A.   I think so.
7     Q.   Okay. Let me try to explain it. All
8 right? On your January 25, 2016, grievance,
9 William --
10    A.   Okay.
11    Q.   -- she responds, as you can see, to
12 your appeal on April 1, 2016. Right here. Do you
13 see it?
14    A.   April 1. Yes.
15    Q.   And she says the response stands --
16    A.   Okay.
17    Q.   -- all right? You don't get a copy of
18 it until April 13, 2016 -- or 2016. Do you see
19 that?
20    A.   Correct.
21    Q.   Okay. On that same day, William, you
22 filled out another -- I mean the same document but
23 you added more content after you got her response
24 back and you asked this question on page 997. Do
25 you see that?

Page 167

1     A.   Yes.
2     Q.   Okay. What I was saying to you is,
3 because she had already responded to your
4 grievance on April 1, all right, she didn't bother
5 answering your question after you got the
6 grievance and her response back on April 13, 2016.
7 Do you understand that?
8         MS. ERICKSON: Objection. Speculation.
9         THE WITNESS: It doesn't look like
10 anybody responded to it. There's no signature, no
11 date.
12 BY MR. RADUNSKY:
13    Q.   Well, that's what I'm saying.
14 William, I mean, I think we're sort of talking --
15 that's okay. I'm going to move on to another one.
16    A.   And it looks like a different
17 grievance number.
18    Q.   It's not. It's the same grievance,
19 4494.
20    Q.   704?
21    Q.   Yeah, 44 -- it's the same -- I'm
22 sorry --
23    A.   That's my ID number.
24    Q.   I'm sorry, 0704. And -- oh, I'm
25 sorry. Right there. 0704.

Page 168

1         MS. ERICKSON: Troy --
2         MR. RADUNSKY: 0704.
3         MS. ERICKSON: Wait a second.
4         THE WITNESS: Oh, okay.
5         MS. ERICKSON: Sorry to interrupt.
6 Would it be helpful if I just printed these for
7 him to be able to see them? Because you're
8 flipping through pretty fast.
9         MR. RADUNSKY: No. I can stop if he
10 needs me to. I mean, I'm just trying to move
11 through this --
12        MS. ERICKSON: Okay. No, of course.
13        MR. RADUNSKY: -- quicker.
14        THE WITNESS: All right.
15        MR. RADUNSKY: But I want to give him
16 a fair opportunity --
17        MS. ERICKSON: I understand.
18        MR. RADUNSKY: -- to see them.
19 BY MR. RADUNSKY:
20    Q.   So if I'm going too fast, William,
21 definitely tell me, and I'll slow down.
22        I'm now going to move on to the
23 next.
24        The next one is on, Kirstin and
25 everybody, page 1037. And it's a grievance from

Page 169

1 March 29, 2016.
2         All right. So this is a grievance,
3 William, from March 29, 2016. Can you see that?
4     A.   Yes.
5     Q.   All right. And, again, just like with
6 all the other grievances, this handwriting is
7 yours? Everything below where it says inmate's
8 brief summary of the complaint, that's your
9 handwriting?
10    A.   Yes.
11    Q.   All right. And the date of the
12 incident is March 29, 2016?
13    A.   Yes.
14    Q.   All right. And in the narrative it
15 says -- you wrote:
16 On March 29, 2016, the 11:00-7:00 a.m.
17 nurse brought my medications to 8 RTU
18 Tier 3-E so I could go to outside court.
19 I was experiencing chest pains and
20 requested my prescribed nitroglycerin
21 tablets, only to be told no by the nurse.
22 Also, even though I've been back at CCDOC
23 since 3/26/16, as of today 3/31/16 I am
24 still not being given my prescribed
25 Prozac and Lipitor medications as

43 (Pages 166 - 169)

Page 170

1    ordered.
2        Did I read that correct?
3    A.   Yes.
4    Q.   What were you taking Prozac for?
5    A.   I think it was depression.  I don't
6    remember.  I think.
7    Q.   Okay.  What was -- and what was the
8    Lipitor for?  Heart medication?
9    A.   Basically, yeah, it's anti -- it's a
10   cholesterol, anti-cholesterol.  It helps with the
11   blockage in your arteries.
12   Q.   And the action that you were
13   requesting, in the next box you wrote:
14       Please preserve the audio and video for
15       the above date and time and that I
16       receive my medically prescribed
17       medications for my serious medical issue
18       when and as ordered and that emergency
19       medications (nitroglycerin) be provided
20       immediately when I need it.
21       Did I read all that correctly?
22   A.   Yes, you did.
23   Q.   Okay.  Now, you got a response to that
24   on May 25, 2016.  Correct?
25   A.   Yes.

Page 171

1    Q.   Okay.  And in that response, William,
2    again Susan Shebel said in response to your
3    grievance:  No documentation initiating request
4    for PRN med.  No further documentation to indicate
5    patient change in condition related to this event.
6        Did I read that correct?
7    A.   Yeah.
8    Q.   Okay.  So she gave you another
9    explanation as to why you were not receiving your
10   medication.  Correct?
11   A.   No.  I don't -- I didn't agree with
12   that because there's no --
13   Q.   I'm not asking you -- William, I'm not
14   asking if you agree with it.  I'm saying, William,
15   she gave you an explanation as to why you weren't
16   getting your medication and what you had grieved
17   about.  She explained in her reasoning a response.
18   Correct?
19   A.   Yeah.  Her reasoning, yes.
20   Q.   Okay.  And you got that response and
21   read that response.  Correct?
22   A.   Correct.
23   Q.   Okay.  Now, and -- and you got that
24   response, as you can see here, on May 31, 2016.
25   Correct?

Page 172

1    A.   Yes.
2    Q.   All right.  That's your signature
3    right next to the date on page 1040.  Correct?
4    A.   Yes.
5    Q.   Now, again you requested an appeal on
6    May 31, 2016.  Is that right?
7    A.   Yes.
8    Q.   And you said:  There is no documented
9    change in medical condition due to CCDOC's
10   canceling of scheduled medical appointments
11   without rescheduling them ruling somebody --
12   someone cured without being seen by doctor.
13       Did I read that correctly?
14   A.   Yep.
15   Q.   Okay.
16   A.   Yes, you did.
17   Q.   And Ms. Shebel again responded on
18   June 17, 2016, to your appeal.  Right?
19   A.   No.  And response stands.
20   Q.   No.  I said she responded to your
21   appeal on June 17, 2016.  Correct?
22   A.   Yeah.  I received the response on the
23   21st of June, 2016.
24   Q.   That's right.  It was actually mailed
25   to you at the Livingston County Jail because you

Page 173

1    weren't even at Cook County.  Right?
2    A.   Right.
3    Q.   So they wanted to make sure you
4    understood what the response was with respect to
5    your medication complaints from Cook County Jail,
6    didn't they?
7    A.   Yeah.
8    Q.   All right.  So they got this in your
9    hands at the Livingston County Jail.  And it's --
10   and Ms. Shebel said her response stands to
11   your appeal.  In other words, she's not changing
12   her mind.  Right?
13   A.   Right.
14   Q.   Okay.  So each one of these instances
15   we're looking at, William, you brought this to the
16   attention of administrative personnel at the jail,
17   they've acknowledged your complaints and they've
18   responded to them.  Correct?
19   A.   Correct.
20   Q.   Every single time so far.  Right?
21   A.   Well, they responded.
22   Q.   That's all I want to know.  They
23   responded every time.  Right?
24   A.   Yeah.
25       MS. ERICKSON:  Objection.  Form.

44 (Pages 170 - 173)

Page 174

1    THE WITNESS:  They didn't address the
2  issue, but they responded.  That's what I'm trying
3  to say.
4  BY MR. RADUNSKY:
5    Q.   Let's look at the next one.  And I'm
6  only going to go through a couple more.  The next
7  one is on page 1043, page 1043, and it's dated
8  April 1, 2016.  All right?  Do you see that?
9    A.   Yes.
10    Q.   All right.  Is all of this handwriting
11  below where it says inmate's brief summary of the
12  complaint yours?
13    A.   Yes.
14    Q.   And you signed it also on April 8,
15  2016?
16    A.   Yes.
17    Q.   Okay.  Now, this is an incident,
18  again, that happened on April 1, 2016, where you
19  said:
20    I was placed in Division 8 RTU for
21    medical issues so I could have my blood
22    pressure monitored daily and so that I
23    could receive my medications in a timely
24    and consistent manner.  On April 1, 2016,
25    at approximately 1 o'clock p.m. I began

Page 175

1    having chest pains and asked for my
2    nitroglycerin.  Then I had to wait
3    approximately 45 minutes for a nurse to
4    walk the 50 feet from her office to
5    Tier 3-E to give me an emergency use
6    medication.
7    Did I read all that correctly?
8    A.   Yes.
9    Q.   All right.  So in this case the nurse
10  -- I'm sorry, the nurse actually brought you your
11  medication or no?
12    A.   In this case I believe she did because
13  I didn't put it on the grievance that she did not.
14    Q.   Okay.
15    A.   I had to wait 45 minutes.
16    Q.   Okay.  But she got your medication.
17  Right, William?
18    A.   Yes.
19    Q.   Okay.
20    A.   And something that should have been
21  taken within minutes.
22    Q.   Okay.  Now, which nurse was that?
23    A.   Whatever nurse was assigned to that
24  tier that day --
25    Q.   What's her name?

Page 176

1    A.   -- I'm not sure.
2    Q.   Who's the nurse that you're grieving
3  about here on 4/1/16?  Do you know her name?
4    A.   If she had a name badge on or that I
5  could see, I would have.
6    Q.   What --
7    A.   But, again, they -- they have their
8  badges turned backwards so you can't see them.  I
9  explained that at the beginning.
10    Q.   Are there clocks at the jail?
11    A.   Yes.  Or there's TVs where you know --
12    Q.   No, no, no, no.
13    A.   -- what time a program is on.
14    Q.   William, William, that wasn't my
15  question.  Are there clocks at the jail?
16    A.   Yes.
17    Q.   Okay.  So you're saying that there's
18  clocks that tell time and that you know what the
19  time is 24 hours a day in Division 9, Division 10?
20    A.   Division 8 RTU, yes.
21    Q.   Okay.
22    A.   It's state of the art.
23    Q.   And you're saying that you waited for
24  45 minutes?
25    A.   Yes.

Page 177

1    Q.   Okay.  And you were staring at the
2  clock, so you know it was 45.  It wasn't anything
3  less, wasn't more than that, it was exactly 45?
4    A.   Right.
5    Q.   All right.  And she had to walk, as
6  you said here, exactly 50 feet?
7    A.   That's what I measured it off at.
8    Q.   Okay.  So that's what I was going to
9  ask you.  So you got out of your cell and you
10  walked out 50 feet to make sure that that was
11  accurate?
12    A.   No.  They've taken me -- they had
13  taken me to the medical unit several times from
14  there, and I know it's 18 steps.  18 times 3 is,
15  what, 54.  My average stride is three feet.
16    Q.   Do you know what her average stride
17  is?
18    A.   No.  But it would still be 3 feet --
19  or 50 feet roughly.
20    Q.   What was she doing in that 45 minutes?
21    MS. ERICKSON:  Objection.  Speculation.
22    THE WITNESS:  No idea.
23  BY MR. RADUNSKY:
24    Q.   What was she doing?
25    A.   No idea.

45 (Pages 174 - 177)

Page 178

1    Q.   So you don't know if she was helping
2  somebody else who had a greater medical need than
3  you?
4    A.   Evidently a heart -- a heart attack or
5  somebody possibly having a heart attack isn't a
6  great medical need.
7    Q.   That wasn't my question, William.
8         You don't know if she has helping
9  somebody else who had a greater medical need than
10  you in that time period.  Correct?
11    A.   I don't know for positive.  But you
12  see the commotion that goes on in that division
13  because of the glass.  You see outside.  You see
14  down --
15    Q.   William --
16    A.   -- the hallways.
17    Q.   William, you don't know if she was --
18    A.   There was nobody in and out of that
19  healthcare unit.
20    Q.   William, you don't know what she was
21  doing in that 45 minutes.  Correct?
22    A.   No.
23    Q.   Okay.  So you don't know if she was
24  helping somebody who had more urgent medical needs
25  than you, do you?  You don't know?

Page 179

1         MS. ERICKSON:  Objection.  Speculation.
2  BY MR. RADUNSKY:
3    Q.   Correct?
4    A.   You're right.  I don't know.  But a
5  heart --
6    Q.   Did you ever --
7    A.   Somebody possibly having a heart
8  attack?
9    Q.   Did you ever ask her what she was
10  doing in that 45 minutes?
11    A.   No.  When I seen her, can I have my
12  medicine.  That's all I was concerned about.
13    Q.   William, my question, I mean, listen
14  to my question.  Did you ever ask her where she
15  was in that 45 minutes?
16         MS. ERICKSON:  He just answered.
17         THE WITNESS:  When she showed up, all
18  I was concerned about was my medicine.
19  BY MR. RADUNSKY:
20    Q.   William, it's a yes-or-no question.
21  All right?  Did you ever ask her where she was
22  during that 45-minute period that you're alleging
23  that she was gone and not giving you your
24  medication?
25    A.   I just said no.

Page 180

1    Q.   Okay.
2    A.   I didn't.  I only was concerned about
3  my medication.
4    Q.   And so you don't know what reasons
5  that she could have for not getting your
6  medication to you in whatever period of time it
7  was?  Whether it wasn't available or she had to
8  get it from somebody else or she was helping
9  another inmate or she was doing something else,
10  who knows?  You don't know?
11         MS. ERICKSON:  Objection.  Asked and
12  answered.
13  BY MR. RADUNSKY:
14    Q.   Am I right?  You don't know?
15         MS. ERICKSON:  Asked --
16         THE WITNESS:  The medical unit --
17         MS. ERICKSON:  -- same objection.
18         THE WITNESS:  I don't know where all
19  the -- how they cannot have one nurse available
20  for nothing -- a building full of patients.
21  BY MR. RADUNSKY:
22    Q.   And is it also fair to say you don't
23  know how they determine what the priorities are?
24  In other words, what patient gets priority over
25  others, that's left to their discretion not yours.

Page 181

1  Right?
2    A.   Yeah.  I'd like to --
3    Q.   Okay.
4    A.   -- know what heart attacks are in
5  priority.
6    Q.   In that moment were you actually
7  having a heart attack?
8    A.   I didn't know if I was or not.  I was
9  having chest pain.
10    Q.   William --
11    A.   I didn't know if it was a beginning
12  heart attack or not.  I did not know.
13    Q.   William, did you have a heart attack
14  on April 1, 2016?
15    A.   No.
16    Q.   Okay.  So, and you've had a heart
17  attack before.  Right?
18    A.   Yes.
19    Q.   Okay.  So if anybody knows what a
20  heart attack feels like, it would be you.
21  Correct?
22    A.   Yes.
23    Q.   Okay.  Now --
24    A.   And it was --
25    Q.   And that's all I needed to know.

46 (Pages 178 - 181)

Page 182

1  You're good.
2      A.   Okay.
3      Q.   Now, under the next section you
4  mentioned -- where action that you were
5  requesting, you said:
6      That the audio and video surveillance
7      logs be preserved and that my life not be
8      placed in jeopardy because there are no
9      nurses available to provide me with my
10     prescribed emergency rescue medication
11     (nitroglycerin) when I request it for
12     chest pains caused before my heart
13     diseases --
14     A.   By my heart diseases.
15     Q.   I'm sorry, by my heart diseases.
16          Did I read that correctly?
17     A.   Yes.
18     Q.   Okay.  And that's your signature on
19  April 8, 2016.  Right?
20     A.   Yeah.
21     Q.   Now, again, this is the response to
22  your grievance by Susan Shebel on May 25, 2016.
23  Correct?
24     A.   Yes.
25     Q.   Okay.  And here's another copy of it

Page 183

1  with your signature page on it, with your
2  signature on it.  Do you see that?  And you signed
3  that you received it on 5/31/16.  Do you see that?
4          MS. ERICKSON:  On what page?
5          MR. RADUNSKY:  Sure.  That's on page
6  1047.
7          THE WITNESS:  Yeah, I see it.
8          MR. RADUNSKY:  Okay.  I'm going to
9  blow this up because it's hard to see.
10         MS. ERICKSON:  Thanks.
11  BY MR. RADUNSKY:
12     Q.   Now, she responded to your grievance,
13  William, the one on April 1, 2016, and said:
14  Per nurse and Cermak, requested PRN med was
15  administered within 30 minutes of request.  No
16  change of condition.
17          Did I read that correctly?
18     A.   Yes.
19     Q.   So Ms. Shebel was told by the nurse
20  that you got your medication not in 45 minutes but
21  in 30.  Right?
22     A.   Okay.  Yeah.
23     Q.   Is that what it says?  I mean, is that
24  what she says?
25     A.   That's what it says basically, yes.

Page 184

1  That's what it says.
2      Q.   So Ms. Shebel is acknowledging your
3  complaint and saying it's only 30 minutes, not 45
4  like you had said.  Correct?
5      A.   Okay.
6      Q.   Is that a yes?
7      A.   Yes.
8      Q.   All right.  And you responded that you
9  received her -- I'm sorry.  Strike that.
10          You received Ms. Shebel's response
11  on May 31, 2016.  Correct?
12     A.   Correct.
13     Q.   And then you responded with an appeal
14  again.  Correct?
15     A.   Correct.
16     Q.   And you said:  This is 30 minutes of
17  request from the tier officer.  I had requested
18  the medication 15 to 20 minutes before he was able
19  to reach the tier's assigned nurse.
20          Did I read that correctly?
21     A.   Yeah.
22     Q.   Okay.  So in your initial grievance,
23  which we looked at a few pages ago, you said it
24  was 45 minutes.  Right, William?
25     A.   Uh-huh.

Page 185

1      Q.   Is that yes?
2      A.   Yes.
3      Q.   Now here you're saying it was a
4  30-minute request.  Correct?
5      A.   No.  I'm agreeing -- I'm stating what
6  she said earlier.  This is 30 minutes?  Within --
7  basically I'm saying this is within 30 minutes of
8  the request from the tier officer.  I had
9  requested the medication 15 to 20 minutes prior to
10  that.  Because the officer couldn't reach the
11  tier -- the nurse assigned to that tier because
12  she wouldn't answer the phone in the sick call.
13     Q.   William --
14     A.   I was there in a pod.  The officer is
15  standing right there with you physically.  You can
16  touch him.  It's no barrier.  You can watch him
17  calling, calling, calling.
18     Q.   Okay.  William, William --
19     A.   They don't answer.
20     Q.   -- I got it.
21          William, I just want to ask you.
22  This was your grievance that I asked you earlier
23  about.
24     A.   Yes.
25     Q.   Okay.  Now, it says right in your

47 (Pages 182 - 185)

Page 186

1  grievance: Then I had to wait approximately
2  45 minutes for a nurse to walk the 50 feet from
3  her office to give me an emergency use medication.
4     Do you see that?
5  A.  Yes.
6  Q.  All right.  There's nowhere in your
7  grievance do you mention an officer at all or
8  talking to an officer.  Is that correct?
9  A.  Uh-huh.
10  Q.  Okay.  Is that a yes?
11  A.  Let me see this again.  Yeah.
12  Q.  Okay.  But then all of a sudden in
13  your appeal you mention a 30-minute request from
14  the tier officer.  Right?
15  A.  Yeah.  It was with -- I had to wait --
16  the officer had to wait 15 to 20 minutes before he
17  could reach the nurse.  Then she took 30 minutes
18  more to come and bring me my medicine.
19  Q.  Okay.  But that's not what you said --
20  A.  That's what I was trying to say.
21  Q.  Okay.  But that's not what you said in
22  your grievance, though, is it?
23  A.  That's exactly what I said.
24  Q.  So you're saying that's exactly what
25  you said in your grievance that we looked at on

Page 187

1  page 1043?  That's exactly what you said?
2  A.  No.  I'm saying that's what I'm
3  explaining in my appeal.  The nurse couldn't be
4  reached --
5  Q.  Okay.  Listen to my --
6  A.  -- because she wasn't in --
7  Q.  Listen to my question.
8  A.  -- or answering the phone.
9  Q.  William, listen to my question.  All
10  right?
11     What you said in your appeal and
12  what you said in your grievance are not the same
13  things.  Do you agree, yes or no?  I don't want a
14  long explanation.  Do you agree --
15  A.  Okay.
16  Q.  -- with me, yes or no?
17  A.  I agree what I said in this.  It was
18  true and accurate when I wrote it.  I didn't know
19  that she was going to say she responded within
20  30 minutes.  The officer did what he was supposed
21  to do.  He called medical staff --
22  Q.  That wasn't my question.
23  A.  -- they wouldn't respond.
24  Q.  I mean, I understand you want to get
25  all of this out on the record, and that's fine.

Page 188

1     But my question to you, and I would
2  just appreciate a simple answer instead of all
3  this other, you know, noise that I'm getting, is
4  you didn't say anywhere in this grievance on
5  page 1043 that you spoke to an officer or a tier
6  officer or the tier officer had anything to do
7  with getting the nurse, did you?
8  A.  No.
9  Q.  Okay.  You brought it up in your
10  appeal.  Right?
11  A.  Mm-hmm.
12  Q.  Is that a yes?
13  A.  Yes.
14  Q.  Okay.  Now, the next grievance is on
15  page 1031.  And it's from May 10, 2016.  So, as
16  you can see, we're going through all of these
17  grievances --
18  A.  That's fine.
19  Q.  -- there's one about every two months
20  that I'm taking out so that you can see how the
21  jail is answering your concerns and your
22  complaints.
23  A.  Yeah.  Basically --
24  Q.  Hold on --
25  A.  -- whatever they say you're stuck

Page 189

1  with.
2  Q.  William, let me finish.  We cannot
3  talk over each other.  Okay?  Let me finish.  All
4  right?
5     I'm showing you all of these so
6  that you can see from the time that you were
7  incarcerated in November of 2015 all the way
8  through November 2017 a history of how your
9  grievances were handled, without showing you 30 of
10  them, just a general idea of how the jail is
11  responding.  Do you understand?
12  A.  Uh-huh.
13  Q.  Okay.  Is that a yes?
14  A.  Yes.
15  Q.  Okay.  And would you agree with me,
16  William, that so far we have already looked at one
17  grievance in December of 2015, which is a month
18  after you got to the jail.  Right?
19  A.  Yes.
20  Q.  And now we've looked at three more in
21  2016:  One from January, one from March, and one
22  from April.  Right?
23  A.  Yes.
24  Q.  Now here comes one from May, May 10,
25  2016, on page, again, 1031.  All of this writing,

48 (Pages 186 - 189)

Page 190

1  William, below inmate's brief summary, is that
2  your handwriting?
3      A.   Can you back it down to the top of the
4  page again, please?
5      Q.   Sure.  Hold on.  Yes.  Yes.  Yes.  I'm
6  just asking about the handwriting, William, from
7  below --
8      A.   Oh, no, I just wanted to see something
9  at the top of the grievance form.
10     Q.   Sure.
11     A.   Okay.  All right.  I can read it.
12     Q.   Okay.  And this grievance from May 10,
13  2016, it's in your handwriting.  Correct?
14     A.   Yes, it is.
15     Q.   And you signed it on May 10, 2016.
16  Correct?
17     A.   Yes.
18     Q.   And in this grievance where you
19  crossed out emergency health issue, do you see
20  that?
21     A.   I don't know that I crossed out the
22  emergency health issue.  I don't know that I did
23  that or the grievance officer did.
24     Q.   Okay.  So you can't say who did that.
25  Correct?

Page 191

1      A.   Correct.
2      Q.   It could have been you.  It could have
3  been somebody else.  Right?
4      A.   Yeah.  But if you look at my --
5      Q.   Up here -- hold on William, William --
6      A.   -- usually --
7      Q.   William, hold on.
8          In the upper left-hand corner of
9  this document, it says grievance form processed
10  as, and there's an X mark that says grievance.
11  Correct?
12     A.   Yes.
13     Q.   And there's also a box which is
14  unchecked that is for emergency grievance.
15  Correct?
16     A.   Correct.
17     Q.   So what's checked is the word
18  "grievance," not "emergency grievance."  Correct?
19     A.   Correct.
20     Q.   Okay.  And you wrote in this
21  grievance --
22     A.   But I'm not saying I made that X.  I
23  might have forgot to put the emergency -- I might
24  have forgot to check the box and the grievance
25  officer did it on her own.

Page 192

1      Q.   All right.  But you would agree that
2  the jail responded to this complaint.  Correct?
3      A.   I haven't seen that yet.
4      Q.   Okay.  Well, I obviously have a copy
5  of your grievance, so let me read it to you.  This
6  is what you grieved on May 10, 2016.  You said:
7  I have been in Division 10 for well over
8  30 hours and I have not received my heart
9  medications.  I am sick and tired of my
10  current and future health as well as my
11  life being placed in jeopardy because
12  medical staff are too incompetent to
13  deliver medications when and as
14  prescribed and the security staff are too
15  lazy and callus to do anything about it.
16          Did I read that correctly?
17     A.   It says it all.
18     Q.   Okay.  That's basically what your
19  whole lawsuit is about here.  Right?  That's a
20  grievance that pretty much sums up everything.
21  Right?
22     A.   Yes.
23     Q.   Now, you also said under actions that
24  you requested, you said:  That I be given my
25  prescribed medications as prescribed for my

Page 193

1  serious medical/cardiac issues so that I can take
2  them as prescribed and avoid the pain caused by
3  withdrawal from said medications (pain both
4  physical and mental).
5          Did I read that correctly?
6      A.   Yes, you did.
7      Q.   So you know already from having
8  grieved about this issue in January, three months
9  earlier, why they weren't giving you your
10  medications and letting you carry them.  Correct?
11     A.   I wasn't grieving them not giving me
12  my medications to keep on my person.  I was
13  grieving not being given my prescriptions during
14  med line.
15     Q.   Where does it say that?  Where does it
16  say that you're grieving about the med line
17  anywhere in there?
18     A.   I run out of room, I guess.  But, I
19  mean, if I can't be given the -- what is the
20  response to this one?
21     Q.   No, no, no, no.  I'm just asking you.
22  You agree with me that there's nothing in this
23  document that says anything about the med line
24  that you just mentioned or problems with it.
25  Correct?

49 (Pages 190 - 193)

Page 194

1     A.   I'm grieving not being given my
2  medication --
3     Q.   William --
4     A.   -- as prescribed.
5     Q.   William, you're not answering --
6     A.   It doesn't say nothing about --
7     Q.   -- my question, so I'm going to keep
8  asking them.
9     A.   -- the med line.  You're right.
10    Q.   Okay.  And so then answer my
11  questions --
12    A.   I am.
13    Q.   -- and stop giving other nonresponsive
14  answers and we'll get through this.  All right?
15  I'm not here to fight with you.
16    A.   I'm not trying to fight with you, but
17  I'm not going to let you lock me into something.
18  This is me not getting my medication period.
19  That's all it's about --
20    Q.   William, listen to my --
21    A.   -- whether they give it to me in
22  person or hand it to me to keep with me.
23    Q.   William, I'm asking you --
24    A.   I need to take medication and they
25  wouldn't let me.  They wouldn't give it to me.

Page 195

1     Q.   William, I'm asking you a simple
2  question.  And, I mean, I don't know if you're
3  going to let me ask it or not because you're just
4  rambling on and it's not helpful and it's
5  prolonging the dep.  Okay?
6     A.   Okay.
7     Q.   Let's not do this.  Okay?
8          I just want to know, again, on the
9  record, yes or no, is there anything in your
10  May 10, 2016, grievance that says anything about
11  the med line or there being a problem with the med
12  line?  Yes or no?
13    A.   It doesn't say that.  But where it
14  says --
15    Q.   Okay.  Thank you.  That's all I need
16  to know.
17    A.   Not in that body.  It says it under-
18  neath.
19    Q.   Where does it say anything about the
20  med line?
21    A.   Right there on the bottom where it
22  says staff or inmates having information.  Audio
23  and video records from Division 9 -- Division
24  10/2-C, with an arrow pointing up, it says
25  interlock area.  That's where the med line is

Page 196

1  passed out.
2     Q.   William, is there anything in that
3  sentence that you just read that says "med line"
4  in it at all?
5     A.   No.
6     Q.   Okay.  Thank you.
7     A.   But that's where the med line is at.
8     Q.   That's okay, William.  That's fine.
9          Now, in response to your May 10,
10  2016, grievance which is on page 1033, again
11  Susan Shebel responded to your grievance on
12  May 31, 2016.  Right?
13    A.   Yes.
14    Q.   And you signed that you got a copy on
15  June 2, 2016.  Correct?
16    A.   Yes.
17    Q.   And Ms. Shebel told you in the
18  response to your grievance that the record
19  reflects you received 9:00 p.m. meds on 5/10/16
20  and all meds thereafter.  Is that what she said?
21    A.   That's what she said, yes.
22    Q.   Okay.  So she's saying you got all
23  your medications within a prescribed time frame
24  that you had requested.  Correct?
25    A.   No.  I was grieving not -- over 30

Page 197

1  hours of not getting my medication.  And her
2  record reflects that it was over 35 hours they
3  didn't do anything about it.
4     Q.   Okay, William.  I mean, she's saying
5  right in this record that you did get your
6  medication, yes or no?
7     A.   35 hours after I was supposed to get
8  my --
9     Q.   35 hours according to who, William?
10  Where does it say you waited for -- I mean it
11  was 30 -- other than -- when you mentioned here
12  that it's over 30 hours, how do you know that?
13  Are you looking at the clock?  Are you watching
14  25 TV shows?  How do you know it's 30 hours?
15    A.   You change the channel on the TV, it
16  pops up the time, for one.  And the other, there's
17  an officer bubble interlock.  You can see the
18  clock on her computer or on the officer's computer
19  in there.  They got it on the screen.  There's a
20  large band across the top with the time and date
21  on it.  Anyway --
22    Q.   So that's how you're getting your time
23  at the jail when you're trying to figure out what
24  time it is or when you're filling out your
25  grievances?  That's what you're using?

50 (Pages 194 - 197)

Page 198

1    A.   I know what time I came into the jail
2  and I knew what time I got my medication.
3    Q.   All right.  So you're saying you
4  waited over 30 hours.  Right?
5    A.   Yes.
6    Q.   Okay.  And Ms. Shebel completely
7  disagrees with you and is saying that you
8  basically got it at 9:00 p.m. that night.  Right?
9    A.   No.  She says I got it at 9:00 p.m.
10 the next night.
11   Q.   She's saying that you got it at
12 9:00 p.m. on 5/10.  That's the same day of your
13 grievance, William.  Your grievance is 5/10/16.
14 She's saying you got your meds on 5/10/16.  Yes?
15   A.   Can you back it up again, please?
16   Q.   Sure, William.  All right?  On page
17 1031, it says that the date of your incident is
18 5/10/16.  You wrote that.  Right?
19   A.   I thought I put --
20   Q.   Yes?
21   A.   -- what time I arrived in the jail.
22 I thought I arrived in the jail on the 9th --
23   Q.   Okay.  Well, I --
24   A.   -- by this date.  I don't know.
25        MS. ERICKSON:  Can we take a pause

Page 199

1  here?  I'm going to print out this one for him
2  because I think you're mischaracterizing what's
3  written.  So I'm printing off this one so Mr. --
4        MR. RADUNSKY:  Let me finish this line
5  of questioning, and then we can take a break.
6        MS. ERICKSON:  Let me -- let me get
7  the -- let me get him a copy.  This isn't fair.
8  Hang on a minute.
9             (A break was taken from
10             2:35 p.m. until 2:36 p.m.)
11       MS. ERICKSON:  Okay.  Thank you.  I
12 just got him a copy of this one you're going over.
13       MR. RADUNSKY:  Thanks.  Okay.
14 BY MR. RADUNSKY:
15   Q.   Now, William, are you looking over the
16 grievance that you wrote on May 10, 2016?
17   A.   Yes, I am.
18   Q.   All right.  And on the very first
19 line, as you pointed out, is you've waited for
20 well over 30 hours and hadn't received your heart
21 medication.  Correct?
22   A.   Correct.
23   Q.   All right.  And Ms. Shebel responds,
24 okay, on May 31, 2016.  And we can see her
25 response on page 1033.  Correct?

Page 200

1    A.   Correct.
2    Q.   And she says that you got your
3  medication at 9:00 p.m. on May 10, 2016.  Correct?
4    A.   Correct.
5    Q.   And the time of your grievance on
6  page 1031 was at 12:00 p.m.  Correct?
7    A.   Correct.
8    Q.   So you got your medication within nine
9  hours after you filed your grievance.  Correct?
10   A.   No.  I filed the grievance 30 hours
11 after I hadn't received the grievance [sic] and it
12 was --
13   Q.   No.
14   A.   -- nine more hours.
15   Q.   William, listen, listen to my
16 questions.  And I don't want to spend a lot of
17 time on this.
18        Your grievance, the time on it on
19 5/10/16 is you wrote down 12 o'clock p.m.
20 Correct?
21   A.   Correct.
22   Q.   Okay.  Now, Ms. Shebel is saying that
23 you got your medications at 9:00 p.m. on May 10,
24 which is nine hours after you filed your grievance
25 that you put the time on.  Correct?

Page 201

1    A.   Correct.
2    Q.   Okay.  So your point is you waited,
3  what, 25 hours before you started writing this
4  grievance?
5    A.   Yeah.  I didn't write the grievance
6  until about 30 hours after I got to the Cook
7  County Jail.
8    Q.   Okay.
9    A.   I didn't receive any medication.  The
10 med line that day was probably late.  That's why
11 it's 12:00 p.m.
12   Q.   All right.  So you're saying it took
13 30 hours and she's basically saying it took 9 and
14 that's a discrepancy that you disagree with.
15 Right?
16   A.   It might have taken nine hours from
17 the time I wrote the grievance.  But that's added
18 to the time that was before I wrote the grievance.
19   Q.   William, how --
20   A.   I didn't write the grievance until
21 30 hours later --
22   Q.   How would they --
23   A.   -- after the grievance was --
24   Q.   William, if they don't have a crystal
25 ball, how would they know that you had this issue

51 (Pages 198 - 201)

Page 202

1 until they received your grievance? How would
2 they know?
3     A.   I had been in Division 10 for well
4 over 30 hours.  That was at 12 o'clock on the
5 10th.  She didn't respond to this until 6/21 --
6 no, I'm sorry, that's when I received it.
7     Q.   You didn't answer my question.  You're
8 not answering my questions.
9          How would they -- how would they
10 know, William, how would the officers -- how would
11 they know if you filed your grievance at
12 12:00 p.m. in your own handwriting that you had
13 been complaining for 20 hours before that?
14 There's nowhere in your grievance that you mention
15 complaining to any officer by name or anybody for
16 30 hours.  Do you agree with me?
17     A.   No.  You got to be brief and precise
18 and to the point with this and you can't write it
19 all in here.  Or I couldn't.
20     Q.   So even though it's dated 5/10/2016
21 and you said the incident was at 12 o'clock and
22 Ms. Shebel is saying you got your medications at
23 9 o'clock, you didn't have to wait 9 hours, you
24 had to wait 30.  Right?
25     A.   39.

Page 203

1     Q.   Okay.  39 hours.  Okay.
2          Now, you appealed Ms. Shebel's
3 response again.  Correct?
4     A.   Yes.
5     Q.   Okay.  And your request for appeal
6 which you filed on June 2, 2016, says:  The record
7 reflects 9:00 p.m. meds on 5/10/16, but I was sent
8 to Division 10 at 11:00 a.m. on May 9, 2016, which
9 is a 35-hour delay between twice daily meds.  Why?
10          Do you see that?
11     A.   Yeah.
12     Q.   Okay.  Now, why didn't you file a
13 grievance on May 9?  Why did you wait 30 hours if
14 you needed it so bad?
15     A.   I got there at 11:00 a.m.  My next med
16 pass should have been at 6:00 p.m. -- or, no, I'm
17 sorry, 9:00 p.m.
18     Q.   My point is --
19     A.   And I got another one the next day at
20 9:00 a.m. when the med nurse came at 12 o'clock
21 that day?  She came late?
22     Q.   Well, you're guessing, William.  I
23 mean --
24     A.   I don't know why I waited 'til
25 12 o'clock.

Page 204

1     Q.   So please don't -- so please don't
2 guess.  What I would just like to know is within
3 your personal knowledge why didn't you file a
4 grievance on May 9?  What's the answer?
5     A.   Because I had to give them time to
6 process me into the system --
7     Q.   Okay.
8     A.   -- and bring my meds to the division
9 where I was housed.  I should have had them at
10 9:00 p.m. that night.  I didn't have them.  When I
11 didn't get them the next morning at whatever time
12 the med pass came, that's when I filed the
13 grievance.
14     Q.   All right.  So Ms. Shebel responded to
15 your appeal again and said --
16     A.   Standard response.
17     Q.   Let me finish, please.
18          Ms. Shebel responded to your appeal
19 on June 17, 2016, after reading your grievance and
20 your appeal and said:  Response stands.  You
21 transferred divisions at that time.
22          Did I read that correctly?
23     A.   Yeah.
24     Q.   Okay.  So she gave you another
25 explanation, just like all the other times, why

Page 205

1 there was a valid reason for -- well, strike that.
2          So she gave you another explanation
3 why there was a delay in getting the -- in getting
4 your medicine that day.  Right?
5     A.   She gave me an excuse, yes.
6     Q.   I know you call it an excuse.  I mean,
7 it's clearly in the appeal.  That's the jail's
8 explanation for why you didn't get your
9 medications that day.  Right?
10     A.   And the jail transferred me within
11 their facility, so they knew where I was at.
12     Q.   Okay.
13     A.   That's what I was getting at.
14     Q.   Okay.  So you're saying, like, during
15 the transfer at all times medical and
16 administrative staff is supposed to know where
17 you'd be -- where you're at until you're actually
18 housed in your cell?  Every single second, that's
19 what all the staff is supposed to know and all the
20 medical staff is supposed to know where you're
21 being moved to right after you get there?
22     A.   It's computer.
23     Q.   Did you say to any of the officers
24 while you're being transferred, "Hey, go get the
25 nurse," or "Can you help me get my medication"?

52 (Pages 202 - 205)

Page 206

1    A.   It's implied in my grievance.
2    Q.   Did you identify any officers by name
3  in your grievance anywhere that you spoke to in
4  this 30 -- before you waited 35 hours?
5    A.   No.
6    Q.   Do you identify the names of any
7  nurses that you spoke to in this period while you
8  waited for 30 hours?
9    A.   No.  And, again, I explained the
10 reason why with the nurses.  They hide their --
11 they turn their badges backwards, their identity
12 badges.
13   Q.   Right.  Right.  They do that every
14 time.  Right?
15   A.   95 percent of them did, yes.
16   Q.   And they did it for the entire two
17 years that you were there.  Right?
18   A.   Yeah.
19   Q.   Okay.  Now, this appeal was also sent
20 to you at the Livingston County Jail also.
21 Correct?
22   A.   Correct.
23   Q.   Okay.  So you weren't even in the Cook
24 County Jail, and they wanted to make sure that you
25 received your response and that you had read it.

Page 207

1  Correct?
2    A.   Correct.
3    Q.   Okay.  Now, the next one that I want
4  to talk about is on 1071, and it's January 2,
5  2017.  All right.  Can you see this one in front
6  of you, William, from January 2, 2017?
7    A.   Yes.
8    Q.   All right.  And you mention that the
9  time of that incident was ongoing.  Correct?
10   A.   Yes.
11   Q.   And here it says page it looks like
12 one of two.  Right?
13   A.   Yes.
14   Q.   Is that your handwriting where it says
15 page one of two?
16   A.   Yes, it is.
17   Q.   So you were able to get a second page
18 to write on for this complaint what your
19 allegations were?
20   A.   I assume so.  I don't see the other
21 page.  I might have wrote it on regular paper.  I
22 don't know.
23   Q.   I have it.  I'll show it to you.
24 Here's the second page.
25   A.   Okay.

Page 208

1    Q.   Page 1072.  Do you see that?
2    A.   Yeah.
3    Q.   So, earlier, you had said they didn't
4  give us enough paper, there wasn't enough lines to
5  write on, you couldn't fill out everything.  But
6  clearly you had two pages for this grievance.
7  Right?
8    A.   This one I had access to a second
9  grievance form.
10   Q.   Okay.  But you didn't on the other
11 occasions.  Right?
12   A.   No.  Or I would have wrote it like
13 this.
14   Q.   Okay.  Now, on this one from
15 January 2, 2017, you put in an asterisk:  Serious
16 medical issue.  Please process as emergency
17 grievance.
18        Is that your handwriting?
19   A.   Yes, it is.
20   Q.   Okay.  Now, up here on the top where
21 you've accused us of bending the pages as opposed
22 to it just being a copying issue, you can see that
23 the word "grievance" is checked, not "emergency
24 grievance."  Right?
25   A.   Okay.

Page 209

1    Q.   Is that right?
2    A.   Correct.
3    Q.   Okay.  But you're asking that it be
4  processed as an emergency.  Right?
5    A.   Yes.
6    Q.   All right.  Now, in this grievance you
7  said on January --
8    A.   What did I put on -- okay.  That's
9  page one.  Never mind.  Go ahead.
10   Q.   On January 2, 2017, you said in this
11 grievance:
12        My medications did not start until
13 36-48 hours after I was returned from
14 Livingston County Jail.  On 1/6/17 (Fri)
15 the p.m. nurse left the tier without
16 giving me my medications.  The a.m. nurse
17 on 1/7/17 (Sat) did not give me my
18 medications before leaving the tier.
19 Again on 1/8/17 (Sun) p.m. and 1/9/17
20 (Mon) a.m. both nurses left the tier
21 without giving me my prescribed
22 medications for heart disease and
23 hypertension, and security did nothing.
24        It is very simple.  You look at the
25 tier logs for the nurses' arrival times

53 (Pages 206 - 209)

Page 210

1  on Tier 3-4 [sic]/Division 9 for the
2  dates and times listed on page one of
3  this grievance.  Then you watch the video
4  surveillance recordings for Tier 3-H and
5  the security interlock between Tiers 3-G
6  and 3-H, and they will confirm I was not
7  given any of my prescribed medications on
8  the dates and times indicated on page
9  one.  If my medical records show I was
10  given medications at these times, video
11  surveillance will prove medical staff to
12  be illegally falsifying records.
13        Did I read your complaint
14  correctly, William?
15      A.  Yes, you did.
16      Q.  All right.  And you signed it on those
17  two pages.  Right?
18      A.  Yep.
19      Q.  All right.  Do you know the names of
20  any of these nurses that you've mentioned on
21  page 1071 on page one of your grievance?
22      A.  No.
23      Q.  Okay.  So you can't describe them.
24  You don't know their names.  Right?
25      A.  No.  And that's why I asked them to

Page 211

1  look at the security logs.
2      Q.  Okay.  What if the security logs show
3  that you were given medication and that was noted
4  in your medical records, would that be incorrect?
5      A.  Yes, it would.
6      Q.  Okay.  So if there's video actually
7  showing that you're receiving your medications and
8  it's noted in the medical records, you're saying
9  that would not be true, but yet your grievance
10  would be?
11      A.  Yes, I would, because I'd like to see
12  the security logs, the dates.
13      Q.  Okay.  Now, again, going up a couple
14  pages here to page 1078, Ms. Shebel responded to
15  your grievance on January 31, 2017.  Correct?
16      A.  Yes.
17      Q.  And she said that, in response to your
18  grievance:  Record reflects meds were ordered on
19  1/3/17, received 1/4, and refused 1/5.  Will refer
20  to nursing management.
21        Did I read that correctly?
22      A.  Yeah, you read it correctly.
23      Q.  Okay.  So Ms. Shebel --
24      A.  I've never refused medication.
25      Q.  Hold on, William.

Page 212

1        Ms. Shebel is saying that you
2  refused medication.  Is that right?
3      A.  That's what she's saying, yes.
4      Q.  Okay.  So you obviously say that's not
5  true.  Right?
6      A.  Correct.
7      Q.  Okay.  Any particular reason that you
8  can think of that Ms. Shebel would say that?
9      A.  Well, maybe that's what the nurses put
10  in the record when they didn't give me my
11  medication to make it look like they did their
12  jobs when they didn't.
13      Q.  Okay.  So that's your -- okay.
14      A.  I think I addressed that in the
15  grievance, too.
16      Q.  So, William, I mean if me or your
17  lawyer showed you all of your medical records and
18  said, hey, these are all the medical records from
19  Cermak, it would be your testimony that those
20  medical records are not reliable?
21      A.  For the most part, yes.  If they're
22  saying I took -- I denied medication, yes.
23      Q.  Well, that's -- my question to you is
24  different.
25        I'm saying if I give you your

Page 213

1  medical records in this case, are you going to
2  tell me that the nurses and doctors who charted
3  your medical treatment while you were at the Cook
4  County Jail, that those records are not correct,
5  that some of them are falsified or that there's
6  things that are not true or inaccurate?
7      A.  This particular grievance, yes.  If my
8  records say I refused medication, they're a lie.
9  They did not come --
10      Q.  I'm not asking about this particular
11  grievance, William.  I'm asking about all of your
12  medical records.
13      A.  I'm trying to get to that.  If this
14  one is a lie, yes, they falsified the record at
15  other times, too, I'm sure.
16      Q.  And you, again, have never seen your
17  medical records, but that's your -- that's your
18  allegation.  Right?
19      A.  Hang on.  I can't read what she said.
20  You've narrowed it down.
21        MS. ERICKSON:  Troy, just for
22  clarification, what on this page shows us this is
23  in response to --
24        MR. RADUNSKY:  Sure.
25        MS. ERICKSON:  -- page 1071?

54 (Pages 210 - 213)

Page 214

1     MR. RADUNSKY:  Do you see this right
2 over here where it says control number 0433 at the
3 top of the page 1079?
4     MS. ERICKSON:  Yeah.
5     MR. RADUNSKY:  Okay.  Do you see it
6 right here, Kirstin, 0433 on these two pages of
7 the grievance on page 1071 and 1072 right at the
8 top?
9     MS. ERICKSON:  Yes.
10    MR. RADUNSKY:  Okay.  William -- I'm
11 sorry, go ahead.
12    MS. ERICKSON:  Sorry.  No.  Do we know
13 for sure that those two go together?
14    MR. RADUNSKY:  Yeah.  That's what I'm
15 saying.  The numbers match up, so that's how you
16 know, you know, the grievance, the response, all
17 of it is part of just the one grievance.  They're
18 all different.  For every grievance there's
19 different -- there's different control numbers?
20    MS. ERICKSON:  Got it.
21    MR. RADUNSKY:  Okay?
22 BY MR. RADUNSKY:
23    Q.  So, William, again, I mean, I just
24 want a yes or no to this question.  If I gave your
25 medical records and you reviewed your medical

Page 215

1 records, are you telling me that you believe that
2 there's inaccuracies in there, that things were
3 not recorded correctly or that they were
4 falsified?
5     A.  Yes.
6     Q.  And --
7     A.  If you look at this, it says --
8     Q.  Hold on, William.  I don't want to
9 hear.  All right?
10        You've never seen your medical
11 records.  Correct?  So you don't know what's in
12 them.  Right?
13    A.  I've seen some of them when I was in
14 the jail, yes.
15    Q.  All right.  Did you see any records
16 that were falsified or were inaccurate?
17    A.  At the time I was looking at them, no.
18 But I've noticed some of the --
19    Q.  Okay.
20    A.  -- things in there.
21    Q.  So, William, the records that you did
22 look at when you were at the jail, those were not
23 falsified.  Those were fine.  Everything was
24 accurately recorded.  Right?
25    A.  Yeah.  And this one here --

Page 216

1     Q.  Okay.
2     A.  -- is a remake of --
3     Q.  That's all I need to know, William.
4     A.  -- the first one.  No.  I want to
5 prove -- show this.  This grievance --
6     Q.  William --
7     A.  -- was already signed --
8     Q.  William, I'm --
9     A.  -- and appealed a --
10    Q.  -- questioning you.
11    A.  -- week prior.
12    MR. RADUNSKY:  Kirstin, honestly, can
13 you please, please, tell him to answer my
14 questions?  I mean, honestly --
15    THE WITNESS:  I will answer your
16 question.  But read the appeal, basis for the
17 appeal.
18 BY MR. RADUNSKY:
19    Q.  William --
20    A.  They got rid of my original one --
21    MS. ERICKSON:  William, Mr. Dukes,
22 Mr. Dukes, okay, wait.  Respond to his questions.
23 Okay?
24    THE WITNESS:  Okay.
25    MS. ERICKSON:  All right.  Go ahead.

Page 217

1 BY MR. RADUNSKY:
2     Q.  I mean, you got to stop doing this,
3 William.  I mean, I'm going to ask you one more
4 time, I mean, and I'm going to ask you politely to
5 please answer only the questions that I'm asking.
6 All the lawyers, I mean, would like to get out of
7 here I'm sure at some point today, and you're
8 making this very difficult with nonresponsive
9 answers.  Every time you don't answer my question,
10 I have to ask it again.  All right?  So quit
11 telling me what you think or whatever.  I'm asking
12 you yes-or-no questions --
13    A.  I'm telling you --
14    Q.  -- simple responses --
15    A.  -- what's in black and white.
16    Q.  -- things that require simple
17 responses.  Okay?  I'm just asking you.  I don't
18 need the long narrative response.  Your lawyer --
19    A.  Okay.
20    Q.  -- if she wants to ask you those
21 questions, she can ask.  But right now it's not
22 productive, and it's really hindering the process
23 and prolonging it.  Okay?
24    MS. ERICKSON:  And then, again, please
25 stop arguing with the witness.  I understand

55 (Pages 214 - 217)

Page 218

1 you're frustrated, but please stop arguing with
2 him.
3        MR. RADUNSKY: I'm not trying to argue
4 with him. I'm simply trying to admonish him as to
5 what the rules are of a deposition and to please
6 answer the questions. Please.
7        THE WITNESS: Okay. I'm sorry. When
8 they -- this one here, when they gave me this
9 response, I had already filled out a signed and
10 responded a week prior to this --
11 BY MR. RADUNSKY:
12    Q.    William, I don't --
13    A.    -- to her answering --
14    Q.    Listen, I don't even have -- William,
15 I don't even have a question pending and you're
16 talking. All right?
17        So my question is, okay, you filled
18 out another appeal, okay, following the January 2,
19 2017, grievance. Right?
20    A.    January 22 [sic]? That's February 22.
21    Q.    William, we're going to go through
22 this again. We're going to go through this again.
23 Okay?
24        MS. ERICKSON: You're flipping through
25 a lot of pages, Troy. Let him give him the pages.

Page 219

1 BY MR. RADUNSKY:
2    Q.    Your grievance is on January 2, 2017.
3    A.    Okay.
4    Q.    Do you understand?
5    A.    Okay.
6    Q.    Okay? The response to that grievance
7 was on January 31, 2017, by Ms. Shebel. Do you
8 see that?
9    A.    Yes.
10    Q.    And we have talked about her response
11 which includes you refusing medication on
12 January 5, 2017, in her response. Correct?
13    A.    It does say that, yes.
14    Q.    Okay. Then you filed an appeal on
15 February 22, 2017. Correct?
16    A.    I filed a second appeal. I sent the
17 paper back as the second appeal because I had
18 already sent one in a week prior.
19    Q.    Do you see where it says inmate's
20 request for an appeal?
21    A.    Yeah. And do you see what it says on
22 the appeal?
23    Q.    I do. And I'm going to get there.
24 Can you just follow and answer my questions?
25        I said you filed an appeal -- you

Page 220

1 filed an appeal on February 22, 2017. Correct?
2    A.    Yes. I filed a second appeal.
3    Q.    Okay. And it says the grievance --
4 what does this say? Can you read that?
5    A.    The grievance was already signed and
6 appealed over a week ago.
7    Q.    So she's telling you that this is
8 duplicative. Correct?
9    A.    No. I'm telling her I've already
10 signed -- received and appealed this very
11 grievance a week earlier.
12    Q.    Exactly. It's duplicative. That's my
13 point. It's duplicative. Do you know what
14 "duplicative" means?
15    A.    Repetitive.
16    Q.    Right. It's the same thing. You're
17 saying I did this a week ago. Right?
18    A.    Yes. She threw it away because she
19 didn't like what I put down for the appeal, so
20 she --
21    Q.    William. William. William, listen,
22 my only question to you was you're saying it's
23 duplicative. Correct?
24    A.    They forced me to fill out -- to do
25 another one when I had already done it, yes.

Page 221

1        MR. RADUNSKY: Kirstin. Kirstin.
2        THE WITNESS: It is duplicative on
3 their part --
4        MR. RADUNSKY: Jesus Christ.
5        THE WITNESS: -- not mine. Let me
6 answer the question that I already answered in the
7 grievance. I answered --
8 BY MR. RADUNSKY:
9    Q.    I don't even have a question and
10 you're still talking.
11        I don't know -- I don't know -- let
12 me ask you this, are you on any medication today?
13    A.    No, I am not.
14    Q.    Are you on any drugs at all?
15    A.    None.
16    Q.    Okay.
17    A.    No alcohol. No drugs.
18    Q.    Well, are you --
19    A.    No nothing.
20    Q.    -- having -- are you having any
21 trouble understanding my questions themselves and
22 just answering the question that I'm asking,
23 William? Do you have any trouble doing that?
24    A.    You're trying to lock me into
25 something that clearly shows right there I've

56 (Pages 218 - 221)

Page 222

1 already done this.
2    Q.   William, listen to what I'm asking
3 you.  You can't even answer my question.
4         Do you have any trouble answering
5 the questions that I'm asking?  Not answering what
6 you want to answer, but answering --
7    A.   Okay.  I don't --
8    Q.   -- my question?
9    A.   -- understand the question.
10    Q.   Okay.  Did Ms. Shebel file a response
11 to your appeal on March 28, 2017?
12    A.   It appears so, yes.
13    Q.   And did she tell you that there was no
14 basis for the appeal provided and that her
15 original response stands?
16    A.   That's what's written, yes.
17    Q.   Okay.  Now, next grievance, is on
18 page 1087 and it's from May 20, 2017.  Is all of
19 this on page 1087, all of this handwriting below
20 where it says -- well, it's actually in Spanish.
21 Is this the grievance that you filed on May 20,
22 2017, William?  Is that your handwriting?
23    A.   This is in Spanish because that's all
24 they had available.
25    Q.   Is that your handwriting and your

Page 223

1 signature on your grievance?
2    A.   Yes.
3    Q.   Okay.  And the grievance, the date of
4 the incident is May 20, 2017.  Correct?
5    A.   To date.  Whatever date I put on the
6 grievance at the top.
7    Q.   William, does it say May 20, 2017?
8    A.   To date.  Yes.
9    Q.   What does that mean?
10    A.   From May 20 --
11    Q.   So what does that mean?
12    A.   -- until the day I wrote the grievance
13 where I signed it on the 25th.
14    Q.   So you're saying it goes from May 20
15 to May 25?  It goes over a period of five days?
16    A.   25 or 26.  I can't see it clearly.
17    Q.   Okay.  And this is at 2:00 p.m.  Even
18 though you've had this thing going on for five
19 days, you finally decided to grieve it on May 25.
20 Right?
21    A.   Yeah.
22    Q.   You're saying:
23 I was processed back into CCDOC on
24 May 20, 2017, at approximately 2:00 p.m.
25 My medical intake screening was cursory

Page 224

1 at best, and I was told that I would be
2 seen automatically by divisional medical
3 staff about my heart disease, high blood
4 pressure, high cholesterol, BPH, and
5 asthma.  Even though I was told it was
6 automatic, I know of Cermak/CCDOC's
7 incompetence in scheduling medical
8 appointments, so I filled out and
9 submitted two yellow medical request
10 forms (5-20 and 5-22).  Now I find out my
11 fenofibrate medication has been canceled.
12 No doctor-no blood tests-nothing.  Denial
13 of medical care.
14         Did I read that correctly?
15    A.   Yes.
16    Q.   All right.  Now, you got a response
17 from Ms. Shebel again on June 9, 2017.  Is that
18 right?
19    A.   Yes.
20         MS. ERICKSON:  It says June 19, no?
21         THE WITNESS:  Yeah.  June 19.
22         MR. RADUNSKY:  I'm sorry.  You're
23 right.  Yes, June 19.  Thank you for pointing that
24 out.
25         ///

Page 225

1 BY MR. RADUNSKY:
2    Q.   You got a response from Shebel on
3 June 19, 2017.  Correct?
4    A.   Yes.
5    Q.   And she said in her response to your
6 grievance:
7 At intake you reported no to heart
8 disease, high blood pressure, and asthma.
9 Your medical screen was negative for
10 medical issues.  Only psych meds
11 reported.  No medical referral necessary
12 at that time.
13         Did I read that correctly?
14    A.   You read it correctly.
15    Q.   All right.  So that's what she's
16 saying that you reported at intake.  Correct?
17    A.   Yeah.  That's what she's saying, yes.
18    Q.   Okay.  And you're saying none of that
19 is true.  Is that right?
20    A.   No, it's not.
21    Q.   Okay.
22    A.   My records might say that, but they're
23 wrong.
24    Q.   Okay.  So if the medical -- and I was
25 going to say if the medical records say that you

57 (Pages 222 - 225)

Page 226

1  reported that, the nurses and doctors would have
2  been incorrect and they would be falsifying
3  records?
4      A.  No.  I'm saying the med tech, the
5  paramedic that does the intake screening, is --
6  was -- falsified a record.  He just put no and
7  pushed me down the line.  Because I told him every
8  single time.
9      Q.  What was the name of -- what was the
10 name of the med tech?
11     A.  You'll have to look in my medical
12 records to find that.  I'm not sure.
13     Q.  Okay.  Male or female?
14     A.  At this particular time, I'm not sure.
15 I don't know.
16     Q.  Okay.  So --
17     A.  Because it varied every time you came
18 back.
19     Q.  And what would be the reason that they
20 would falsify the records again, William?
21     A.  Because they're lazy and they don't
22 want to do it.  They got 20 inmates to process.
23 They want to get it done so they can go on break.
24     Q.  Do what?  I mean, what are they too
25 lazy to do?  To check a box?

Page 227

1      A.  They got to sit there.  When I -- the
2  ones that did take it, got my information, it took
3  15, 20 minutes.  The other ones just went and go,
4  they want to type no and go.
5      Q.  So your reasoning for them falsifying
6  medical records is because they're lazy and they
7  have better things to do, is that it?
8      A.  Deliberate indifference.  Yes, I am.
9      Q.  Okay.  Okay.  But you can't name any
10 of these people by name.  Is that right?
11     A.  No.  But it's on the intake where they
12 filled out the form.
13     Q.  Well, William, you said yourself that
14 none of these forms, I mean, they're all
15 falsified, none of them are accurate or truthful,
16 so --
17     A.  I'm not saying they'll all inaccurate.
18 The ones you're talking about where I did not
19 report my medical issues on intake?  That's a lie.
20 I did it every time.
21     Q.  Are we -- so am I supposed to believe
22 your medical records or not believe your medical
23 records?  Which one do you want me to do?
24     A.  Cook County, you can't tell either
25 way.

Page 228

1      Q.  Okay.  So whatever it says in the
2  medical records is just worthless because, I mean,
3  why bother since it's all falsified.  Right?
4      A.  I'm not saying it's all falsified.
5  I'm saying some of it.  Similar to this, yes.
6      Q.  And these were records --
7      A.  Where I'm refusing medication?  That's
8  falsified by the nurse.
9      Q.  And these are records that you've
10 never even seen.  Right?
11     A.  She's telling me that it's in my
12 records.  And so they're false.
13     Q.  Okay.
14     A.  This says they're in my records.
15     Q.  Okay.  Now, you appealed that, again,
16 on January -- I'm sorry, on June 27, 2017.  Do you
17 see that?
18     A.  Yes.
19     Q.  And you said:  Your staff --
20     A.  17th or 27th?  27th.  Okay.
21     Q.  And you said:  Your staff at intake
22 are lying.  I was never asked anything.  So I
23 guess your staff just filled in the blanks
24 themselves.  Further investigation by you would
25 show I have all the above documented in my medical

Page 229

1  file for years.
2          Do you see that?
3      A.  Yes.
4      Q.  So earlier, again, and we just had
5  this discussion, you're telling me that all of
6  your medical records are accurate -- are not
7  accurate, that they're falsified, that they have a
8  lot of inaccuracies, but here you're saying go
9  look --
10     A.  This one, yes.
11     Q.  -- at my medical records for years.
12 Right?
13     A.  This one, yes, I'm saying they
14 falsified it by checking -- filling in the blanks
15 without even seeing me.
16     Q.  Okay.  But, William, my point is, you
17 had just got through telling us 15 times that
18 there's all these inaccuracies and falsehoods in
19 your medical records and they can't be trusted,
20 but yet here you're saying everything about your
21 medical history has been documented in your
22 medical records.  Right?
23     A.  I'm saying the heart disease, blood
24 pressure, all that, yes, it's been documented by
25 doctors, not med techs and nurses.

58 (Pages 226 - 229)

Exhibit B

1    Q.   Okay.  So, anyway, Ms. Shebel reads
2  your appeal and then her response on July 24,
3  2017, is:  Referred to nursing management.
4  Investigation and corrective active [sic] if
5  warranted.
6           Correct?
7    A.   Correct.
8    Q.   Okay.  So she's going to look into
9  your allegations that the nurses and everybody is
10  lying.  Correct?  She's going to do a further
11  investigation?
12    A.   No, she's not.  She's going to have
13  somebody else do it.
14    Q.   Okay.  Somebody at the jail is
15  going --
16    A.   That's what --
17    Q.   -- to look --
18    A.   -- it says --
19    Q.   William, come on.  Don't mince words
20  with me.  She's asking that there be a further
21  investigation.  Whether she does it herself or
22  somebody else does it, the jail is escalating this
23  situation because you're saying that records are
24  being falsified.  Right?
25    A.   Yes.  That's what it --

1    Q.   Okay.
2    A.   -- appears, yes.
3    Q.   All right.  Okay.  Now, did anybody
4  ever get back to you after their investigation and
5  tell you that the nurses were lying or that your
6  records were being falsified at any time?
7    A.   No.
8    Q.   Okay.
9    A.   Not that I recall.
10    Q.   Okay.  So the last one I want to look
11  at is on page 1145.  It's from September 19, 2017.
12  And then I'm going to almost be done.  All right,
13  William, so this is on page 1145.  It's a
14  grievance from September 19, 2017.  Do you see
15  that?
16    A.   Yes.
17    Q.   And is this all your handwriting where
18  it's describing the grievance --
19    A.   Yes.
20    Q.   -- and then your signature -- and your
21  signature?
22    A.   Yes.
23    Q.   Now, in this grievance you said:
24    When the a.m. medication line nurse
25    arrived on the Tier 2-C --

1    I'm sorry, let me read that back.
2  Strike that.
3    When the a.m. medication line nurse
4  arrived on Tier 2-C to pass out morning
5  medication, she did have one of my
6  prescribed medications, i.e. fiber, and
7  she failed to return with it, so I missed
8  my daily dose.  CCDOC's own inmate
9  handbook tells me to take all of my
10  prescribed medications as directed.  How
11  can I follow the doctor's orders if
12  nursing staff refuse to provide me with
13  my medications as prescribed?  Without
14  this medication, I have to endure repeat
15  episodes of constipation, abdominal pain,
16  and hemorrhoids (also very --
17    A.   Painful.
18    Q.   -- painful).
19           Did I read that correctly?
20    A.   Yes.
21    Q.   So I asked you earlier, hours ago,
22  hey, did you ever get an inmate handbook, and you
23  said, no, I just got a pamphlet.  So here you say
24  you got an inmate handbook.  So does this refresh
25  your recollection?  Did you get an inmate

1  handbook?
2    A.   Take three pages of this grievance,
3  fold it in half, and that's what it says.  Inmate
4  handbook, I guess.  Because that's all they give
5  you --
6    Q.   No.  No.  There's an actual --
7    A.   -- two pages folded in half.
8    Q.   No.  There's an actual --
9    A.   That's what I received.
10    Q.   Okay, William, I got it.  I under-
11  stand.
12           There's actually something called
13  an inmate handbook.  Did you ever get an inmate
14  handbook, not a pamphlet, but a multi-chapter
15  handbook that's given to inmates?
16    A.   Like I said, it was like 3 or 4 pages
17  of 8-and-a-half-by-10 -- 8-and-a-half-by-11 paper
18  folded in half and each half page, front and back,
19  was --
20    Q.   William.
21    A.   -- had different things on it --
22    Q.   Why can't --
23    A.   And the front of it said CCDOC Inmate
24  Handbook.
25    Q.   So you're saying yours was only a few

59 (Pages 230 - 233)

Page 234

1 pages. Is that what you're saying?
2    A.   It's a pamphlet, yes.
3    Q.   Okay. It wasn't a --
4    A.   It might have been --
5    Q.   It wasn't a book full of different
6 chapters?
7    A.   No.
8    Q.   Okay. Now, you got a response -- hold
9 on one second. You got a response from Ms. Shebel
10 on December -- I'm sorry, on October 17, 2017. Do
11 you see this?
12    A.   Yes.
13    Q.   And she said --
14       MS. ERICKSON: What page are we on?
15 BY MR. RADUNSKY:
16    Q.   And she said: Record reflects you
17 received all your meds except fenofibrate which
18 you refused that day and often on others. Submit
19 HSRF and let a nurse know if you develop symptoms.
20       Did I read that correctly?
21    A.   Yes, you did.
22    Q.   All right. So Ms. Shebel is saying
23 that you received all your medications except one
24 and you refused it when they tried to give it to
25 you. Correct?

Page 235

1    A.   That's what she's saying the record
2 reflects. The record is wrong. I never --
3    Q.   And --
4    A.   -- refused medication.
5    Q.   And she's saying that you've also
6 refused medication on other days when she says:
7 And often on others.
8       Do you see that?
9    A.   Yes.
10    Q.   Okay. So she's wrong every time where
11 she's been saying that you've refused medication
12 for any reason. That's not true. Right?
13    A.   Yes, I say she's wrong. I state that
14 in my appeal clearly.
15    Q.   So if your -- so if your medical
16 records said that you got medication, those would
17 be wrong, too. Correct?
18    A.   If I received the medication, I never
19 filed a grievance on it. If I did not receive it,
20 I had to file grievances. If you read the -- my
21 appeal, it clearly states that that's why I was
22 appealing it.
23       I didn't -- and the records are
24 wrong if she says I didn't -- they don't have
25 medication on the cart. The nurses refused

Page 236

1 instead of going and getting the medication and
2 coming back. So they're falsifying records, yes,
3 they have to be. If Ms. Shebel is looking at this
4 and going by the record without following through
5 like I requested with the video in the body of the
6 grievance, then she'd see.
7    Q.   Okay. So, anyway, you then -- you
8 then appeal the -- you then appeal her decision
9 again. Right?
10    A.   Yeah.
11    Q.   Okay. And in all of these grievances
12 that we've looked at, you've appealed every single
13 one. Right?
14    A.   Yes.
15    Q.   And you've seen that the jail has
16 given you a response to every single one of your
17 grievances. Correct?
18    A.   Yeah.
19    Q.   And every one of these grievances that
20 we've looked at is related to medication
21 distribution or your complaints about medication
22 distribution or indifference to medical needs.
23 Correct?
24    A.   Correct.
25    Q.   Okay. And despite your complaints and

Page 237

1 your lawsuit, you willingly note and know that the
2 jail has responded to all of your complaints and
3 your grievances by way of Ms. Shebel so far.
4 Correct?
5    A.   Yeah. They do a cursory "here, just
6 leave us alone." They sign off on it and that's
7 it.
8    Q.   Okay.
9    A.   They give you a canned response.
10    Q.   All right. Now, in this last episode
11 -- this last instance on September 19, 2017, do
12 you remember any of -- hold on a second. Do you
13 remember any of the nurses or doctors by name that
14 you grieved about here?
15    A.   The doctors weren't the problem. It
16 was the nurse passing out the medication not going
17 to get it.
18    Q.   Do you know her name?
19    A.   No, I don't. It's 9:30 a.m. med pass
20 on Tier 2-C in Division 10 on 9/19/2017. They
21 don't give you their names.
22    Q.   All right. Just so I'm clear here,
23 you cannot -- with respect to all of the officers,
24 all of the nurses that you've sued, could you give
25 a physical description of any of them?

60 (Pages 234 - 237)

1    A.   I gave you one of Ms. Addison or,
2  yeah, Ms. Addison.  That's what we called the
3  female --
4    Q.   Any of the other officers, any of the
5  14, 15, 16 --
6    A.   There were two twins --
7    Q.   -- officers?
8    A.   -- Hispanic twins, officers.  There's
9  short, heavy-set, tall, thin --
10    Q.   Well, I know.  But now you're just
11  being general.  I mean, can you -- can you
12  physically describe any one of the officers or any
13  of the nurses on any of the dates that you grieved
14  in any of your grievances?  Could you tell me
15  their names or what they look like?
16    A.   I identify them by face.  I can't
17  identify them specifically by name.  There's
18  thousands of officers and nurses that work there.
19    Q.   How did you come up with the names in
20  your lawsuit?
21    A.   How did I come up?  Just the tiers I
22  was on at the time and the officers that were
23  assigned to the tiers.
24    Q.   So that's how you made the
25  determination, just based on who was assigned to

1  the tiers, not whether or not you had interaction
2  with them or --
3    A.   Oh, I had interaction with every
4  officer on the tiers on the dates of these
5  grievances, every single one of them.  I had
6  interactions with the nursing staff, except for
7  the ones that did not come to my cell and hand me
8  medication because the way the lockdown procedures
9  are at the jail, high side/low side, half in/half
10  out.
11    Q.   So the officers, though, you could see
12  their names clearly all the time.  Right?  They
13  couldn't turn anything around that you couldn't
14  see.  Right?
15    A.   No.  But they did have a couple
16  officers that had a name tag that said no name.
17    Q.   Listen.  All right?  I'm not here to
18  quibble with you.  All right?
19    A.   I understand.
20    Q.   I know you want to -- I know, William,
21  that you want to have a response and a reason for
22  every question that I have, you know, some
23  explanation.  All right?  But you don't need to --
24  I mean it's not -- it's not helpful to the dep,
25  you know.  And I'm going to leave it at that.

1    A.   No.  The Torres twins.  One had a
2  mole; one didn't.
3    Q.   The Torres twins?
4    A.   I think it was Torres.  They were --
5    Q.   And what --
6    A.   -- Hispanic twins.
7    Q.   Since you brought them up, when do you
8  remember interacting with them?  What dates?  What
9  times?  And what did you tell them specifically?
10    A.   I was complaining about not getting my
11  medication.
12    Q.   When?  What dates?  What times?
13  Where?
14    A.   Division 9, 3-H, between 2015 and
15  2017.
16    Q.   Did you ever mention their name in any
17  grievance anywhere?
18    A.   No.  Because I was grieving medical.
19    Q.   Okay.  So these officers that you
20  constantly talked to and nurses that you
21  constantly interacted with, you don't know -- you
22  can't reference any of them in any grievance.
23  Right?
24    A.   I didn't, no.
25    Q.   Okay.  All right.  And you don't

1  know -- well, strike that.
2          Now, as far as other -- anybody
3  other than the Torres brothers, all right, you
4  can't remember interacting with any other officers
5  or any other nurses at any other times, specific
6  dates, times, last names, you can't remember any
7  of it.  Correct?
8    A.   I remember complaining to every single
9  tier officer about my medication, not getting it,
10  chest pains and "I need help.  Call somebody."
11  "Oh, we called, but they don't have anybody."
12  "Call a supervisor."  And they wouldn't call a
13  supervisor.
14    Q.   This was all face to face.  Right?
15    A.   Yes.
16    Q.   Okay.  And these are long conver-
17  sations that you've had multiple times with the
18  same officers again and again?
19    A.   Brief, to the point, "Give me some
20  help."
21    Q.   Same officers, though.  Right?  Same
22  officers?
23    A.   Over and over.  Yes.
24    Q.   Okay.  But you can't remember any of
25  their last names, though.  Is that right?

Page 242

1    A.   Six years later, no.
2    Q.   Okay.
3    A.   Five, six years later, I can't
4  remember --
5    Q.   Okay.
6    A.   -- without seeing their face.
7    Q.   Okay.  All right.  You seem to
8  remember a lot of other details, though, but you
9  can't remember -- you can't remember any of the
10  names of the officers or the --
11    A.   I remember the incident because I was
12  afraid for my life.
13    Q.   Okay.
14    A.   I was scared to death.
15    Q.   Well, but you didn't remember -- if it
16  was that important, William, how come you didn't
17  remember the name of the officers or the nurses by
18  name?  If everything was so life threatening and
19  this is so important and everybody has got this
20  indifference to your medical needs, how come you
21  don't remember anybody's name?
22    A.   A couple of them are easy.  Torres.
23  Ogrodnik.
24    Q.   Who?
25    A.   Ogrodnik.  It's a Polish name.

Page 243

1    Q.   Let's move on.  If you're talking
2  about Ogrodnik, he's dead.
3    A.   Oh, man.  Sorry to hear that.  I mean,
4  he was lazy but he was a good guy.
5    Q.   And am I correct -- well, strike that.
6       In all of these grievances that
7  we've looked at today, these eight, would you
8  agree with me you were not having a cardiac
9  episode and didn't have any type of a heart attack
10  after those grievances within like months or even
11  years?
12    A.   In three of them I believe we reviewed
13  -- what did we review?  You said eight?
14    Q.   Yeah.  Eight of them between the
15  entire time you were there between 2015 and 2017,
16  there was nothing in any of those grievances that
17  you were having a heart attack or any medical
18  record that says you were having a heart attack
19  during those grievances.  Do you agree?
20    A.   I was having chest pain in a couple of
21  them, two or three of them.
22    Q.   Did you have a heart attack when you
23  were at the Cook County Jail?
24    A.   No, I don't think I did.
25    Q.   The first heart attack that you had

Page 244

1  was I believe in May of 2020 after you had been
2  out of Cook County for a few months, at least six,
3  seven, eight months?
4    A.   No.  That was the second heart attack
5  I had.
6    Q.   Okay.  When was the first --
7    A.   The doctor said I could be -- I got to
8  take my medication as prescribed because that
9  could cause it.
10    Q.   Did any doctor ever diagnose you as
11  having a heart attack or any cardiac episode while
12  you were at the Cook County Jail?
13    A.   No.
14    Q.   Okay.
15    A.   I couldn't get the nurses to submit
16  you to the doctor.
17    Q.   That wasn't my question.
18       So now when you get out of the Cook
19  County Jail, all right, you had a heart attack in
20  May of 2020.  Is that right?
21    A.   Yeah.  Approximately a year after I
22  got out.
23    Q.   Exactly.  A year later after you got
24  out of the jail, did you -- did you have -- I'm
25  sorry.  That was your second heart attack.  The

Page 245

1  first was in 2012.  Right?
2    A.   Yes.
3    Q.   And when you saw the doctor a year
4  later in May of 2020, did that doctor tell you
5  that your heart attack in May of 2020 was related
6  to anything that went on at the Cook County Jail?
7    A.   No.  He asked me if I had been taking
8  my medication.  I said --
9    Q.   That wasn't --
10    A.   -- lately yes but there was --
11    Q.   That wasn't my question.
12    A.   -- periods when I wasn't.
13    Q.   Did your doctor ever tell you, after
14  I'm sure you informed him of the history of what
15  was going on, that your heart attack in May 2020
16  was caused by events at the Cook County Jail
17  between 2015 and 2017 when you were there?
18    A.   I never told that doctor I was in the
19  jail.  I told the doctor I had a heart attack in
20  2012.  I told the doctor I took my medication for
21  the most part but there were periods of times
22  where I lapsed and didn't take it.  And he
23  stressed to me how important it is to prevent a
24  third heart attack you got to take all your
25  medication as prescribed exactly.

62 (Pages 242 - 245)

Page 246

1    Q.   William, has any doctor ever told you
2  that your heart attack in May of 2020 was in any
3  way caused by your being housed at the Cook County
4  Jail between November of 2015 and November 2017,
5  yes or no?
6    A.   No.
7    Q.   Okay.  Thank you.
8         Now, where are you currently
9  treating -- or strike that.
10        When you had your heart attack --
11 actually, strike that.
12        When you got out of jail before
13 your heart attack in May of 2020, how was your
14 heart and your chest?  I mean, were you doing
15 okay?
16   A.   I was having anxiety attacks.  And at
17 times they felt like it was -- I had chest pains.
18 I was taking nitro quite often.  I don't know,
19 about at least once a month I was taking the
20 nitro, once or twice.
21   Q.   And your heart was being monitored,
22 I'm assuming, by your doctors that you're now out
23 of jail and they can do EKGs and other cardiac
24 tests.  Correct?
25   A.   I lived a couple blocks from the

Page 247

1  health center.  If I didn't feel right, I'd walk
2  in.
3    Q.   Exactly.  So there were --
4    A.   And they'd check my blood pressure and
5  they'd give me blood pressure medication or say,
6  "You're a little high, so take it easy.  Relax."
7    Q.   So they were helping you manage your
8  cardiac issue after you were out of jail.  Right?
9    A.   Right.
10   Q.   Okay.  But even though they were
11 helping you manage that cardiac condition, you
12 still ended up having a heart attack.  Right?
13   A.   Yes.  Because it's a community health
14 center and they're not -- they don't have the
15 resources to do cardiology and all that.  You got
16 to find your own.  They want you to go to
17 cardiologist, you got to find one.  If you don't
18 have money, you can't get one.
19   Q.   And did you do that within the year
20 after you got out of jail and before your heart
21 attack?  Did you go find a cardiologist?
22   A.   No.
23   Q.   Why not?
24   A.   I couldn't.
25   Q.   I mean, well why?

Page 248

1    A.   I couldn't.
2    Q.   Why wouldn't you --
3    A.   No money.
4    Q.   -- you couldn't?
5    A.   Try 15 years in prison.  Try to
6  explain that to get a job.
7    Q.   All right.  So your reason for not
8  getting proper medical treatment or even going to
9  an emergency room is because of money.  Is that
10 right?  You couldn't afford a cardiologist?
11   A.   I went to an emergency room prior to
12 the heart attack.
13   Q.   Yeah.  And if you had -- and if you
14 had other episodes, you know that you could go to
15 an emergency room and see a cardiologist.  Right?
16   A.   Yeah.  But when they happened earlier,
17 I could walk down the street --
18   Q.   William, did you ever go -- did you
19 ever try to go see a cardiologist after you got
20 out of jail and before you had a heart attack in
21 May of 2020?  In that one-year period, did you
22 ever go to Stroger or any hospital to try to see a
23 cardiologist?
24   A.   No, I did not go to Stroger.  And, no,
25 I did not -- I tried.  But nobody would take me

Page 249

1  because I didn't have insurance or they didn't
2  accept the insurance I had.
3    Q.   So, William, you know if you go to an
4  emergency room, any county emergency room,
5  regardless of insurance they'll treat you.  Right?
6  They're not going to turn you away.  Right?
7    A.   I didn't know they could -- they
8  couldn't refuse you.  I thought if you didn't have
9  the insurance they'd send you away if it's
10 nothing --
11   Q.   So let me get --
12   A.   -- if you're not bleeding to death.
13   Q.   -- this straight.  Let me get this
14 straight.  So you have a cardiac issue when you
15 get out of the jail that you know that you have,
16 all right, that you've been complaining about
17 you're getting indifference -- or that there's an
18 indifference to your med needs, but you have an
19 entire year after you get out of jail where you
20 don't try to go treat with a cardiologist or any
21 type of a heart doctor, all right, knowing that
22 you have this issue?  Is that right?
23   A.   No.  I was seeing a primary care
24 doctor at the community health center, and they --
25   Q.   William, William, don't answer a

63 (Pages 246 - 249)

Exhibit B

Page 250

1 different question.
2        You didn't see a cardiologist or
3 any heart doctor in that one-year period.
4 Correct?
5    A.  No, I didn't.
6    Q.  Okay.  All right.  There was nothing
7 preventing you, William, from going to Stroger or
8 any county hospital, was there, and asking in that
9 one-year period that you be examined and that your
10 cardiac issues be looked at if you were having
11 chest complaints?  Right?  Nothing preventing
12 you --
13    A.  I was afraid --
14    Q.  -- from doing that?
15    A.  -- for my life to go to a county
16 hospital.
17    Q.  William, you're not answering my
18 questions.
19    A.  Cook County Hospital and Cermak
20 Hospital --
21    Q.  William, I'm going to keep --
22    A.  -- I'm afraid for my life --
23    Q.  -- if you're not answering --
24    A.  -- no, I did not go.
25    Q.  William, listen to my question.

Page 251

1    A.  I answered your question.  No, I did
2 not go --
3    Q.  No, you did not.
4    A.  -- to a cardiologist because I
5 didn't --
6    Q.  William, you did not answer my
7 question.  William, I'm asking you straight up.
8 All right?  It's a yes-or-no question.  It's not
9 some long narrative response.
10        Was there anything preventing you
11 from going to any county hospital and having a
12 cardiologist look at your chest condition if you
13 felt like you were having a cardiac issue?
14 Anything stopping you from doing that?
15        MS. ERICKSON:  Objection.  Asked and
16 answered.
17 BY MR. RADUNSKY:
18    Q.  You can answer.
19    A.  I feared for my life.  Yes, there was.
20 I feared for my life because of county hospital.
21    Q.  Okay.
22    A.  Cook County Hospital is Cermak
23 Hospital.
24    Q.  Okay.  So you made a choice, am I
25 correct, because you feared for your life not to

Page 252

1 go get medical treatment and see a cardiologist
2 after you got out of Cook County Jail and before
3 you had a heart attack?  You made that choice.
4 Right?
5    A.  I was being treated by a primary
6 doctor, a general physician, and they were giving
7 me the same medications.  I was feeling okay.
8    Q.  William, did you make --
9    A.  Nobody got --
10    Q.  William, William, you're not answering
11 my question.
12        Did you make a choice or not --
13 strike that.
14        You made a choice, a personal
15 choice, not to go to a cardiologist for whatever
16 reason, or a heart doctor, after you got out of
17 jail and before your heart attack.  You decided
18 for some reason you weren't going to go.  Right?
19    A.  I decided I wasn't --
20        MS. ERICKSON:  Asked and answered.
21        THE WITNESS:  -- going to a county
22 health provider.
23 BY MR. RADUNSKY:
24    Q.  William, I don't care if it's a health
25 county provider -- or Cook County provider.  All

Page 253

1 right?  And I'm getting really tired of this going
2 back and forth.  You're being evasive and you're
3 not answering my question --
4    A.  No, I did not go to a cardiologist.
5 It was my choice because the only choice I had was
6 a county hospital, and I feared for my life going
7 to a relative of Cermak.
8    Q.  Okay.
9    A.  What part don't you understand?  I
10 answered that.  I answered your question.  No, I
11 did not go.
12    Q.  I'll tell you, the part -- the part
13 that I don't understand is somebody who files suit
14 against 25 people saying that there's deliberate
15 indifference to your medical needs then the minute
16 you get out of jail you do nothing to help
17 yourself.  You don't even --
18        MS. ERICKSON:  No.  Objection.  No.
19 BY MR. RADUNSKY:
20    Q.  -- go see a cardiologist.
21        MS. ERICKSON:  You're mis --
22        THE WITNESS:  I did not do nothing.  I
23 did something.
24 BY MR. RADUNSKY:
25    Q.  We'll move on.  We'll move on.

64 (Pages 250 - 253)

Exhibit B

Page 254

1    A.  I had a medical care --
2        MS. ERICKSON:  No.
3        THE WITNESS:  -- provider within a
4   week or two of getting out.
5   BY MR. RADUNSKY:
6    Q.  Was he -- was he a cardiologist?
7        MS. ERICKSON:  We need a five-minute
8   break.  We're going to --
9        THE WITNESS:  What's the difference?
10  I didn't know the difference between a doctor --
11  and staff and Cook County doctors.  All you seen
12  there was glorified nurses --
13       MS. ERICKSON:  Mr. Dukes, stop.
14       MR. COYNE:  Take a five --
15       THE WITNESS:  -- like RNs.
16       MS. ERICKSON:  We're taking a break.
17       MR. RADUNSKY:  Let's take a break.
18       MR. COYNE:  Five minutes?
19       MR. RADUNSKY:  I think you need to
20  talk to your lawyer.
21       Yeah, definitely.  All right.
22  We'll take a ten-minute break.  Yeah, that's fine.
23  It's 3:26.  Why don't we come back at -- everybody
24  good with 3:35?
25       ///

Page 255

1        (A break was taken from
2         3:26 p.m. until 3:34 p.m.)
3   BY MR. RADUNSKY:
4    Q.  William, do you know how your
5   medication would get from Livingston County Jail
6   to Cook County Jail or how that worked back and
7   forth with your meds?
8    A.  Transport officer.
9    Q.  The transport officer when he was
10  taking you from either Livingston County to Cook
11  County or from Cook County to Livingston County
12  would also bring your medication?
13   A.  The Livingston County Jail would send
14  your medication with you.
15   Q.  And what about when you went -- when
16  you're going back after you've been at Cook
17  County, does Cook County send it back to
18  Livingston or?
19   A.  Nope.
20   Q.  Okay.  So when you went back to
21  Livingston, how did you get more medication?
22   A.  They already knew we were coming, so
23  they already had our medication ordered and there
24  waiting for us.
25   Q.  You had mentioned earlier that

Page 256

1   nitroglycerin when you're not supposed to -- or,
2   I'm sorry, strike that.
3        You mentioned that nitroglycerin
4   can cause severe headaches when you take it
5   sometimes when you take it for heart issues or
6   even without.  Is that right?
7    A.  Well, the guy that told me about it,
8   he said don't take it if you don't need it.  'Cuz
9   he's got heart issues.  This is a guy I know from
10  my neighborhood.  Don't ever take it if you don't
11  need it because it will cause a hell of a
12  headache.
13   Q.  And did you ever report having severe
14  headaches while taking nitroglycerin to either
15  Livingston County Jail or the Cook County Jail?
16   A.  No.
17   Q.  Did you ever at any time get headaches
18  when taking nitroglycerin?
19   A.  I mean, no, not -- no, never had a
20  headache.  Not like they're describing, severe.
21   Q.  Well, okay, so you never -- let's just
22  be clear.  Did you ever have headaches when you
23  take nitroglycerin?
24   A.  You have like -- I can feel my pulse.
25  That was it.  It wasn't pain.

Page 257

1    Q.  Okay.  But you would not characterize
2   the headaches as severe headaches.  Correct?
3    A.  No.
4    Q.  All right.  I know you had a stent
5   from the heart attack.  Were there any
6   complications with that stent at any time when you
7   were at the Cook County Jail?
8    A.  Not that I know of.
9    Q.  Okay.  Now, just a few more questions.
10       The nurses that you identified in
11  your lawsuit -- well, I mean I assume -- well,
12  strike that.
13       Did any nurse, not just the ones
14  that you identified in your lawsuit, did any of
15  them ever specifically refuse to help you or
16  refuse to get you medical attention or tell you to
17  your face that they didn't want to help you?
18   A.  No.  They'd just tell me, "It's not in
19  your chart, so I can't give it to you."  Or they
20  never came to the pod.
21   Q.  It's not -- it's not as though they
22  did anything hostile or that they were trying to
23  prevent you from getting better or were trying to
24  jeopardize your health.  Correct?
25   A.  No, that's not correct.  It seems like

65 (Pages 254 - 257)

Page 258

1  they were at times because some of the nurses,
2  "Oh, it's not on the cart. I'll go get some and
3  bring it back," and they never came back.
4       Hang on. All right.
5       Q.  As we're sitting here, can you
6  remember any specific conversations with any of
7  the officers or any of the nurses by name
8  regarding any of the conversations related to the
9  allegations in your lawsuit?
10      A.  The nursing staff at Livingston County
11 Jail.
12      Q.  No, I'm not asking about Livingston
13 County. I'm just asking at Cook County Jail. I
14 know you've mentioned people at Livingston County.
15 I'm asking about Cook County.
16      A.  I mean, I've talked to some of them,
17 yes. But, "Man, can you get a med tech here?"
18 They won't answer the phone.
19      Q.  Well, and again, again, when I ask you
20 for names of who you've talked to, you can't
21 remember the specific names of any nurses or
22 officers. Is that right?
23      A.  The nursing staff, you couldn't get
24 close to or they had their badges turned -- their
25 ID cards turned backwards.

Page 259

1       Q.  Okay. So, again, you don't the
2  names --
3       A.  Or their scrubs pocket or --
4       Q.  I know that. You've said that.
5       A.  -- around their neck.
6       Q.  But you're not answering my question.
7            You don't know the names of any of
8  the officers or the nurses that you're alleging
9  ignored your medical needs, correct, or were
10 indifferent to your medical needs? Right?
11      A.  After six years off the top of my
12 head, no.
13      Q.  And you can't refer me to any specific
14 nurse or officer where you recall having a
15 specific conversation at a specific date and time
16 about the complaints and allegations that you're
17 making in your lawsuit. Is that right?
18      A.  The ones I recall the most are the
19 officers -- some officers and nursing staff at the
20 Livingston County Jail, complaining that, "Man, I
21 don't have medication. They don't give me my meds
22 when I go back."
23      Q.  What about the Cook County Jail?
24      A.  Go through the medical intake, try to
25 tell them what you need. You don't see their name

Page 260

1  tags --
2       Q.  That wasn't my question.
3       A.  -- or their badges --
4       Q.  I mean, you keep saying that. But I
5  keep asking the same thing. I know that that's
6  what you keep saying. I keep saying to you, does
7  that mean that you don't know the names or the
8  identities or the places and times of any of these
9  people that you spoke to because either you
10 couldn't see their badges or for some other
11 reason? You just don't know. Right?
12           MS. ERICKSON:  Objection. Asked and
13 answered like five times, Troy. He's already said
14 that.
15           MR. RADUNSKY:  Okay. I'll move on.
16 BY MR. RADUNSKY:
17      Q.  Are you treating today with a
18 cardiologist or a pulmonologist or anybody
19 specifically for your --
20      A.  A general practitioner right now.
21      Q.  Let me finish my question.
22      A.  They got me --
23      Q.  Let me finish my question.
24           Are you treating with any
25 cardiologist or pulmonologist for your chest

Page 261

1  complaints today?
2       A.  Yes. I'm supposed to see a
3  cardiologist sometime the beginning -- the middle
4  of next month, February.
5       Q.  No. That's not what I asked.
6            Have you treated with any up until
7  today? Have you seen a cardiologist or a
8  pulmonologist before your deposition today at any
9  time?
10      A.  Yes.
11      Q.  Okay. Who and when?
12      A.  I don't know the name. It was
13 somebody at Swedish Covenant Hospital.
14      Q.  And when?
15      A.  An echocardiogram and stress test.
16      Q.  When was it? Oh, when you had your
17 heart attack?
18      A.  No.
19      Q.  Okay.
20      A.  Last month.
21      Q.  And what hospital?
22      A.  Swedish.
23      Q.  And what did you do at Swedish
24 Hospital?
25      A.  Echocardiogram.

66 (Pages 258 - 261)

Page 262

1    Q.    And what were the results of the EKG?
2    A.    Dead areas of my heart --
3    Q.    What does that mean?
4    A.    -- from the first heart attack.  It's
5  scar tissue.
6    Q.    Who told you that?  What doctor?
7    A.    My primary physician right now.
8    Q.    And that doctor --
9    A.    He reviewed the results from the
10  cardiologist at the hospital.
11    Q.    So you're saying your primary care
12  doctor reviewed the results from the EKG at
13  Swedish Covenant Hospital?
14    A.    No.  She reviewed the report from the
15  cardiologist at Swedish Covenant.
16    Q.    Have you ever spoken to the
17  cardiologist at Swedish Covenant, William?
18    A.    No.
19    Q.    Okay.
20    A.    But some technician did the echo-
21  cardiogram.
22    Q.    I don't care what some technician did.
23  I want to know about you, William.  Honestly, I
24  mean, it's every question --
25    A.    I said no.

Page 263

1    Q.    Okay.  Jesus.
2          So no cardiologist has told you the
3  results of the EKG exam.  Only your primary care
4  physician.  Correct?
5    A.    Correct.
6    Q.    Okay.  And you don't know the name of
7  the cardiologist at Swedish Covenant Hospital.
8  Correct?
9    A.    No.
10    Q.    All right.  And you said you had a
11  follow-up appointment with this cardiologist at
12  Swedish Covenant or did I mishear that?
13    A.    No.  I got a follow-up scheduled
14  sometime in February.
15    Q.    Okay.  With who?
16    A.    Swedish Covenant.  I don't know --
17    Q.    With your primary --
18    A.    -- who it is.
19    Q.    With your primary care doctor?
20    A.    I go into the cardiology unit and they
21  point me to whoever I go to.
22    Q.    So you have an appointment in February
23  with a cardiologist and you don't know the name of
24  the doctor that you're treating with?  You're just
25  going to show up and then they're going to tell

Page 264

1  you?
2    A.    Evidently that's what they're going to
3  do because they haven't told me what doctor I'd be
4  seeing.  They just said I got an appointment with
5  the cardiology.
6    Q.    Okay.
7    A.    Whoever is on that call that day.
8    Q.    What day is the appointment?
9    A.    I'm not sure.  It's sometime in the
10  middle of February.
11    Q.    What's the purpose of the appointment?
12    A.    Follow-up.
13    Q.    Follow-up for what?
14    A.    For the echocardiogram.
15    Q.    Well, you said the echocardiogram
16  showed scar tissue?
17    A.    Yes.
18    Q.    And the scar tissue dated back to the
19  first heart attack?
20    A.    Yes.
21    Q.    Did your primary care doctor tell you
22  that any of that scar tissue formed while you were
23  at the Cook County Jail or was the result of
24  anything that happened at the Cook County Jail?
25    A.    I didn't discuss the issue with him.

Page 265

1    Q.    Okay.  Has any doctor -- as we're
2  sitting here today, has any doctor told you that
3  the scar tissue or the findings in that EKG were
4  in any way related to your time at the Cook County
5  Jail between 2015 and 2017?
6    A.    No.  Because it's not something I
7  shared with him yet.  I haven't shared it, that I
8  was not getting medication like I was supposed to,
9  it was haphazard at best.  And no.
10    Q.    So you --
11    A.    None.
12    Q.    So you didn't share your information
13  with your primary care doctor about your
14  experience at the Cook County Jail?  You didn't
15  share that?
16    A.    The one, yes.  I only had -- I think
17  I've had three different doctors since.  And they
18  keep rotating.  They're volunteers.  It's a
19  community health center.
20    Q.    Okay.  Do you know the names of any of
21  those --
22    A.    They volunteer.
23    Q.    Do you know the names of any of those
24  three doctors at the community health center?
25    A.    Paek?  P-e -- [sic]

67 (Pages 262 - 265)

Page 266

1    Q.   I mean, are you guessing or do you
2 know for a fact?
3    A.   Paek, Paek, P-a-e-k.  I don't know how
4 it's pronounced.  It's Asian.
5    Q.   And what is he?
6    A.   She.
7    Q.   What is she?  What kind of doctor?
8    A.   GP.
9    Q.   General practitioner?
10    A.   Yes.
11    Q.   And this is at what hospital?
12    A.   Community health center --
13    Q.   Where is that --
14    A.   -- PCC in Berwyn.
15    Q.   In Berwyn?
16    A.   Yeah.
17    Q.   Who are the other two doctors besides
18 Dr. Paek?
19    A.   I don't remember their names.  They
20 rotate.
21    Q.   What did Dr. Paek do -- what did
22 Dr. Paek treat you for?
23    A.   Hypertension.  Well, high blood
24 pressure.  Cardiac issues.  Diabetes.  All.
25 Everything.  She's a general practitioner.

Page 267

1    Q.   When is the last time you saw
2 Dr. Paek?
3    A.   The last week of November or the first
4 week of December.  I can't remember.
5    Q.   How many times have you sought medical
6 treatment since you've left the Cook County Jail?
7    A.   From regular doctor visit or?
8    Q.   Yeah.  How many times have you gone to
9 the doctor since you left the Cook County Jail?
10    A.   A dozen.
11    Q.   How many EKGs have you had since you
12 left the Cook County Jail?
13    A.   Three, maybe -- I think maybe three,
14 maybe four.
15    Q.   And when was the last one?
16    A.   I think it was the middle of December
17 or the last week of -- the same as with my
18 doctor's appointment.  The last week of November,
19 first week of December.
20    Q.   And has any of your doctors told you
21 that you weren't exercising enough?
22    A.   No.
23    Q.   So if the medical records said that
24 after an EKG you were told by your doctor that you
25 weren't exercising enough, that would be again an

Page 268

1 incorrect record or falsified record?
2    A.   They never told me that.  What they
3 put in the record I don't know.
4    Q.   Did you ever tell the doctors that --
5 I'm sorry, strike that.
6         So my question is, did the doctors
7 ever tell you that you were not exercising enough
8 after your EKG in the fall of 2021?
9    A.   No.
10    Q.   Okay.
11    A.   Dr. Paek didn't neither.
12    Q.   Has any doctor told you that your
13 arteries are clogged or your blood vessels are
14 clogged after that EKG?
15    A.   There's some dysfunctions, yes.
16    Q.   Are you exercising at all?  Are you a
17 member of a gym?  Do you do any exercise?
18    A.   I walk seven to eight miles a day.
19    Q.   And have any of your doctors at any
20 time since 2015, including the ones that you've
21 seen since you've been out of jail, ever told you
22 that the Cook County Jail failure to give you
23 medication when you think you should have been
24 given it worsened your condition?
25    A.   I've never known how to bring that

Page 269

1 issue up with them.
2    Q.   That wasn't my question, William.
3    A.   No, I haven't because I don't know how
4 to bring the issue up.
5    Q.   I didn't ask you that question.
6    A.   I was in prison for 15 years --
7    Q.   William, this is not about you.  I
8 said, has any doctor ever told you that because of
9 your complaints about the medication distribution
10 you received at the Cook County Jail it worsened
11 your condition?  Has a doctor ever told you that?
12 Not what you told the doctor.  Has any doctor ever
13 told you that, yes or no?
14    A.   No.  Because they don't know my
15 background.
16    Q.   Okay.  I understand.  Okay.
17         So do you make it a practice when
18 you go to talk to your doctors to not tell them
19 about your personal prior medical history?
20    A.   I tell them general terms.  I've had a
21 heart attack --
22    Q.   That wasn't my question.
23    A.   -- in October 2012.  In general terms.
24 I don't tell them the details of the prison and
25 the jail.

68 (Pages 266 - 269)

Page 270

1    Q.   So that's not what I'm asking.
2         Do you tell them, all right, what
3  your medical history is so that they can properly
4  treat and diagnose you?  In other words, when you
5  see your doctors, any of them, are you being
6  honest with them about your prior medical history,
7  no matter where it was, at the jail or --
8    A.   Yes.
9    Q.   -- outside of jail?
10   A.   Yes, yes, yes.  I'm perfectly honest
11 with them.
12   Q.   Okay.
13   A.   I tell them there were periods when I
14 skipped medication and stuff like that.  They
15 said, oh, you can't do that.
16   Q.   Okay.  So they said that you can't do
17 that?  Or, I mean, did any doctor -- William, I'm
18 going to ask it again.  Has any doctor told you
19 that because of your complaints about the
20 medication distribution you received at the Cook
21 County Jail that it somehow worsened your
22 condition?  Yes or no, has a doctor ever told you
23 that?
24   A.   No.
25   Q.   Okay.  Now, when were you -- again,

Page 271

1  you got out of the Cook County Jail when?  In what
2  year?  2019?
3    A.   Yes.
4    Q.   Okay.  And between November of 2019
5  and May of 2020, were you taking all of your
6  medications that you were prescribed?
7    A.   Yes, I was.
8    Q.   Did you ever take any medications in
9  that time period that you shouldn't have?
10   A.   No.
11   Q.   Have you had COVID?
12   A.   No.
13   Q.   You have not had COVID?
14   A.   Nope.  Been vaccinated.  But I haven't
15 had it.
16   Q.   Are you regularly tested to make sure
17 that you don't have it, that you're negative?
18   A.   Oh yeah.  Yes.
19   Q.   Are you employed right now?
20   A.   Just part time.
21   Q.   What do you do?
22   A.   I help a plumber when he needs it --
23   Q.   What's your back --
24   A.   -- that's why I said --
25   Q.   What's your --

Page 272

1    A.   -- regular --
2    Q.   What's your back --
3    A.   -- building maintenance and repair.
4    Q.   So you just help -- you're just doing
5  a side gig?  I mean, you're not with a company or
6  receiving a paycheck or anything like that?
7    A.   Nothing steady, no.
8    Q.   How often are you working?
9    A.   A couple days a week.
10   Q.   And you're doing heavy-duty plumbing?
11   A.   At times, yes.
12   Q.   Residential and construction --
13 residential and commercial?
14   A.   Residential, commercial downtown.
15   Q.   Okay.  And so you're carrying around
16 heavy pipes and moving --
17   A.   No.
18   Q.   -- heavy objects?
19   A.   I'm not carrying around heavy pipes or
20 moving anything really heavy.  I mean, a half-inch
21 copper pipe ten feet long is, what, four pounds,
22 five pounds.
23   Q.   What else are you doing on the job
24 site?
25   A.   If there's any digging work, they use

Page 273

1  an excavator to do that, a backhoe --
2    Q.   No.  I asked -- I'm not asking about
3  other --
4    A.   -- to do that.
5    Q.   William, I asked what you're doing on
6  the job, not what other people are doing.  I'm
7  asking about you.  What are you doing on the job
8  site?  What work?
9    A.   He'll tell me what pipes to cut out
10 and then what pipes he needs brought in so he can
11 cut them and replace the ones we cut out.
12   Q.   Do you have any cardiac issues while
13 you're doing that job?
14   A.   No.
15   Q.   How many hours a week are you working?
16   A.   Anywhere from 8 to 24.
17   Q.   So you're not working necessarily
18 every day?  It's when he needs your assistance?
19   A.   Right.
20   Q.   Okay.  And when you said 8 to 24,
21 that's how many hours a week you're working,
22 anywhere from 8 to 24?
23   A.   Yeah.  One to three --
24   Q.   How much --
25   A.   -- days a week.

69 (Pages 270 - 273)

Page 274

1    Q.    What is he paying you?
2    A.    Barely anything. Minimum wage.
3    Q.    Which is what?
4    A.    About 12.50 an hour, 13 dollars an
5  hour.
6    Q.    What's his name?
7    A.    Its foreign. Just Mike. That's all
8  I've ever called him.
9    Q.    What's his last name?
10    A.    I don't know.
11    Q.    Really?
12    A.    His cell phone --
13    Q.    You work for him 8 to 24 hours a week,
14  I mean, for how long and you don't know his last
15  name?
16    A.    Well, out of an eight-hour day he
17  might speak English one hour. Everything else
18  he's on the phone speaking Arabic.
19    Q.    William, that's not my question.
20        My question is very simple. Do you
21  know his last name?
22    A.    Islam something. I don't know the --
23  that's the only part I can make out of it.
24    Q.    How long have you been working for
25  him?

Page 275

1    A.    A little under a year.
2    Q.    So you're telling us, all of us that
3  we're sitting here, you've been working for Mike
4  for about a year but you just don't know his last
5  name?
6    A.    I don't know what you call it. It's
7  just -- I can't pronounce it, so I don't try to
8  learn it.
9    Q.    Do you do anything else for income?
10    A.    No. That's it. If I can clean
11  somebody's -- a neighbor wants something fixed at
12  their house or something, sometimes, yes.
13    Q.    Okay, William, I think that's all I
14  have for now. I'm going to let John and Mia take
15  over. Maybe we can take like a five-minute break.
16    A.    Okay.
17        MR. COYNE: You want to take a break
18  first?
19        MR. RADUNSKY: Yeah.
20        MR. COYNE: Kirstin and Mr. Dukes, do
21  you guys want to take a break or do you want to
22  continue?
23        THE WITNESS: Yeah.
24        MS. ERICKSON: Five minutes is fine.
25  What do you want to do?

Page 276

1        MS. BUNTIC: Fine.
2        MR. COYNE: Five minutes.
3        MR. RADUNSKY: We'll come back in five
4  minutes.
5            (A break was taken from
6            3:54 p.m. until 4:01 p.m.)
7            EXAMINATION
8            BY MS. BUNTIC
9    Q.    My name is Mia Buntic. I'm an
10  assistant state's attorney representing Defendant
11  Willie Partee.
12    A.    Okay.
13    Q.    Am I correct in assuming that you do
14  not recall what Mr. Partee looks like?
15    A.    No, I can't. I got to see the face
16  and the name and I'll tell you if it's the right
17  person or not. But I couldn't after six years.
18    Q.    You can't tell me anything about his
19  physical appearance?
20    A.    No.
21    Q.    Okay. And in reviewing --
22    A.    Go ahead.
23    Q.    In reviewing your grievances, I could
24  tell that you were requesting to be transferred to
25  Livingston County Jail for safety purposes.

Page 277

1    A.    Correct.
2    Q.    Okay. And were you in protective
3  custody?
4    A.    Yes.
5    Q.    So most of the time you were
6  requesting to be transferred there for protective
7  custody reasons. Is that correct?
8    A.    Yes. And also for medical reasons.
9    Q.    And when it was for medical reasons,
10  did you file grievances regarding medical reasons?
11    A.    No, I don't think I did. But the
12  medical care there was a lot more proficient and
13  easier access.
14    Q.    Okay.
15    A.    If you asked for medication, they'd
16  get it for you. Like if I needed my nitro, they'd
17  go get it within minutes, not hours or days.
18    Q.    Okay. And can I refer you back to a
19  couple of the documents that we have looked at?
20  And I'm going to try to share my screen.
21        So I'm going to go to page 42. And
22  I think we had already reviewed this grievance.
23  Is that your handwriting, Mr. Dukes?
24    A.    Yes, it is. But this isn't one we
25  reviewed.

70 (Pages 274 - 277)

Page 278

1    Q.   Okay.  So this is not one we reviewed.
2        MS. ERICKSON:  Can you make it a
3    little bit bigger?  Sorry, Mia.  Thanks.
4        MS. BUNTIC:  Is that better?
5        THE WITNESS:  Yeah.
6    BY MS. BUNTIC:
7    Q.   Okay.  And then this grievance
8    pertains to an incident that was dated March 29,
9    2016.  Is that correct?
10   A.   Correct.
11   Q.   And you say the time of the incident
12   was 5:00 p.m. to 7:00 p.m.?
13   A.   Yes.  Between that area, that time
14   frame, yes.
15   Q.   And can you read this for me?  It
16   says:  I was placed in the max P/C --
17   A.   Okay.
18   I was placed in the maximum -- or max
19       P/C court return bullpen during the
20       above date and time.  At approximately
21       5:30 p.m., I began to repeatedly attempt
22       to request medical aid from passing RCDC
23       officers and by using the cell's
24       emergency call button.  I was having
25       chest pain and was told by passing staff

Page 279

1    I had to wait for my division to pick me
2        up.  And the officer in the surveillance
3        office refused to respond to the call
4        button for over an hour.
5    Q.   Okay.  So this was at approximately
6    5:30 p.m. on March 29, 2016?
7    A.   Yes.
8    Q.   And usually how many officers are
9    working during that -- during a particular shift?
10   A.   In that area, you usually see at least
11   a dozen, if not more.
12   Q.   So on this day there could have been a
13   dozen different officers that you're referring to
14   in this particular grievance?
15   A.   That -- well, that pass back and --
16   that pass by.  But six to ten of them are --
17   that's their post, that's where they're assigned
18   for the day.  The others are just floating around
19   the area.  But, yeah, I'd say about -- maybe about
20   ten officers are assigned to that area.
21   Q.   Okay.  And you don't recall which
22   officers you tried to speak with on that
23   particular day?
24   A.   Everyone that walked past.
25   Q.   Okay.

Page 280

1    A.   And then whoever was in their camera
2    review area that watches the video surveillance
3    for the bullpens, the holding areas, they wouldn't
4    answer.  The officers walking by, some said they'd
5    call somebody, some said, "Oh, go sit down.
6    You'll be all right."
7    Q.   Okay.  But then it seems that at
8    7:00 p.m. you -- the issue was resolved?
9    A.   7:00 p.m. I think an officer escorted
10   me back to the division or my division came and
11   picked me up.
12   Q.   Okay.  And then -- and then this is
13   another one, another grievance, dated April 1,
14   2016.  And this one says that it occurred between
15   12:45 and 2:00 p.m.?
16   A.   Yes.
17       MS. ERICKSON:  Mia, what --
18       THE WITNESS:  This one we did review.
19       MS. ERICKSON:  Sorry, Mia, what page
20   is this?
21       MS. BUNTIC:  81 out of 245.  Let me
22   see if I can find the Bates number.
23       MS. ERICKSON:  Thanks.
24       MS. BUNTIC:  Yeah, it's 1043.
25       MS. ERICKSON:  Thank you.

Page 281

1    BY MS. BUNTIC:
2    Q.   And so this one does not -- also does
3    not name any specific officers.  Is that correct?
4    A.   No, it does not.
5    Q.   And do you recall whether you spoke to
6    any officers on this particular day?
7    A.   Yes.  The tier officer.  I asked him
8    to call a med tech -- wait a minute.  Yes, this is
9    the one where I asked him to call the med tech or
10   the nurse.  There's different terminology inside
11   there.  Anyway, we asked -- I asked him to call
12   the nurse.  And I watched the guy pick up the
13   phone several times over the next 15, 20 minutes
14   and call.  No answer.  No answer.  No answer.
15   And, finally, he said, "Oh, the nurse will be here
16   in a minute."  She showed up 30 minutes after that
17   15 minutes.  So about 45 minutes later she showed
18   up with my medicine.
19   Q.   Okay.
20   A.   Or was supposed to show up with my
21   medicine.  I can't remember if she did or not.
22   Q.   So on that day, on April 1, 2016, the
23   officer did attempt to call the nurse multiple
24   times?
25   A.   Yes.

71 (Pages 278 - 281)

Page 282

1    Q.   Okay.  And you said there's different
2  terminology.  What do you mean?
3    A.   Like a med tech is an R -- is a
4  paramedic.  That's about all I meant by that.  I
5  didn't know what -- how to address them, if you
6  understood what a med tech or if I should call
7  them a paramedic.  That's all.
8    Q.   I see.  And both of these grievances,
9  do they both pertain to Division 8?
10    A.   Division 8 RTU.  This is the court
11  holding bullpens underneath Division 8.
12    Q.   Okay.  So both this grievance and the
13  previous grievance which we looked at, which is
14  dated March 31, 2016 -- I'm sorry, March 29, 2016,
15  both of those pertain to Division 8 RTU.  Or is
16  this one different?
17    A.   This is the RCDC receiving center,
18  departure center, court holding area, court return
19  holding.
20    Q.   So this is the court return holding?
21    A.   Yes.  RCDC.  I never knew officially
22  what it stood for.  I always called it receiving
23  center departure center.
24    Q.   I see.  And that's not Division 8.  Is
25  that correct?

Page 283

1    A.   No.  But it's underneath Division 8.
2    Q.   And the officers there are different
3  from those in Division 8?
4    A.   I assume they would be.  RCDC versus 8.
5    Q.   Do you recall whether you ever filed a
6  grievance naming in particular Defendant
7  Willie Partee?
8    A.   I can't recall if I specifically named
9  him, put him as a witness.  I don't know.
10    Q.   Okay.  Those are all the questions I
11  have.
12         EXAMINATION
13       BY MR. COYNE
14    Q.   Good afternoon, Mr. Dukes.  My name is
15  John Coyne.  I represent Nakeea Buchanan-Smith and
16  Eleanor Altman.
17    A.   Okay.
18    Q.   Are you okay to proceed?
19    A.   Yes.
20    Q.   When you were housed in Division 10
21  and, if I recall correctly, at the time it was
22  2-C, it could have been Division 10 Tier 2-C in
23  2017.  Does that sound correct?
24    A.   Yes, it does.
25    Q.   Okay.  During that time, did you have

Page 284

1  a celly?
2    A.   Yeah.  I would have -- it's always --
3  you always have a celly.  You might go one day
4  without somebody, but you always get one.
5    Q.   Right.  So the vast majority of the
6  time you had a cellmate.  Right?
7    A.   Yes.
8    Q.   Do you remember the name of any
9  cellmate you had in 2017?
10    A.   No.
11    Q.   Was there any cellmate that you had in
12  2017 or, for that matter, 2016 or 2018 that you
13  developed a friendship with?
14    A.   Not really.  Mostly acquaintanceship.
15  But not a friendship.
16    Q.   Okay.  Is there -- is there anyone who
17  was your cellmate at any time you were in
18  Division 10 whose name you can give?
19    A.   I know who they were because the
20  crimes they committed were notorious.  I couldn't
21  say their names because everybody for the most
22  part went by their street nickname or whatever
23  gang they were in.  Like a Latin King would be
24  called "Hey, King, what's up."  Or the same thing
25  with some of the other gangs.

Page 285

1    Q.   Okay.  Has there -- is there any
2  cellmate you had in 2017 that you've been in
3  contact with since your 2019 discharge from Cook
4  County Jail?
5    A.   No.
6    Q.   Okay.  As I understand allegations in
7  your complaint, Mr. Dukes, your allegations
8  against Eleanor Altman were restricted to May of
9  2017.  And, for the record, I'm referring to
10  paragraph 13 of the third amended complaint.
11  During -- your allegation is that Eleanor -- or,
12  actually, the allegation is that E. Altman was
13  assigned to Division 10 Tier 2-C during a period
14  in May 2017.  If I represented to you that that's
15  what's alleged in the complaint, would you have
16  any reason to disagree with me?
17    A.   No.
18    Q.   Okay.  So would it be fair to say then
19  that the allegations that you direct specifically
20  towards Officer Altman are restricted to what she
21  allegedly did or did not do in the time period
22  May of 2017?
23    A.   Yes.
24    Q.   Okay.  And I'll ask you the same
25  question regarding Defendant Nakeea

72 (Pages 282 - 285)

Page 286

1 Buchanan-Smith. The allegation in paragraph 16 of
2 the aforementioned document was that she was
3 assigned to Division 10 Tier 2-C during a time
4 period in October of 2017. Would it be likewise
5 fair to say that the allegations you make against
6 Defendant Nakeea Buchanan-Smith are restricted to
7 the time period of October 2017?
8     A.   Yes.
9         MR. COYNE:  Okay.  If you could -- I
10 think Troy might have had this up.
11         Troy, if you could help, Bates-
12 stamped 1081.  You had this up earlier.  This is a
13 grievance form dated February 25, 2017.  And I
14 just ask for assistance to move this along.  I'm
15 on an iPad, not a full-size computer.
16         MR. RADUNSKY:  John, page 1081.
17 Correct?
18         MR. COYNE:  1081, correct.  2/25/17 is
19 the date of the grievance in the upper right-hand
20 corner.
21         MR. RADUNSKY:  Sure.  Got it right
22 here for you.
23         MR. COYNE:  Thank you.  Let me see.
24 Would you kindly just expand on that with the
25 focus on the bottom half of the document?

Page 287

1         MR. RADUNSKY:  How's that?
2         MR. COYNE:  A little bit more, if you
3 can.  That looks good.  Yeah, that's fine.  Thank
4 you.  Thanks, Troy.  Appreciate it.
5         MR. RADUNSKY:  Sure.  You got it.
6 BY MR. COYNE:
7     Q.   So, Mr. Dukes, certainly by February
8 2017 you had filled out at that point many
9 grievance forms.  Correct?
10     A.   Yes.
11     Q.   All right.  And would you say when it
12 comes to attention to detail that you're -- that's
13 something that you take seriously?
14     A.   Yeah.
15     Q.   Okay.  In fact, I noticed that one of
16 the things you did when you were in -- when you
17 were in custody was you spent a lot of time in the
18 law library?
19     A.   I did, yes.
20     Q.   Okay.  And you actually -- did you
21 ever -- did you subscribe to any legal
22 publications or magazines?
23     A.   No, I did not.
24     Q.   Okay.  But the books that you read,
25 were they actually legal textbooks with cases or

Page 288

1 were they just like legal commentary, if you
2 recall?
3     A.   It was case law.  Illinois Compiled
4 Statutes.  Westlaw, with a breakdown of different
5 cases.  Then they had the actual Illinois Compiled
6 Statutes.  They had Northeastern Second.
7 Northeastern Third they started getting.  The
8 federal case law.  It was mostly case law,
9 older --
10     Q.   Okay.  Gotcha.  Did you actually read
11 the cases themselves?
12     A.   Some of them, yes.
13     Q.   In this document -- and, just for the
14 record, I want to -- we can separate this from the
15 rest of the documents, but I'd like to mark this
16 as Dukes Exhibit -- I don't think we've marked
17 anything yet.  So Dukes Exhibit 1.  And, for the
18 record, that would be CCSAO Dukes 001801.
19             (Court reporter clarifi-
20             cation.)
21         MR. COYNE:  Oh, it was marked as a
22 group?
23         MR. RADUNSKY:  It was.  It was.
24         MR. COYNE:  I thought that we had it
25 separately.  Okay.  So we'll just say this is

Page 289

1 Group Exhibit 1.
2 BY MR. COYNE:
3     Q.   I'm referring to 001081.  So,
4 Mr. Dukes, if you could direct your attention to
5 the box where on the right-hand portion of the
6 document and there's a series of lines, it says
7 "required."  Do you see where it says required
8 name and/or identifiers of accused?
9     A.   Okay.
10     Q.   Do you see that?
11     A.   Yes.
12     Q.   And that was -- that's a form
13 obviously that you filled out, even prior to this
14 moment, prior to February 25, 2017?  That's a --
15     A.   Correct.
16     Q.   -- document that you filled out
17 numerous times previously.  Is that fair?
18     A.   Yes.
19     Q.   All right.  And before you filled
20 these documents out, you would have read them to
21 find out what information you, as an inmate, were
22 required to provide.  Is that fair?
23     A.   Yes.
24     Q.   All right.  And can we agree that it
25 was fair because you wanted the appropriate staff

73 (Pages 286 - 289)

Page 290

1  to attach -- first of all, to read and understand
2  the problem and you wanted them to attach
3  appropriate -- the appropriate level of importance
4  to your grievance?  Would that be fair to say?
5      A.  Correct.
6      Q.  Okay.  And in that particular box it
7  asks you for the name of the accused.  Do you see
8  that?
9      A.  Yes.
10     Q.  Okay.  Now, can you --
11     A.  Oh, I'm sorry.  It says name and/or
12  identifiers.
13     Q.  Right.  Gotcha.  Name and/or
14  identifier of accused.
15         And then the other boxes require
16  date of incident and type of -- type of incident
17  farther to the left.  Do you see that?
18     A.  Right.
19     Q.  Okay.  Fair enough.  And, now, as I
20  understand from your answers to Mr. Radunsky's
21  questions, and I made this clear, but you would
22  not be able to identify, unless you saw a photo-
23  graph as I recall your testimony, the individual
24  correction officers who you believe did not
25  respond in the manner you expected.  Would that be

Page 291

1  accurate?
2      A.  Yes.
3      Q.  Okay.  Nonetheless, you were certainly
4  aware no later than February of 2017 of your
5  obligation to identify either by name or other
6  identification the corrections officers who you
7  believed failed to respond properly to your
8  concerns.  Would that be accurate?
9      A.  Yes.
10     Q.  Okay.  Can you tell me what, if any,
11  effort you ever made to identify Officer
12  Eleanor Altman or Officer Nakeea Buchanan-Smith
13  while you were in Cook County Jail?
14     A.  As far as this grievance?  Just they
15  were standing -- you couldn't get up there to
16  check the name or anything.  So I just wrote the
17  tier officer 7:00-to-3:00 and 3:00-to-11:00 --
18     Q.  Okay.
19     A.  -- because it's very easy, they got a
20  roster of where they're at.  So they know who was
21  assigned to that division and stuff.
22     Q.  Okay.  Yeah, and if I were to even ask
23  generally, not just with respect to this
24  individual grievance, but just generally speaking,
25  other than what you've testified to thus far, was

Page 292

1  there any specific effort you made to learn the
2  identity or the name of Officer Altman or Officer
3  Nakeea Buchanan-Smith while you were in the Cook
4  County Jail?
5      A.  No.  I mean, could you rephrase that?
6  I got distracted.
7      Q.  Sure.  That's okay.  No problem.
8         So, you know, we've talked about --
9  you understand that I represent Officer
10  Nakeea Buchanan-Smith and understand I represent
11  Officer Eleanor Altman.  Correct?  I told you --
12     A.  Okay.  Yes.
13     Q.  -- at the beginning.  All right.  My
14  question --
15     A.  Yes.
16     Q.  Yeah, I'm sorry to interrupt.
17         My question to you is, other than
18  what you've testified to thus far, did you -- can
19  you tell me any effort you made to learn the
20  identity or the name of Officer Smith or Officer
21  Altman while you were in Cook County Jail?
22     A.  Getting close to them to see their
23  name badges.
24     Q.  Okay.  And was it your belief that
25  that effort was unsuccessful with regard to

Page 293

1  Officer Smith and Officer Altman?
2      A.  At the time of filing this grievance,
3  yes --
4      Q.  Okay.  Yeah, and I'm not -- I just --
5      A.  -- because of what they were doing in
6  the surrounding observation bubble.
7      Q.  I'm sorry to interrupt you there.  I
8  didn't mean to interrupt you.  I didn't -- say
9  that again.
10     A.  From when I wrote this, I was sitting
11  at a table, seen what they were doing, was
12  disgusted by it, and I just wrote the grievance
13  from the back of the room.  I didn't go up to see
14  what the names of the officers were because I
15  didn't want to be in the middle of a bunch of guys
16  standing around masturbating.
17     Q.  Okay.  Yeah.  And let me back up.  And
18  I'm referring to this particular grievance just
19  for purposes of the language contained within it.
20  But for purposes of my question, I would -- I
21  would refer to any effort you made while you were
22  in Cook County Jail to learn the name or
23  identifying information of either Officer
24  Buchanan-Smith or Officer Altman other than what
25  you've testified to thus far at any time.

74 (Pages 290 - 293)

Page 294

1    A.  No. Other than just trying to get
2  close to them and getting their names off their
3  name tags. That was it.
4    Q.  Okay. And when you had the conver-
5  sations with the officers that you had described
6  to Mr. Radunsky in response to his questions, were
7  you actually in your -- well, let me rephrase.
8  Strike that.
9         I know there were times when you
10  stated that you had held your chest and you told
11  officers, one or more corrections officers, that
12  you had chest pains. Do you recall that
13  testimony?
14    A.  Yes.
15    Q.  Okay. And when you had those conver-
16  sations or when you had those -- when you made
17  those statements, were you in your cell or day
18  room or both?
19    A.  I was in my cell at times. I was in
20  the day room at times. I was in the -- being what
21  they call in transport going from one area of the
22  jail to another, being escorted somewhere. Or I
23  was in a holding pen in receiving.
24    Q.  Okay. So you were at various -- these
25  statements were made by you that you had chest

Page 295

1  pain where you were holding your chest, these
2  statements were made at various locations to the
3  corrections officers?
4    A.  Yes.
5    Q.  When you made those statements that
6  you had chest pains to Officer Buchanan-Smith and
7  Officer Altman, are you able to identify at what
8  location you were in and what location they were
9  in when you made those statements?
10    A.  Yeah. It would have been on the tier
11  in the division.
12    Q.  Okay. Do you mean were you inside
13  your cell or outside your cell?
14    A.  It could have varied then. I don't
15  know --
16    Q.  Okay.
17    A.  -- because I'd have to -- the specific
18  grievance I filed or the specific conversation.
19  Once I see their face, I'll remember what I said
20  to them --
21    Q.  Sure.
22    A.  -- I know that.
23    Q.  Right. Yeah. I'm just --
24    A.  The way the --
25    Q.  Go ahead.

Page 296

1    A.  The way the division is locked down,
2  only half of the tier is out at one time. Then
3  the other half locks up. Then when it's time to
4  switch, one half locks up, the other half comes
5  out. So I could have been in my cell when I told
6  them this and had a guard -- inmate go get the
7  guard, or I could have been out in the day room
8  like you asked.
9    Q.  I gotcha. And were you ever -- did
10  you ever have a conversation with any of the
11  officers near the interlock?
12    A.  Yes. I've had several with many
13  officers.
14    Q.  Okay. Inside the interlock or outside
15  the interlock and just near it?
16    A.  Both.
17    Q.  Okay.
18    A.  Sometimes they tell you to come in and
19  close the door so you're in the interlock talking
20  to them where it's quieter. Or they tell you to
21  stand at the door with it propped open and you
22  talk to them so all the inmates can hear what's
23  going on.
24    Q.  Okay. So let me ask you then a
25  definitive question as to Officer Altman. With

Page 297

1  respect to Officer Altman, your -- as I understand
2  it, first of all, your allegation is that she
3  failed to take seriously your statements about
4  having chest pain with -- and that chest pain you
5  allege had to do with your heart condition. Would
6  that be accurate?
7    A.  Yes.
8    Q.  All right. You're not alleging that
9  Officer Altman failed to appreciate or take proper
10  steps regarding any other health condition other
11  than your heart condition when you say you had
12  chest pains. Is that a fair statement?
13    A.  Yes, that would be.
14    Q.  Okay. So not -- nothing with regard
15  to your type two diabetes or your gall bladder
16  issue? Any allegation you made --
17    A.  The gall bladder issue was prior to
18  2015.
19    Q.  Okay.
20    A.  The -- what was the other one you just
21  said? Diabetes or high blood pressure?
22    Q.  You mentioned the type two diabetes.
23    A.  That would have been later, like 2017.
24  When did I put all -- I can't remember.
25    Q.  Yeah. Your allegation, as I mentioned,

75 (Pages 294 - 297)

1 in the complaint is that Officer Altman failed to
2 basically respond as you expected during the time
3 period May of 2017 and Officer Nakeea Smith failed
4 to act as you expected during the period October
5 of 2017.
6         So let me -- let me just ask you
7 this. Would it be fair to say then that the
8 allegations you made against both of these
9 officers regarding your personal health are both
10 restricted entirely to your chest pains and no --
11 and no other medical condition? Would that be a
12 fair statement?
13    A.   Right. Me not getting -- me having
14 chest pain and/or me not getting my medication.
15    Q.   Okay. And the medication would be the
16 medication for your chest pain. Correct?
17    A.   The heart diseases, yeah. Ultimately,
18 yeah, it's all heart medicine.
19    Q.   Gotcha. Okay. Do you know what a CRW
20 is?
21    A.   Correctional rehabilitative worker.
22    Q.   Right. And did your -- did you ever
23 make any statements to a CRW regarding your lack
24 of medication or your chest pains as distinct from
25 a nursing staff individual or a corrections

1 officer?
2    A.   Yes. But mostly alls I ever got from
3 them was -- a lot of times it was you've already
4 grieved this issue, you can't grieve it again.
5 It's an ongoing issue, not an old -- not a new
6 issue -- or not an old issue. It was something
7 that was happening again.
8    Q.   Okay.
9    A.   Well, not getting medication.
10    Q.   And you would have -- the CRWs, the
11 correctional rehabilitation workers, they would be
12 on the tier or in the vicinity of your cell, in
13 the general area of the tier on a daily basis.
14 Would that be fair?
15    A.   No, not on a daily basis. They might
16 have supposed to have been. But they -- sometimes
17 they didn't show up every day like they were
18 supposed to.
19    Q.   Okay. Do you know the name of any CRW
20 that you had a conversation with while you were in
21 Cook County Jail in 2017?
22    A.   I can't recall a specific name.
23    Q.   Okay.
24    A.   He was a black gentleman --
25    Q.   Did you ever --

1    A.   -- I know that.
2    Q.   I'm sorry to interrupt you. Go ahead.
3    A.   He was a black gentleman, I know that.
4 But I can't think of --
5    Q.   Okay. Did you ever ask any of the
6 CRWs for assistance in identifying any of the
7 corrections officers who you believed did not
8 properly respond to your complaints?
9    A.   I did. And I was told they can't give
10 that out.
11    Q.   Okay. They were saying they couldn't
12 give the name out?
13    A.   For security purposes, they can't give
14 the officers' names.
15    Q.   Okay. Do you recall that the
16 corrections officers in Division 10 actually had
17 information including their name listed on their
18 uniform?
19    A.   I believe now they have it
20 embroidered. But, before, they used to have those
21 little metal clips --
22    Q.   Okay.
23    A.   -- first initial, last name or just
24 last name.
25    Q.   All right. And in 2017 do you recall

1 whether the Cook County corrections officers in
2 Division 10 had it embroidered on their uniform,
3 that is, their name, or just on a pin?
4    A.   I think they were just merging from,
5 what do you call it, polo shirts with the collared
6 like T-shirt with the V-neck, the button-up.
7    Q.   Okay.
8    A.   That was the embroidered ones. They
9 had the embroidered badge, the embroidered name,
10 the embroidered CPD -- or Cook County Sheriff and
11 all that. But some still had the older uniforms
12 with the name tag.
13    Q.   Gotcha. So as far as your allegations
14 against Officer Nakeea Buchanan-Smith and
15 Officer Altman, would it be fair to say that the
16 medical problem that you suffered when you made
17 the statements that you allege you made to them
18 was chest pain? Is that fair?
19    A.   Yes. And/or sometimes it was not
20 getting my medication and them not letting me out
21 of the cell to get it. Because, I explained
22 earlier, how half of the tier would be out and
23 half would be in. At med time, they were supposed
24 to come around and open the door for those locked
25 in so they can come get their medicine. And

Page 302

1  sometimes they didn't do it.
2      Q.  So just so I have it straight then in
3  terms of the problems you suffered that you
4  notified -- or you allege you notified Officer
5  Nakeea Buchanan-Smith and Officer Altman about,
6  number one was not getting your proper cardiac
7  medications, number two was you weren't allowed
8  out of the cell when you thought you should have
9  been, and number three would be chest pains.
10 Would that be accurate?
11     A.  One and two, yes.  It wasn't that I
12 thought I should be out of the cell.  It was I
13 thought I should be allowed to get my medication
14 and return to the cell like they were supposed to
15 do.  That was the procedure.  They would unlock
16 the door for those to get meds and let them out to
17 get their meds and they would lock right back up.
18 Or they would walk to the door and let the nurse
19 hand them the medication at the cell door, then
20 lock the door and never have you come out.
21     Q.  Okay.  So in terms of a physical
22 discomfort or a physical medical problem, would it
23 be fair to say that you are alleging that, as a
24 result of your contact with Officer Altman or
25 Officer -- and Officer Nakeea Buchanan-Smith, as a

Page 303

1  result of that failure to respond to your contact
2  and statements made to them you suffered chest
3  pains?  True?
4      A.  Yes.
5      Q.  Okay.  And in answering -- I want to
6  just clarify.  You had a stent placed inside your
7  body prior to your entry into Cook County Jail as
8  a detainee.  Correct?
9      A.  October 4, 2012, I was in IDOC.  I had
10 been in Cook County DOC up until -- from January
11 '04 to January -- or, I'm sorry, April 24, 2012.
12 Then I had the stent in place October 4, 2012, at
13 IDOC.
14     Q.  Okay.
15     A.  That was after my first trial and
16 conviction.
17     Q.  All right.  And, by the way, you
18 mentioned you were in protective custody.  What
19 was the reason for your being in protective
20 custody?
21     A.  Because the guy that committed the
22 crimes I was wrongfully convicted of is now a
23 guard at -- was then now a guard at Stateville.
24     Q.  Okay.  All right.  So the stent -- the
25 time that you were in the Cook County Jail, as I

Page 304

1  understand it, you would go back and forth to Cook
2  County to Livingston.  Is that fair?
3      A.  Correct.
4      Q.  Okay.  So as of -- certainly as of
5  January 1 of 2017 you already had a stent placed
6  in your body.  Correct?
7      A.  Correct.
8      Q.  And Mr. Radunsky asked you some
9  questions about that.  I just want to ask a few
10 more.
11         Had you ever experienced, as far as
12 you're concerned, any infection regarding the
13 placement of your stent?
14     A.  No.
15     Q.  All right.  Did you ever suffer any
16 aspiration?  Do you know what aspiration is?
17     A.  No.
18     Q.  Any difficulty with your breathing
19 that you believe was attributable to a stent
20 complication?
21     A.  No.
22     Q.  Okay.  So during the time period that
23 you were in Cook County Jail at least in 2017, you
24 never suffered any cardiac complications other
25 than the chest pain that you complained of.  Is

Page 305

1  that fair?
2      A.  Correct.
3      Q.  All right.  And the chest pains you
4  complained of when you were -- when you allege
5  that you notified correction officers of them, and
6  I'll restrict this to 2017, was that -- can you
7  identify in more detail the chest pain?  Was it a
8  sharp pain or was it a dull pain?
9      A.  Like a compression pain, like somebody
10 had a strap around my heart and was pulling it
11 tight like a noose.  Pain radiating in my neck,
12 back, shoulder.  It just -- sometimes it was
13 sharp, but a lot of times it was a dull weight
14 compression.  It hurt.
15     Q.  Okay.  And that was going to be my
16 next question.  So it wasn't pain that was just
17 localized to your heart?  You're saying it
18 radiated into your neck and your shoulder area?
19     A.  Yeah.  Up in my -- just right in the
20 corner of my neck near the back.
21     Q.  Was it all left-sided pain or did it
22 radiate on to the right side as well?
23     A.  The pain radiated in my back both
24 sides.  It didn't go down my arm like it did with
25 the heart attack.

77 (Pages 302 - 305)

Page 306

1    Q.   Okay.  So the pain that you associated
2  with the chest pains in 2017 when you were in Cook
3  County Jail you believe was noticeably different
4  than the pain that you associated with your heart
5  attack.  Is that accurate?
6    A.   No, it wasn't noticeably different.
7  It was noticeably lesser.
8    Q.   Okay.
9    A.   It still hurt.  And it was similar
10  without the intensity.
11    Q.   Gotcha.  Okay.  And are you able to
12  say -- in terms of your specific statements to
13  Officer Nakeea Buchanan-Smith or Officer Altman,
14  is it your testimony that these individual
15  officers ignored what you were saying or did they,
16  in fact, acknowledge what you were saying about
17  your chest pain?
18    A.   They might have acknowledged it.  But
19  they didn't do anything to assist me, like, if
20  they called medical and medical wouldn't do
21  anything -- or I believe their procedure, I'm not
22  positive, but I believe the procedure was to call
23  one of their security supervisors and let him
24  handle it --
25    Q.   Okay.

Page 307

1    A.   -- to my knowledge.
2    Q.   I'm sorry, I didn't mean to interrupt
3  you there.  Did you finish?
4    A.   Yes.
5    Q.   Okay.  As far as Officer Altman is
6  concerned, are you able to say that Officer Altman
7  ever said anything at all in response to what you
8  said to her about your chest pain, or do you not
9  know one way or the other?
10    A.   I'm not sure what she would have said
11  or what she did say.  I can't remember.
12    Q.   Okay.  And same question.  Same answer
13  with Officer Nakeea Buchanan-Smith?  Would your
14  answer be the same?
15    A.   Without seeing their faces, I can't
16  tell you one way or the other what the conver-
17  sation was.
18    Q.   Gotcha.
19    A.   It's just the rate at which you seen
20  different people, it was hard to memorize by name
21  unless there was some -- something that stood out
22  about them, like the Torres brothers, the twins.
23    Q.   And as far as any cause, medical
24  cause -- strike that.
25      As far as any consequence of what

Page 308

1  you allege Officer Altman or Officer
2  Nakeea Buchanan-Smith did or didn't do, can you
3  identify any physical consequence that you
4  suffered as a result of what you allege they did
5  or did not do?
6    A.   Pain and suffering from the chest
7  pain.  The emotional -- I felt like they were
8  hangmen with their hand on the trap door lever
9  just waiting to pull it 'cuz they -- nobody cared.
10  That's what it felt like.  It felt like they
11  didn't care one way or the other.  As long as they
12  got to go home and got their paycheck, they
13  weren't going to do anything extra.  That's what
14  it felt like.  They prolonged the pain is what
15  I --
16    Q.   Okay.  So the pain and suffering.
17  Just so I understand, as far as the physical
18  consequence, I understand some of this may have
19  been emotional, but as far as the physical
20  consequence of what you allege Officer Altman and
21  Officer Nakeea Buchanan-Smith did or did not do,
22  that would be restricted to the pain and suffering
23  associated with your chest pain.  Is that a fair
24  statement?
25    A.   Correct.

Page 309

1    Q.   Okay.  I don't have anything further,
2  Mr. Dukes.  I appreciate your time.
3    A.   Thank you.
4      RE-EXAMINATION
5      BY MR. RADUNSKY
6    Q.   I'm sorry, I've just got a couple.
7  I'll try to be fast.
8      William, when you had the sharp
9  pain on the side of your chest, how long did that
10  last?
11    A.   Oh, one time in the bullpens,
12  receiving bullpens, when I was holding up the
13  signs, two to three hours before they walked me
14  back, made me walk over an hour underground back
15  to my division.  That's the one where she brought
16  me the three tablets of --
17    Q.   Okay.  I just want to know how long it
18  lasted.
19      Let me ask you this.  What was --
20    A.   Three-hours-plus at times.
21    Q.   And what was the least amount of time
22  that it lasted?
23    A.   An hour or so.
24    Q.   Okay.  And I think you told me before
25  that's when if they didn't give you the medication

78 (Pages 306 - 309)

Page 310

1  you just had to wait for it to resolve on its own
2  after, like you just said, an hour or two or maybe
3  three?
4     A.   Oh, an hour or two or three.  Some-
5  times it would be all night.  Depending on what
6  time I get back, I just lay down on the cold
7  ground, the cold -- the concrete and --
8     Q.   And how many times --
9     A.   -- lay bare skin against it, and that
10  reduced the pain.  But if I tried to get up or
11  something, it was still there.
12     Q.   Can you tell me how many times
13  between November of 2015 and November of 2017 you
14  experienced these episodes where it lasted
15  anywhere from one to three hours?  You can give me
16  a range.
17     A.   Five to eight with at least two of
18  them lasting overnight.
19     Q.   And --
20     A.   An additional two lasting overnight.
21     Q.   I think I heard this earlier, but I
22  just want to ask you.  Did any doctor tell you
23  that the failure to take your medicine at the jail
24  or the delay in treatment that you're alleging did
25  any further damage to your heart?

Page 311

1     A.   No.  Because, like I stated earlier, I
2  didn't go into the jail aspect of my treatment.
3     Q.   This is a question similar to what
4  John had just asked you.  Can you recall any
5  specific conversation with any officer or nurse
6  whose name that you know, Will, regarding your
7  chest pain, your prior heart attack, your health
8  condition?
9     A.   At Cook County there was several, but
10  I can't remember the names.
11           Livingston County, I addressed the
12  issue with them repeatedly, and I don't know if
13  they put it in my medical file there or not that
14  would have been transferred back to Cook County
15  Jail.  But it was the Medical Director James,
16  Nurse James.  And there's a female --
17     Q.   And that's at Livingston County?
18     A.   Yes.  And there's a female in
19  Livingston --
20     Q.   I'm only interested in Cook County.
21     A.   I can't remember.
22     Q.   Okay.  Another question that was
23  similar to John's.  Did you do anything to try to
24  find the names of any of the nurses that you
25  generally discussed in your grievance or named in

Page 312

1  your lawsuit to learn their identities after you
2  said that they refused to give you medication or
3  were indifferent to your medical needs?
4     A.   Yeah.  I would see that nurse at later
5  times walking the hallway while I was being
6  escorted somewhere else by security personnel.  Or
7  I'd go to the sick call unit or the dental unit
8  and see the nurse in the hall.  I'd be going
9  somewhere and see that nurse.  And I'd try to
10  catch their ID, but they either had it in their
11  little lanyard pouch facing their chest or in
12  their pocket.  You couldn't never see their IDs.
13     Q.   Did you ever ask a nurse to show you
14  her ID or say, "Hey, I want to know what your name
15  is," and they refused to identify themselves?
16     A.   One specifically I recall.  She said,
17  "Yeah, my name is Nurse."
18     Q.   Okay.  Now, let's --
19     A.   That was it.
20     Q.   -- take that example.  So you remember
21  just one time that that happened?
22     A.   That.  There was a couple times where
23  they just looked at me and walked off.
24     Q.   So when that happens in that one
25  instance, did you do anything to try to identify

Page 313

1  who that nurse was at any time?
2     A.   I put it in the grievance, on some of
3  them, that they should check the surveillance
4  logs, the video and audio surveillance logs, for a
5  specific area of the jail.
6     Q.   Other than that and asking the jail to
7  identify the person for you, did you take any
8  affirmative steps on your own to ascertain the
9  name of the nurses that you have alleged were
10  indifferent to your medical needs or refused to
11  give you medication?
12     A.   I mean, I did ask.  But affirmative
13  steps would be like considered stalking the
14  security staff, and you'd end up getting in
15  trouble.
16     Q.   Well --
17     A.   Especially if you asked the name and
18  they didn't give it to you and you got -- "Look, I
19  got a right to this," or whatever, you stood up
20  for yourself, you're going --
21     Q.   Did you ask other --
22     A.   -- in the hole.
23     Q.   Did you ask any other inmates?  Did
24  you go to the inmates and ask for the names of the
25  nurses?  Or did you ask to schedule a meeting with

79 (Pages 310 - 313)

Page 314

1 the chief of the jail or any administrative staff
2 to try to determine the names of these people?
3     A.   The only way I knew how was to put it
4 in the grievance.
5     Q.   I'm asking you did you make any of
6 those efforts, William, that I just mentioned in
7 my last question?  Did you try to do any of those
8 things, yes or no?
9     A.   I tried to ascertain through the
10 grievance process.  That was it.
11     Q.   Okay.
12     A.   Including to preserve the video
13 records and audio records.
14     Q.   Okay.  And what if there was no video
15 or audio, what then?  What efforts would you make
16 to try to learn the identities of the nurses and
17 officers rather than asking the jail to do it for
18 you?
19     A.   Try to ask a couple officers if they
20 could tell me what her name was so I could write a
21 grievance.  A lot of them wouldn't know.  A lot of
22 them wouldn't help.
23     Q.   And, like you said, you never kept a
24 log or any notes beyond what you wrote in your
25 grievances to identify the names of the nurses or

Page 315

1 officers that you spoke to or were part of your
2 lawsuit here?
3     A.   No, I never kept any logs like that.
4     Q.   Okay.  You know, John brought up
5 another good point that I had forgotten about.
6 Because of your experience filing lawsuits
7 previously and spending time at the jail library
8 before this lawsuit was filed, William, you had
9 an understanding of the case law and the elements
10 necessary to prove a claim for deliberate
11 indifference.  Isn't that right?
12     A.   Basic.  They appointed attorneys in
13 those cases for me once I filed it.
14     Q.   That's not my question, William.
15 Listen to my question.
16         You had an understanding, all
17 right, in a case like this where you're alleging
18 deliberate indifference, before you filed this
19 lawsuit you were familiar with the case law and
20 what the elements were to file this type of a
21 claim.  Correct?
22     A.   As far as what it took to prove
23 deliberate indifference?  Yes.
24     Q.   Okay.  Exactly.
25     A.   You report a problem and they don't

Page 316

1 act.
2     Q.   Well, you knew from the Pontiac
3 lawsuit in 2013, because you had alleged a claim
4 for deliberate indifference, that you were
5 familiar with the case law and how to prove a case
6 like that in a lawsuit like this, were you not?
7     A.   At that time I had been housed in --
8 specifically at the Cook County Jail for several
9 months, and I knew there was -- every day, every
10 day.  It wasn't I was there for a week or two
11 weeks or three weeks and got transferred out for a
12 month and back and forth.  I got to know which
13 officers were which and not doing what they were
14 supposed to do --
15     Q.   William, my question was totally
16 different than what you just said.
17         I simply asked you, while you were
18 in the law library before you filed this lawsuit
19 and given your preexisting history of having sued
20 Pontiac, all right, you knew what the case law
21 said, based on your own research years before this
22 lawsuit was filed, how to prove a case for
23 deliberate indifference and what elements the
24 court required, didn't you?
25     A.   Not specifically, no, 'cuz every time

Page 317

1 I had a case prior -- besides the Pontiac case
2 with the heart attack, besides that, my other
3 cases the court in the Northern District always
4 appointed counsel and they took care of the legal
5 stuff --
6     Q.   So it's your testimony, William --
7     A.   -- as far as -- I didn't understand
8 the exact names.  I just --
9     Q.   I'm not asking you to understand the
10 exact names, I mean.  But I'm asking you
11 specifically did you understand what was necessary
12 to prove a claim for deliberate indifference to
13 medical needs before you filed this lawsuit, yes
14 or no?  I don't need a long answer.  Yes or no?
15     A.   Yes.
16     Q.   Okay.  So before you filed this
17 lawsuit, you knew coming into it, because of
18 researching case law in the jail law library, what
19 you had to show in order to get money damages in a
20 lawsuit for deliberate indifference.  Right?
21     A.   What I had to show and that discovery
22 would prove -- would show -- identify the victims
23 -- I mean not the victims, I'm sorry.  The way I
24 understood it, just I could learn the names of the
25 defendants in discovery.

80 (Pages 314 - 317)

Page 318

1    Q.   That's not what I asked at all. I
2  mean, that wasn't my question. That was not
3  responsive.
4           I asked you, William, and I think
5  you know what I asked because you're hearing me --
6    A.   I don't understand your question then.
7    Q.   Okay. Well, then --
8    A.   If you're asking me if I knew the
9  parameters, yes.
10   Q.   Yes.
11   A.   The parameters for proving deliberate
12  indifference is you report a problem and they
13  don't do anything about that, that even a
14  layperson would know the difference. I didn't
15  know the legalities of the -- knowing everybody's
16  full name and birth date and nation of origin and
17  all that. I didn't know that, what I had to prove
18  there. I just knew that discovery would help me
19  prove their identities.
20   Q.   William, have you read cases on
21  deliberate indifference before you filed this
22  lawsuit? And I'm talking legal cases.
23   A.   Okay.
24   Q.   Have you read legal cases on
25  deliberate indifference before you filed this

Page 319

1  lawsuit?
2    A.   Yes.
3    Q.   Okay.
4    A.   An inmate reporting a problem and this
5  -- people in charge failing to take action.
6    Q.   Okay. So you were familiar, like we
7  said, with the case law and what you had to prove
8  long before you filed this lawsuit in order to
9  prove deliberate indifference to medical needs.
10  Right?
11   A.   Okay. I think, yes.
12   Q.   Okay. I have no other questions.
13        MR. COYNE: Nothing further.
14           RE-EXAMINATION
15           BY MS. BUNTIC
16   Q.   I just have one, sorry, follow-up
17  question.
18        Mr. Dukes, with regard to
19  Officer Partee, in your complaint it states in
20  paragraph 22 that Defendant Correctional Officer
21  Willie Partee was assigned to monitor Division 8
22  Tier 3-E during periods in March 2016, April 2016,
23  and May 2016 while Plaintiff was housed there in
24  CCDOC custody.
25        Is it fair to assume that all your

Page 320

1  claims pertaining to Willie Partee are -- pertain
2  to March 2016 until May 2016?
3    A.   March, April, May. Yes. It should
4  be, yes.
5    Q.   Okay. So your claims against
6  Willie Partee are limited to the time period of
7  March -- between March 2016 to May 2016. Is that
8  correct?
9    A.   I believe so, yes.
10   Q.   Okay. Those are all the questions I
11  have.
12           RE-EXAMINATION
13           BY MR. RADUNSKY
14   Q.   William, did any of the defendants
15  that you sued or any of the nurses that you sued
16  ever specifically told -- well, strike that.
17        Have any of the officers that
18  you've sued, have they ever specifically told
19  you -- and I need to know the names and, if you
20  can't remember the names, I want to know that --
21  that they knew of your prior medical condition
22  before you got to the Cook County Jail and while
23  you were at the Cook County Jail? Do you know any
24  officer by name that actually knew of your
25  condition?

Page 321

1    A.   I can't say that I have -- I do, no.
2    Q.   Okay. Same thing with the nurses. I
3  mean, as we're sitting here talking, I mean, do
4  you know any of the nurses by name, whether
5  they're in your lawsuit or not, that knew of your
6  prior medical condition and your heart attack and
7  all of your medical concerns related to your chest
8  complaints?
9    A.   Other than what I told them verbally,
10  I don't know that any of them reviewed my medical
11  records, no.
12   Q.   Well, and I asked you before, when you
13  say "whatever I told them verbally," do you know
14  specifically the names of any of those nurses or
15  are you just speaking in a general sense?
16   A.   General sense. Because they hid their
17  names.
18   Q.   Okay. I have nothing else. Thanks
19  for your time.
20   A.   Uh-huh.
21        MR. COYNE: Nothing else.
22        MS. ERICKSON: Okay. I just need five
23  minutes and then I'll ask some questions.
24        MR. RADUNSKY: All right. What time
25  is it? 4:55. Why don't we come back at like

81 (Pages 318 - 321)

Page 322

1  5:00?  Is that what you're saying?
2        MS. ERICKSON:  Sounds wonderful.
3        MR. COYNE:  5:05?
4        MR. RADUNSKY:  Yeah, 5:05 actually.
5            (A break was taken from
6             4:55 p.m. until 5:06 p.m.)
7            EXAMINATION
8            BY MS. ERICKSON
9     Q.   All right.  Mr. Dukes, you were asked
10 earlier about the length of time that you
11 experienced chest pains.  What is the greatest
12 number of hours consecutively that you were
13 experiencing chest pains?
14    A.   It was anywhere from one hour to a few
15 hours, and at times it'd last all night --
16    Q.   So what --
17    A.   -- 12, 14 hours.  I'd have to lay on
18 bare concrete with no shirt on to help relieve the
19 pain because nobody would help.
20    Q.   Where were you at when you would lay
21 on the concrete?
22    A.   In the cell.
23    Q.   Were you experiencing any other
24 symptoms besides the chest pain when you were
25 laying on the floor in the cell?

Page 323

1     A.   Just the pain that radiates from
2 around your heart, your back, some in my back,
3 middle to left back, upper left shoulder, neck
4 area.
5     Q.   Did that cause you anxiety to be on
6 the floor with your shirt off with chest pains?
7     A.   Yeah.  Because you don't know who's
8 been walking on the floor with athlete's foot that
9 you're going to get fungus on your back or what
10 you might catch.  Bugs, rats, mice running around
11 inside the place.  It caused a lot of anxiety.
12    Q.   Were you fearful for your life during
13 those hours when you had chest pain?
14    A.   Yes.
15    Q.   Did correctional officers see you
16 laying on the ground with your shirt off in pain?
17    A.   Yeah.  "What's wrong with you?"  "I'm
18 having chest pains.  Can you call a nurse?"  And
19 they'd just keep walking doing their calendar or
20 whatever they were doing at the time and going
21 about their business.  You wouldn't see them again
22 for the rest of the night 'til breakfast time,
23 when it was the overnight ones.  They'd come in
24 and pass out the breakfast trays, and that was it,
25 that was the last time you seen them until

Page 324

1 shift -- an officer until shift change, despite
2 what I knew to be their policy at the time --
3     Q.   When --
4     A.   -- as far as checks.
5     Q.   Mr. Dukes, when would be the -- strike
6 that.
7            In a day what would be the latest
8 time that you would see a correctional officer
9 come by?
10    A.   Right around 11:00 give or take a few
11 minutes depending on if they came a little early
12 or came a little late.  They would do their count.
13 And then you would not see an officer come into
14 the pod again until breakfast time when they
15 brought the trays to serve to the individual
16 cells.  They'd open the cells door by -- or cell
17 by cell and hand in the trays to how ever -- one
18 or two inmates, depending on how many were in the
19 cell.
20    Q.   What time would breakfast be at?
21    A.   4 o'clock, 4:30 in the morning.  We go
22 five, five and a half hours.
23    Q.   Okay.
24    A.   And it would be the same officers that
25 see me laying there.  I'm still laying there.

Page 325

1 They'd open the door and hand the trays to my
2 cellmate and keep going.
3     Q.   So when you would see the officer on
4 the nights when you were in chest pain all night,
5 you would see them at 11:00 p.m. and report chest
6 pain and then again at 4:00 or 4:30 a.m.?
7     A.   Yes.
8     Q.   And what did they do at 4:00 a.m. when
9 you reported chest pain?
10    A.   Hand the trays to my -- the breakfast
11 trays to my cellmate.  Or if I didn't have one,
12 they'd set my breakfast tray on the floor and
13 close the door and lock it and go to the next
14 cell.
15    Q.   Did they say anything to you when you
16 said, "I have chest pain"?
17    A.   No.
18    Q.   Did they look at you on the floor when
19 you were laying there?
20    A.   Yeah.  I mean a lot of times, "Why are
21 you still on the floor?"  "My chest still hurts."
22 "I called medical.  They never responded."  That
23 was a couple of the responses I got.
24    Q.   Okay.  All right.  I'm going to put
25 up -- I hope I can share the screen here.  All

82 (Pages 322 - 325)

1  right. I'm sharing my screen. I want to go to
2  page 987.
3      A.   Okay.
4      Q.   One moment. All right. Mr. Dukes,
5  you have a copy of this in front of you. Right?
6      A.   Yes.
7      Q.   Okay. So you can look on the screen
8  or on that copy.
9      A.   Okay.
10     Q.   I just want to talk to you about --
11  firstly about the process with the grievance.
12  When you filled out a grievance, what sections of
13  this particular page would you fill out?
14     A.   The lower two-thirds, the third heavy
15  line down from the top that says inmate's brief
16  summary of the complaint and the inmate -- oh the
17  second one, too, the inmate information, my name,
18  where I'm located, the date and time, and my ID
19  number.
20          The rest of it was all -- you
21  couldn't touch it. That was for the grievance --
22  or authorized staff or personnel.
23     Q.   Okay. So if I hear you correctly, the
24  inmate information you filled out?
25     A.   Where it says print name, first, last,

1  division --
2      Q.   Just yes or --
3      A.   Yeah, that one --
4      Q.   And then --
5      A.   -- and below.
6      Q.   And then inmate's brief summary of the
7  complaint, you filled out all that area?
8      A.   Yes.
9      Q.   And you signed it and dated it.
10  Right?
11     A.   Yes.
12     Q.   Okay. But then underneath it it says
13  N. Jones and the date. You didn't fill out that
14  part. Right?
15     A.   No. N. Jones was the --
16     Q.   No, that's okay. That's okay. All
17  right.
18          Going back up to the top here where
19  it says this section is to be completed by inmate
20  services staff only, did you fill out anything in
21  the "grievance form processed as" box?
22     A.   No. They would throw it away if you
23  did. You'd never hear from it again.
24     Q.   What do you mean?
25     A.   If you checked anything in the upper

1  boxes, like the top section there under the star,
2  the badge emblem, they wouldn't process it. They
3  had to fill those boxes in. So I would always put
4  asterisk "emergency issue" on my grievances.
5      Q.   So down here where there's two
6  asterisks and something that's crossed out, did
7  you write that, whatever that is underneath the
8  blotted-out black pen?
9      A.   Emergency issue. Yes.
10     Q.   And you didn't cross that out, did
11  you?
12     A.   No, I did not.
13     Q.   Okay. If you -- if you were able to
14  choose on this particular form in the top left
15  corner if it was an emergency grievance or
16  grievance or nongrievance, which one would you
17  have chosen?
18     A.   Emergency grievance. Like I put in
19  the body with the "emergency issue."
20     Q.   All right. Let's look at the contents
21  of this. So this was on January 11, 2016, at
22  9:15 a.m. Right?
23     A.   Yes.
24     Q.   And in this particular one you
25  actually identified one of the officers. Right?

1      A.   Yes, I did.
2      Q.   Can you explain to us what happened
3  around this time where you filled out this
4  grievance at 9:15 a.m.?
5      A.   Say that again.
6      Q.   Can you explain what happened so that
7  you filled out this grievance at 9:15 a.m.?
8      A.   Okay. I approached Officer Addison,
9  knocked on the center door, the interlock door,
10  and she opened it. And I said, "Look, Officer,
11  I'm having chest pains. Can you get a nurse in
12  here to get me my medicine, nitroglycerin?" And
13  she said, "All right. Have a seat."
14          And then I went back into the pod,
15  the living unit, and sat down on the bench seats
16  right in front of her observation window and
17  waited and waited. And ten minutes or so go by, I
18  go back and knock again. "What's going on?" "Oh,
19  nobody is answering in the dispensary," the
20  medical sick call room. "Ma'am, it's right around
21  the corner. Can you go get somebody? Can you
22  call a sergeant or somebody to get them on it?"
23  And she said, no, I just had to wait for the med
24  line.
25     Q.   And the med line normally passes at

83 (Pages 326 - 329)

Exhibit B

Page 330

1  9:00 a.m. Right?
2      A.  Yes.
3      Q.  So on this day it's 9:15 a.m. Did the
4  med line pass yet that day?
5      A.  No.
6      Q.  Okay.
7      A.  I stated it in the grievance. They
8  didn't come for 35 more minutes.
9      Q.  And what happened to you during those
10 35 minutes?
11     A.  I sat there in pain wondering if I was
12 going to die.
13     Q.  And then in this particular note it
14 says: By the time the nitro had little -- by the
15 time the nitro had little effect and I had to be
16 sent to Cermak ER because there was no dispensary
17 staff in Div 10 to take my vital signs.
18         What do you mean by that?
19     A.  When a nurse finally showed up and I
20 told her I needed my nitro, she checked my blood
21 pressure I believe and said, "Yeah, send him to
22 Cermak" -- or "We got to send him to dispensary,
23 but there's nobody there so he's got to go to
24 Cermak."
25     Q.  So you --

Page 331

1      A.  Yeah, I went to Cermak.
2      Q.  So in this occasion you went to the ER
3  because they couldn't give your medication at
4  CCDOC?
5      A.  They couldn't give me my medication in
6  Division 10 -- no. They gave me my medication,
7  but it didn't have any effect. I guess I had
8  waited too long. It took too long to get the
9  medication to start.
10     Q.  And where is the ER?
11     A.  Okay. I was in Division 10. You
12 basically have to go from California west under-
13 ground toward Sacramento, Sacramento north all the
14 way to almost probably 27th Street.
15     Q.  Yeah. So how far away is that from --
16     A.  It's about a mile underground. I had
17 to walk.
18     Q.  You walked there?
19     A.  I had no choice. I had to walk
20 handcuffed Division 10 to Cermak.
21     Q.  Who took you handcuffed?
22     A.  One of the Division 9 security staff
23 -- or Division 10 security staff.
24     Q.  And what happened when you got to the
25 ER?

Page 332

1      A.  I think they gave me some more
2  medication and then -- I was just in pain.
3  Whatever they gave me stopped it.
4      Q.  Okay.
5      A.  Or lessened it quite a bit, and I
6  started feeling better.
7          MR. RADUNSKY: What's the Bates-
8  stamped number on that?
9          MS. ERICKSON: Oh, yeah, 987.
10         MR. RADUNSKY: Thanks.
11 BY MS. ERICKSON:
12     Q.  So even after you were given your
13 nitroglycerin on this example, it was too late and
14 had little effect and you were still experiencing
15 chest pains after you were given it. Right?
16     A.  Yes.
17     Q.  And then you had to walk a mile to go
18 to Cermak ER --
19     A.  In pain.
20     Q.  Right. In pain to receive care.
21 Right?
22     A.  Yes.
23     Q.  And eventually you got care there and
24 the pain went away. Right?
25     A.  Yes.

Page 333

1      Q.  How long was it from the time that you
2  started this process -- strike that.
3          How long was it from when you
4  wanted the medication in Division 10 until you
5  actually received medication at Cermak ER for this
6  chest pain?
7      A.  Let's see.
8      Q.  If you can say it was a mile walk --
9      A.  It would be an hour 20 minutes.
10     Q.  About an hour --
11     A.  At least.
12     Q.  Can you come closer to the mike?
13     A.  Oh, I'm sorry. I'm sorry.
14     Q.  Yeah, I know you're tired, but we're --
15     A.  An hour and 20 minutes at least.
16     Q.  Okay. Thank you.
17         We'll go to the next page, Bates-
18 stamped 988. This is -- states date of incident
19 January 12, 2016, sometime between 4:00 p.m. and
20 8:30 p.m. Do you see that?
21     A.  Yes.
22     Q.  Did you write "repeat occurrence"?
23     A.  Yes, I did.
24     Q.  And did you fill out this form at the
25 same time that you filled out the previous

84 (Pages 330 - 333)

Page 334

1 grievance?
2    A.  No.  I would have filled it out the
3 next day.
4    Q.  How do you know that?
5    A.  Because this didn't happen 'til I went
6 to court on the 12th.  This other one happened the
7 day before.
8    Q.  So on the one -- on page 987 where you
9 wrote January 11, 2016, at 9:15 a.m., you wrote
10 that --
11    A.  I filled it out -- okay.  I'm sorry.
12    Q.  No.  When would you have filled that
13 out?
14    A.  Right around the time I got back from
15 Cermak, which would have been, what did I say,
16 80 minutes, hour and 20, so 11:35, probably around
17 noon, 1 o'clock on the 11th.
18    Q.  Okay.
19    A.  Or 2 o'clock, because I would have
20 been at Cermak for about an hour.
21    Q.  Okay.  And then here at the top where
22 it says control number, do you write that number
23 in?
24    A.  No, I do not.
25    Q.  Okay.  So if we go back to 988, if you

Page 335

1 look, it's the same control number.  Right?
2 2016X0534?
3    A.  Yes.
4    Q.  So you didn't put the same control
5 number on those two grievances.  Right?
6    A.  No, I did not.
7    Q.  Okay.  As we established before, you
8 didn't -- you didn't check "grievance" in the top
9 left corner.  Right?
10    A.  No.  That was the responsibility of
11 the CRW counselor or whatever they called them.
12    Q.  That's okay.
13       So let's look down here what you
14 wrote in the body of your complaint.
15    A.  Okay.
16    Q.  Take a minute and look at it.
17    A.  Okay.
18    Q.  So can you explain this incident and
19 what happened?
20    A.  All right.  I had been back in the --
21 since about 4 o'clock I got back to the jail from
22 court in Maywood.  I was in the RCDC area.  About
23 6 o'clock that night after being in there for two
24 hours, my chest started hurting and I began having
25 the chest pains, which the jail knows I have a

Page 336

1 history of.
2       MR. RADUNSKY:  What's the Bates number
3 on that?
4       MS. ERICKSON:  988.
5 BY MS. ERICKSON:
6    Q.  Go ahead, Mr. --
7    A.  And all the officers walking up and
8 down the outside hallway in front of the
9 glassed-in holding cell for inmates for my area,
10 I was yelling out the door, "Please help.  Call
11 med tech.  Call med tech, please."
12    Q.  And what did they do when you screamed
13 help?
14    A.  Nothing.
15    Q.  Could they hear you through the glass?
16    A.  Yeah.  Because they'd look back and
17 just walk off.  They'd shrug their shoulders and
18 leave.  Or, "Yeah, we'll call somebody," and
19 they'd walk off.  And nobody would ever show up
20 even though they were only one floor away above
21 me.
22    Q.  Mr. Dukes, if you remember this
23 incident, do you remember how many other inmates
24 were with you in the bullpen at that point?
25    A.  This particular one?  No.

Page 337

1    Q.  Okay.
2    A.  I'm not sure if there were any.  But
3 it happened a couple times where there were
4 one or two at least, if not four or five.
5    Q.  Were you in the bullpen for four and a
6 half hours?
7    A.  Yes.
8    Q.  And so what -- what do you -- what's
9 supposed to happen when you come back from court?
10    A.  They notify your division that the
11 inmates are back, and the division is supposed to
12 send an escort officer over to pick you up.
13    Q.  So ideally when you arrived back to
14 Cook County you're saying someone would be
15 notified that you're in the bullpen and you would
16 be picked up by someone else?
17    A.  Yeah.  Out of my division, out of the
18 division I'm housed at.
19    Q.  And was there any sort of expectation
20 how long that would take?
21    A.  It should only take an hour or two at
22 most depending on how busy they are or what time
23 of day it is.  Like shift change or something, it
24 could take a little longer.  But 4 o'clock when I
25 got back, shift change was already over.

85 (Pages 334 - 337)

Page 338

1    Q.   Did someone ever tell you that when
2  you're in the bullpen and you have an emergency
3  situation you're not able to receive medical care
4  because you're in the bullpen?
5    A.   No, they did not.
6    Q.   Okay.  So you assume when you said,
7  "I have chest pain," and you're pounding on the
8  window and holding up signs that someone is going
9  to actually respond to that request?
10   A.   Yes.
11   Q.   And what did you want them to do?
12   A.   Please get on the telephone or the
13 radio and call upstairs, one floor above them, to
14 the receiving area, the intake area, where there's
15 always med techs/paramedics stationed to help
16 process in the new people, have one of them come
17 down and check me out or get me to the hospital,
18 which is in the same building also.
19   Q.   Do you know how long -- oh, strike
20 that.
21        Do you know the hours that the med
22 tech people are available at Cook County?
23   A.   Supposed to be 24/7.
24   Q.   How do you know that?
25   A.   Watching an inmate being carried out

Page 339

1  of his cell dead when they couldn't find a med
2  tech.  An officer came in, left him laying there,
3  passing out the breakfast trays on -- in
4  Division 9.  And when he came back to pick up the
5  trays, the guy was still laying there.  So he
6  called the -- what do you call it, he went back
7  out to his bubble, his phone, and called for the
8  medication -- med techs.  They didn't show up.
9  His sergeant called up, too, because he declared a
10 medical emergency.  His sergeant showed up.
11 "Where they at?  Where they at?"  And he sent
12 another officer that was on the tier out to make a
13 call back to the paramedics.  Five minutes goes
14 by.  Sergeant Stumpf, S-t-u-m-p-f, radioed, "Where
15 in the heck are they at?"  And they're saying
16 nobody can find any paramedics in the compound
17 period.
18   Q.   Okay.  So --
19   A.   So he went out --
20   Q.   Yes.
21   A.   This was in Division 9 in '06, I
22 believe.  She went out to the observation bubble
23 and got an outside line, called the Chicago Fire
24 Department.  They were there within a minute and a
25 half, and they carried the guy out of the cell

Page 340

1  dead.
2    Q.   So you've seen emergency situations
3  being dealt with here at Cook County.  Right?
4    A.   Yes.
5    Q.   Even though that was 2006, you knew
6  that ambulance [sic] were available in 2015.
7  Right?
8    A.   Yes.
9    Q.   You knew they were supposed to have
10 med techs available 24/7.  Right?
11   A.   They were supposed to have med techs,
12 an ample -- what do you call it, enough people to
13 help if there's emergencies.
14   Q.   And that --
15   A.   Because of the size of the compound,
16 they had to have more than one team.
17   Q.   In that particular instance in 2006,
18 do you know how long the man was dead before he
19 was taken out?
20   A.   They said if they would have got him
21 to the hospital an hour and a half earlier he
22 probably would have lived.  He had a brain
23 hemorrhage and the brain pressure -- his name was
24 John, I can't think of it right now --
25   Q.   That's okay.

Page 341

1    A.   I testified against his cellmate that
2  killed him.
3    Q.   So did you ever feel like while you're
4  laying there on the ground that --
5    A.   I'm going to be the next one they
6  carry out of here dead.
7    Q.   Yes.  So that was my --
8    A.   Sorry.  I was anticipating --
9    Q.   Let me ask my --
10   A.   -- your question.
11   Q.   -- question.
12   A.   Go ahead.
13   Q.   Yeah, yeah.  Just wait.
14        So did you ever feel when you're
15 laying on the ground in chest -- with chest pain
16 for 12 to 14 hours that maybe I'm going to die
17 here, too, like that other man I saw?
18   A.   Yeah.
19   Q.   Did that cause you --
20   A.   Yes.
21   Q.   -- stress?
22   A.   It caused me stress.
23   Q.   Did it cause you anxiety?
24   A.   Yeah.  It caused me suicidal thoughts,
25 too.  I felt -- at some points I felt like damn if

86 (Pages 338 - 341)

Page 342

1  I'm going to let them kill me, I'll just do it
2  myself.
3      Q.   Is that why you were on Prozac?
4      A.   Yeah.
5      Q.   Okay.
6      A.   Yep.
7      Q.   So, in this particular instance, did
8  you ever get medication for your heart and to
9  alleviate the chest pains?
10     A.   Yes.  This is the one me and
11 Mr. Radunsky were going back and forth on earlier
12 about the three nitroglycerins they gave me in a
13 cup to keep with me when the grievance -- the lady
14 that answered the grievance said that I can't have
15 it with me.
16     Q.   Okay.
17     A.   They took me back -- it was after
18 8:30, but they took me back to division, made me
19 walk again all the way back to the division, took
20 me up to my unit, and they had to call the nurse.
21 And I laid there for -- on the bench in front of
22 the observation bubble and inmate TV viewing area.
23 Everybody was locked down by the time I got back.
24 It was after 9 o'clock.  I laid there waiting and
25 waiting and waiting.  "Look, I'm on nitro.  I'm

Page 343

1  having chest pains.  Can you please get them?"
2  And that's when she did that.  She went and got
3  and gave me three in a cup.  But after 10 or 15
4  minutes it evaporates, the nitroglycerin
5  evaporates out of the pill.  That's what I was
6  told.  I was told to always keep it sealed.
7      Q.   Yeah.  So in this particular incident
8  how long was it before you got medication after
9  4:00 p.m.?
10     A.   The pain started around 6:00.  And
11 they didn't walk me back to division 'til about
12 9:00.  And another hour once I got there before
13 the nurse showed up.  So 10 o'clock.  Four hours.
14     Q.   Okay.  So the pain started at
15 6:00 p.m. in the bullpen and then at 10:00 p.m.
16 you got the medication.  Right?
17     A.   Roughly.
18     Q.   Okay.  And I didn't see any appeal.
19 Do you -- it looks like this was control number
20 2016X0534.  But, as I flip through, is this the
21 appeal?
22     A.   Go up a little more.
23     MR. RADUNSKY:  It is.  Yes.  Yeah.  He
24 didn't appeal it.  They responded, and he didn't
25 appeal it.

Page 344

1      MS. ERICKSON:  Thank you.
2      THE WITNESS:  You responded.  And I
3  was never allowed to sign it because I never seen
4  it.
5  BY MS. ERICKSON:
6      Q.   Okay.  So that's another thing I
7  wanted to ask you about.  So this -- these two
8  incidents were -- so January 11, 2016, and
9  January 12, 2016.
10     A.   Correct.
11     Q.   Flipping back to when they were
12 reviewed, it looks like it's signed on January 22,
13 2016, in this instance.  Right?
14     A.   Yeah.  By Ms. --
15     Q.   Ms. Shebel?
16     A.   Cermak on the 22nd and then -- of
17 January.  And then Ms. Shebel or Shebel, the RN,
18 she didn't respond to it until March 2, so a month
19 and a half later.
20     Q.   Okay.  So I have a question about how
21 these grievances went.  You would fill out the
22 document and put it in a box.  And then when would
23 you see this document again?
24     A.   A week, two weeks later.
25     Q.   In this particular instance --

Page 345

1      A.   Maybe more.
2      Q.   So, in this particular instance, when
3  you filled it out January 11 and January 12 and it
4  looks like Cermak signed it on January 22, 2016,
5  would you have --
6      A.   Uh-huh.
7      Q.   -- seen it on January 22?
8      A.   I wouldn't have seen it until
9  Ms. Shebel or Shebel signed off on it.
10     Q.   And then how would you receive a copy
11 of it?
12     A.   Either the grievance officer would
13 bring it to me and I'd sign it and she'd give me a
14 copy, or they'd send it to Livingston County and
15 the same thing.
16     Q.   Okay.  So even when -- even if it was
17 reviewed by Cook County, sometimes it would be
18 weeks to months before you were able to see what
19 happened.  Right?
20     A.   Yep.
21     Q.   And in between those weeks and months,
22 did you have other occasions when you had chest
23 pains and reported it?
24     A.   Yes.
25     Q.   And then did you have to fill out

87 (Pages 342 - 345)

Page 346

1 another grievance for another time you had chest
2 pains and were denied your prescription?
3    A.   Yeah.  But then they'd tell me that I
4 can't grieve it because I've already grieved the
5 issue.  No, I've grieved the issue -- I didn't
6 grieve the issue.  I grieved the occurrence.  And
7 that's what I tried to explain to, well, one of
8 them was N. Jones, the grievance officer.  Look,
9 this is the same issue.  It's a separate
10 occurrence.  It's happening over and over again.
11 "Oh, it's the same thing, though."
12    Q.   Where did you get the grievance form
13 from?
14    A.   A lot of times we'd get them from
15 maybe another inmate had one.  You had to trade
16 him something for it to get a copy of one.  Or you
17 could ask the officer.  If they had any, they'd
18 give you one.  But there were some inmates that
19 would stockpile them.  The officers would let him
20 do it.  And then they'd use them for trade,
21 barter.
22    Q.   So how did you get yours?
23    A.   These -- I mean, I bartered for them a
24 couple times to get the blank ones.
25    Q.   Okay.

Page 347

1    A.   But I also have been able to ask the
2 officers and get them.  Sometimes then.  Sometimes
3 not for several days.
4    Q.   Wait.  I don't understand.  Why
5 couldn't you go up to a correctional officer and
6 say, "I want to file a grievance"?
7    A.   "I don't have any."  That's what they
8 would tell you, they don't have any forms.
9    Q.   Did you ask --
10    A.   They'd tell you they had no forms
11 available.  I said, "Can you get some?"  "No.
12 They'll bring them around in a day or two.  You
13 got to ask the social worker."
14         You might have seen them -- they
15 come three days a week.  One day you'd see them --
16 or one week you'd see them, one week you wouldn't
17 because of the way the lockdown procedures were.
18    Q.   Did the social worker have the
19 grievance forms?
20    A.   They usually had some with them, yes.
21    Q.   Okay.
22    A.   But say he came Monday, Wednesday, and
23 Friday --
24    Q.   Mm-hmm.
25    A.   All right.  In the mornings.  It would

Page 348

1 always be about the same time, say 8:00 to 11:00.
2 Well, between 8:00 and 11:00 the low side is out.
3 Then at 11 o'clock the low side locks up and the
4 high side comes out 'til 1:30.  Then they lock up
5 for the afternoon count, and then the low side
6 comes out again.  And then they switch after, say,
7 7 o'clock.  And then 7:00 to 9:30 the high side is
8 out again.
9         Well, if you were on the high side
10 and you came out in the afternoon that week on
11 Monday, Wednesday, Friday, and Sunday -- it
12 alternated every week, it'd go back and forth.  So
13 one week if he came in the mornings you were out
14 of luck.  If he wouldn't come into the pod, to the
15 living unit, to go to the different cells, you
16 were just out of luck if you couldn't get an
17 inmate -- another inmate that was out for the day
18 to go up there and request one for you.
19    Q.   Wait a minute.  So if you didn't get a
20 grievance form, how were you supposed to file a
21 grievance?
22    A.   They didn't care.  You weren't.
23    Q.   You were asked earlier if you took
24 notes and wrote a log and wrote a diary of all
25 your chest pain.  Did you have paper to do that?

Page 349

1    A.   I had paper.
2         But I had guys on the tier that
3 would help me when the social worker would show up
4 and I'd have one or two extra in my cell that I
5 would keep.  I wouldn't stockpile a dozen of them
6 and trade them for food or anything like that.
7 But I would try to keep one or two extra with me
8 at all times in my paperwork so I could fill one
9 out when I needed to because I knew how hard they
10 would get -- were to get.  And I also knew how
11 long I'd have to wait to get one if I needed one.
12    Q.   Was there ever --
13    A.   So I usually had them.
14    Q.   Okay.  So was there ever a time you
15 didn't have a grievance form when you needed it?
16    A.   Oh yeah.  And they didn't have them
17 available in the officers pod and I'd have to
18 trade some food or item or commissary item to get
19 one so I could fill out the grievance.
20    Q.   Can you give us a little bit of an
21 understanding of the divisions and where your cell
22 was compared to where the correctional officers
23 were?
24    A.   Okay.  Say you're standing in front of
25 the eight-and-a-half-inch side of a sheet of

88 (Pages 346 - 349)

Page 350

1  paper, the narrow side. Division 10 is long ways
2  rectangular. Six or seven -- six or eight tables,
3  steel like picnic tables, octagon-shaped picnic
4  tables, in the middle of the center. Cells on
5  both sides. And at the back wall of -- the front,
6  the front when you walk in, you walk into a glass
7  door to a glassed-in cubicle. To the right of
8  that glassed-in cubicle as you're facing into the
9  unit is the officers observation pod. To the left
10 is where the visit room -- visiting area is at
11 where you go in and you sit on a phone behind a
12 glass wall, behind a glass partition. Then you go
13 into the inner door of the interlock. You're in
14 the pod, the living unit. Right there in the
15 center is four rows of benches for the TV viewing
16 area. That sits right in front of the officers
17 observation bubble. To the left of the TV viewing
18 area is a shower and bathroom -- common shower and
19 bathroom area for inmates that are outside of
20 their cell, locked out of their cell for their
21 time period. Then it's all cells. I think it was
22 25 cells. 12, 4, and then the rest.
23     Q.  Okay. I'm going to stop for a second.
24 So are you describing a typical Division 9 --
25     A.  10.

Page 351

1      Q.  Division 10?
2      A.  Yes. 10.
3      Q.  Was Division 9 similar?
4      A.  No. Division 9 you walk in the
5  interlock area and there were two pods joined
6  together by a common patio rec area, a
7  fenced-in -- or caged-in patio area that's part of
8  the building. One side or the other side of
9  the -- they had two pods. Depending on what side
10 of the building you were on, A, B, C or D or E, F,
11 G and H on the south tower. They were divided on
12 four -- four different pods on each floor, three
13 floors. When you walked in, you go left or right.
14 And when you go -- to be on A or B pod, for
15 example. If you go on A pod, you walk in the
16 thing, the shower would be on your left and in the
17 center of the room, it's an L shape, at the back
18 wall, the two back walls are L shaped with a total
19 of 22 cells, 11 top, 11 bottom --
20     Q.  Okay.
21     A.  -- separated by a central staircase.
22     Q.  Thank you. I'll stop you right there.
23          So in Division 10 where were the
24 correctional officers from 8:00 a.m. to
25 11:00 p.m.?

Page 352

1      A.  7:00-to-3:00. 3:00-to-11:00. 11:00-
2  to-7:00. Three shifts. 7:00-to-3:00 they're
3  supposed to be right there in the observation
4  bubble. All shifts are supposed to be right there
5  in the observation bubble.
6      Q.  Can you see the observation bubble
7  from your cell?
8      A.  Depending on where you're at. If
9  you're in one of the far rear side units, you
10 might be able to see a little corner looking at an
11 angle.
12     Q.  Was your cell locked between 7:00 a.m.
13 to 3:00 p.m.?
14     A.  Half of it, yes. You come out
15 approximately 8 o'clock 'til 1:30. So that's,
16 what, four, five and a half hours. So you'd stay
17 out right around three hours, two and a half to
18 three hours. Then they'd lock up the high
19 numbered cells. Then they'd let out the low
20 numbered cells.
21     Q.  Okay. So when you were out of your
22 cell, would you have been able to find the
23 correctional officer if you had chest pain?
24     A.  If they were in the observation
25 bubble, yes.

Page 353

1      Q.  What do you mean?
2      A.  They didn't always stay in the
3  observation bubble. They left.
4      Q.  So sometimes there would be no
5  correctional officers in the observation bubble or
6  in the division?
7      A.  Well, they'd be in the division. Just
8  your, what do you call them, tier officer might be
9  at the next tier over playing cards with the guy
10 on the other side. Or, in one case, the officer
11 was going to school and had to submit some of her
12 forms, her tests or her homework, online and she'd
13 go to the medical unit and do it.
14     Q.  Who was that?
15     A.  That was Officer Addison.
16     Q.  Maybe I don't know the terminology,
17 but once you come into the -- into Division 10
18 where there are 25 cells. Right? There are --
19     A.  In the living unit. Okay.
20     Q.  In the living unit. Would there be
21 correctional officers in the living unit from
22 7:00 a.m. to 11:00 p.m. throughout the day?
23     A.  No. No.
24     Q.  Why?
25     A.  I mean, throughout the day they'd come

89 (Pages 350 - 353)

Page 354

1  in and out here and there to lock up the low side,
2  let out the high side, and switch for shift
3  change, lock everybody up for shift change, repeat
4  the process during the next shift with the new
5  officer. Then at 9:30 they locked everybody up
6  but the workers. They stayed out and cleaned up
7  the pod a little bit, and then they locked them.
8  Shift change at 11 o'clock. The officer would
9  come in and count. And that was it. You didn't
10 see the officer 'til 4:00, 4:30 in the morning on
11 the pod.
12     Q.  So if you had chest pain at a point
13 when there was no correctional officer switching
14 shifts or coming to lock up, how did you get ahold
15 of a correctional officer to tell them that you
16 had chest pain?
17     A.  You couldn't.
18     Q.  What's that?
19     A.  You couldn't. I couldn't.
20     Q.  So what did you have --
21     A.  I'd try to catch one walking down the
22 -- 'cuz it's a glassed-in interlock and you can
23 see out in the main hallway. I tried to wave one
24 down, but that never helped. They wouldn't come
25 in. It was somebody else's pod and they had the

Page 355

1  key to the pod.
2     Q.  When you did report your chest pain to
3  correctional officers, were you focused on their
4  name badge or were you focused on what was going
5  on with your chest and heart?
6     A.  My chest and heart. My life.
7     Q.  Were you allowed to touch the
8  correctional officers or the nurses to be able to
9  turn around their name badge?
10    A.  Oh no.
11    Q.  Why not?
12    A.  That would get you put in the hospital.
13    Q.  What do you mean? You're not allowed
14 to touch a correctional officer?
15    A.  No, ma'am.
16    Q.  What happens if you do that?
17    A.  You'd be put in a coma. They'd beat
18 you half to death.
19    Q.  If you -- like you said earlier, if
20 you asked them what their name was, you said that
21 they would think you're stalking them. What do
22 you mean by that?
23    A.  They didn't want you to have their
24 name. They were afraid you would be able to look
25 them up or something. I didn't know anything

Page 356

1  about the online stuff. I was -- I was a
2  technological dummy up until I got out in 2019.
3  Still am basically. But they were afraid you'd be
4  able to look them up on Facebook or whatever and
5  find out where they live or whatever. They didn't
6  want nobody stalking them, so they hid their
7  names.
8     Q.  Okay. Going to page 1004, at the top
9  of 1004 -- this is from March 29, 2016. At the
10 top, it says "please" next to "emergency
11 grievance." Did you write that?
12    A.  Yes, I did. I didn't check the box.
13    Q.  Okay.
14    A.  I just put it on the side.
15    Q.  On this particular note, you noted --
16       MR. RADUNSKY: Do you know how much
17 longer you have?
18       MS. ERICKSON: Probably at least 15
19 minutes, Troy.
20       MR. RADUNSKY: Okay.
21       MS. ERICKSON: Yep.
22 BY MS. ERICKSON:
23    Q.  So on this date you were put back in
24 the bullpen, as you said, around 5:30?
25    A.  Yes.

Page 357

1     Q.  And where was the call button in the
2  bullpen?
3     A.  Right at the front.
4     Q.  Was it operational?
5     A.  Yeah. Every now and then, you'd ask
6  -- some inmate would push the button and ask them
7  to turn on the TV, and they would. Or you'd call,
8  "Yeah, I'm having chest pain. Can you call a
9  medic, paramedic?" Then they wouldn't answer the
10 call no more -- or the button. 'Cuz they had a TV
11 in there to help pacify the inmates in the holding
12 cells.
13    Q.  Mm-hmm.
14    A.  And sometimes -- when you first get in
15 there, if nobody was aggravating them too much
16 somewhere else, they would answer, "Yeah, what do
17 you want?" "Yeah, can you change the TV to
18 channel nine," or whatever, they'd do it. But as
19 soon as you go on -- I got on there and tell them
20 I'm having chest pains or something, they wouldn't
21 answer the phone -- wouldn't answer the call
22 button again.
23    Q.  Okay. Can you explain what the med
24 pass procedure was day to day?
25    A.  Okay. The interlock, they would come

90 (Pages 354 - 357)

Page 358

1  in from the hallway, a nurse and an escort
2  officer.  Not your pod officer.  They would come
3  in.  She would plug her card in, her computer into
4  the wall jack for the computer stuff.  And the
5  cart would sit in the middle of the room.  And the
6  room was probably six feet by eight feet of --
7  basically a half wall and then six -- or four
8  walls of glass with two doors, front and back.
9  She'd put the cart in the middle.  You'd come to
10  the door of the interlock on the inside.  "What's
11  your name?"  You'd tell her.  The officer that's
12  escorting her, he's got a little index card box
13  with every inmate on the tier's ID in it that he
14  got from the pod officer, the tier officer.  He'd
15  find your ID, show it to your nurse, she'd look at
16  the picture, give it back to him, and give you
17  your meds.
18         And if you told her you didn't have
19  certain meds, they'd give you excuses like --
20  "Well, you only gave me three.  I'm supposed to
21  take five different medicines."  "That's all
22  that's on my list."  "Well, I'm supposed to take
23  this and this."  "Oh, I'll go look and bring it
24  back."  They'd never come back.
25         You couldn't -- they wouldn't give

Page 359

1  you a name period.  And if you started getting
2  hostile about it, like -- not hostile, but loud,
3  if you started arguing with them, that's when you
4  got at risk of one of the officers starting to get
5  physical with stuff and calling for backup and
6  getting even more physical.
7     Q.  Every time that -- every time that you
8  came back from court from November 2015 to
9  November 2017, when did the medical intake occur?
10    A.  Within 30 to 45 minutes of arriving
11  back at the Cook County Jail.
12    Q.  So that was before you were put in the
13  bullpen?
14    A.  Oh wait.  Rephrase.  When I come back
15  from court --
16    Q.  Yeah.
17    A.  -- or when I come back from Livingston
18  County?  When I come back from Livingston County
19  for court, once they come and pick you up the
20  Saturday before -- the Saturday of the week you
21  have court coming up, they process you in within
22  30 to 40 minutes, 30 to 45 minutes of coming in.
23  They pull you out and line you up.
24    Q.  Hang on.  So when you'd come back from
25  Livingston County and they would process you, it

Page 360

1  would be 30 to 45 minutes that they would process
2  you.  Right?
3     A.  You'd be talking to the med tech.
4  You'd be getting your height and weight taken,
5  written down.  And then they'd send you to a
6  little interview room, a little booth, like a
7  partitioned room, a glassed partition room, over
8  in the medical unit.
9     Q.  And did you talk to a doctor?
10    A.  Occasionally I'd talk to a physician's
11  assistant --
12    Q.  Was it your understanding --
13    A.  -- that came in.
14    Q.  Was it your understanding that every
15  time you came back from Livingston you'd need to
16  have a new prescription for all your medications?
17    A.  No.
18    Q.  What was supposed to happen?
19    A.  What was supposed to happen was I'd go
20  in there, tell them my medical conditions.  And
21  because of my medical conditions, heart disease,
22  diabetes, high blood pressure and a history of
23  heart attack, I was supposed to see a doctor
24  before I left receiving.  I was supposed to see a
25  medical professional, not a medical intake, not a

Page 361

1  secretary, a nurse secretary.  And it was never a
2  nurse.  It was just a med tech or somebody that's
3  authorized to pass out medication.  What do you
4  call them?  CNA?  That's basically the lowest
5  requirement.
6     Q.  Okay.  So they didn't know -- when
7  you would come back from Livingston, it would
8  take 30 up to 45 minutes and you would see a PA
9  possibly.  But did they give you a fresh
10  prescription for your medications again?
11    A.  No.  It would take 30 to 45 minutes.
12  I would see the doctor -- the med tech that took
13  your weight and basic information and then put
14  it -- start it on a computer.  Then you'd go to
15  the little booth and see the little -- the med
16  tech --
17    Q.  Hang on.  Was there supposed to be --
18  every time you went from Livingston to Cook
19  County, back from Cook County to Livingston, were
20  you supposed to get a new prescription for all of
21  your medications?
22    A.  Yes.
23    Q.  Okay.  So every time --
24    A.  Even though Livingston -- oh, I'm
25  sorry.

91 (Pages 358 - 361)

Page 362

1    Q.   Go ahead.
2    A.   Even though Livingston County sent my
3  medications with me, they wouldn't give them to
4  me.  They'd throw them out.
5    Q.   So was it because when you would go
6  from Livingston back to Cook County and you would
7  maybe see a physician's assistant but you wouldn't
8  see a doctor, did you not get a new prescription
9  when you arrived back at Cook County?
10    A.   On multiple occasions I did get new
11  prescriptions.  But it would still take anywhere
12  from 30 to 48 hours -- 36 to 48 hours before I got
13  my first dose of medication.  You'd ask the nurse
14  about it, the med tech about it, "Where's it at?"
15  "Oh, the pharmacy didn't send it."  At one time I
16  stayed there for two months and they still hadn't
17  started me on all my medications back.
18    Q.   Even after you got a new prescription
19  at Cook County?
20    A.   Yeah.
21    Q.   Okay.
22    A.   And that's when a physician's
23  assistant overrid a -- overrode a physician and
24  took me off the Zantac that was just prescribed by
25  a Cook County physician.

Page 363

1    Q.   All right.  Got it.  So, earlier, you
2  were asked about knowing the height and weight of
3  correctional officers and nurses.  Do you remember
4  being asked about that?
5    A.   Yes.
6    Q.   As you sit here today, can you
7  actually say how much a specific person weighed or
8  how tall they were?
9    A.   Well, most of the time you didn't see
10  them doing anything but sitting down.  So you
11  could tell if they were a little round while they
12  were sitting or thin --
13    Q.   Okay.
14    A.   -- if you see them get up and walk out
15  maybe to go to the bathroom or whatever.  But
16  you're looking through three-inch-thick glass
17  that's not generally very clean, so it's got a
18  distorted thing to it.
19    Q.   Okay.  You were also asked earlier
20  about whether you verified your medical records
21  and if they were accurately input into the system
22  at Cook County.  Do you remember being asked that?
23    A.   Yes.
24    Q.   Would you have been given an
25  opportunity to review your medical records while

Page 364

1  you were at Cook County?
2    A.   No.
3    Q.   Why not?
4    A.   They don't have time.  That's what I
5  was told one time I asked about it.  "Can I see my
6  records?  I know I told the guy this."  I guess
7  while I was telling him that he was listening to
8  his iPod or something while he was typing
9  something on the computer I couldn't see.
10    Q.   So you asked to see your medical
11  records, and they told you no?
12    A.   Yeah.  They don't have time for that.
13       But I could see them at Livingston
14  County.  They had access.
15    Q.   Okay.
16    A.   Well, I'd ask a question and he'd look
17  at it and say, "Oh, no, this is not there.  This
18  is.  Yes.  Yes."
19    Q.   Would you need a correctional officer
20  to review your medical records to know that you
21  were experiencing chest pains and reporting those
22  chest pains to the correctional officer?
23    A.   Could you repeat that?
24    Q.   Sure.  Would it be necessary for a
25  correctional officer to look at your medical

Page 365

1  records to understand that you were experiencing
2  chest pains when you reported chest pains to them?
3    A.   No.  They don't have to see that.  I
4  mean, if you're reporting chest pains, what
5  happens?  You call an ambulance.  They should have
6  called the nurse.
7    Q.   And you had been back and forth into
8  Division 8, 9, and 10 many times.  Right?
9    A.   Yes.
10    Q.   Did most of the -- you complained to
11  most or all of the correctional officers that you
12  had chest pain and had a heart issue.  Right?
13    A.   Every tier officer I had I told them.
14    Q.   Did you tell them all that you had a
15  heart attack in 2012?
16    A.   Yes.
17    Q.   Okay.
18    A.   I had -- for me, I wanted to make sure
19  they knew the circumstances, that if I say I'm
20  having chest pains, I'm not lying to you, I just
21  need help.  But that didn't phase them a bit.
22    Q.   Do you remember how many times you
23  reported to Defendant Addison that you were
24  experiencing chest pain?
25    A.   This particular grievance I just

92 (Pages 362 - 365)

Page 366

1 reviewed. There probably would have been three or
2 four within that week.
3     Q. Why do you say that?
4     A. Because she would have been my tier
5 officer then during that time. And I remember
6 them -- the division, this one -- there was
7 another grievance where she gave me the nitro-
8 glycerin to keep, three of them to keep. But
9 after I took the first one and the pain started
10 dissipating, the other two were no good. So it
11 didn't matter if I kept a couple on me or not.
12 She went against policy just to give the stuff to
13 me and walked away.
14     I'm not saying that Officer Addison
15 was involved in that one. That would have been --
16 I believe it would have been later in the day
17 coinciding with the holding the signs up and
18 stuff.
19     Now, if I couldn't identify an
20 officer or an inmate -- I mean an officer or a
21 med -- medical personnel, I would ask on the
22 grievance in the body of the grievance that they
23 preserve the video and audio records in specific
24 areas of the jail.
25     Q. Why did you do that?

Page 367

1     A. 'Cuz that's the only way I could
2 identify who it was, because they wouldn't tell me
3 their name.
4     Q. Okay. You were asked earlier about
5 the policies at Cook County and the handbook. Do
6 you remember those questions?
7     A. Yes.
8     Q. And you said you were given a couple
9 pages of a pamphlet. Right?
10     A. It might have been four or five pages.
11     Q. Do you think that that --
12     A. Wait.
13     Q. Oh.
14     A. Just wait. Four or five pages of
15 8-and-a-half-by-11 paper folded in half. So it
16 was 8 and a half by 5 and a half --
17     Q. Okay. That's okay.
18     A. -- printed front and back.
19     Q. Mm-hmm.
20     A. That's why I called it a pamphlet.
21     Q. Did it anywhere in the pamphlet say
22 what was considered an emergency?
23     A. Not that I can recall.
24     Q. All right. Those are all the
25 questions I have. Thank you, Mr. Dukes.

Page 368

1     Let's see. Does anyone have --
2     MR. COYNE: I don't have any.
3     MS. ERICKSON: -- any questions?
4     MR. RADUNSKY: Yeah, I do.
5     MR. COYNE: I don't have any further --
6     MR. RADUNSKY: I'll be, like, very
7 brief.
8     RE-EXAMINATION
9     BY MR. RADUNSKY
10     Q. I'm not going to put them back on the
11 screen, but the jail responded to your grievances
12 that your counsel put up on the screen to both of
13 them, the one on January 11, 2016, and the one on
14 January 12. And you saw that. Right?
15     A. I saw that they filled something out.
16 But I never got a copy of it.
17     Q. Okay. That wasn't my question.
18     I mean, I noticed also with your
19 own attorney you had no problem answering
20 questions. But with mine, I mean, I don't seem to
21 really get a straight answer. So I'm going to ask
22 you again, William.
23     Your lawyer put up two different
24 complaints, one on January 11 and one on
25 January 12, those grievances, do you remember

Page 369

1 that, about 45 minutes ago?
2     A. Correct. Yes, I do.
3     Q. Okay. Now, on page 993 you see that
4 Ms. Shebel responded. Correct? There's a
5 response up there where she explains --
6     A. Wait a minute. I can't see it.
7     Q. You can't see this?
8     A. This is for 0534?
9     Q. This is on your January 11 and
10 January 12 grievance that you went over with your
11 lawyer. And I'm showing you Ms. Shebel responded
12 to that right here. Can you see that on page 993?
13     A. Okay.
14     Q. Or -- or here's a better look on 992.
15 Do you see that?
16     A. Okay.
17     Q. Okay. And you received that response,
18 correct, from the --
19     A. Yes. The one she showed me didn't
20 have -- that area was blank.
21     Q. Mr. Dukes, listen, I'm not going to
22 keep doing this. Yes or no? You received the
23 response and it was on March 8, 2016. Correct?
24     A. It appears I did, yes.
25     Q. Okay. And then you appealed it,

93 (Pages 366 - 369)

Page 370

1  correct, on March 8, 2016?
2      A.  Yes.
3      Q.  And you got a response once again one
4  day later on March 9, 2016.  Correct?
5      A.  They issued a response.  It doesn't
6  look like I received it.
7      Q.  Okay.  They issued a response.  Is
8  that right?
9      A.  Yeah.  I never signed for anything.
10     Q.  Okay.  That's not my question.
11         But they issued a response.
12  Whether or not we see your signature or not, they
13  issued a response to your appeal that says that
14  your initial -- that their initial response is to
15  stand.  Do you see that?  Response to stand?
16     A.  Okay.  I see that, yes.
17     Q.  All right.  And do you see -- let's
18  read it.  On the -- after your appeal, they
19  responded and said:  Per CHS, documentation is on
20  file regarding care provided -- original request
21  to stand -- original response to stand.
22         Do you see that?
23     A.  Okay.
24     Q.  Do you see that?
25     A.  Yeah, I see that.

Page 371

1      Q.  Okay.  So, once again, the jail did
2  respond to your grievance.  You might not like the
3  response.  But they responded.  Right?  Yes or no?
4  They responded?
5      A.  I never got a response.  So, no, they
6  did not respond.
7      Q.  Okay.  Okay.  The record is --
8      A.  They filled it out, yes.  But I didn't
9  get --
10     Q.  Okay.
11     A.  -- the response.
12     Q.  Okay.  All right.
13     A.  So I don't know what happened.
14     Q.  Okay.
15     A.  If you ask me a question that I do not
16  answer anything to it, I didn't respond.  Right?
17     Q.  William, I got your answer.  All
18  right?
19         Let me ask you this.  When you went
20  to the hospital on May 19 for the heart attack --
21  do you remember that, May 19, 2020, and you went
22  to community wellness center?
23     A.  May 19, 2020?
24     Q.  Yes.  When you had your heart attack,
25  do you recall going to the community wellness

Page 372

1  center?
2      A.  No.
3      Q.  May 19 --
4      A.  No, I went to the --
5      Q.  -- 2020?
6      A.  I didn't go there for the heart
7  attack.
8      Q.  Did you go to the community wellness
9  center on May 19, 2020, and treat with a Dr. Alba?
10     A.  I went and seen her after the heart
11  attack, yes.
12     Q.  Okay.  So you agree you went on
13  May 19, 2020, and you saw a Dr. Alba.  Right?
14     A.  Yeah.  That sounds about right, yes.
15  I had a heart attack --
16     Q.  Okay.
17     A.  -- I went to the hospital.
18     Q.  Okay.  And did you tell Dr. Alba that
19  you were recently seen at Loyola following a heart
20  attack, and on May 20 you were in the basement
21  while it was flooding and you began to feel chest
22  pain?
23     A.  That's when it started, yes.  I don't
24  know about the exact dates.
25     Q.  Okay.  So this is in your records that

Page 373

1  your lawyer provided to us.  Okay?  Do you have
2  any reason to disagree with these records on the
3  dates and the times?
4      A.  No.
5      Q.  Okay.  So you were in your basement
6  when the heart attack started and it was during
7  some flooding?
8      A.  Yes.
9      Q.  Okay.
10     A.  Following cleanup of flooding.
11     Q.  Okay.  So that's what precipitated the
12  heart attack in 2020, correct, was the basement
13  flooding issue?  Right?
14     A.  Yeah.  I was working.
15     Q.  Okay.  And then your records say that
16  you tried to find nitroglycerin but you couldn't
17  and you took baby aspirin instead.  Is that
18  accurate?
19     A.  Right.  I couldn't locate my nitro-
20  glycerin.
21     Q.  Okay.  So that's truthful.  So you
22  agree with the medical record?
23     A.  Yeah.
24     Q.  All right.  And then it says you
25  called an ambulance and you were given more baby

94 (Pages 370 - 373)

Page 374

1 aspirin. Is that right?
2    A.   Yes.
3    Q.   Now, then it says that you were taken
4 to the hospital and you had a stent placed after
5 four to six hours. Is that right?
6    A.   I had a stent placed within an hour.
7    Q.   Yeah. And let me ask you. After --
8 your records say at the hospital you had a stent
9 placed. After four to six hours, he decided to
10 leave AMA.
11       Do you know what AMA means?
12    A.   Against medical advice. Yes, I do.
13    Q.   Okay. So did you leave the hospital
14 after this cardiac event against medical advice?
15    A.   Yes, I did.
16    Q.   Okay. So doctors told you to stay at
17 the hospital following this heart attack that you
18 just had, but you decided that you would rather go
19 against their medical advice and go home. Is that
20 right?
21    A.   It was the heart of the COVID thing
22 and I was scared for my life --
23    Q.   Okay. So you decided --
24    A.   -- being in a room --
25    Q.   William, you decided against medical

Page 375

1 advice to stay in the hospital and you left. Is
2 that right?
3    A.   Yes. I left the hospital in fear of
4 my life.
5    Q.   Okay. So I understand everything has
6 got an excuse or a reason or some explanation,
7 but --
8    A.   Everything in life does.
9    Q.   -- that is not my question, sir.
10       My question was, you left the
11 hospital against medical advice. The doctors told
12 you to stay, and you didn't stay. You decided to
13 leave on your own. Isn't that right?
14       MS. ERICKSON: Asked -- objection.
15 Asked and answered.
16 BY MR. RADUNSKY:
17    Q.   Is that right, William?
18    A.   Like I said, yes, in fear of my life.
19    Q.   Okay. All right. And all of these
20 stories that you told your lawyer about the last
21 45 minutes, I didn't hear the names of one
22 officer's first or last name other than Addison,
23 or one nurse's first or last name or a specific
24 time or date. Is that correct? For any of those
25 conversations, no time or dates, no specific names

Page 376

1 of officers or nurses, other than Addison. Is
2 that right?
3    A.   Times and dates, no, it's not.
4    Q.   Okay. It's not?
5    A.   No.
6    Q.   Okay. All those stories --
7    A.   You're right about the names. You're
8 right about the names.
9    Q.   All of those conversations that you
10 told your lawyer, I don't remember you saying it
11 was on a specific day and time or even a location.
12 Everything was just this happened, that happened,
13 these people were there, and that's it. Right?
14    A.   Can you put the grievances back up,
15 Kirstin, and let him see the location --
16    Q.   No. I'm asking --
17    A.   -- and the times that are on the
18 grievances?
19    Q.   No. I'm asking you. I'm asking you
20 myself. Can you answer my question?
21    A.   Okay. It happened -- the one on
22 1/12/2016, January 12, 2016 --
23    Q.   No, no, no, no, no. Other than those
24 incidences where you filed grievances where we
25 know the dates and times, I'm talking about all of

Page 377

1 the other stories where you told your attorney.
2 Okay? You didn't provide any names of any nurses
3 or any doctors. You didn't provide dates and
4 times. Is that correct?
5       MS. ERICKSON: Objection.
6 BY MR. RADUNSKY:
7    Q.   You didn't do that?
8       MS. ERICKSON: Mischaracterizes
9 evidence. We went through specific documents,
10 Troy, so.
11 BY MR. RADUNSKY:
12    Q.   You didn't do that, correct, when you
13 went through those stories other than to mention
14 Addison? Correct?
15    A.   In reviewing these documents, no, I
16 did not.
17    Q.   Okay. I mean, I don't understand why
18 this is a confusing question. When you -- listen,
19 William, it's a yes-or-no question. Just answer
20 it yes or no. When you spoke to your lawyer,
21 outside of mentioning Officer Addison, all of
22 those other conversations/stories that you had,
23 all right, you don't remember the names of any of
24 the officers or nurses. All right? And you don't
25 remember the times or the dates of those events.

95 (Pages 374 - 377)

Page 378

1  Correct?  Yes or no?  That's all I'm asking.  Yes
2  or no?
3      A.    They wouldn't give the names.  So, no,
4  I don't know the names.
5      Q.    Okay.  Thank you.  That was not --
6  that wasn't difficult.  All right?
7          Now, how many conversations did you
8  have with Officer Addison?
9      A.    Multiple.  I couldn't say how many --
10     Q.    How many --
11     A.    -- but multiple.
12     Q.    More than or less than --
13     A.    More than a dozen.
14     Q.    -- five?
15     A.    More than a dozen.
16     Q.    And where were those conversations?
17  What tier?
18     A.    Division 10, 2-C.
19     Q.    Okay.  And you're saying she was a
20  tier officer more than a dozen times.  Is that
21  what you're saying?
22     A.    She was the pod officer 4 days a week
23  every week for 90 days.
24     Q.    Okay.  And how long were these
25  conversations that you had with her usually?

Page 379

1      A.    Some maybe five minutes.  Some maybe a
2  few minutes less.  Some maybe a little more.
3      Q.    Okay.  And it's your testimony --
4      A.    It varied.
5      Q.    -- she knew about your heart attack,
6  she knew about your medical condition, she knew
7  about your medical needs?  There was no question
8  in your find that she was aware of your medical
9  history?
10     A.    Correct.
11     Q.    Okay.  And that's because only based
12  on what you told her.  Correct?
13     A.    Yes.
14     Q.    Okay.  She never looked at your
15  medical records, as far as you know.  Correct?
16     A.    I don't know.  No, I don't.
17     Q.    Okay.  She never talked to any other
18  nurses or doctors about your medical condition, as
19  far as you know.  Correct?
20     A.    No, I don't.
21     Q.    Okay.  And when you were talking to
22  her in those 12 instances, am I correct, all
23  right, yes or no, you were not having a heart
24  attack?  Correct?
25     A.    I was having chest pains on several of

Page 380

1  them, yes.
2      Q.    Okay.
3      A.    I didn't have a heart attack, no.  I
4  don't think.
5      Q.    Okay.  Well --
6      A.    I wasn't allowed to see medical
7  personnel, so I don't know if I was having a heart
8  attack.
9      Q.    Okay.  So --
10     A.    You can have a heart attack and not
11  know it.
12     Q.    At any -- and we've already gone
13  through this.  At any point you were at the jail,
14  you said you've never had a heart attack.
15  Correct?
16     A.    What?
17     Q.    When you were at the Cook County Jail,
18  you never had a heart attack.  That's what you
19  told us.  Correct?
20     A.    I don't believe I did.  But I might
21  have --
22     Q.    Okay.
23     A.    -- and not realized it.
24     Q.    William, has any doctor -- and I've
25  gone through this already.  I don't know why we're

Page 381

1  opening up this door.  But has any doctor at the
2  Cook County Jail or anybody outside the Cook
3  County Jail that you've seen ever told you that
4  you had a heart attack while you were at the Cook
5  County Jail between 2015 and 2017?  Yes or no?
6      A.    No.
7      Q.    Okay.  All right.  So, as far as you
8  know, the entire time you were there, whether or
9  not you got your medication in a timely manner or
10  what you feel is an untimely manner, you never had
11  a heart attack.  Is that right?
12     A.    No.
13     Q.    Okay.
14     A.    It manifested later --
15     Q.    Thank you.
16     A.    -- after I got out.
17     Q.    You said no.
18          And no doctor, as far as you can
19  recall, because you didn't give them any type of
20  history about your being at the jail, has ever
21  said that any of your heart issues that you have
22  since leaving the jail are related to anything
23  related to being at the Cook County Jail.  Right?
24  True?
25     A.    Nobody said that, because I tried not

96 (Pages 378 - 381)

Page 382

1  to bring that up.
2      Q.  Okay.  So you agree with my point
3  then.  Right?
4      A.  What point?
5      Q.  Okay.  I'll move on.
6          MS. ERICKSON:  Objection.
7  BY MR. RADUNSKY:
8      Q.  Your record speaks for itself.
9          I'm almost done.
10         How long have you had panic attacks
11  for?
12     A.  Since the heart attack.
13     Q.  Okay.  So I had --
14     A.  Not as bad -- since 2012.  Not so bad
15  as once I got back to Cook County Jail where you
16  couldn't access medical staff, where security
17  staff wouldn't call medical staff for you.
18     Q.  Your medical records from the Cook
19  County Jail say that you were a cocaine addict.
20  Is that true?
21     A.  30-something years ago I tried
22  cocaine.
23     Q.  That's not what a cocaine addict --
24     A.  I wasn't an addict.
25     Q.  Okay.  So, again, if the jail records

Page 383

1  said you were a cocaine addict, they'd be wrong?
2  That's not something you told them?
3      A.  I wouldn't have told them I was an
4  addict.  I told them I was using.  I used it
5  before.  If you use it once, you're an addict to
6  them, some cocaine.
7      Q.  Your medical records say that you have
8  antisocial personality disorder.  Is that true?
9      A.  Antisocial personality disorder?
10     Q.  Yeah.
11     A.  PTSD maybe.  But not that.
12     Q.  Okay.  Nobody has ever told you that
13  you have antisocial personality disorder?
14     A.  No.
15         MS. ERICKSON:  Objection.  Relevance.
16  This is about --
17  BY MR. RADUNSKY:
18     Q.  Did you get any --
19         MS. ERICKSON:  -- his heart.
20  BY MR. RADUNSKY:
21     Q.  Did you get any mental health care
22  counseling at the Cook County Jail at all?
23     A.  Just for the Prozac.  It wasn't no
24  counseling.  They just said, "Here, take these
25  pills."

Page 384

1      Q.  Okay.  So now all of a sudden they're
2  telling you to take Prozac and you're allowed to
3  carry that around with you and they weren't
4  monitoring it?
5      A.  No.  They brought the Prozac around.
6  They gave it to me --
7      Q.  Okay.  So --
8      A.  -- from what I remember every time.
9      Q.  -- that wasn't my question.
10         So but you never -- you never got
11  any mental health care counseling at the jail?
12     A.  Not that I recall.
13     Q.  Okay.  So if there was medical records
14  that talk about the mental health counseling that
15  you got and any findings, diagnoses, again, that
16  would all not be accurate or truthful?
17     A.  You're talking between 2015 and 2017?
18  No, it wouldn't.
19     Q.  Okay.  Only the records at Livingston
20  are accurate.  Is that right?
21     A.  Yeah, I believe so.
22     Q.  I got nothing else.  Thanks.
23     A.  Seven hours is over with.
24         RE-EXAMINATION
25         BY MS. ERICKSON

Page 385

1      Q.  I just have one last question.
2          Mr. Dukes, do you know that you
3  didn't have a heart attack between November 2015
4  and November 2017?
5          MR. RADUNSKY:  Objection --
6          THE WITNESS:  No, I do not.
7          MR. RADUNSKY:  -- calls for a medical
8  opinion.
9          MS. ERICKSON:  Based on his knowledge.
10         MR. RADUNSKY:  I don't think -- I
11  mean, I think he's established, I mean, that he
12  didn't know and it's apparently because he's not a
13  doctor.  So I don't think it's a fair question.
14         MS. ERICKSON:  Well, you can --
15         THE WITNESS:  Okay.  But I can still
16  answer it.  Right?
17  BY MS. ERICKSON:
18     Q.  Yeah.  Of course.
19     A.  Can I still answer?
20     Q.  So to your knowledge, to your
21  knowledge, Mr. Dukes, could you have had a heart
22  attack between November 2015 and November 2017 at
23  Cook County?
24     A.  To my knowledge, yes, I could have.
25  From what I -- what research I have done on this

97 (Pages 382 - 385)

Page 386

1  stuff, you can have a heart attack and you think
2  it -- people think it's acid reflux or it's an
3  upset stomach or you pulled a muscle in your back,
4  whatever, and you don't realize you actually had a
5  heart attack. My case in point, Rosie O'Donnell.
6      Q.   Okay. So that's all I have.
7      A.   That's what --
8             RE-EXAMINATION
9             BY MR. RADUNSKY
10     Q.   Do you have any -- did you go to med
11 school, Bill, William?
12     A.   No, sir, I did not.
13     Q.   All right. Do you have any
14 background, expertise, or training in the medical
15 field at all?
16     A.   Other than what I've read, no.
17     Q.   Okay. Do you have any training,
18 background, or experience in the field of
19 cardiology?
20     A.   If I have no medical background,
21 evidently I have no cardiology background other
22 than what I've studied.
23     Q.   Okay. Thanks. Nothing else.
24     A.   No. Can I ask one question?
25         MS. ERICKSON: No, no, no. We're

Page 387

1  done. We're done.
2         Thank you so much, Mr. Dukes.
3  Thank you, everyone. Thanks, Debbie.
4         We'll order a copy.
5         MR. COYNE: Are you going to advise on
6  signature?
7         MS. ERICKSON: Yeah. So, Mr. Dukes, I
8  think we will review. So we'll reserve signature.
9         MS. BUNTIC: And I'll order a copy as
10 well.
11        MR. RADUNSKY: I'm going to hold off,
12 Deb.
13        MR. COYNE: Likewise.
14        THE COURT REPORTER: Likewise what?
15 Copy or no copy?
16        MR. COYNE: Likewise hold off.
17        THE COURT REPORTER: So, Ms. Erickson,
18 you're ordering the original?
19        MS. ERICKSON: Yes.
20           (The deposition was
21            concluded at 6:14 p.m.)
22           (Signature was reserved.)
23           --oo0oo--
24
25

Page 388

1             CERTIFICATE
2                 OF
3      CERTIFIED SHORTHAND REPORTER
4
5      I, DEBRA L. KLESZYK, a Certified Shorthand
6  Reporter of the State of Illinois, CSR License
7  084-002981, do hereby certify:
8      That previous to the commencement of the
9  examination of the aforesaid witness, the witness
10 was duly sworn by me to testify the whole truth
11 concerning the matters herein;
12     That the foregoing deposition transcript
13 was stenographically reported by me and was there-
14 after reduced to typewriting under my personal
15 direction and constitutes, to the best of my
16 ability, a true and accurate record of the
17 testimony given and the proceedings had at the
18 aforesaid deposition;
19     That the said deposition was taken before
20 me remotely via videoconference at the time and
21 place specified;
22     That I am not a relative or employee or
23 attorney or counsel for any of the parties herein,
24 nor a relative or employee of such attorney or
25 counsel for any of the parties hereto, nor am I

Page 389

1  interested directly or indirectly in the outcome
2  of this action.
3      IN WITNESS WHEREOF, I do hereunto set my
4  hand at Chicago, Illinois, this 4th day of
5  February, 2022.
6
7
8         _Debra J. Kleszyk_
          DEBRA L. KLESZYK
9         Certified Shorthand Reporter
          License No. 084-002981
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

98 (Pages 386 - 389)

Page 390

```
 1          Veritext Legal Solutions
                1100 Superior Ave
 2                  Suite 1820
               Cleveland, Ohio 44114
 3             Phone: 216-523-1313

 4     February 4, 2022

 5
       To: Ms. Erickson
 6
       Case Name: Dukes, William v. City Of Chicago
 7
       Veritext Reference Number: 4862071
 8
       Witness: William Dukes      Deposition Date: 1/24/2022
 9
10     Dear Sir/Madam:
11
          Enclosed please find a deposition transcript. Please have the witness
12
       review the transcript and note any changes or corrections on the
13
       included errata sheet, indicating the page, line number, change, and
14
       the reason for the change. Have the witness' signature notarized and
15
       forward the completed page(s) back to us at the Production address
16     shown
17     above, or email to production-midwest@veritext.com.
18
          If the errata is not returned within thirty days of your receipt of
19
       this letter, the reading and signing will be deemed waived.
20
21     Sincerely,
22     Production Department
23
24
25     NO NOTARY REQUIRED IN CA
```

Page 391

```
 1          DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
 2
          ASSIGNMENT REFERENCE NO: 4862071
 3     CASE NAME: Dukes, William v. City of Chicago
       DATE OF DEPOSITION: 1/24/2022
 4     WITNESS' NAME: William Dukes
 5       In accordance with the Rules of Civil
       Procedure, I have read the entire transcript of
 6     my testimony or it has been read to me.
 7       I have made no changes to the testimony
       as transcribed by the court reporter.
 8
       _____
 9     Date             William Dukes
10       Sworn to and subscribed before me, a
       Notary Public in and for the State and County,
11     the referenced witness did personally appear
       and acknowledge that:
12
          They have read the transcript;
13        They signed the foregoing Sworn
              Statement; and
14        Their execution of this Statement is of
              their free act and deed.
15
          I have affixed my name and official seal
16     this _____ day of_____, 20_____.
17
       _____
18     Notary Public
19
       _____
20     Commission Expiration Date
21
22
23
24
25
```

Page 392

```
 1          DEPOSITION REVIEW
         CERTIFICATION OF WITNESS
 2
          ASSIGNMENT REFERENCE NO: 4862071
 3     CASE NAME: Dukes, William v. City of Chicago
       DATE OF DEPOSITION: 1/24/2022
 4     WITNESS' NAME: William Dukes
 5       In accordance with the Rules of Civil
       Procedure, I have read the entire transcript of
 6     my testimony or it has been read to me.
 7       I have listed my changes on the attached
       Errata Sheet, listing page and line numbers as
 8     well as the reason(s) for the change(s).
 9       I request that these changes be entered
       as part of the record of my testimony.
10
          I have executed the Errata Sheet, as well
11     as this Certificate, and request and authorize
       that both be appended to the transcript of my
12     testimony and be incorporated therein.
13     _____
       Date             William Dukes
14
          Sworn to and subscribed before me, a
15     Notary Public in and for the State and County,
       the referenced witness did personally appear
16     and acknowledge that:
17        They have read the transcript;
          They have listed all of their corrections
18        in the appended Errata Sheet;
          They signed the foregoing Sworn
19        Statement; and
          Their execution of this Statement is of
20        their free act and deed.
21     I have affixed my name and official seal
22     this _____ day of_____, 20_____.
23
       _____
24     Notary Public
25
       _____
       Commission Expiration Date
```

Page 393

```
 1            ERRATA SHEET
            VERITEXT LEGAL SOLUTIONS MIDWEST
 2            ASSIGNMENT NO: 4862071
 3     PAGE/LINE(S) /    CHANGE      /REASON
 4     _____
 5     _____
 6     _____
 7     _____
 8     _____
 9     _____
10     _____
11     _____
12     _____
13     _____
14     _____
15     _____
16     _____
17     _____
18     _____
19
       _____   _____
20     Date             William Dukes
21     SUBSCRIBED AND SWORN TO BEFORE ME THIS _____
22     DAY OF _____, 20_____ .
23     _____
             Notary Public
24
       _____
25        Commission Expiration Date
```

99 (Pages 390 - 393)

**[& - 1967]**

| & |
| --- |
| **&** 3:3 |

| 0 |
| --- |

**000978** 149:23
**001081** 289:3
**001801** 288:18
**00963** 5:15
**01207** 5:16
**04** 127:6 303:11
**0433** 214:2,6
**0534** 369:8
**06** 339:21
**0704** 167:24,25
168:2
**08** 138:22
**084-002981** 388:7
389:9
**09** 138:22

| 1 |
| --- |

**1** 5:14 38:12 40:9
147:6,11 165:23
166:12,14 167:4
174:8,18,24,25
181:14 183:13
280:13 281:22
288:17 289:1
304:5 334:17
**1/12/2016** 376:22
**1/24/2022** 390:8
391:3 392:3
**1/25/16** 165:5
**1/3/17** 211:19
**1/4** 211:19
**1/5** 211:19
**1/6/16** 163:15
**1/6/17** 209:14
**1/7/16** 160:18
161:3
**1/7/17** 209:17

**1/8/17** 209:19
**1/9/17** 209:19
**10** 63:4,9,13 67:10
69:19 119:19
176:19 188:15
189:24 190:12,15
192:6,7 195:10
196:9 199:16
200:3,23 202:3
203:8 233:17
237:20 283:20,22
284:18 285:13
286:3 300:16
301:2 330:17
331:6,11,20,23
333:4 343:3,13
350:1,25 351:1,2
351:23 353:17
365:8 378:18
**10's** 71:9
**10/2** 195:24
**1004** 356:8,9
**1031** 188:15
189:25 198:17
200:6
**1033** 196:10
199:25
**1037** 168:25
**1040** 172:3
**1043** 174:7,7 187:1
188:5 280:24
**1047** 183:6
**1071** 207:4 210:21
213:25 214:7
**1072** 208:1 214:7
**1078** 211:14
**1079** 214:3
**1081** 286:12,16,18
**1087** 222:18,19
**10:00** 343:15

**10th** 202:5
**11** 11:20 22:15
47:11 233:17
328:21 334:9
344:8 345:3 348:3
351:19,19 354:8
367:15 368:13,24
369:9
**110** 72:13,13 73:11
**1100** 390:1
**1145** 231:11,13
**11:00** 203:8,15
291:17 324:10
325:5 348:1,2
351:25 352:1,1
353:22
**11:00-7:00** 169:16
**11:04** 2:6
**11:35** 334:16
**11th** 334:17
**12** 20:22 24:8 25:1
25:5 48:11 65:17
66:12 95:4 125:7
155:8 156:12
200:19 202:4,21
203:20,25 322:17
333:19 341:16
344:9 345:3
350:22 368:14,25
369:10 376:22
379:22
**12.50** 274:4
**12/3/15** 149:6,22
150:9 151:13
**120** 72:13
**1207** 147:9,9
148:13
**12:00** 200:6
201:11 202:12
**12:26** 82:18 83:2

**12:30** 22:21
**12:35** 82:20,23
**12:37** 83:3
**12:45** 280:15
**12th** 334:6
**13** 163:19 165:25
166:18 167:6
274:4 285:10
**130** 72:13 73:11
**14** 238:5 322:17
341:16
**147** 5:14
**15** 37:22 39:18
40:5 49:2 73:15
99:7 119:7 163:4
184:18 185:9
186:16 227:3
229:17 238:5
248:5 269:6
281:13,17 343:3
356:18
**150** 43:18
**16** 9:22 38:24
238:5 286:1
**160** 43:16,18 123:6
**17** 1:5 73:16
129:13,23 153:18
172:18,21 204:19
234:10
**1750** 4:4
**17th** 228:20
**18** 177:14,14
**1820** 390:2
**1875** 389:8
**19** 129:14 156:13
224:20,21,23
225:3 231:11,14
237:11 371:20,21
371:23 372:3,9,13
**1967** 9:22

**[1:30 - 25]**

**1:30** 348:4 352:15
**1:32** 145:12
**1:33** 145:19
**1:40** 145:13
**1:45** 145:16,17
**1:46** 145:19

**2**

**2** 69:19,19 196:15
203:6 207:4,6
208:15 209:10
218:18 219:2
231:25 232:4
237:20 283:22,22
285:13 286:3
334:19 344:18
378:18
**2/25/17** 286:18
**20** 3:10 35:16
114:4 184:18
185:9 186:16
202:13 222:18,21
223:4,7,10,14,24
226:22 227:3
281:13 333:9,15
334:16 372:20
391:16 392:22
393:22
**2000** 39:22
**2004** 36:9 118:24
**2005** 38:12 39:20
40:9
**2006** 340:5,17
**2008** 14:9,14 15:18
108:18 136:1
**2009** 16:5 139:4
**2012** 34:20 35:24
36:7,9,21 37:22
38:1 39:22 42:5,6
49:5 62:20 63:22
125:23,24 126:2
127:13 245:1,20

269:23 303:9,11
303:12 365:15
382:14
**2013** 15:19 16:12
17:5 316:3
**2014** 21:4
**2015** 13:4 20:2,9
21:6 24:7 25:1,9
26:2 32:3,17 41:6
48:20 63:8 80:1
94:16,23 95:3,8
105:10,19 106:13
110:5,8 128:18
129:5,13,14,22,25
149:12 153:6,18
153:19 155:9
189:7,17 240:14
243:15 245:17
246:4 265:5
268:20 297:18
310:13 340:6
359:8 381:5
384:17 385:3,22
**2015-2017** 22:23
**2016** 95:3,9 155:8
156:13,19 159:16
160:13 163:4,19
164:3 165:25
166:8,12,18,18
167:6 169:1,3,12
169:16 170:24
171:24 172:6,18
172:21,23 174:8
174:15,18,24
181:14 182:19,22
183:13 184:11
188:15 189:21,25
190:13,15 192:6
195:10 196:10,12
196:15 199:16,24
200:3 203:6,8

204:19 278:9
279:6 280:14
281:22 282:14,14
284:12 319:22,22
319:23 320:2,2,7,7
328:21 333:19
334:9 344:8,9,13
345:4 356:9
368:13 369:23
370:1,4 376:22
**2016x0534** 335:2
343:20
**2017** 13:5 20:9
24:8 25:2,9 41:6
48:20 63:8 80:2
95:3,9 99:7
105:10,20 106:13
106:22 110:8
129:25 156:19
189:8 207:5,6
208:15 209:10
211:15 218:19
219:2,7,12,15
220:1 222:11,18
222:22 223:4,7,24
224:17 225:3
228:16 230:3
231:11,14 234:10
237:11 240:15
243:15 245:17
246:4 265:5
283:23 284:9,12
285:2,9,14,22
286:4,7,13 287:8
289:14 291:4
297:23 298:3,5
299:21 300:25
304:5,23 305:6
306:2 310:13
359:9 381:5
384:17 385:4,22

**2018** 284:12
**2019** 11:20 18:16
18:17,22 22:15
24:11 25:16 47:11
63:22 100:15
101:12 104:18
105:13 118:24
129:22 271:2,4
285:3 356:2
**2020** 128:1,2,4,5
128:14,16,18
129:5 244:1,20
245:4,5,15 246:2
246:13 248:21
271:5 371:21,23
372:5,9,13 373:12
**2021** 128:1 268:8
**2022** 1:23 2:6
389:5 390:4
**216-523-1313**
390:3
**21st** 172:23
**22** 218:20,20
219:15 220:1
319:20 344:12
345:4,7 351:19
**22nd** 344:16
**24** 1:23 2:6 176:19
230:2 273:16,20
273:22 274:13
303:11
**24/7** 338:23
340:10
**245** 280:21
**2472** 9:25
**25** 142:8 159:16
160:13 166:8
170:24 182:22
197:14 201:3
223:15,16,19
253:14 286:13

Exhibit B

289:14 350:22
353:18
**25th**  223:13
**26**  223:16
**260**  23:1
**27**  228:16
**275**  23:1
**276**  5:6
**2760**  3:17
**27th**  228:20,20
331:14
**28**  222:11
**283**  5:7
**29**  153:6,19,21
155:8 169:1,3,12
169:16 278:8
279:6 282:14
356:9
**2:00**  223:17,24
280:15
**2:35**  199:10
**2:36**  199:10

**3**

**3**  66:9,12 169:18
175:5 177:14,18
210:4,5,6 233:16
240:14 319:22
**3-4**  210:1
**3/26/16**  169:23
**3/31/16**  169:23
**30**  72:9 142:8
147:21 183:15,21
184:3,16 185:4,6,7
186:13,17 187:20
189:9 192:8
196:25 197:11,12
197:14 198:4
199:20 200:10
201:6,13,21 202:4
202:16,24 203:13
206:4,8 281:16

359:10,22,22
360:1 361:8,11
362:12 382:21
**300-4479**  3:11
**309**  5:5
**31**  171:24 172:6
184:11 196:12
199:24 211:15
219:7 282:14
**312**  3:5,11,18 4:5
**319**  5:6
**320**  5:5
**322**  5:8
**332-2400**  3:5
**35**  197:2,7,9 203:9
206:4 330:8,10
**36**  362:12
**36-48**  209:13
**368**  5:5
**384**  5:8
**386**  5:5
**39**  202:25 203:1
**3:00**  291:17,17
352:1,1,2,13
**3:26**  254:23 255:2
**3:30**  22:15
**3:34**  255:2
**3:35**  254:24
**3:54**  276:6

**4**

**4**  127:6 151:18
233:16 303:9,12
324:21 335:21
337:24 350:22
378:22 390:4
**4/1/16**  176:3
**4/13**  164:22
165:11
**4/13/16**  165:16,21
**40**  126:7 147:24
359:22

**42**  277:21
**44**  167:21
**44114**  390:2
**4494**  167:19
**45**  101:4 175:3,15
176:24 177:2,3,20
178:21 179:10,15
179:22 183:20
184:3,24 186:2
281:17 359:10,22
360:1 361:8,11
369:1 375:21
**48**  362:12,12
**4862071**  390:7
391:2 392:2 393:2
**4:00**  325:6,8
333:19 343:9
354:10
**4:01**  276:6
**4:30**  324:21 325:6
354:10
**4:55**  321:25 322:6
**4th**  389:4

**5**

**5**  73:9 219:12
367:16
**5'5**  72:14 73:9
**5,000**  43:1
**5-20**  224:10
**5-22**  224:10
**5/10**  198:12
**5/10/16**  196:19
198:13,14,18
200:19 203:7
**5/10/2016**  202:20
**5/31/16**  183:3
**50**  3:17 126:3,5
175:4 177:6,10,19
186:2
**525**  3:10

**53**  4:4
**54**  24:22 177:15
**5:00**  278:12 322:1
**5:05**  322:3,4
**5:06**  322:6
**5:30**  278:21 279:6
356:24

**6**

**6**  5:5 22:25 335:23
**6/21**  202:5
**600**  3:4
**603-1434**  3:18
**60602**  3:4,11,17
**60604**  4:4
**6234**  9:16
**6:00**  203:16
343:10,15
**6:14**  387:21

**7**

**7**  348:7
**704**  167:20
**7095**  1:5
**75**  126:6
**7:00**  278:12 280:8
280:9 291:17
348:7 352:1,2,2,12
353:22

**8**

**8**  49:3 64:16
169:17 174:14,20
176:20 182:19
233:17,17 273:16
273:20,22 274:13
282:9,10,11,15,24
283:1,3,4 319:21
352:15 365:8
367:15,16 369:23
370:1
**80**  334:16

**[81 - advice]**

Page 4

**81**  45:9 126:3 280:21
**8:00**  348:1,2 351:24
**8:30**  333:20 342:18

**9**

**9**  63:4,13,16 67:10 119:19 164:3 176:19 195:23 201:13 202:23,23 203:8,13 204:4 210:1 224:17 240:14 331:22 339:4,21 342:24 350:24 351:3,4 365:8 370:4
**9/19/2017**  237:20
**90**  54:7 55:12 64:4 68:5,16 378:23
**92**  19:14
**929-4308**  4:5
**93**  19:14,14
**95**  206:15
**96**  39:22
**963**  147:8,9 148:13 148:15
**97**  39:22,22
**978**  151:5
**979**  149:23 153:1,5 154:16
**987**  326:2 332:9 334:8
**988**  333:18 334:25 336:4
**992**  369:14
**993**  369:3,12
**995**  159:11,15 161:20
**996**  161:23

**997**  159:15 165:12 165:16 166:24
**9:00**  60:1,2 196:19 198:8,9,12 200:3 200:23 203:7,17 203:20 204:10 330:1 343:12
**9:15**  328:22 329:4 329:7 330:3 334:9
**9:30**  237:19 348:7 354:5
**9th**  198:22

**a**

**a.m.**  2:6 58:1,19 60:1 169:16 203:8 203:15,20 209:16 209:20 231:24 232:3 237:19 325:6,8 328:22 329:4,7 330:1,3 334:9 351:24 352:12 353:22
**abdominal**  17:22 232:15
**ability**  388:16
**able**  59:23 89:17 118:7 127:2 139:19 141:3,8,18 141:21 149:4 168:7 184:18 207:17 290:22 295:7 306:11 307:6 328:13 338:3 345:18 347:1 352:10,22 355:8,24 356:4
**abnormality**  66:5
**abruptly**  62:15
**absolutely**  77:11
**academy**  70:10

**accept**  164:1 249:2
**accepted**  163:23
**access**  120:7,18 131:23 132:24 208:8 277:13 364:14 382:16
**accurate**  104:5,9 104:23 177:11 187:18 227:15 229:6,7 291:1,8 297:6 302:10 306:5 373:18 384:16,20 388:16
**accurately**  102:20 215:24 363:21
**accused**  208:21 289:8 290:7,14
**acid**  85:20 87:2 386:2
**acknowledge**  166:1 306:16 391:11 392:16
**acknowledged**  164:8 173:17 306:18
**acknowledging**  184:2
**acquaintanceship**  284:14
**act**  138:10,15 298:4 316:1 391:14 392:20
**action**  152:13 161:7 170:12 182:4 319:5 389:2
**actions**  109:16 192:23
**active**  230:4
**actively**  55:10,11 55:25 56:23 109:5

**actual**  15:1 49:11 233:6,8 288:5
**added**  165:14 166:23 201:17
**addict**  382:19,23 382:24 383:1,4,5
**addison**  1:12 70:4 70:5 72:1 73:8 238:1,2 329:8 353:15 365:23 366:14 375:22 376:1 377:14,21 378:8
**additional**  310:20
**address**  22:11 174:1 282:5 390:15
**addressed**  212:14 311:11
**administer**  51:8 53:3 80:6 89:18 90:21
**administered**  5:22 102:11,12 183:15
**administering**  56:15
**administration**  13:13 45:12
**administrative**  140:15 173:16 205:16 314:1
**administrator**  153:14
**administrators**  14:20
**admonish**  218:4
**advanced**  72:23
**adverse**  160:24
**advice**  374:12,14 374:19 375:1,11

**[advise - answering]**

advise 387:5

advised 62:19

affirmative 313:8
313:12

affixed 391:15
392:21

afford 248:10

aforementioned
286:2

aforesaid 388:9,18

afraid 242:12
250:13,22 355:24
356:3

african 72:7 73:7

afternoon 60:5
65:17 283:14
348:5,10

age 72:8

aggravating 62:10
357:15

ago 11:9 14:1
30:24 101:4,14
104:16 127:23
128:1,7,10 135:22
184:23 220:6,17
232:21 369:1
382:21

agree 7:12 12:3
25:19 87:11,16,17
89:13 93:4 95:14
123:4 139:24
142:2 171:11,14
187:13,14,17
189:15 192:1
193:22 202:16
243:8,19 289:24
372:12 373:22
382:2

agreeing 185:5

agreement 25:10

ahead 12:20 19:20
27:10 33:3 46:16
47:20,21,21 57:9
57:17,17,22 60:24
91:10 98:5 209:9
214:11 216:25
276:22 295:25
300:2 336:6
341:12 362:1

ahold 354:14

aid 278:22

airtight 152:8,16
157:22

alba 372:9,13,18

albuterol 110:9
146:7

alcohol 40:13
221:17

alcoholic 40:19,23

alert 81:14

aliases 10:18

allegation 213:18
285:11,12 286:1
297:2,16,25

allegations 12:6
207:19 230:9
258:9 259:16
285:6,7,19 286:5
298:8 301:13

allege 65:10 297:5
301:17 302:4
305:4 308:1,4,20

alleged 17:8 19:12
71:16 285:15
313:9 316:3

allegedly 125:6
285:21

alleging 24:6 56:7
179:22 259:8
297:8 302:23
310:24 315:17

alleviate 342:9

allowed 45:18,23
104:24 114:18
115:15 117:15
145:24 146:8
154:5,11 156:1
302:7,13 344:3
355:7,13 380:6
384:2

allowing 114:15
161:14

allows 114:17

alls 299:2

altered 105:3
106:4

alternated 348:12

altman 1:12 4:7
283:16 285:8,12
285:20 291:12
292:2,11,21 293:1
293:24 295:7
296:25 297:1,9
298:1 301:15
302:5,24 306:13
307:5,6 308:1,20

ama 374:10,11

ambulance 44:7
66:16 340:6 365:5
373:25

amended 24:23
139:7 285:10

american 72:7
73:7

amount 38:18
309:21

ample 340:12

andrews 1:16

angle 352:11

answer 7:13,24
8:12 12:17,19
16:23,24 19:19,20

19:23 22:17,19
28:20 47:23 68:13
74:13 77:4,4,16
81:24,25 82:3,6
89:23 91:1,7
96:18 98:5,20
99:12 106:9
108:12 111:24
112:2,7,16 113:5,6
116:3 137:9
144:19 163:1,24
185:12,19 188:2
194:10 202:7
204:4 216:13,15
217:5,9 218:6
219:24 221:6
222:3,6 249:25
251:6,18 258:18
280:4 281:14,14
281:14 307:12,14
317:14 357:9,16
357:21,21 368:21
371:16,17 376:20
377:19 385:16,19

answered 88:9
98:1,18 99:10
112:5 118:10
137:7 142:25
159:8 179:16
180:12 221:6,7
251:1,16 252:20
253:10,10 260:13
342:14 375:15

answering 7:6
57:13 112:14
115:1 167:5 187:8
188:21 194:5
202:8 218:13
221:22 222:4,5,6
250:17,23 252:10
253:3 259:6 303:5

329:19 368:19

**answers** 7:3 9:14
194:14 217:9
290:20

**antacid** 85:20

**anti** 170:9,10

**anticipate** 7:22

**anticipating** 341:8

**antisocial** 383:8,9
383:13

**anxiety** 135:16,20
246:16 323:5,11
341:23

**anybody** 13:18
29:12,14 35:10
40:21 41:16 45:10
77:11 83:19 105:1
105:25 106:14
125:11 127:8
130:11 137:1
157:18 167:10
181:19 202:15
231:3 241:2,11
260:18 381:2

**anybody's** 242:21

**anymore** 132:16

**anyway** 85:20
197:21 230:1
236:7 281:11

**apologize** 40:18
88:11

**apparently** 385:12

**appeal** 19:25
20:10 21:15 37:17
154:7,17 155:1,8
155:12,24 156:5
156:13 157:7
163:12,14,20,23
164:2,8,13,15
165:13 166:12
172:5,18,21

173:11 184:13
186:13 187:3,11
188:10 203:5
204:15,18,20
205:7 206:19
216:16,17 218:18
219:14,16,17,20
219:22,25 220:1,2
220:19 222:11,14
230:2 235:14,21
236:8,8 343:18,21
343:24,25 370:13
370:18

**appealed** 154:15
154:19 203:2
216:9 220:6,10
228:15 236:12
369:25

**appealing** 235:22

**appear** 391:11
392:15

**appearance**
276:19

**appeared** 3:6,13
3:19 4:6

**appears** 222:12
231:2 369:24

**appended** 392:11
392:18

**appointed** 315:12
317:4

**appointment**
263:11,22 264:4,8
264:11 267:18

**appointments**
172:10 224:8

**appreciate** 6:12
188:2 287:4 297:9
309:2

**approached** 329:8

**appropriate**
289:25 290:3,3

**approxi** 63:23

**approximately**
22:24 25:1 160:19
163:16 174:25
175:3 186:1
223:24 244:21
278:20 279:5
352:15

**april** 163:19
165:23,25 166:12
166:14,18 167:4,6
174:8,14,18,24
181:14 182:19
183:13 189:22
280:13 281:22
303:11 319:22
320:3

**arabic** 274:18

**area** 68:4 77:1,6
77:13,13,15
195:25 278:13
279:10,19,20
280:2 282:18
294:21 299:13
305:18 313:5
323:4 327:7
335:22 336:9
338:14,14 342:22
350:10,16,18,19
351:5,6,7 369:20

**areas** 68:4 262:2
280:3 366:24

**argue** 58:8 77:21
218:3

**arguing** 58:10
124:14 217:25
218:1 359:3

**argumentative**
77:20 116:13

**arias** 1:13

**arm** 305:24

**arms** 8:25

**arrival** 209:25

**arrive** 152:18

**arrived** 31:25 32:2
34:15 198:21,22
231:25 232:4
337:13 362:9

**arriving** 359:10

**arrow** 195:24

**art** 176:22

**arteries** 44:22
60:16 170:11
268:13

**artery** 34:1

**ascertain** 313:8
314:9

**asian** 266:4

**aside** 37:24

**asked** 22:19 32:22
55:21 56:11 57:24
82:7 88:8 90:8
97:25 98:1,17
99:9,17,20 100:4
100:13 112:4
118:9 131:13
135:21 137:6
166:24 175:1
180:11,15 185:22
210:25 228:22
232:21 245:7
251:15 252:20
260:12 261:5
273:2,5 277:15
281:7,9,11,11
296:8 304:8 311:4
313:17 316:17
318:1,4,5 321:12
322:9 348:23

355:20 363:2,4,19
363:22 364:5,10
367:4 375:14,15
**asking** 6:19 12:13
13:2 17:24 18:13
36:2 44:2,3 49:20
54:17,19 55:7
58:10,11 64:21
68:10 71:10,14
75:24 76:5,18,21
78:2,3 79:11
81:25 88:17 101:4
106:13 112:2,15
117:4,5 120:25
132:19 136:5,10
137:20 150:20
161:6 171:13,14
190:6 193:21
194:8,23 195:1
209:3 213:10,11
217:5,11,17
221:22 222:2,5
230:20 250:8
251:7 258:12,13
258:15 260:5
270:1 273:2,7
313:6 314:5,17
317:9,10 318:8
376:16,19,19
378:1
**asks** 16:24 290:7
**aspect** 311:2
**aspiration** 304:16
304:16
**aspirin** 44:14 45:2
45:7,8,8,18 110:6
113:12,15 126:3
132:14 146:6
373:17 374:1
**assigned** 58:7 68:4
68:5 175:23

184:19 185:11
238:23,25 279:17
279:20 285:13
286:3 291:21
319:21
**assignment** 391:2
392:2 393:2
**assist** 306:19
**assistance** 83:7,9
273:18 286:14
300:6
**assistant** 87:1,4,8
160:20 276:10
360:11 362:7,23
**associate's** 23:9
**associated** 306:1,4
308:23
**assume** 7:13 74:17
93:17,21 95:18
207:20 257:11
283:4 319:25
338:6
**assuming** 43:12
52:5 135:8 246:22
276:13
**asterisk** 208:15
328:4
**asterisks** 328:6
**asthma** 34:24 35:1
35:5,9 37:23 45:3
60:22 110:9 114:2
114:4,7 127:2
146:6 152:1
154:21 224:5
225:8
**athlete's** 323:8
**attach** 290:1,2
**attached** 392:7
**attaching** 60:17
**attack** 16:15 17:12
31:13,15 34:21

35:6 39:17,21
43:21 44:5 49:5
50:23 54:2 62:20
65:16 66:11,15,18
66:19,22 74:11,15
74:25 75:7 108:22
109:14 114:4
134:13 151:17,23
151:24 178:4,5
179:8 181:7,12,13
181:17,20 243:9
243:17,18,22,25
244:4,11,19,25
245:5,15,19,24
246:2,10,13
247:12,21 248:12
248:20 252:3,17
257:5 261:17
262:4 264:19
269:21 305:25
306:5 311:7 317:2
321:6 360:23
365:15 371:20,24
372:7,11,15,20
373:6,12 374:17
379:5,24 380:3,8
380:10,14,18
381:4,11 382:12
385:3,22 386:1,5
**attacked** 16:4
**attacks** 181:4
246:16 382:10
**attempt** 278:21
281:23
**attempting** 73:24
**attend** 25:2 48:12
**attention** 78:7
141:23 173:16
257:16 287:12
289:4

**attorney** 276:10
368:19 377:1
388:23,24
**attorneys** 3:16
315:12
**attributable**
304:19
**audio** 170:14
182:6 195:22
313:4 314:13,15
366:23
**august** 38:12 40:9
**authorize** 392:11
**authorized** 326:22
361:3
**auto** 23:19
**automatic** 224:6
**automatically**
224:2
**available** 180:7,19
182:9 222:24
338:22 340:6,10
347:11 349:17
**ave** 390:1
**avenue** 9:16
**average** 177:15,16
**avoid** 193:2
**aware** 49:9,16,19
64:11 65:3 73:23
73:25 79:14 90:5
119:8 155:15
291:4 379:8
**awful** 111:11

**b**

**b** 153:15 351:10
351:14
**baby** 132:14
373:17,25
**back** 16:4,11 20:1
20:5,21 21:4,8
22:23 23:23 24:5

**[back - best]**

24:5,9 25:5,22
26:1 31:16 33:8,9
35:15,17,23 36:25
38:20 46:6,7 47:3
48:10,17 49:8,22
49:23 50:4,5,8
51:5 52:14,15,16
53:25 60:6 61:19
62:8,9 65:21 66:7
66:13 70:20 77:6
82:19 84:21,25
86:23 88:20 89:2
91:16,20,21 92:24
96:20 99:3 103:7
104:18 105:15,22
109:1 110:4
111:19 112:21
125:22 130:20
132:10 133:22
138:21,22 143:9
145:13,21 157:1
158:7 165:20,22
166:24 167:6
169:22 190:3
198:15 219:17
223:23 226:18
231:4 232:1
233:18 236:2
253:2 254:23
255:6,16,17,20
258:3,3 259:22
264:18 271:23
272:2 276:3
277:18 279:15
280:10 293:13,17
302:17 304:1
305:12,20,23
309:14,14 310:6
311:14 316:12
321:25 323:2,2,3,9
327:18 329:14,18

334:14,25 335:20
335:21 336:16
337:9,11,13,25
339:4,6,13 342:11
342:17,18,19,23
343:11 344:11
348:12 350:5
351:17,18 356:23
358:8,16,24,24
359:8,11,14,17,18
359:24 360:15
361:7,19 362:6,9
362:17 365:7
367:18 368:10
376:14 382:15
386:3 390:15
**background** 23:2
24:1 70:7,17,22
74:1 96:11 97:24
269:15 386:14,18
386:20,21
**backgrounds**
69:13
**backhoe** 273:1
**backup** 359:5
**backwards** 54:8
54:10 176:8
206:11 258:25
**bad** 130:24 203:14
382:14,14
**badge** 59:5 176:4
301:9 328:2 355:4
355:9
**badges** 56:1,16
59:9,11 99:16
176:8 206:11,12
258:24 260:3,10
292:23
**baker** 3:3
**ball** 201:25

**band** 197:20
**bare** 131:3 310:9
322:18
**barely** 274:2
**barrier** 185:16
**barter** 346:21
**bartered** 346:23
**based** 18:14 66:21
90:20 95:13 96:24
97:17 103:22
111:1 238:25
316:21 379:11
385:9
**basement** 64:16
67:20 372:20
373:5,12
**basic** 20:22 69:14
315:12 361:13
**basically** 10:25
23:14 26:13 27:24
79:9 92:15 108:25
137:15 170:9
183:25 185:7
188:23 192:18
198:8 201:13
298:2 331:12
356:3 358:7 361:4
**basis** 12:22 19:1
51:7 52:4,23
65:15 86:14
105:10 141:19,22
216:16 222:14
299:13,15
**bates** 5:15 147:8
148:13 149:22
280:22 286:11
332:7 333:17
336:2
**bathroom** 350:18
350:19 363:15

**beat** 355:17
**beef** 107:5
**began** 174:25
278:21 335:24
372:21
**begged** 55:21
**begging** 67:18
**beginning** 96:19
105:9 176:9
181:11 261:3
292:13
**behalf** 2:2 3:6,13
3:19 4:6
**belief** 292:24
**believe** 11:9 13:8
14:16 16:6 34:3
43:10,16 56:19
61:3 62:7 63:9
68:5 72:1 80:15
98:15 105:5 125:1
126:12 137:10
138:3 144:1
175:12 215:1
227:21,22 243:12
244:1 290:24
300:19 304:19
306:3,21,22 320:9
330:21 339:22
366:16 380:20
384:21
**believed** 114:13
291:7 300:7
**bench** 329:15
342:21
**benches** 350:15
**bending** 208:21
**berwyn** 266:14,15
**best** 74:12 87:14
88:3,6 89:11
90:22 97:23
110:20 111:2

**[best - button]**

146:22 224:1
265:9 388:15
**better** 85:25 86:13
98:16 102:21
145:16 227:7
257:23 278:4
332:6 369:14
**beyond** 69:14 70:8
74:1,6 314:24
**big** 43:14
**bigger** 278:3
**bill** 10:20 27:10
386:11
**birth** 9:21 318:16
**bit** 32:15 39:7
278:3 287:2 332:5
349:20 354:7
365:21
**black** 30:8 140:22
217:15 299:24
300:3 328:8
**bladder** 15:24
34:5 297:15,17
**blank** 346:24
369:20
**blanks** 228:23
229:14
**bleeding** 249:12
**blister** 45:21
**blockage** 170:11
**blocks** 52:18
246:25
**blood** 33:25 34:4,7
34:16 44:21 60:17
60:19 84:7,8,13,13
132:9 174:21
224:3,12 225:8
229:23 247:4,5
266:23 268:13
297:21 330:20
360:22

**bloodworth** 1:17
**bloomington** 67:6
125:21 126:11
**blotted** 328:8
**blow** 183:9
**body** 23:19 195:17
236:5 303:7 304:6
328:19 335:14
366:22
**bolingbrook** 23:22
**book** 71:12 234:5
**booked** 32:17
**booklet** 45:16
**books** 71:22 72:6
287:24
**booth** 360:6
361:15
**born** 23:21
**bother** 167:4
228:3
**bottle** 45:22 133:2
**bottom** 151:11
161:18 162:2
195:21 286:25
351:19
**boulevard** 4:4
**box** 30:5,9,15,22
31:7 140:22,24,24
141:2,4,8,10
160:10 161:6
163:22 170:13
191:13,24 226:25
289:5 290:6
327:21 344:22
356:12 358:12
**boxes** 29:4 290:15
328:1,3
**bozyk** 1:13
**bph** 110:9 224:4
**brain** 340:22,23

**brand** 38:15 39:4
**break** 8:12 82:14
83:1 145:8,18,22
199:5,9 226:23
254:8,16,17,22
255:1 275:15,17
275:21 276:5
322:5
**breakdown** 288:4
**breakfast** 323:22
323:24 324:14,20
325:10,12 339:3
**breaks** 8:3,6
**breath** 37:1 67:18
**breathe** 60:22
114:3 127:3
**breathing** 304:18
**brief** 84:25 159:21
160:11 169:8
174:11 190:1
202:17 241:19
326:15 327:6
368:7
**bring** 47:25
117:10 130:13
186:18 204:8
255:12 258:3
268:25 269:4
345:13 347:12
358:23 382:1
**brings** 114:20
**brothers** 241:3
307:22
**brought** 44:10
52:15 80:1 117:17
169:17 173:15
175:10 188:9
240:7 273:10
309:15 315:4
324:15 384:5

**bubble** 73:19,20
197:17 293:6
339:7,22 342:22
350:17 352:4,5,6
352:25 353:3,5
**buchanan** 1:13 4:7
283:15 286:1,6
291:12 292:3,10
293:24 295:6
301:14 302:5,25
306:13 307:13
308:2,21
**bugs** 323:10
**build** 60:19
**building** 58:6
60:16 64:20,24
180:20 272:3
338:18 351:8,10
**buildup** 44:22
**bullpen** 278:19
336:24 337:5,15
338:2,4 343:15
356:24 357:2
359:13
**bullpens** 280:3
282:11 309:11,12
**bunch** 6:18 293:15
**buntic** 3:16 5:6
276:1,8,9 278:4,6
280:21,24 281:1
319:15 387:9
**business** 323:21
**busy** 107:23
337:22
**button** 47:22 77:2
77:4 278:24 279:4
301:6 357:1,6,10
357:22

**[c - ccdoc]**

**c**

**c** 1:14,16 3:1 4:1,3
4:3 69:19 161:1
161:14 195:24
231:25 232:4
237:20 278:16,19
283:22,22 285:13
286:3 351:10
378:18
**ca** 390:25
**cabinet** 133:1
**caged** 351:7
**calendar** 323:19
**california** 331:12
**call** 6:9 32:9 37:5
47:22 66:15 67:13
67:19 73:20 75:17
77:2,3 83:9,19
114:25 131:1
133:23 134:2,6
140:16 160:18
161:1,14 185:12
205:6 241:10,12
241:12 264:7
275:6 278:24
279:3 280:5 281:8
281:9,11,14,23
282:6 294:21
301:5 306:22
312:7 323:18
329:20,22 336:10
336:11,18 338:13
339:6,13 340:12
342:20 353:8
357:1,7,8,10,21
361:4 365:5
382:17
**called** 6:4 16:17
20:5,20 28:24
37:2 39:5 44:7,9
46:19 47:2 68:23

85:19 158:22
187:21 233:12
238:2 241:11
274:8 282:22
284:24 306:20
325:22 335:11
339:6,7,9,23 365:6
367:20 373:25
**calling** 185:17,17
185:17 359:5
**calls** 83:13 114:20
385:7
**callus** 192:15
**calm** 131:2
**camera** 77:2,5,13
280:1
**canceled** 224:11
**canceling** 172:10
**canned** 237:9
**capacity** 1:7,10,12
48:6
**card** 358:3,12
**cardiac** 17:9 34:23
36:17,20 49:10
51:13 65:4 74:11
89:13 90:2 99:8
193:1 243:8
244:11 246:23
247:8,11 249:14
250:10 251:13
266:24 273:12
302:6 304:24
374:14
**cardiogram**
262:21
**cardiologist** 31:21
35:10 67:5 96:11
247:17,21 248:10
248:15,19,23
249:20 250:2
251:4,12 252:1,15

253:4,20 254:6
260:18,25 261:3,7
262:10,15,17
263:2,7,11,23
**cardiologists** 97:9
126:10,14
**cardiology** 97:7
247:15 263:20
264:5 386:19,21
**cardiovascular**
36:17
**cards** 56:25
258:25 353:9
**care** 13:13,20 17:9
17:22 28:8 35:13
35:25 36:5,11
55:6 75:1 111:13
135:11 137:4,25
139:21 224:13
249:23 252:24
254:1 262:11,22
263:3,19 264:21
265:13 277:12
308:11 317:4
332:20,23 338:3
348:22 370:20
383:21 384:11
**cared** 308:9
**careful** 89:5
**carried** 114:19
338:25 339:25
**carry** 45:18 47:14
113:11,19 114:14
114:16 115:16
116:5,10,17 117:7
117:13,20 118:7
121:5 131:24
132:3,4,5,17
145:24 146:3,4,9
146:14,24 154:5
154:11 156:21

157:8 193:10
341:6 384:3
**carrying** 115:9
156:2 272:15,19
**cart** 52:5 53:7,17
56:12 235:25
258:2 358:5,9
**case** 2:3 13:12
15:4 18:19 19:16
20:14 36:14,15
37:16 89:12 111:8
143:3,19,23
144:12 147:16
148:1 151:18,21
175:9,12 213:1
288:3,8,8 315:9,17
315:19 316:5,5,20
316:22 317:1,1,18
319:7 353:10
386:5 390:6 391:3
392:3
**cases** 287:25 288:5
288:11 315:13
317:3 318:20,22
318:24
**catch** 312:10
323:10 354:21
**cation** 288:20
**cause** 62:16
108:22 122:3,16
123:1 244:9 256:4
256:11 307:23,24
323:5 341:19,23
**caused** 134:25
182:12 193:2
245:16 246:3
323:11 341:22,24
**ccdoc** 169:22
223:23 233:23
319:24 331:4

ccdoc's  172:9
224:6 232:8
ccsao  5:15,16
147:8 148:13
149:22 288:18
cell  177:9 205:18
239:7 274:12
294:17,19 295:13
295:13 296:5
299:12 301:21
302:8,12,14,19
322:22,25 324:16
324:17,19 325:14
336:9 339:1,25
349:4,21 350:20
350:20 352:7,12
352:22
cell's  278:23
cellmate  284:6,9
284:11,17 285:2
325:2,11 341:1
cells  324:16,16
348:15 350:4,21
350:22 351:19
352:19,20 353:18
357:12
celly  284:1,3
center  31:19 42:4
51:19 64:3 76:2
134:7 247:1,14
249:24 265:19,24
266:12 282:17,18
282:23,23 329:9
350:4,15 351:17
371:22 372:1,9
central  351:21
cermak  1:9,11
26:16 28:17 33:10
64:18,20,22,24
68:23 69:1 80:19
81:2 83:23 84:1

94:23 98:12,13
101:2 120:17
121:4 130:1
183:14 212:19
224:6 250:19
251:22 253:7
330:16,22,24
331:1,20 332:18
333:5 334:15,20
344:16 345:4
cermak's  153:8
154:10
certain  61:16
85:16 98:13,14
101:3 102:14
115:12 146:9
358:19
certainly  287:7
291:3 304:4
certificate  388:1
392:11
certification  391:1
392:1
certifications
23:10
certified  2:3 23:19
388:3,5 389:9
certify  388:7
challenge  137:19
change  41:11 66:9
85:10 87:12,13
92:21 164:9 171:5
172:9 183:16
197:15 324:1
337:23,25 354:3,3
354:8 357:17
390:13,14 392:8
393:3
changed  105:3
106:3 139:7

changes  390:12
391:7 392:7,9
changing  173:11
channel  197:15
357:18
chapter  233:14
chapters  234:6
characteristics
72:5
characterize  257:1
charge  37:3 74:21
74:21 79:7,8
83:21 319:5
charged  119:1
charges  63:19
119:22,24 120:3
charlie  69:19
chart  130:7,19
257:19
charted  213:2
chase  6:24
check  29:4 191:24
226:25 247:4
291:16 313:3
335:8 338:17
356:12
checked  159:25
163:22 191:17
208:23 327:25
330:20
checking  229:14
checks  84:8,13
324:4
chest  17:9 29:20
36:25 37:24 47:15
49:4,8 50:19,23
51:2,13 53:21
60:20 62:14 65:18
67:17,17 74:14,15
74:24 75:7,12,16
76:8 77:3,5 89:12

99:8 114:24,24
116:20 121:12,20
122:8 125:9 127:1
127:18 130:23
131:16 132:8,8,23
133:8,20 134:25
151:19,21 155:16
169:19 175:1
181:9 182:12
241:10 243:20
246:14,17 250:11
251:12 260:25
278:25 294:10,12
294:25 295:1,6
297:4,4,12 298:10
298:14,16,24
301:18 302:9
303:2 304:25
305:3,7 306:2,17
307:8 308:6,23
309:9 311:7
312:11 321:7
322:11,13,24
323:6,13,18 325:4
325:5,9,16,21
329:11 332:15
333:6 335:24,25
338:7 341:15,15
342:9 343:1
345:22 346:1
348:25 352:23
354:12,16 355:2,5
355:6 357:8,20
364:21,22 365:2,2
365:4,12,20,24
372:21 379:25
chew  38:9 39:2
chewing  39:2
chicago  2:9 3:4,11
3:17 4:4 9:19
23:22,23 339:23

389:4 390:6 391:3 392:3

**chief** 314:1

**choice** 251:24 252:3,12,14,15 253:5,5 331:19

**cholesterol** 60:18 170:10,10 224:4

**choose** 328:14

**chosen** 328:17

**christ** 221:4

**chs** 370:19

**chunk** 148:19

**cicero** 19:3

**cigarette** 38:4 39:5 40:7

**cigarettes** 38:7,11 38:15,19 40:10 119:2,10

**circumflex** 34:1

**circumstances** 365:19

**citing** 138:8

**city** 390:6 391:3 392:3

**civil** 2:7 391:5 392:5

**claim** 315:10,21 316:3 317:12

**claims** 139:25 320:1,5

**clarifi** 288:19

**clarification** 213:22

**clarify** 7:16 25:16 105:7 303:6

**clark** 3:10

**classes** 69:22

**clean** 7:25 275:10 363:17

**cleaned** 354:6

**cleanup** 373:10

**clear** 9:3 54:9 58:24 59:17 118:12 126:17 141:9 143:14 237:22 256:22 290:21

**clearly** 205:7 208:6 221:25 223:16 235:14,21 239:12

**cleveland** 390:2

**client** 57:12

**clips** 300:21

**clock** 177:2 197:13 197:18

**clocks** 176:10,15 176:18

**clogged** 268:13,14

**close** 99:18 258:24 292:22 294:2 296:19 325:13

**closer** 333:12

**cna** 361:4

**cocaine** 42:7 382:19,22,23 383:1

**coinciding** 366:17

**cold** 131:4 310:6,7

**collared** 301:5

**collect** 83:13

**collects** 140:13

**colleges** 23:15

**color** 72:11

**coma** 355:17

**come** 20:21 30:7 42:20 44:23 46:19 50:20 51:7 52:4 53:2 55:23 60:6 61:13 65:20 66:7

81:9 82:19 91:21 136:7 140:25 141:19 145:13 158:22 186:18 213:9 230:19 238:19,21 239:7 242:16,20 254:23 276:3 296:18 301:24,25 302:20 321:25 323:23 324:9,13 330:8 333:12 337:9 338:16 347:15 348:14 352:14 353:17,25 354:9 354:24 357:25 358:2,9,24 359:14 359:17,18,19,24 361:7

**comes** 28:19 76:12 136:16 189:24 287:12 296:4 348:4,6

**coming** 50:8 52:21 132:10 145:21 236:2 255:22 317:17 354:14 359:21,22

**commencement** 388:8

**commencing** 2:6

**comment** 164:11

**commentary** 288:1

**comments** 101:20

**commercial** 272:13,14

**commissary** 119:3 119:9 120:10 349:18

**commission** 391:19 392:25 393:25

**committed** 284:20 303:21

**common** 74:17 350:18 351:6

**commotion** 178:12

**communication** 94:15

**communications** 94:14

**community** 23:14 41:22 42:4 134:7 247:13 249:24 265:19,24 266:12 371:22,25 372:8

**company** 272:5

**compare** 20:4 159:3

**compared** 349:22

**comparing** 20:20

**compiled** 137:10 138:9,12 288:3,5

**complain** 103:8

**complained** 304:25 305:4 365:10

**complaining** 72:17 84:2 139:18 202:13,15 240:10 241:8 249:16 259:20

**complaint** 24:6,12 24:23 25:17 30:19 132:23 133:8 159:21 160:11 169:8 174:12 184:3 192:2 207:18 210:13 285:7,10,15 298:1

319:19 326:16
327:7 335:14
**complaints** 17:9
29:5 47:15 49:5,7
51:13 86:12 89:12
93:3,14,19 95:10
99:8 133:20
139:16 173:5,17
188:22 236:21,25
237:2 250:11
259:16 261:1
269:9 270:19
300:8 321:8
368:24
**complete** 7:24
31:22
**completed** 327:19
390:15
**completely** 198:6
**complex** 71:11,13
**complexion** 73:10
**complication**
304:20
**complications**
122:17,17 257:6
304:24
**compound** 96:15
339:16 340:15
**compression**
305:9,14
**computer** 9:7 50:1
70:21 72:19
197:18,18 205:22
286:15 358:3,4
361:14 364:9
**conceal** 55:10,25
**concealing** 55:11
56:23
**concentrate** 148:5
**concerned** 25:6
179:12,18 180:2

304:12 307:6
**concerning** 108:17
388:11
**concerns** 58:17
95:9 123:1 188:21
291:8 321:7
**concluded** 387:21
**conclusion** 101:24
**concrete** 131:3
310:7 322:18,21
**condition** 32:19
35:11 48:23 62:19
64:12 79:15 86:17
90:5 92:12 94:6
95:10 109:13
121:12 171:5
172:9 183:16
247:11 251:12
268:24 269:11
270:22 297:5,10
297:11 298:11
311:8 320:21,25
321:6 379:6,18
**conditions** 53:4
80:20 138:25
360:20,21
**confidentiality**
78:23
**confirm** 210:6
**confuse** 112:23
**confusing** 377:18
**congratulations**
38:13
**consecutively**
322:12
**consent** 14:4,6,14
14:22 15:2 136:13
136:14
**consequence**
307:25 308:3,18
308:20

**consider** 40:16,18
**considered** 313:13
367:22
**considering**
111:24
**consistent** 142:10
174:24
**constantly** 240:20
240:21
**constipation**
232:15
**constitutes** 388:15
**construction**
272:12
**consultation** 33:15
33:16
**cont** 4:1
**contact** 26:17,18
81:6,8 94:18
285:3 302:24
303:1
**contain** 151:10
**contained** 26:21
27:4 293:19
**container** 152:8
152:17 157:22
**content** 151:7
166:23
**contents** 26:12
328:20
**continue** 275:22
**continued** 86:22
**control** 41:9
123:13 214:2,19
334:22 335:1,4
343:19
**controlled** 113:20
113:21
**conver** 241:16
294:4,15 307:16

**conversation**
70:15 73:12,13
84:4 90:19 259:15
295:18 296:10
299:20 311:5
**conversations**
90:10 258:6,8
375:25 376:9
377:22 378:7,16
378:25
**convicted** 19:8,9
22:7 303:22
**conviction** 18:3,22
19:2,4,8 20:10,24
21:2,11 22:20
303:16
**cook** 1:6,8,8,9,11
3:16 13:5,10,17,22
16:22 20:1,8 21:9
21:12,19 22:2,14
24:4,9,25 25:25
31:17,23 32:2
34:15 36:1,6,9,12
40:10 42:22 43:1
43:8,25 46:2,6,7
46:11,17,22 47:3,6
48:8,11,22 49:9,12
49:18,22 50:4,11
50:22 53:1,10
59:24 60:12 61:1
61:8 62:8,23 63:3
64:11,24 67:23,25
68:22 74:5 76:19
78:16,25 79:18
83:6 84:21 86:8
86:19,23,24 87:7
89:16,19 90:2,10
90:19,23 91:2,12
91:20 92:5,10,17
92:23 93:7,17,20
93:22 94:4,10

**[cook - correctly]**

96:20 97:9 102:1
103:6 111:19
114:12,22 115:7
119:7 122:22
123:6,14 124:2
126:19,22,23
129:1,10,16
134:16 135:15,24
137:2,23 139:11
145:25 149:11
152:23 154:3
156:18 173:1,5
201:6 206:23
213:3 227:24
243:23 244:2,12
244:18 245:6,16
246:3 250:19
251:22 252:2,25
254:11 255:6,10
255:11,16,17
256:15 257:7
258:13,15 259:23
264:23,24 265:4
265:14 267:6,9,12
268:22 269:10
270:20 271:1
285:3 291:13
292:3,21 293:22
299:21 301:1,10
303:7,10,25 304:1
304:23 306:2
311:9,14,20 316:8
320:22,23 337:14
338:22 340:3
345:17 359:11
361:18,19 362:6,9
362:19,25 363:22
364:1 367:5
380:17 381:2,2,4
381:23 382:15,18
383:22 385:23

**cookcountyil.gov**
  3:18
**copper**  272:21
**cops**  19:3
**copy**  153:19,21
  163:19 166:17
  182:25 192:4
  196:14 199:7,12
  326:5,8 345:10,14
  346:16 368:16
  387:4,9,15,15
**copying**  208:22
**corner**  30:24
  141:16 191:8
  286:20 305:20
  328:15 329:21
  335:9 352:10
**correct**  9:9,18,20
  17:10 21:23 42:22
  47:15 48:13,24
  65:11 66:23 68:23
  69:3,4 71:7 80:8
  80:14,21 81:5,15
  81:16 90:6,7,12,22
  92:6,12,17 93:6,8
  94:7,24 104:10
  114:15,17 119:20
  123:11,15 124:3
  126:19 138:5
  140:10 144:25
  146:10,16,17,25
  149:13 151:13
  152:23 153:2,6,7
  153:15,16,19,25
  154:6,12,23,24
  155:1,20 156:13
  156:14,22 159:2,7
  159:17 160:14
  161:23 162:12
  163:16,17,20,24
  164:10 166:20

170:2,24 171:6,10
171:18,21,22,25
172:3,21 173:18
173:19 178:10,21
179:3 181:21
182:23 184:4,11
184:12,14,15
185:4 186:8
190:13,16,25
191:1,11,15,16,18
191:19 192:2
193:10,25 196:15
196:24 199:21,22
199:25 200:1,3,4,6
200:7,9,20,21,25
201:1 203:3
206:21,22 207:1,2
207:9 209:2
211:15 212:6
213:4 215:11
219:12,15 220:1,8
220:23 223:4
225:3,16 230:6,7
230:10 234:25
235:17 236:17,23
236:24 237:4
241:7 243:5
246:24 250:4
251:25 257:2,24
257:25 259:9
263:4,5,8 276:13
277:1,7 278:9,10
281:3 282:25
283:23 286:17,18
287:9 289:15
290:5 292:11
298:16 303:8
304:3,6,7 305:2
308:25 315:21
320:8 344:10
369:2,4,18,23

370:1,4 373:12
375:24 377:4,12
377:14 378:1
379:10,12,15,19
379:22,24 380:15
380:19
**correction**  80:5
  290:24 305:5
**correctional**  68:11
  298:21 299:11
  319:20 323:15
  324:8 347:5
  349:22 351:24
  352:23 353:5,21
  354:13,15 355:3,8
  355:14 363:3
  364:19,22,25
  365:11
**corrections**  16:11
  24:25 40:11 65:3
  67:24 81:11
  113:24 291:6
  294:11 295:3
  298:25 300:7,16
  301:1 390:12
  392:17
**corrective**  230:4
**correctly**  29:6
  152:10,20 153:12
  155:22 161:4,15
  162:8,13 170:21
  172:13 175:7
  182:16 183:17
  184:20 192:16
  193:5 204:22
  210:14 211:21,22
  215:3 224:14
  225:13,14 232:19
  234:20 283:21
  326:23

counsel  2:8 88:11
317:4 368:12
388:23,25
counseling  383:22
383:24 384:11,14
counselor  335:11
count  324:12
348:5 354:9
counter  45:9
country  122:24
county  1:6,8,8,10
1:11 3:16 13:5,10
13:17,22 16:22
20:1,9 21:9,12,19
22:3,14 24:5,9,25
26:1 31:17,23
32:2 34:15 36:1,6
36:10,12 40:10
42:22 43:1,9,12,25
44:1 46:2,6,7,11
46:12,15,18,22
47:4,6,10,13 48:5
48:8,11,22 49:9,12
49:13,16,18,22
50:5,9,11,12,20,22
52:20 53:2,10,24
54:1 59:24 60:12
61:1,8,19 62:6,7,8
62:18,23 63:3
64:11,25 67:23,25
68:22 74:5 76:19
78:16 79:1,18
83:6 84:21 86:8
86:19,21,21,23,24
87:7 89:16,17,19
90:2,4,9,10,18,20
90:23 91:3,12,13
91:18,20,21,22
92:5,6,10,17,23
93:4,7,15,17,18,20
93:22 94:5,10

96:20 97:9 102:1
103:6 111:19
114:12,19,23
115:7 119:8
122:22 123:5,6,14
124:2,5 126:19,22
126:23 129:1,10
129:17 130:21
134:16 135:15,24
137:2,12,23
138:10,14,20
139:11 144:12
145:25 149:11
152:23 154:3
156:18 172:25
173:1,5,9 201:7
206:20,24 209:14
213:4 227:24
243:23 244:2,12
244:19 245:6,16
246:3 249:4 250:8
250:15,19 251:11
251:20,22 252:2
252:21,25,25
253:6 254:11
255:5,6,10,11,11
255:11,13,17,17
256:15,15 257:7
258:10,13,13,14
258:15 259:20,23
264:23,24 265:4
265:14 267:6,9,12
268:22 269:10
270:21 271:1
276:25 285:4
291:13 292:4,21
293:22 299:21
301:1,10 303:7,10
303:25 304:2,23
306:3 311:9,11,14
311:17,20 316:8

320:22,23 337:14
338:22 340:3
345:14,17 359:11
359:18,18,25
361:19,19 362:2,6
362:9,19,25
363:22 364:1,14
367:5 380:17
381:2,3,5,23
382:15,19 383:22
385:23 391:10
392:15
couple  6:25 8:6
12:11 23:10 29:4
35:7 40:2 48:16
60:23 101:13,13
145:22 174:6
211:13 239:15
242:22 243:20
246:25 272:9
277:19 309:6
312:22 314:19
325:23 337:3
346:24 366:11
367:8
course  69:21 92:2
168:12 385:14
courses  72:20
court  1:1 6:18
7:18 15:9,18 18:3
21:15 25:2 48:12
48:15 67:14,15
76:2 159:4 169:18
278:19 282:10,18
282:18,20 288:19
316:24 317:3
334:6 335:22
337:9 359:8,15,19
359:21 387:14,17
391:7

courthouses  67:16
covenant  261:13
262:13,15,17
263:7,12,16
covid  271:11,13
374:21
coyne  4:3,3 5:7
35:18 82:21,24
88:1,10,15,18,21
88:24 145:15
254:14,18 275:17
275:20 276:2
283:13,15 286:9
286:18,23 287:2,6
288:21,24 289:2
319:13 321:21
322:3 368:2,5
387:5,13,16
cpd  301:10
crimes  284:20
303:22
criminal  119:1
criminals  63:15
119:21 120:1
criticize  140:5
cross  328:10
crossed  190:19,21
328:6
crw  298:19,23
299:19 335:11
crws  299:10 300:6
crystal  201:24
csr  388:6
cubicle  350:7,8
cup  152:4 157:20
158:16 342:13
343:3
cured  172:12
current  19:18
138:24 139:1
192:10

**currently** 9:15
246:8
**cursory** 223:25
237:5
**custodial** 23:20
**custody** 277:3,7
287:17 303:18,20
319:24
**cut** 6:24 35:19
124:16 273:9,11
273:11
**cuz** 30:7 37:3 50:6
54:2 79:7 99:15
112:5 129:2 256:8
308:9 316:25
354:22 357:10
367:1
**cv** 1:5

**d**

**d** 1:15,18 5:1
10:10,11,12
351:10
**daily** 44:9,9,23
51:7 52:4 60:15
61:8 85:4 86:14
127:15 140:20
141:19 153:9
174:22 203:9
232:8 299:13,15
**damage** 310:25
**damages** 317:19
**damn** 341:25
**dark** 73:10
**dart** 1:7
**date** 9:21 22:20
58:1,19 73:14
133:23 151:6,13
164:14 167:11
169:11 170:15
172:3 197:20
198:17,24 223:3,5

223:5,8 259:15
278:20 286:19
290:16 318:16
326:18 327:13
333:18 356:23
375:24 390:8
391:3,9,19 392:3
392:13,25 393:20
393:25
**dated** 149:6
159:16 174:7
202:20 264:18
278:8 280:13
282:14 286:13
327:9
**dates** 159:4 210:2
210:8 211:12
238:13 239:4
240:8,12 241:6
372:24 373:3
375:25 376:3,25
377:3,25
**day** 22:21 30:7
37:4 38:19 39:9
44:24 47:1 51:9,9
60:3,6 68:18,19
94:21 103:2,13
131:11 141:22,22
163:5 166:21
175:24 176:19
198:12 201:10
203:19,21 205:4,9
223:12 234:18
264:7,8 268:18
273:18 274:16
279:12,18,23
281:6,22 284:3
294:17,20 296:7
299:17 316:9,10
324:7 330:3,4
334:3,7 337:23

347:12,15 348:17
353:22,25 357:24
357:24 366:16
370:4 376:11
389:4 391:16
392:22 393:22
**days** 30:17,23
38:22 39:14 47:8
50:5 51:9 61:20
62:24 68:5,16
84:23 118:2
140:25 223:15,19
235:6 272:9
273:25 277:17
347:3,15 378:22
378:23 390:18
**dead** 243:2 262:2
339:1 340:1,18
341:6
**deal** 148:1
**dealt** 340:3
**dear** 390:10
**death** 242:14
249:12 355:18
**deb** 7:18 88:19
105:15 112:21
387:12
**debbie** 387:3
**debra** 2:3 388:5
389:8
**decade** 14:2
**december** 9:22
153:6,18,19,21
155:8 189:17
234:10 267:4,16
267:19
**decide** 89:11
**decided** 20:3
97:17 133:4
223:19 252:17,19
374:9,18,23,25

375:12
**decides** 98:13
**decision** 20:23
116:4 158:11
236:8
**decisions** 86:1
95:15
**declared** 339:9
**decree** 14:2,6,15
14:22 15:2 136:13
136:14
**deed** 391:14
392:20
**deemed** 390:19
**defendant** 276:10
283:6 285:25
286:6 319:20
365:23
**defendants** 1:19
2:2 3:13,20 4:7
49:2 75:19 317:25
320:14
**defer** 86:10,17
88:5 95:22,23
96:6,7,10,13,22
97:5,20 98:6,15,21
**definitely** 168:21
254:21
**definitive** 296:25
**degree** 23:9
**delay** 152:17
203:9 205:3
310:24
**deliberate** 16:12
227:8 253:14
315:10,18,23
316:4,23 317:12
317:20 318:11,21
318:25 319:9
**deliver** 192:13

**denial** 224:12
**denied** 54:21
  125:8 155:24
  157:7 212:22
  346:2
**dental** 15:22 17:22
  139:21 312:7
**denying** 152:2
**dep** 8:5 11:4 105:9
  112:3 150:3 195:5
  239:24
**department** 14:24
  16:11 24:25 40:11
  113:23 339:24
  390:22
**departure** 282:18
  282:23
**depending** 26:17
  310:5 324:11,18
  337:22 351:9
  352:8
**deposition** 1:21
  2:1 6:14 10:24
  15:3 18:18 81:23
  82:6 147:10 218:5
  261:8 387:20
  388:12,18,19
  390:8,11 391:1,3
  392:1,3
**depression** 170:5
**describe** 71:8
  210:23 238:12
**described** 27:3
  28:5 70:13,15
  148:1 294:5
**describing** 231:18
  256:20 350:24
**description** 5:13
  72:10 237:25
**designed** 112:22

**desk** 32:22 37:4
**despite** 236:25
  324:1
**detail** 287:12
  305:7
**details** 242:8
  269:24
**detainee** 20:1,12
  21:9,12,23 24:24
  36:3 46:9 303:8
**detainees** 53:4
  63:16 80:7 115:8
  118:25 121:5
**determination**
  238:25
**determine** 87:13
  104:9 146:23
  180:23 314:2
**determined** 126:8
  135:17
**develop** 234:19
**developed** 84:9
  284:13
**devore** 3:9
**devoreradunsky....**
  3:12
**diabetes** 40:25
  41:16,20 42:1
  61:9 84:7,9,14,17
  266:24 297:15,21
  297:22 360:22
**diagnose** 244:10
  270:4
**diagnoses** 384:15
**diagnosis** 41:4
  104:22 106:16
**diary** 348:24
**die** 330:12 341:16
**diet** 41:11 135:16
  135:17

**difference** 50:17
  50:18 254:9,10
  318:14
**different** 23:13
  32:15 48:11 49:2
  49:3,17 50:11
  53:7 61:24 63:5
  66:5 67:11 68:1,3
  68:15 72:23,23
  92:1 95:4,5
  120:11 123:10
  136:11,25 162:20
  162:24 167:16
  212:24 214:18,19
  214:19 233:21
  234:5 250:1
  265:17 279:13
  281:10 282:1,16
  283:2 288:4 306:3
  306:6 307:20
  316:16 348:15
  351:12 358:21
  368:23
**differently** 19:6
  125:2
**difficult** 111:23
  217:8 378:6
**difficulty** 304:18
**digging** 272:25
**digital** 65:23
**digits** 9:24
**direct** 80:18 81:4
  285:19 289:4
**directed** 232:10
**direction** 388:15
**directly** 389:1
**director** 1:9,10
  47:1 49:21 62:21
  311:15
**directs** 62:22

**dirty** 19:3
**disagree** 57:2
  95:20 201:14
  285:16 373:2
**disagreed** 116:8
  117:6
**disagrees** 198:7
**discharge** 285:3
**discomfort** 302:22
**discontinue** 88:4
  109:25
**discontinued**
  110:1
**discovery** 11:16
  59:23 317:21,25
  318:18
**discrepancy**
  201:14
**discretion** 88:6
  89:10 95:15 97:14
  97:15,15 110:18
  111:2 146:12
  180:25
**discretionary**
  146:20,23
**discuss** 148:3
  160:24 264:25
**discussed** 311:25
**discussing** 15:13
  139:4
**discussion** 229:5
**disease** 33:25
  125:10 151:16
  209:22 224:3
  225:8 229:23
  360:21
**diseases** 182:13,14
  182:15 298:17
**disgusted** 293:12
**dishonesty** 22:8

| | | | |
|---|---|---|---|
| **dismissal** 19:16 | 282:10,11,15,24 | 246:1 249:21,24 | **documentation** |
| **dismissed** 17:6 | 283:1,3,20,22 | 250:3 252:6,16 | 171:3,4 370:19 |
| **disorder** 383:8,9 | 284:18 285:13 | 254:10 262:6,8,12 | **documented** 66:25 |
| 383:13 | 286:3 291:21 | 263:19,24 264:3 | 172:8 228:25 |
| **dispensary** 157:15 | 295:11 296:1 | 264:21 265:1,2,13 | 229:21,24 |
| 158:22 329:19 | 300:16 301:2 | 266:7 267:7,9,24 | **documents** 11:3 |
| 330:16,22 | 309:15 319:21 | 268:12 269:8,11 | 277:19 288:15 |
| **dissent** 14:1 | 327:1 331:6,11,20 | 269:12,12 270:17 | 289:20 377:9,15 |
| **dissipating** 366:10 | 331:22,23 333:4 | 270:18,22 310:22 | **doing** 6:20 8:16 |
| **dissolves** 127:10 | 337:10,11,17,18 | 360:9,23 361:12 | 17:2 33:14 34:17 |
| **distinct** 298:24 | 339:4,21 342:18 | 362:8 380:24 | 37:8,9 41:9 70:20 |
| **distorted** 363:18 | 342:19 343:11 | 381:1,18 385:13 | 71:22 84:8,13,13 |
| **distracted** 292:6 | 350:1,24 351:1,3,4 | **doctor's** 85:8 | 107:23 117:1 |
| **distribute** 53:11 | 351:23 353:6,7,17 | 97:15 134:9 | 150:18,19 158:15 |
| 80:7 | 365:8 366:6 | 135:11 232:11 | 177:20,24 178:21 |
| **distribution** 13:12 | 378:18 | 267:18 | 179:10 180:9 |
| 28:8,15 45:12 | **divisional** 130:3 | **doctors** 69:2 83:23 | 217:2 221:23 |
| 50:14 52:2 59:25 | 224:2 | 83:25 85:15 86:2 | 246:14 250:14 |
| 83:24 104:3 | **divisions** 63:14 | 86:10 87:13 90:11 | 251:14 272:4,10 |
| 135:23 137:3 | 68:1 204:21 | 92:11,11,14 94:5 | 272:23 273:5,6,7 |
| 140:6 236:21,22 | 349:21 | 94:14,22 95:14 | 273:13 293:5,11 |
| 269:9 270:20 | **doc** 303:10 | 96:24 97:12,21 | 316:13 323:19,20 |
| **district** 1:1,1 | **doctor** 13:23 29:4 | 98:11,24 103:24 | 363:10 369:22 |
| 317:3 | 40:22 41:19 42:2 | 104:2,19 110:2,17 | **dollars** 274:4 |
| **div** 330:17 | 42:20,20 47:2 | 111:1,16,19 113:9 | **door** 47:23 67:19 |
| **divide** 67:15 | 51:14 62:4 64:5 | 113:10 130:10 | 73:21 77:5,10 |
| **divided** 351:11 | 65:20 66:7,13 | 134:8 146:18,21 | 78:7 109:2 296:19 |
| **division** 1:2 32:10 | 74:16 79:19 85:2 | 161:11 213:2 | 296:21 301:24 |
| 33:5 63:4,9,13,13 | 85:7,9,18,19 86:2 | 226:1 229:25 | 302:16,18,19,20 |
| 63:16 64:16 67:10 | 86:5,17,19 87:3,10 | 237:13,15 246:22 | 308:8 324:16 |
| 67:10 69:19 71:9 | 93:1 95:21,22,25 | 254:11 265:17,24 | 325:1,13 329:9,9 |
| 76:1 80:23 81:1 | 96:3,7 97:3,6,17 | 266:17 267:20 | 336:10 350:7,13 |
| 83:6 119:19,19 | 98:7,9,12,15,16,21 | 268:4,6,19 269:18 | 358:10 381:1 |
| 120:6 130:13 | 130:17,18 132:19 | 270:5 374:16 | **doors** 358:8 |
| 174:20 176:19,19 | 133:6,10,18,21 | 375:11 377:3 | **dosage** 85:4 126:1 |
| 176:20 178:12 | 134:2,5 135:10,13 | 379:18 | 127:11,12 |
| 192:7 195:23,23 | 139:20 160:19 | **document** 159:20 | **dosages** 126:8 |
| 202:3 203:8 204:8 | 162:17,19 172:12 | 166:22 191:9 | **dose** 14:13 61:4 |
| 210:1 237:20 | 224:12 244:7,10 | 193:23 286:2,25 | 136:20 153:10 |
| 240:14 279:1 | 244:16 245:3,4,13 | 288:13 289:6,16 | 232:8 362:13 |
| 280:10,10 282:9 | 245:18,19,20 | 344:22,23 | |

doses 60:23
downtown 272:14
doxazosin 110:10
dozen 267:10
  279:11,13 349:5
  378:13,15,20
dozens 139:14
dr 266:18,21,22
  267:2 268:11
  372:9,13,18
drink 40:14
driver's 10:5,7,9
  10:15
drugs 42:6 119:9
  120:7 221:14,17
due 115:10 152:8
  157:21 160:21
  172:9
dukes 1:3,22 2:1
  5:3,15,16 6:3
  10:19 12:21 16:23
  19:24 24:13
  118:20 147:10
  149:23 216:21,22
  254:13 275:20
  277:23 283:14
  285:7 287:7
  288:16,17,18
  289:4 309:2
  319:18 322:9
  324:5 326:4
  336:22 367:25
  369:21 385:2,21
  387:2,7 390:6,8
  391:3,4,9 392:3,4
  392:13 393:20
dull 305:8,13
duly 6:1,5 388:10
dummy 356:2
dunmars 1:17

duplicative 220:8
  220:12,13,14,23
  221:2
duty 272:10
dysfunctions
  268:15

**e**

e 1:12 3:1,1 4:1,1,7
  5:1 9:16 50:2
  153:15,15 169:18
  175:5 265:25
  266:3 285:12
  319:22 351:10
earlier 11:2 27:4
  28:5 61:13 63:20
  82:8 89:15 90:8
  99:20 100:12
  131:13 135:21
  138:4 164:23
  166:2 185:6,22
  193:9 208:3
  220:11 229:4
  232:21 248:16
  255:25 286:12
  301:22 310:21
  311:1 322:10
  340:21 342:11
  348:23 355:19
  363:1,19 367:4
early 74:10 164:16
  324:11
easier 112:14
  277:13
eastern 1:2
easy 242:22 247:6
  291:19
echo 262:20
echocardiogram
  261:15,25 264:14
  264:15

echocardiograms
  51:19
educated 133:11
education 23:8
educational 23:2
effect 330:15
  331:7 332:14
effectively 152:2
effects 121:15,22
  122:5,11 160:21
  160:24
effort 291:11
  292:1,19,25
  293:21
efforts 314:6,15
eight 33:24 36:13
  36:14 135:7,14
  141:11 148:3,21
  243:7,13,14 244:3
  268:18 274:16
  310:17 349:25
  350:2 358:6
either 29:8 49:3
  133:23 148:20
  227:24 255:10
  256:14 260:9
  291:5 293:23
  312:10 345:12
ekg 51:25 64:12
  65:19,21,22 66:12
  95:17,21,22 96:1,4
  262:1,12 263:3
  265:3 267:24
  268:8,14
ekgs 63:21,23
  64:10 65:14
  246:23 267:11
eleanor 283:16
  285:8,11 291:12
  292:11

electronic 90:16
electronically 50:2
elements 315:9,20
  316:23
eliminate 118:5
eliminated 118:6
else's 354:25
email 390:17
emblem 328:2
embroidered
  300:20 301:2,8,9,9
  301:10
emergencies 50:14
  340:13
emergency 13:13
  26:17,18 44:6
  45:3,4 74:7 75:14
  77:2 114:1 117:25
  118:1 127:1 137:3
  137:25 154:20
  159:24 170:18
  175:5 182:10
  186:3 190:19,22
  191:14,18,23
  208:16,23 209:4
  248:9,11,15 249:4
  249:4 278:24
  328:4,9,15,18,19
  338:2 339:10
  340:2 356:10
  367:22
emotional 308:7
  308:19
employed 271:19
employee 388:22
  388:24
empty 30:21
enclosed 390:11
ended 247:12
endocrinologist
  41:17,25

**ends**  10:12
**endure**  232:14
**english**  27:11
  274:17
**entered**  392:9
**entire**  129:10
  141:2,8 206:16
  243:15 249:19
  381:8 391:5 392:5
**entirely**  104:5
  298:10
**entitled**  2:2 21:16
  55:25
**entry**  303:7
**environment**
  134:22
**episode**  36:20
  76:20 132:12
  135:4 155:20
  158:19 237:10
  243:9 244:11
**episodes**  129:1
  135:9,14 155:19
  155:21 232:15
  248:14 310:14
**er**  330:16 331:2,10
  331:25 332:18
  333:5
**erickson**  3:3 5:8
  12:10,15,20 16:23
  19:17,23 24:13
  43:4 57:11,15,19
  77:19 82:9,13,25
  88:8 89:20 91:4,7
  96:15 97:25 98:17
  99:9 101:23 105:6
  105:12 109:7
  111:4,7 112:8,13
  113:1,5 116:11,13
  118:9,20 120:22
  121:16 123:16

124:13,19,22
135:25 136:18
137:6 145:7,10,16
148:10,14 149:14
149:19,24 159:12
167:8 168:1,3,5,12
168:17 173:25
177:21 179:1,16
180:11,15,17
183:4,10 198:25
199:6,11 213:21
213:25 214:4,9,12
214:20 216:21,25
217:24 218:24
224:20 234:14
251:15 252:20
253:18,21 254:2,7
254:13,16 260:12
275:24 278:2
280:17,19,23,25
321:22 322:2,8
332:9,11 336:4,5
344:1,5 356:18,21
356:22 368:3
375:14 377:5,8
382:6 383:15,19
384:25 385:9,14
385:17 386:25
387:7,17,19 390:5
**errata**  390:13,18
  392:7,10,18 393:1
**escalating**  230:22
**escort**  58:6 80:11
  337:12 358:1
**escorted**  280:9
  294:22 312:6
**escorting**  58:5
  358:12
**especially**  31:12
  74:20 122:22
  313:17

**essentially**  28:16
**established**  335:7
  385:11
**evaporates**  343:4
  343:5
**evaporation**  152:9
**evasive**  253:2
**event**  74:11 171:5
  374:14
**events**  66:21
  134:10 245:16
  377:25
**eventually**  130:24
  131:6 332:23
**everybody**  82:22
  168:25 230:9
  242:19 254:23
  284:21 342:23
  354:3,5
**everybody's**
  318:15
**evidence**  20:5,21
  377:9
**evidently**  178:4
  264:2 386:21
**exact**  38:17 63:24
  73:14 111:14
  317:8,10 372:24
**exactly**  7:17 72:15
  84:21 104:7
  122:20 144:21,21
  149:18 177:3,6
  186:23,24 187:1
  220:12 244:23
  245:25 247:3
  315:24
**exam**  89:14 263:3
**examination**  5:4
  6:7 34:18 276:7
  283:12 309:4
  319:14 320:12

322:7 368:8
384:24 386:8
388:9
**examine**  32:4,18
**examined**  6:5
  250:9
**example**  312:20
  332:13 351:15
**excavator**  273:1
**excess**  14:17
**exchanged**  11:16
**excuse**  61:5
  118:13 205:5,6
  375:6
**excuses**  62:2
  358:19
**executed**  392:10
**execution**  391:14
  392:19
**exercise**  41:12
  268:17
**exercising**  267:21
  267:25 268:7,16
**exhibit**  5:13,14
  75:11 147:6,11,25
  288:16,17 289:1
**exhibits**  5:12
**expand**  286:24
**expect**  60:13 93:5
**expectation**
  337:19
**expected**  117:22
  117:25 290:25
  298:2,4
**expecting**  61:7
  84:3
**experience**  24:1
  35:5 70:17,22
  96:25 265:14
  315:6 386:18

**experienced** 36:20
37:24 131:20
304:11 310:14
322:11
**experiences** 125:6
**experiencing**
169:19 322:13,23
332:14 364:21
365:1,24
**expert** 95:24 121:9
**expertise** 87:16,18
96:25 97:18
386:14
**expiration** 391:19
392:25 393:25
**expire** 133:5
**explain** 13:18 29:4
32:21 50:10 82:5
117:2 162:25
166:7 248:6 329:2
329:6 335:18
346:7 357:23
**explained** 29:18
50:16 52:3 58:17
115:6,14,18 133:7
155:25 171:17
176:9 206:9
301:21
**explaining** 187:3
**explains** 369:5
**explanation** 67:7
97:4 108:5 112:24
113:2 117:4 171:9
171:15 187:14
204:25 205:2,8
239:23 375:6
**expressed** 108:23
**extra** 308:13 349:4
349:7
**extremely** 7:19

**f**

**f** 339:14 351:10
**face** 54:23 72:2
238:16 241:14,14
242:6 257:17
276:15 295:19
**facebook** 356:4
**faces** 75:22,25
78:13 307:15
**facilities** 42:13
**facility** 42:21
68:22 84:1 205:11
**facing** 99:16
312:11 350:8
**fact** 76:25 157:21
266:2 287:15
306:16
**failed** 232:7 291:7
297:3,9 298:1,3
**failing** 319:5
**failure** 268:22
303:1 310:23
**fair** 7:10 8:13
59:21 67:23 70:19
79:24 95:17 142:9
168:16 180:22
199:7 285:18
286:5 289:17,22
289:25 290:4,19
297:12 298:7,12
299:14 301:15,18
302:23 304:2
305:1 308:23
319:25 385:13
**fall** 268:8
**fallen** 40:6
**false** 228:12
**falsehoods** 229:18
**falsified** 213:5,14
215:4,16,23 226:6
227:15 228:3,4,8

229:7,14 230:24
231:6 268:1
**falsify** 226:20
**falsifying** 210:12
226:2 227:5 236:2
**familiar** 16:8 29:1
315:19 316:5
319:6
**family** 35:17 36:5
36:16
**far** 13:25 26:20
29:24 30:25,25
31:9 43:21 52:2
70:21 92:14
101:19 102:11
103:20 142:11
173:20 189:16
237:3 241:2
291:14,25 292:18
293:25 301:13
304:11 307:5,23
307:25 308:17,19
315:22 317:7
324:4 331:15
352:9 379:15,19
381:7,18
**farther** 290:17
**fast** 22:23 168:8
168:20 309:7
**faster** 81:24 82:6
112:12 150:6
**fatal** 152:19
**fatigue** 38:1
**favor** 81:23
**fax** 49:25 50:1
**fear** 375:3,18
**feared** 251:19,20
251:25 253:6
**fearful** 323:12
**february** 128:16
164:3 218:20

219:15 220:1
261:4 263:14,22
264:10 286:13
287:7 289:14
291:4 389:5 390:4
**federal** 2:7 14:9,23
15:9,12,18 18:2
136:2 137:16
138:23 288:8
**feel** 81:2 161:13
247:1 256:24
341:3,14 372:21
381:10
**feeling** 134:14
252:7 332:6
**feels** 134:13
181:20
**feet** 110:16 175:4
177:6,10,15,18,19
186:2 272:21
358:6,6
**felonies** 22:7
**felt** 36:24 85:11
87:21,23 246:17
251:13 308:7,10
308:10,14 341:25
341:25
**female** 72:7
226:13 238:3
311:16,18
**fenced** 351:7
**fenofibrate** 224:11
234:17
**fiber** 232:6
**field** 386:15,18
**fight** 160:4 194:15
194:16
**fighting** 37:17
**figure** 21:10
197:23

**file** 19:7 26:25
27:5 30:19 56:1
56:14 103:8
104:25 105:23
106:13,17 145:4
203:12 204:3
222:10 229:1
235:20 277:10
311:13 315:20
347:6 348:20
370:20
**filed** 13:4 15:8,11
15:18 16:3 17:5
17:20,25 18:4,10
18:16,22 57:2
58:13,14 103:17
106:10 143:8,11
143:16,22 148:2,2
154:7 163:12
200:9,10,24
202:11 203:6
204:12 219:14,16
219:25 220:1,2
222:21 235:19
283:5 295:18
315:8,13,18
316:18,22 317:13
317:16 318:21,25
319:8 376:24
**files** 253:13
**filing** 16:9 293:2
315:6
**fill** 13:24 26:14
28:10,16,20 29:2
30:4 31:7 53:19
55:5 140:23
162:15 208:5
220:24 326:13
327:13,20 328:3
333:24 344:21
345:25 349:8,19

**filled** 165:13
166:22 218:9,17
224:8 227:12
228:23 287:8
289:13,16,19
326:12,24 327:7
329:3,7 333:25
334:2,11,12 345:3
368:15 371:8
**filling** 31:1 197:24
229:14
**finally** 223:19
281:15 330:19
**find** 65:22 133:17
133:23 142:22
224:10 226:12
247:16,17,21
280:22 289:21
311:24 339:1,16
352:22 356:5
358:15 373:16
379:8 390:11
**findings** 265:3
384:15
**fine** 17:2 35:21
82:21,24 106:23
117:17 187:25
188:18 196:8
215:23 254:22
275:24 276:1
287:3
**finish** 7:23 112:14
189:2,3 199:4
204:17 260:21,23
307:3
**fire** 339:23
**firm** 18:9
**first** 6:5 8:13 20:4
20:20 25:25 26:1
31:20 32:3,17
33:13,16 36:19

39:21 90:24 91:15
96:19 103:7
112:16 135:7
138:22 147:18
158:19 165:15
199:18 216:4
243:25 244:6
245:1 262:4
264:19 267:3,19
275:18 290:1
297:2 300:23
303:15 326:25
357:14 362:13
366:9 375:22,23
**firstly** 326:11
**fisted** 75:15
**five** 15:12,17,20
15:21 39:7,14
82:10 128:23
129:22 223:15,18
242:3 254:7,14,18
260:13 272:22
275:15,24 276:2,3
310:17 321:22
324:22,22 337:4
339:13 352:16
358:21 367:10,14
378:14 379:1
**fixed** 275:11
**flip** 343:20
**flipped** 54:8,10
**flipping** 165:7
168:8 218:24
344:11
**floating** 279:18
**flooding** 372:21
373:7,10,13
**floor** 9:17 131:4
322:25 323:6,8
325:12,18,21
336:20 338:13

351:12
**floors** 351:13
**florida** 23:4,5,8,16
23:23
**focus** 92:3 150:3
286:25
**focused** 355:3,4
**fold** 30:14 141:12
141:16 233:3
**folded** 26:9 159:24
233:7,18 367:15
**folding** 26:4,6
**folks** 90:9,10,20
92:9
**follow** 26:25 29:24
89:18 160:22
161:2,12 162:6
163:15 164:18
219:24 232:11
263:11,13 264:12
264:13 319:16
**followed** 67:4
90:23
**following** 44:4
49:5,7 66:12
105:11 114:12
117:9 139:3
218:18 236:4
372:19 373:10
374:17
**follows** 6:6
**food** 349:6,18
**foot** 22:25 323:8
**forbids** 115:8
**forced** 220:24
**foregoing** 388:12
391:13 392:18
**foreign** 274:7
**forget** 85:19 127:5
**forgot** 191:23,24

**forgotten** 315:5
**form** 13:24 28:16
  28:25 29:2 30:4,5
  31:1,7 55:5 109:7
  123:16 127:4,7
  140:23 162:16
  173:25 190:9
  191:9 208:9
  227:12 286:13
  289:12 327:21
  328:14 333:24
  346:12 348:20
  349:15
**formal** 28:23
  70:23 139:12
**formed** 264:22
**forms** 140:21
  141:21 164:13
  224:10 227:14
  287:9 347:8,10,19
  353:12
**forth** 24:9 25:5
  77:7 111:19 253:2
  255:7 304:1
  316:12 342:11
  348:12 365:7
**forty** 36:21
**forward** 390:15
**forwarded** 46:23
  91:12
**foster** 1:13
**found** 15:15,17,21
  15:23 59:23 66:7
**four** 9:24 15:11
  17:21,24 30:17
  36:21 44:17 47:8
  52:1 61:20 64:1,5
  84:22 85:3 98:2
  125:13 126:2,18
  129:19,19,20,25
  267:14 272:21

337:4,5 343:13
  350:15 351:12,12
  352:16 358:7
  366:2 367:10,14
  374:5,9
**frame** 25:7,8,10
  25:19 105:7 108:4
  196:23 278:14
**francis** 126:11
**fraud** 22:8
**free** 20:6,25
  391:14 392:20
**frequent** 155:17
  155:19
**frequently** 39:11
**fresh** 361:9
**fri** 209:14
**friday** 347:23
  348:11
**friend** 133:14
**friendship** 284:13
  284:15
**front** 27:24 74:23
  74:23 76:8,11
  77:1 207:5 233:18
  233:23 326:5
  329:16 336:8
  342:21 349:24
  350:5,6,16 357:3
  358:8 367:18
**frozen** 8:18
**frustrated** 218:1
**frustrating** 62:14
**full** 30:13 48:6
  141:5 180:20
  234:5 286:15
  318:16
**fungus** 323:9
**funny** 22:16
  111:11,15

**further** 171:4
  228:24 230:10,20
  309:1 310:25
  319:13 368:5
**future** 151:19,21
  192:10

**g**

**g** 210:5 351:11
**galindo** 1:14
**gall** 15:24 34:5
  297:15,17
**games** 37:6
**gang** 284:23
**gangs** 284:25
**ged** 23:6,8
**general** 23:9 26:19
  28:20 32:7 41:21
  189:10 238:11
  252:6 260:20
  266:9,25 269:20
  269:23 299:13
  321:15,16
**generally** 26:11
  48:7 84:3 291:23
  291:24 311:25
  363:17
**gentleman** 299:24
  300:3
**getting** 12:7 26:19
  43:23 91:17,25
  118:17 155:16
  171:16 180:5
  188:3,7 194:18
  197:1,22 205:3,3
  205:13 236:1
  240:10 241:9
  248:8 249:17
  253:1 254:4
  257:23 265:8
  288:7 292:22
  294:2 298:13,14

299:9 301:20
  302:6 313:14
  359:1,6 360:4
**gig** 272:5
**give** 7:24 14:12
  18:18 22:19 26:2
  27:15 29:7 33:4
  44:23 51:6 52:5
  54:3 55:16,24
  58:2 59:21 62:2
  63:24 72:4 73:14
  75:25 76:5,10
  77:8 78:4 80:11
  80:12 84:22 95:16
  107:2 108:21
  109:1,11 113:1
  116:22 120:6,9
  121:6,8,11 124:1,6
  124:8 129:2,16
  130:2,6 136:8
  137:2 147:2 150:4
  152:3 168:15
  175:5 186:3
  194:21,25 204:5
  208:4 209:17
  212:10,25 218:25
  233:4 234:24
  237:9,21,24
  241:19 247:5
  257:19 259:21
  268:22 284:18
  300:9,12,13
  309:25 310:15
  312:2 313:11,18
  324:10 331:3,5
  345:13 346:18
  349:20 358:16,16
  358:19,25 361:9
  362:3 366:12
  378:3 381:19

**given** 6:14 22:2,3
29:8 43:21 60:14
67:24 78:14 80:13
80:14 90:3 103:2
103:3,4,4,5,13,22
106:17 108:5
116:3 120:9 125:9
126:22 127:4
152:15 169:24
192:24 193:13,19
194:1 210:7,10
211:3 233:15
236:16 268:24
316:19 332:12,15
363:24 367:8
373:25 388:17
**gives** 65:19
**giving** 52:22 77:22
84:16,20 85:3
86:15 87:24 109:5
122:25 179:23
193:9,11 194:13
209:16,21 252:6
**glad** 9:6
**glass** 71:21 178:13
336:15 350:6,12
350:12 358:8
363:16
**glassed** 336:9
350:7,8 354:22
360:7
**glasses** 148:7
**glorified** 254:12
**glucose** 41:10
**glycerin** 53:22
113:16 129:18
130:23 133:13
366:8 373:20
**go** 6:24 10:18
12:20 19:19 20:6
20:25 21:4 23:3,7

24:8 27:10 28:16
30:25 31:19 33:3
46:5,16 47:20,21
47:21 48:10 49:22
49:23 50:5 51:4
51:14 54:23 57:9
57:17,17,22 60:24
67:14,16 69:20
72:2,19 75:11
80:11 81:13,23
84:1,21 91:10,20
95:25 96:22,23
97:3,16,21 98:5
104:19 107:9,13
112:3 125:22
130:24 131:6
132:25 133:22
140:22 147:13
149:18 157:1,15
158:11 169:18
174:6 205:24
209:9 214:11,13
216:25 218:21,22
226:23 227:3,4
229:8 247:16,21
248:14,18,19,22
248:24 249:3,20
250:15,24 251:2
252:1,15,18 253:4
253:11,20 258:2
259:22,24 263:20
263:21 269:18
276:22 277:17,21
280:5 284:3
293:13 295:25
296:6 300:2 304:1
305:24 308:12
311:2 312:7
313:24 324:21
325:13 326:1
329:17,18,21

330:23 331:12
332:17 333:17
334:25 336:6
341:12 343:22
347:5 348:12,15
348:18 350:11,12
351:13,14,15
353:13 357:19
358:23 360:19
361:14 362:1,5
363:15 372:6,8
374:18,19 386:10
**god** 8:16
**goes** 9:10 24:11
25:21 66:4 149:23
159:15 178:12
223:14,15 339:13
**going** 6:20,24 7:21
7:22,23 8:5 19:21
22:17,18 24:19,20
28:23 32:5 35:16
46:20 51:21 66:8
82:11 94:20 96:7
96:8,9,13,22,22,23
97:3,5,20,21,22,22
98:6 105:11
107:11 114:9
117:13,15 133:17
140:9 143:1
144:22,23 147:5
147:13,19 148:17
148:18,20,21
149:17,18 158:18
158:20 160:8,9,17
167:15 168:20,22
174:6 177:8 183:8
187:19 188:16
194:7,17 195:3
199:1,12 211:13
213:1 217:3,4
218:21,22 219:23

223:18 225:25
230:8,10,12,15
231:12 236:1,4
237:16 239:25
245:15 248:8
249:6 250:7,21
251:11 252:18,21
253:1,6 254:8
255:16 263:25,25
264:2 270:18
275:14 277:20,21
294:21 296:23
305:15 308:13
312:8 313:20
323:9,20 325:2,24
327:18 329:18
330:12 338:8
341:5,16 342:1,11
350:23 353:11
355:4 356:8
368:10,21 369:21
371:25 387:5,11
**good** 9:10 31:4
82:22 132:10
182:1 243:4
254:24 283:14
287:3 315:5
366:10
**gotcha** 46:13
288:10 290:13
296:9 298:19
301:13 306:11
307:18
**gotten** 110:12
**government** 14:9
14:24 136:2
137:17
**gp** 266:8
**grab** 75:12
**grabbed** 76:8

graph   290:23
great   8:23 11:24
  25:23 82:15
  145:17 178:6
greater   123:14,19
  178:2,9
greatest   322:11
green   1:17
grievance   26:20
  26:25 27:5 54:16
  55:20 56:1,14,18
  56:22 57:2,25
  58:14 103:8
  104:25 105:24
  106:14,17 140:16
  141:25 149:5,22
  150:9 151:11,15
  152:22 153:17
  157:5,25 159:9,14
  159:24 160:14,16
  162:5,14,25 165:5
  166:8 167:4,6,17
  167:18 168:25
  169:2 171:3
  175:13 182:22
  183:12 184:22
  185:22 186:1,7,22
  186:25 187:12
  188:4,14 189:17
  190:9,12,18,23
  191:9,10,14,18,18
  191:21,24 192:5
  192:20 195:10
  196:10,11,18
  198:13,13 199:16
  200:5,9,10,11,18
  200:24 201:4,5,17
  201:18,20,23
  202:1,11,14
  203:13 204:4,13
  204:19 206:1,3

208:6,9,17,23,24
209:6,11 210:3,21
211:9,15,18
212:15 213:7,11
214:7,16,17,18
216:5 218:19
219:2,6 220:3,5,11
221:7 222:17,21
223:1,3,6,12 225:6
231:14,18,23
233:2 235:19
236:6 240:17,22
277:22 278:7
279:14 280:13
282:12,13 283:6
286:13,19 287:9
290:4 291:14,24
293:2,12,18
295:18 311:25
313:2 314:4,10,21
326:11,12,21
327:21 328:15,16
328:18 329:4,7
330:7 334:1 335:8
342:13,14 345:12
346:1,8,12 347:6
347:19 348:20,21
349:15,19 356:11
365:25 366:7,22
366:22 369:10
371:2
grievances   5:14
  11:12,15,25 13:3
  13:20 22:1,2
  30:10 103:17
  104:14 106:10
  139:11,13 140:4,8
  140:13,19 141:21
  142:3,9,15,19,23
  143:3,7,11,15,18
  143:22,24 144:7

144:15,24 145:3
145:23 147:5,8,20
148:2,4,22 169:6
188:17 189:9
197:25 235:20
236:11,17,19
237:3 238:14
239:5 243:6,10,16
243:19 276:23
277:10 282:8
314:25 328:4
335:5 344:21
368:11,25 376:14
376:18,24
grieve   142:16
  144:5 223:19
  299:4 346:4,6
grieved   142:15
  144:3 171:16
  192:6 193:8
  237:14 238:13
  299:4 346:4,5,6
grieving   176:2
  193:11,13,16
  194:1 196:25
  240:18
ground   310:7
  323:16 331:13
  341:4,15
group   147:6,25
  288:22 289:1
grudge   56:8
guard   26:17,18
  28:9 47:23 83:19
  114:20,20,23
  117:10 296:6,7
  303:23,23
guards   28:15 30:3
  49:24 115:4
guess   18:13,14
  19:5 20:17 25:24

27:17 34:10 43:11
  107:9 193:18
  204:2 228:23
  233:4 331:7 364:6
guessing   203:22
  266:1
guidelines   138:6
guilty   20:6
gut   96:23
guy   81:9 243:4
  256:7,9 281:12
  303:21 339:5,25
  353:9 364:6
guys   49:23 275:21
  293:15 349:2
gym   268:17

## h

h   9:16 153:15
  210:4,6 240:14
  351:11
hair   72:11
half   21:20 26:9
  28:12 33:7,11
  36:14 37:19 38:21
  46:3 52:13 59:11
  82:17 115:4 128:9
  128:11 141:11,12
  144:8 156:18
  233:3,7,17,17,18
  233:18 239:9,9
  272:20 286:25
  296:2,3,4,4 301:22
  301:23 324:22
  337:6 339:25
  340:21 344:19
  349:25 352:14,16
  352:17 355:18
  358:7 367:15,15
  367:16,16
hall   88:13,25
  312:8

**hallway** 312:5
336:8 354:23
358:1
**hallways** 178:16
**hand** 66:3 75:15
191:8 194:22
239:7 286:19
289:5 302:19
308:8 324:17
325:1,10 389:4
**handbook** 26:2
232:9,22,24 233:1
233:4,13,14,15,24
367:5
**handcuffed**
331:20,21
**handle** 50:14
86:11 306:24
**handled** 26:16
189:9
**handling** 18:7
**hands** 173:9
**handwriting**
151:6,8 152:14
159:20 160:10
169:6,9 174:10
190:2,6,13 202:12
207:14 208:18
222:19,22,25
231:17 277:23
**hang** 57:11 199:8
213:19 258:4
359:24 361:17
**hanging** 54:9
**hangmen** 308:8
**haphazard** 265:9
**happen** 20:22
53:14,16 112:19
122:12 130:23
131:16 133:9
334:5 337:9

360:18,19
**happened** 19:15
31:2 36:22 66:25
117:3 119:4,6,14
132:24 174:18
248:16 264:24
312:21 329:2,6
330:9 331:24
334:6 335:19
337:3 345:19
371:13 376:12,12
376:21
**happening** 113:4
299:7 346:10
**happens** 8:17,19
49:21 114:22
119:15,16 120:13
121:10 131:12,14
133:12 312:24
355:16 365:5
**hard** 31:14 183:9
307:20 349:9
**hardened** 63:15
63:18 119:21
120:1
**harder** 42:6
**harm** 109:5
**he'll** 273:9
**head** 7:4 259:12
**headache** 133:16
256:12,20
**headaches** 256:4
256:14,17,22
257:2,2
**health** 1:9,11
28:24 53:4 79:8
81:12 85:11 86:1
87:25 88:7 94:5
97:2 111:3 120:7
122:17 123:1
134:7 137:25

141:20 162:16
190:19,22 192:10
247:1,13 249:24
252:22,24 257:24
265:19,24 266:12
297:10 298:9
311:7 383:21
384:11,14
**healthcare** 30:5
41:22,22 42:14,15
42:19 51:24 52:15
133:19 140:12
178:19
**hear** 8:18 88:23
215:9 243:3
296:22 326:23
327:23 336:15
375:21
**heard** 58:14 70:1
72:16 73:1,3
310:21
**hearing** 112:15
318:5
**heart** 16:14 17:12
31:13,13 33:25
34:21 35:6 39:17
39:21 43:20 44:4
49:5 50:23 54:2
62:20 64:5,12
65:16,25 66:2,3,4
66:11,15,18,19,22
74:11,15,25 75:7
99:8 108:22
109:14 121:12
125:10 126:10
134:13 151:16,17
151:23,24 170:8
178:4,4,5 179:5,7
181:4,7,12,13,16
181:20 182:12,14
182:15 192:8

199:20 209:22
224:3 225:7
229:23 243:9,17
243:18,22,25
244:4,11,19,25
245:5,15,19,24
246:2,10,13,14,21
247:12,20 248:12
248:20 249:21
250:3 252:3,16,17
256:5,9 257:5
261:17 262:2,4
264:19 269:21
297:5,11 298:17
298:18 305:10,17
305:25 306:4
310:25 311:7
317:2 321:6 323:2
342:8 355:5,6
360:21,23 365:12
365:15 371:20,24
372:6,10,15,19
373:6,12 374:17
374:21 379:5,23
380:3,7,10,14,18
381:4,11,21
382:12 383:19
385:3,21 386:1,5
**heavy** 39:25 238:9
272:10,16,18,19
272:20 326:14
**heck** 339:15
**height** 22:24,25
32:6 72:11 360:4
363:2
**held** 78:5 294:10
**hell** 133:16 256:11
**help** 9:11 26:13
74:15 79:11 81:14
81:15 107:22
108:20 205:25

241:10,20 253:16
257:15,17 271:22
272:4 286:11
314:22 318:18
322:18,19 336:10
336:13 338:15
340:13 349:3
357:11 365:21
**helped** 131:4
158:8 354:24
**helpful** 160:6
168:6 195:4
239:24
**helping** 112:1
178:1,8,24 180:8
247:7,11
**helps** 170:10
**hemorrhage**
340:23
**hemorrhoids**
232:16
**hereto** 388:25
**hereunto** 389:3
**heroin** 42:7
**hey** 104:20 205:24
212:18 232:22
284:24 312:14
**hid** 321:16 356:6
**hide** 206:10
**high** 23:3,5 33:25
224:3,4 225:8
239:9 247:6
266:23 297:21
348:4,7,9 352:18
354:2 360:22
**higher** 23:7
**hindering** 217:22
**hipaa** 78:20
**hispanic** 238:8
240:6

**history** 34:22
36:16 50:23 54:2
62:13 89:9 104:4
151:17 189:8
229:21 245:14
269:19 270:3,6
316:19 336:1
360:22 379:9
381:20
**hmm** 12:16 15:21
15:25 41:15 82:17
128:6 140:18
152:25 188:11
347:24 357:13
367:19
**hold** 44:2 77:1
124:6 157:6
188:24 190:5
191:5,7 211:25
215:8 234:8
237:12 387:11,16
**holding** 50:24
67:15 74:14 77:5
114:24 280:3
282:11,18,19,20
294:23 295:1
309:12 336:9
338:8 357:11
366:17
**hole** 313:22
**home** 308:12
374:19
**homework** 71:23
353:12
**homicide** 19:11,13
20:10 36:15 37:16
**honest** 270:6,10
**honestly** 216:12
216:14 262:23
**hope** 325:25

**hoping** 109:12
**horticulture** 23:19
**hospital** 31:19
44:8 67:6,20
125:18,19,20
248:22 250:8,16
250:19,20 251:11
251:20,22,23
253:6 261:13,21
261:24 262:10,13
263:7 266:11
338:17 340:21
355:12 371:20
372:17 374:4,8,13
374:17 375:1,3,11
**hospitals** 126:15
**hostile** 257:22
359:2,2
**hour** 8:4 52:14
82:16 114:5 134:4
141:22,22 203:9
274:4,5,16,17
279:4 309:14,23
310:2,4 322:14
333:9,10,15
334:16,20 337:21
340:21 343:12
374:6
**hours** 8:6 16:15
50:24 113:17
118:2 131:11
135:22 176:19
192:8 197:1,2,7,9
197:12,14 198:4
199:20 200:9,10
200:14,24 201:3,6
201:13,16,21
202:4,13,16,23
203:1,13 206:4,8
209:13 232:21
273:15,21 274:13

277:17 309:13,20
310:15 322:12,15
322:17 323:13
324:22 335:24
337:6 338:21
341:16 343:13
352:16,17,18
362:12,12 374:5,9
384:23
**house** 42:12 72:24
133:3 275:12
**housed** 33:5 46:11
63:4,12 204:9
205:18 246:3
283:20 316:7
319:23 337:18
**housing** 71:9
**how's** 287:1
**hsrf** 162:7 234:19
**huh** 7:4 133:15
155:2 184:25
186:9 189:12
321:20 345:6
**hundred** 14:10,16
14:17 43:13
**hundreds** 67:24
68:11 119:20
**hurt** 120:20
305:14 306:9
**hurting** 87:24
335:24
**hurts** 74:15
325:21
**hypertension**
209:23 266:23
**hypothetically**
97:14

---

**i**

**i.e.** 232:6
**idea** 70:2 121:13
177:22,25 189:10

**ideally** 337:13
**identification** 10:8
  56:25 291:6
**identified** 148:19
  257:10,14 328:25
**identifier** 290:14
**identifiers** 289:8
  290:12
**identify** 56:18
  58:22 206:2,6
  238:16,17 290:22
  291:5,11 295:7
  305:7 308:3
  312:15,25 313:7
  314:25 317:22
  366:19 367:2
**identifying** 293:23
  300:6
**identities** 55:10,12
  260:8 312:1
  314:16 318:19
**identity** 206:11
  292:2,20
**idoc** 31:17,20 33:2
  91:16 303:9,13
**ids** 54:8 56:4
  312:12
**ignore** 28:21
**ignored** 259:9
  306:15
**illegally** 210:12
**illinois** 1:1,8,8 2:5
  2:9 3:4,11,17 4:4
  10:5 16:10 23:17
  23:22 31:18,19
  40:11 51:18 64:3
  64:3 113:23
  136:16 137:10
  138:9,12 139:3
  288:3,5 388:6
  389:4

**imagine** 8:6
**imagining** 11:6,23
  110:13
**immediate** 74:25
**immediately** 47:23
  50:21 60:21 114:2
  114:21 132:25
  170:20
**implied** 206:1
**importance** 290:3
**important** 6:25
  242:16,19 245:23
**inaccuracies** 215:2
  229:8,18
**inaccurate** 102:16
  213:6 215:16
  227:17
**incarcerated**
  189:7
**inch** 45:15 272:20
  349:25 363:16
**inches** 141:11
**incidence** 52:11
**incidences** 11:11
  24:7 76:17 376:24
**incident** 52:11
  85:17,17 151:7
  169:12 174:17
  198:17 202:21
  207:9 223:4
  242:11 278:8,11
  290:16,16 333:18
  335:18 336:23
  343:7
**incidents** 53:20
  344:8
**included** 165:15
  390:13
**includes** 219:11
**including** 18:1
  29:15 74:5 268:20

300:17 314:12
**income** 275:9
**incompetence**
  224:7
**incompetent**
  192:12
**incorporated**
  392:12
**incorrect** 211:4
  226:2 268:1
**increase** 109:13
**increased** 160:20
**index** 5:12 358:12
**indicate** 171:4
**indicated** 210:8
**indicating** 8:20
  153:5 390:13
**indications** 74:11
**indifference** 12:6
  12:7,23 16:12
  227:8 236:22
  242:20 249:17,18
  253:15 315:11,18
  315:23 316:4,23
  317:12,20 318:12
  318:21,25 319:9
**indifferent** 140:1
  259:10 312:3
  313:10
**indirectly** 389:1
**individual** 290:23
  291:24 298:25
  306:14 324:15
**infection** 304:12
**infirmary** 65:19
  66:9
**inform** 136:23
**information** 26:21
  27:4,19 28:6 29:9
  32:7 57:5,10,25
  71:15 94:4 137:16

195:22 227:2
  265:12 289:21
  293:23 300:17
  326:17,24 361:13
**informed** 37:1
  85:25 245:14
**infrequent** 35:7
**inhaler** 45:3 60:22
  114:3 146:7 152:1
  154:21
**initial** 33:14 65:16
  91:13 92:19
  184:22 300:23
  370:14,14
**initially** 60:7
**initiating** 171:3
**ink** 59:12
**inmate** 16:4 17:24
  26:2 48:5 71:17
  71:19 121:6,11
  125:3 165:13
  180:9 232:8,22,24
  232:25 233:3,13
  233:13,23 289:21
  296:6 319:4
  326:16,17,24
  327:19 338:25
  342:22 346:15
  348:17,17 357:6
  358:13 366:20
**inmate's** 154:16
  159:21 160:10
  164:14 169:7
  174:11 190:1
  219:19 326:15
  327:6
**inmates** 27:1 29:9
  29:15 30:3 43:2,8
  48:9 53:3 56:10
  63:12 70:24 71:7
  80:7 115:8 118:25

119:8,20 120:6,8,9
120:18 121:4
122:22,25 123:6
125:6 137:24
195:22 226:22
233:15 296:22
313:23,24 324:18
336:9,23 337:11
346:18 350:19
357:11
**inner** 350:13
**input** 363:21
**inside** 52:18
281:10 295:12
296:14 303:6
323:11 358:10
**instance** 13:12
28:14 159:1
237:11 312:25
340:17 342:7
344:13,25 345:2
**instances** 135:1
173:14 379:22
**instantly** 127:10
**instituted** 162:21
**insurance** 249:1,2
249:5,9
**intake** 31:23 53:25
92:24 94:10,16,23
126:23 223:25
225:7,16 226:5
227:11,19 228:21
259:24 338:14
359:9 360:25
**intensity** 306:10
**intentionally**
109:4
**interacted** 99:7
240:21
**interacting** 48:21
240:8 241:4

**interaction** 239:1
239:3
**interactions** 239:6
**interest** 87:14
**interested** 311:20
389:1
**interests** 89:11
**interior** 73:21
**interlock** 195:25
197:17 210:5
296:11,14,15,19
329:9 350:13
351:5 354:22
357:25 358:10
**internal** 83:15,18
**interrogatories**
9:15
**interrupt** 21:1
47:20 149:15
168:5 292:16
293:7,8 300:2
307:2
**interrupted** 27:10
47:21 91:8
**interview** 87:20,22
360:6
**interviewed** 89:8
**investigated** 14:10
**investigation**
228:24 230:4,11
230:21 231:4
**involved** 22:4
115:11 366:15
**involvement** 49:4
**involving** 22:8
**ipad** 286:15
**ipod** 364:8
**irrelevant** 19:18
43:4 111:7
**ischemia** 66:1

**ischemic** 65:25
**ish** 72:9
**islam** 274:22
**issue** 9:2 14:2
17:11 28:14 81:12
117:19,21 118:5
118:14 121:12
125:3 135:18
164:13 165:5
170:17 174:2
190:19,22 193:8
201:25 208:16,22
247:8 249:14,22
251:13 264:25
269:1,4 280:8
297:16,17 299:4,5
299:6,6 311:12
328:4,9,19 346:5,5
346:6,9 365:12
373:13
**issued** 14:23
108:17 136:2
370:5,7,11,13
**issues** 13:6 21:5
31:13 34:23 36:17
49:4,10 50:15
51:13 65:4 67:17
89:13 90:3 115:10
132:9 138:1
147:15 148:1
174:21 193:1
225:10 227:19
250:10 256:5,9
266:24 273:12
381:21
**it'd** 322:15 348:12
**item** 349:18,18

**j**

**j** 1:7,13,14,15,16
**jack** 358:4

**jackson** 4:4
**jail** 13:5,10,17,19
14:10,20 20:9
21:12 22:3,14
24:5,9 26:1 27:20
28:6 29:16 31:17
31:24 32:3,18
33:14 34:15 36:1
36:6,10,12 40:10
42:22 43:1,9,12
46:2,7,11,18 47:6
47:10,13,17 48:5
48:11,22 49:9,12
49:13,16,18 50:5,9
50:11,12,20,22
52:21 53:2,10
54:1 59:24 60:12
61:8 62:6,7,8,18
62:24 63:2,3
67:23,25 68:12,23
74:5 76:14,19
78:16 79:1,19
83:6,10 86:8,10,19
89:16,17,19 90:2,4
90:9,10,18,20
92:10,17 93:4,8,15
93:17,18 94:10
96:2,20 97:10
100:1 102:2
108:18 114:12,23
115:7,9 116:4
118:23 119:7,8
122:21,22 123:5,6
123:14 124:2
125:7 126:19,23
129:1,10,17
130:21 134:17,22
134:23 135:2,6,15
135:24 136:7,11
136:16 137:2,12
137:23 138:10,14

138:20 139:11
140:14 146:1,19
149:11 152:24
153:8,9 154:3,25
156:19,21 161:22
162:21 172:25
173:5,9,16 176:10
176:15 188:21
189:10,18 192:2
197:23 198:1,21
198:22 201:7
205:10 206:20,24
209:14 213:4
215:14,22 230:14
230:22 236:15
237:2 239:9
243:23 244:12,19
244:24 245:6,16
245:19 246:4,12
246:23 247:8,20
248:20 249:15,19
252:2,17 253:16
255:5,6,13 256:15
256:15 257:7
258:11,13 259:20
259:23 264:23,24
265:5,14 267:6,9
267:12 268:21,22
269:10,25 270:7,9
270:21 271:1
276:25 285:4
291:13 292:4,21
293:22 294:22
299:21 303:7,25
304:23 306:3
310:23 311:2,15
313:5,6 314:1,17
315:7 316:8
317:18 320:22,23
335:21,25 359:11
366:24 368:11

371:1 380:13,17
381:2,3,5,20,22,23
382:15,19,25
383:22 384:11
**jail's** 154:9 205:7
**jails** 122:23 123:9
**james** 1:17 311:15
311:16
**january** 1:23 2:6
128:16 155:8
156:11,12,13,19
159:16 160:13
164:18 166:8
189:21 193:8
207:4,6 208:15
209:7,10 211:15
218:18,20 219:2,7
219:12 228:16
303:10,11 304:5
328:21 333:19
334:9 344:8,9,12
344:17 345:3,3,4,7
368:13,14,24,25
369:9,10 376:22
**jcc** 4:5
**jeopardize** 257:24
**jeopardy** 182:8
192:11
**jesus** 221:4 263:1
**job** 248:6 272:23
273:6,7,13
**jobs** 212:12
**john** 4:3,3 88:14
88:23 275:14
283:15 286:16
311:4 315:4
340:24
**john's** 311:23
**johncoynelaw.c...**
4:5

**joined** 351:5
**jones** 327:13,15
346:8
**joseph's** 125:20
126:11,12
**judge** 20:3,19
**judgment** 98:16
110:19 146:12,23
**july** 11:20 22:15
47:11 100:15
230:2
**jump** 111:19
**june** 22:12 172:18
172:21,23 196:15
203:6 204:19
224:17,20,21,23
225:3 228:16
**jury** 20:17
**justice** 14:25

**k**

**k** 266:3
**keep** 44:11,11,17
45:5,23 102:24
113:25 114:8
132:14 152:16
158:5 160:9
193:12 194:7,22
250:21 260:4,5,6,6
265:18 323:19
325:2 342:13
343:6 349:5,7
366:8,8 369:22
**keeping** 102:9
**keeps** 60:15
**kept** 48:8 157:22
314:23 315:3
366:11
**kerickson** 3:5
**key** 355:1
**kick** 77:5,10

**kicked** 36:24
**kicking** 78:7
**kill** 342:1
**killed** 341:2
**kind** 22:17 23:24
26:3 38:15 68:15
69:5 120:11 266:7
**kindly** 286:24
**kinds** 51:20
100:20
**king** 284:23,24
**kirstin** 3:3 6:23
9:7 11:7 12:16
82:7 100:14 112:4
112:18 124:17
159:10 160:3,3
168:24 214:6
216:12 221:1,1
275:20 376:15
**kite** 39:5
**kleszyk** 2:3 388:5
389:8
**knees** 75:12
**knew** 14:11 29:21
31:14,15 37:5
50:17 59:13 62:11
62:12 85:5 90:9
90:20 116:3
156:17 157:11
198:2 205:11
255:22 282:21
314:3 316:2,9,20
317:17 318:8,18
320:21,24 321:5
324:2 340:5,9
349:9,10 365:19
379:5,6,6
**knock** 329:18
**knocked** 329:9
**know** 7:21,21 8:3
8:7,19 11:7 13:25

14:17,24 15:14
16:18 18:4,11,12
18:14,15 24:14,14
25:21 27:6 28:3
32:16 38:18 40:7
40:17 43:1,5,5,13
43:14,17 46:22
48:6 49:11,14,15
50:6 52:25 57:8
59:18,22 62:18
63:13,17 64:1
65:6,21 66:1
67:12 69:5,12,23
70:6,20 72:22
73:1 74:4,9,10
75:13 76:7,17,22
76:24 78:4,8,8,20
78:21 79:3,4
81:25 84:1 85:12
86:13,16 88:12
90:12,13 92:9,14
93:9,10 94:3,4
97:5 98:25 99:6
99:24 100:5,7,9,12
100:20,25 101:2,4
101:7,16 103:3
106:19,24 109:14
111:24 112:5,22
112:24 116:2
119:15,18,24
121:14,14 122:2
123:1 125:5,10,25
126:13,24 130:25
131:9,12,16,21
132:11 134:8,13
134:25 135:22
137:19 138:13,16
138:24 139:1,6,10
141:1,24,25
144:11 147:24
148:2,17,24 149:3

150:23 159:5,6
164:12 173:22
176:3,11,18 177:2
177:14,16 178:1,8
178:11,17,20,23
178:25 179:4
180:4,10,14,18,23
181:4,8,11,12,25
187:18 188:3
190:21,22 193:7
195:2,8,16 197:12
197:14 198:1,24
201:25 202:2,10
202:11 203:24
204:2 205:6,16,19
205:20 207:22
210:19,24 214:12
214:16,16 215:11
216:3 220:13
221:11,11 224:6
226:15 234:19
237:1,18 238:10
239:20,20,22,25
240:21 241:1
246:18 248:14
249:3,7,15 254:10
255:4 256:9 257:4
257:8 258:14
259:4,7 260:5,7,11
261:12 262:23
263:6,16,23
265:20,23 266:2,3
268:3 269:3,14
274:10,14,21,22
275:4,6 282:5
283:9 284:19
291:20 292:8
294:9 295:15,22
298:19 299:19
300:1,3 304:16
307:9 309:17

311:6,12 312:14
314:21 315:4
316:12 318:5,14
318:15,17 320:19
320:20,23 321:4
321:10,13 323:7
333:14 334:4
338:19,21,24
340:18 353:16
355:25 356:16
361:6 364:6,20
371:13 372:24
374:11 376:25
378:4 379:15,16
379:19 380:7,11
380:25 381:8
385:2,12

**knowing** 34:16
93:24 249:21
318:15 363:2

**knowledge** 12:14
18:11,15 74:17
204:3 307:1 385:9
385:20,21,24

**known** 31:12 37:4
268:25

**knows** 74:18
180:10 181:19
335:25

**kop** 152:4

**l**

**l** 1:16,17 2:3
153:15 351:17,18
388:5 389:8

**lack** 66:2 298:23

**lady** 342:13

**laid** 342:21,24

**language** 108:25
165:14 293:19

**lanyard** 54:9
312:11

**lapsed** 245:22

**large** 197:20

**largest** 122:23

**lasalle** 2:9 3:4

**lasted** 309:18,22
310:14

**lasting** 310:18,20

**late** 201:10 203:21
324:12 332:13

**lately** 245:10

**latest** 324:7

**latin** 284:23

**laugh** 41:25

**law** 4:3 18:9
114:17 136:15
138:2,4,8,24 139:3
287:18 288:3,8,8
315:9,19 316:5,18
316:20 317:18,18
319:7

**laws** 78:21

**lawsuit** 12:5,23
13:7 15:5 16:4,9
16:19,20 17:5,7
18:22 19:2,7 22:4
24:22 25:11 48:25
65:15 66:20 67:9
69:7 75:5 76:16
78:16 79:25
100:10 105:11
149:10,12 192:19
237:1 238:20
257:11,14 258:9
259:17 312:1
315:2,8,19 316:3,6
316:18,22 317:13
317:17,20 318:22
319:1,8 321:5

**lawsuits** 15:8,12
15:17 17:13,19,21
17:25,25 18:24

315:6

**lawyer** 11:8 12:18
13:11 24:20
143:15 212:17
217:18 254:20
368:23 369:11
373:1 375:20
376:10 377:20

**lawyers** 6:19 18:6
217:6

**lay** 131:3 310:6,9
322:17,20

**laying** 322:25
323:16 324:25,25
325:19 339:2,5
341:4,15

**layoff** 40:8

**layout** 71:9

**layperson** 74:17
318:14

**lazy** 192:15 226:21
226:25 227:6
243:4

**lead** 109:14

**learn** 122:15 275:8
292:1,19 293:22
312:1 314:16
317:24

**learned** 26:24

**leave** 50:24 69:17
69:19 237:6
239:25 336:18
374:10,13 375:13

**leaving** 209:18
381:22

**led** 19:16

**left** 13:18 16:14
66:13 158:6
180:25 191:8
209:15,20 267:6,9
267:12 290:17

305:21 323:3,3
328:14 335:9
339:2 350:9,17
351:13,16 353:3
360:24 375:1,3,10

**legal** 101:23
287:21,25 288:1
317:4 318:22,24
390:1 393:1

**legalities** 318:15

**length** 322:10

**lessened** 332:5

**lesser** 306:7

**letter** 390:19

**letting** 44:17 47:13
110:18 193:10
301:20

**level** 290:3

**lever** 308:8

**library** 287:18
315:7 316:18
317:18

**license** 10:5,7,9,15
388:6 389:9

**lie** 213:8,14 227:19

**life** 182:7 192:11
242:12,18 250:15
250:22 251:19,20
251:25 253:6
323:12 355:6
374:22 375:4,8,18

**lifestyle** 41:11

**light** 73:11

**lightheadedness**
37:25

**likewise** 286:4
387:13,14,16

**limbo** 18:7

**limited** 74:6 320:6

**line** 32:6 58:20
161:14 193:14,16

193:23 194:9
195:11,12,20,25
196:3,7 199:4,19
201:10 226:7
231:24 232:3
326:15 329:24,25
330:4 339:23
359:23 390:13
392:7 393:3

**lines** 66:5 208:4
289:6

**lipitor** 60:18 61:7
126:7 146:6
169:25 170:8

**list** 31:17 91:18
107:15,18 108:11
116:22 136:6
358:22

**listed** 33:23 99:13
210:2 300:17
392:7,17

**listen** 24:18 71:10
86:9 94:20 96:21
103:10 106:12
111:21 117:5
122:4 137:18,20
148:3 150:5
179:13 187:5,7,9
194:20 200:15,15
218:14 220:21
222:2 239:17
250:25 315:15
369:21 377:18

**listening** 103:11
364:7

**listing** 392:7

**little** 11:9 26:4
28:23 32:15 39:7
127:23 128:1,10
136:25 140:22
141:5,7 247:6

275:1 278:3 287:2
300:21 312:11
324:11,12 330:14
330:15 332:14
337:24 343:22
349:20 352:10
354:7 358:12
360:6,6 361:15,15
363:11 379:2

**live** 356:5

**lived** 246:25
340:22

**liver** 160:23

**living** 9:15 22:10
30:6 58:7 68:6
69:18 134:22
329:15 348:15
350:14 353:19,20
353:21

**livingston** 42:10
42:11,17 43:12,24
44:1 46:1,5,12,14
47:5,10,12 48:5,17
49:13,15 50:9,12
50:20 52:20 53:24
54:1 61:19 62:6,7
62:18 65:1,8
86:21,21 89:17
90:3,9,18 91:13,18
91:21,21 92:5,11
92:15 93:4,15,18
93:20 103:6
114:14,19 123:5
123:15,20 124:3,5
129:7 130:21
172:25 173:9
206:20 209:14
255:5,10,11,13,18
255:21 256:15
258:10,12,14
259:20 276:25

304:2 311:11,17
311:19 345:14
359:17,18,25
360:15 361:7,18
361:19,24 362:2,6
364:13 384:19
**llc** 3:3,9
**localized** 305:17
**locate** 373:19
**located** 2:8 326:18
**location** 295:8,8
376:11,15
**locations** 295:2
**lock** 194:17
221:24 302:17,20
325:13 348:4
352:18 354:1,3,14
**lockdown** 239:8
347:17
**locke** 1:17
**locked** 296:1
301:24 342:23
350:20 352:12
354:5,7
**locks** 296:3,4
348:3
**log** 314:24 348:24
**logs** 103:12 182:7
209:25 211:1,2,12
313:4,4 315:3
**long** 22:10 33:15
33:17,21,22 37:18
40:8 45:25 87:25
97:4 114:9 118:23
131:8 141:6 159:6
187:14 217:18
241:16 251:9
272:21 274:14,24
308:11 309:9,17
317:14 319:8
331:8,8 333:1,3

337:20 338:19
340:18 343:8
349:11 350:1
378:24 382:10
**longer** 112:3
132:20 160:9
337:24 356:17
**look** 11:25 47:24
78:17 79:1,4
108:19 140:9
141:7 142:14
143:1 147:4,18
148:20,21 157:13
159:9,10 165:9
167:9 174:5 191:4
209:24 211:1
212:11 215:7,22
226:11 229:9
230:8,17 231:10
238:15 251:12
313:18 325:18
326:7 328:20
329:10 335:1,13
335:16 336:16
342:25 346:8
355:24 356:4
358:15,23 364:16
364:25 369:14
370:6
**looked** 48:25 89:9
104:12,15,18
144:4,6,9 184:23
186:25 189:16,20
236:12,20 243:7
250:10 277:19
282:13 312:23
379:14
**looking** 73:22 76:9
93:17 150:8,20,22
151:1 173:15
197:13 199:15

215:17 236:3
352:10 363:16
**looks** 42:23 49:1
155:23 167:16
207:11 276:14
287:3 343:19
344:12 345:4
**loosely** 99:5
**lost** 36:25
**lot** 6:23 13:3 19:22
48:9 94:17 112:12
112:21,25 143:11
148:2,2 150:6
200:16 218:25
229:8 242:8
277:12 287:17
299:3 305:13
314:21,21 323:11
325:20 346:14
**loud** 7:3 359:2
**low** 239:9 348:2,3
348:5 352:19
354:1
**lower** 326:14
**lowest** 361:4
**loyola** 372:19
**luck** 348:14,16
**lunch** 66:7
**lying** 228:22
230:10 231:5
365:20

**m**

**m** 1:12,13 3:3
339:14
**ma'am** 329:20
355:15
**machine** 65:23
66:4
**mad** 27:23
**madam** 390:10

**magazines** 287:22
**mail** 50:2
**mailed** 172:24
**main** 354:23
**maintenance**
23:20 272:3
**major** 122:17
**majority** 284:5
**making** 93:3 217:8
259:17
**male** 226:13
**malicious** 109:4
**man** 128:7 243:3
258:17 259:20
340:18 341:17
**manage** 123:13
247:7,11
**management**
211:20 230:3
**manifested** 381:14
**manner** 12:8
162:20 174:24
290:25 381:9,10
**march** 163:4
164:16 169:1,3,12
169:16 189:21
222:11 278:8
279:6 282:14,14
319:22 320:2,3,7,7
344:18 356:9
369:23 370:1,4
**marijuana** 39:15
39:20 40:1
**mark** 147:5
191:10 288:15
**marked** 5:13
30:24 147:6,8,11
288:16,21
**marks** 154:22
**marlboro** 38:16

Exhibit B

marshals 14:24
masturbating
 293:16
match 214:15
mately 63:24
matter 19:18
 78:17 116:4 270:7
 284:12 366:11
matters 22:4
 388:11
mauck 3:3
mauckbaker.com
 3:5
max 278:16,18
maximum 63:14
 278:18
maywood 335:22
mean 9:1 16:8
 17:16 18:10,13
 19:15 21:1,11
 25:9 26:11 28:22
 33:12 34:11 38:19
 40:7 41:25 42:6
 42:25 47:20 63:22
 64:21 65:10,11
 68:2 77:22 78:2
 84:2 85:13 86:3
 87:6 88:17 91:3
 92:1 97:21 105:15
 112:2,18 114:9,10
 124:19 126:17
 133:18 137:19
 142:2 144:7,15
 148:5,16 150:4,5
 155:15 160:4,5
 166:22 167:14
 168:10 179:13
 183:23 187:24
 193:19 195:2
 197:4,10 203:23
 205:6 212:16

214:23 216:14
 217:2,3,4,6 223:9
 223:11 226:24
 227:14 228:2
 238:11 239:24
 243:3 246:14
 247:25 256:19
 257:11 258:16
 260:4,7 262:3,24
 266:1 270:17
 272:5,20 274:14
 282:2 292:5 293:8
 295:12 307:2
 313:12 317:10,23
 318:2 321:3,3
 325:20 327:24
 330:18 346:23
 353:1,25 355:13
 355:22 365:4
 366:20 368:18,20
 377:17 385:11,11
means 220:14
 374:11
meant 282:4
measured 177:7
med 28:19 33:5
 46:18 51:3 53:24
 55:21 58:1,20
 67:19 77:3 86:3
 114:25 171:4
 183:14 193:14,16
 193:23 194:9
 195:11,11,20,25
 196:3,7 201:10
 203:15,20 204:12
 226:4,10 229:25
 237:19 249:18
 258:17 281:8,9
 282:3,6 301:23
 329:23,25 330:4
 336:11,11 338:15

338:21 339:1,8
 340:10,11 357:23
 360:3 361:2,12,15
 362:14 366:21
 386:10
medic 357:9
medical 1:9 12:7
 12:23,24 13:20,20
 13:24 14:20 16:13
 17:9 24:2 26:15
 26:15,16 28:7,7,10
 28:14,20,22 29:12
 29:15 30:1,4,10
 31:10,19,22 32:4,5
 32:8,18,19,23
 34:22 38:3 42:12
 42:21 46:23 47:1
 47:6 48:23,23
 49:11,13,17,21
 50:3 51:19 53:19
 53:25 54:15 55:5
 62:5,12,19,21,22
 62:23,25 64:3
 65:7,18 68:22
 69:2,5,13,14,15,20
 69:21 70:3,7,8,9
 70:16,22,23 71:16
 71:22 72:6,19,24
 74:1,1,6 75:1
 76:20 78:18,22
 79:1,2,14,15 80:18
 80:19,20,22,23
 81:1,5,5,8,14,15
 81:17 83:7,9
 85:25 87:12 89:9
 89:9,18 90:21,22
 91:14 92:7,16
 93:6,16,18 94:7,9
 94:18 95:10,24
 96:8,10 97:24
 98:10 99:14,21

100:3,6,16 101:11
 101:17,18,22
 102:1,5,19,21,25
 103:21 104:9,17
 104:18,20 105:2
 106:2,14 109:13
 117:23 118:1
 125:3,8 126:20
 130:1,3 135:23
 136:23 137:4,4,24
 139:17,19,23
 140:1,2,21 141:4
 142:1 152:1
 155:14 158:9,25
 159:1,7 160:14
 161:11 164:17
 170:17 172:9,10
 174:21 177:13
 178:2,6,9,24
 180:16 187:21
 192:12 193:1
 205:15,20 208:16
 210:9,11 211:4,8
 212:17,18,20
 213:1,3,12,17
 214:25,25 215:10
 223:25 224:2,7,9
 224:13 225:9,10
 225:11,24,25
 226:11 227:6,19
 227:22,22 228:2
 228:25 229:6,11
 229:19,21,22
 235:15 236:22
 240:18 242:20
 243:17 248:8
 252:1 253:15
 254:1 257:16
 259:9,10,24 267:5
 267:23 269:19
 270:3,6 277:8,9,10

277:12 278:22
298:11 301:16
302:22 306:20,20
307:23 311:13,15
312:3 313:10
317:13 319:9
320:21 321:6,7,10
325:22 329:20
338:3 339:10
353:13 359:9
360:8,20,21,25,25
363:20,25 364:10
364:20,25 366:21
373:22 374:12,14
374:19,25 375:11
379:6,7,8,15,18
380:6 382:16,17
382:18 383:7
384:13 385:7
386:14,20
**medically** 170:16
**medication** 12:8
12:24 13:12,23
14:12 28:8,14
32:10 35:9 43:21
44:8,13 45:4,4,12
49:23,25 50:13,13
51:6,11 52:2,5,9
52:13,14,22 53:6
54:21 56:12,16
57:1 58:2 59:21
59:25 60:7,9
61:10,14,21 63:1
65:14 79:18 80:1
80:7,10,12,13
83:23 84:16 85:21
85:22 86:6,13,20
86:22 87:3,24
88:4,5 90:21
91:16,17,23 92:22
93:2 101:1,6

102:15,15 103:3,5
103:14,19,22
104:3 105:4 106:6
106:11,16 107:3,9
107:12,21 108:21
109:6,12,18 111:1
113:11 114:1
115:9,16,21,24
116:10,17,19
117:7,8,14,18,20
117:22 118:1,7,17
119:2,9 120:9,19
121:5 122:19,25
124:1,6 125:13
127:2 130:13
135:23 136:8,20
137:3,24 139:20
140:5 147:1
151:22,25 152:3
152:15 154:20
157:19,24 158:2,4
160:20,25 170:8
171:10,16 173:5
175:6,11,16
179:24 180:3,6
182:10 183:20
184:18 185:9
186:3 194:2,18,24
197:1,6 198:2
199:21 200:3,8
201:9 205:25
211:3,24 212:2,11
212:22 213:8
219:11 221:12
224:11 228:7
231:24 232:3,5,14
235:4,6,11,16,18
235:25 236:1,20
236:21 237:16
239:8 240:11
241:9 244:8 245:8

245:20,25 247:5
255:5,12,14,21,23
259:21 265:8
268:23 269:9
270:14,20 277:15
298:14,15,16,24
299:9 301:20
302:13,19 309:25
312:2 313:11
331:3,5,6,9 332:2
333:4,5 339:8
342:8 343:8,16
361:3 362:13
381:9
**medications** 31:15
32:23 33:1,7,8,11
33:23,24 34:14
44:17 46:24 47:3
47:14 53:3,11
55:24 58:8 60:13
61:15,23,24 62:12
67:1 79:21 84:6
85:3,16 86:25
87:2 89:18 90:5
100:19 101:21
102:11 104:22
109:25 110:1,4,13
110:19 111:14
115:13 116:5
123:21 125:10,14
126:2,18 145:25
146:9,24 153:9
169:17,25 170:17
170:19 174:23
192:9,13,25 193:3
193:10,12 196:23
200:23 202:22
205:9 209:12,16
209:18,22 210:7
210:10 211:7
232:6,10,13

234:23 252:7
271:6,8 302:7
360:16 361:10,21
362:3,17
**medicine** 13:23
24:1 29:21 46:20
47:24 86:11 95:16
108:6 133:1
137:25 157:16
179:12,18 186:18
205:4 281:18,21
298:18 301:25
310:23 329:12
**medicines** 45:18
358:21
**meditate** 131:1
**medium** 73:10
**meds** 60:4 61:16
120:8 153:10
196:19,20 198:14
203:7,9 204:8
211:18 225:10
234:17 255:7
259:21 302:16,17
358:17,19
**meet** 11:8
**meeting** 313:25
**member** 268:17
**memorize** 307:20
**memory** 12:14
102:20 103:22
**mental** 193:4
383:21 384:11,14
**mention** 56:23
186:7,13 202:14
207:8 240:16
377:13
**mentioned** 25:16
52:25 63:20 74:2
101:10 126:14
140:5 182:4

193:24 197:11 210:20 255:25 256:3 258:14 297:22,25 303:18 314:6

**mentioning** 377:21

**meraz** 1:14

**merging** 301:4

**met** 98:11

**metal** 30:8 59:11 141:11 300:21

**metformin** 41:14 61:10,11 110:7,7

**meth** 42:7

**metoprolol** 44:14 44:20,21 60:17 61:6 62:16 110:6 126:4

**metropolitan** 122:23

**mia** 3:16 275:14 276:9 278:3 280:17,19

**mia.buntic** 3:18

**mice** 323:10

**mid** 164:18

**middle** 8:11 261:3 264:10 267:16 293:15 323:3 350:4 358:5,9

**midwest** 390:17 393:1

**mike** 274:7 275:3 333:12

**mild** 34:24 35:4

**mile** 331:16 332:17 333:8

**miles** 64:4 268:18

**milligram** 45:9

**milligrams** 126:1 126:5 127:6 151:18

**mince** 230:19

**mind** 19:10 88:22 105:18 112:5 114:17 164:9 173:12 209:9

**mine** 133:14 141:5 221:5 368:20

**minimum** 274:2

**minute** 66:14 82:10,14 132:12 145:8 179:22 185:4 186:13 199:8 253:15 254:7,22 275:15 281:8,16 335:16 339:24 348:19 369:6

**minutes** 17:15 39:7 48:1 82:19 101:4,13 112:7 114:4 118:2 140:9 145:15 175:3,15 175:21 176:24 177:20 178:21 179:10,15 183:15 183:20 184:3,16 184:18,24 185:6,7 185:9 186:2,16,17 187:20 227:3 254:18 275:24 276:2,4 277:17 281:13,16,17,17 321:23 324:11 329:17 330:8,10 333:9,15 334:16 339:13 343:4 356:19 359:10,22 359:22 360:1

**milligrams** 126:1 126:5 127:6 151:18

361:8,11 369:1 375:21 379:1,2

**mis** 253:21

**mischarac** 89:20

**mischaracterizes** 377:8

**mischaracterizing** 199:2

**misdemeanors** 22:7

**mishear** 263:12

**mispronounce** 61:6

**missed** 232:7

**mistaken** 63:11

**misunderstood** 100:11

**mm** 12:16 15:21 15:25 41:15 128:6 140:18 152:25 188:11 347:24 357:13 367:19

**moist** 39:6

**mole** 240:2

**moment** 181:6 289:14 326:4

**mon** 209:20

**monday** 347:22 348:11

**money** 120:10 247:18 248:3,9 317:19

**monitor** 319:21

**monitored** 67:10 174:22 246:21

**monitoring** 77:13 384:4

**month** 11:9 133:22 149:10 154:3 189:17 246:19 261:4,20

316:12 344:18

**months** 35:8 48:16 128:15 188:19 193:8 243:10 244:2,3 316:9 345:18,21 362:16

**morning** 204:11 232:4 324:21 354:10

**mornings** 347:25 348:13

**mounted** 30:9 140:22

**mouth** 123:24 127:9

**move** 82:6 98:3 118:12 124:20 167:15 168:10,22 243:1 253:25,25 260:15 286:14 382:5

**moved** 205:21

**moving** 272:16,20

**multi** 233:14

**multiple** 241:17 281:23 362:10 378:9,11

**muscle** 386:3

**mute** 73:22

| n |
|---|

**n** 1:13 3:1 4:1,7 5:1 9:16 327:13 327:15 346:8

**nakeea** 283:15 285:25 286:6 291:12 292:3,10 298:3 301:14 302:5,25 306:13 307:13 308:2,21

**name** 46:19 54:23 55:15 56:1,18

58:3,25 59:10,11
69:17,23 71:24
72:3 73:7 75:23
76:7,12 85:8 99:5
99:16,16,19 107:1
125:11,21 126:12
130:11,14 134:9
175:25 176:3,4
202:15 206:2
226:9,10 227:9,10
237:13,18 238:17
239:16,16 240:16
242:17,18,21,25
258:7 259:25
261:12 263:6,23
274:6,9,15,21
275:5 276:9,16
281:3 283:14
284:8,18 289:8
290:7,11,13 291:5
291:16 292:2,20
292:23 293:22
294:3 299:19,22
300:12,17,23,24
301:3,9,12 307:20
311:6 312:14,17
313:9,17 314:20
318:16 320:24
321:4 326:17,25
340:23 355:4,9,20
355:24 358:11
359:1 367:3
375:22,23 390:6
391:3,4,15 392:3,4
392:21
**named** 44:18 49:1
55:19 67:8 78:15
283:8 311:25
**names** 10:21 23:12
23:14 54:5,11,12
54:20 59:3,8,13,15

59:18,20,22 66:1
75:25 76:6,7,10,21
76:22,24 77:8,10
78:3,4,8 99:6
100:5,12,17,22
101:5,8,17,19
102:4,7 125:5
126:13 146:5
206:6 210:19,24
237:21 238:15,19
239:12 241:6,25
242:10 258:20,21
259:2,7 260:7
265:20,23 266:19
284:21 293:14
294:2 300:14
311:10,24 313:24
314:2,25 317:8,10
317:24 320:19,20
321:14,17 356:7
375:21,25 376:7,8
377:2,23 378:3,4
**naming** 283:6
**narcotic** 113:21
120:11
**narrative** 150:5
151:3 159:6
169:14 217:18
251:9
**narrow** 350:1
**narrowed** 213:20
**nation** 318:16
**nature** 42:8
139:15
**nausea** 37:25
**near** 296:11,15
305:20
**neath** 195:18
**necessarily** 273:17
**necessary** 85:11
97:19 151:25

225:11 315:10
317:11 364:24
**neck** 54:10 259:5
301:6 305:11,18
305:20 323:3
**need** 9:3 13:23
26:13 47:14,16,24
47:24 74:15,25
75:8,8,17 81:9
95:17,21,22 96:4
97:1,1,4 98:13,14
113:16 114:24
120:20 121:24
132:5,6,13,15,20
133:13,15 134:10
134:11,17 159:5,6
170:20 178:2,6,9
194:24 195:15
216:3 217:18
239:23 241:10
254:7,19 256:8,11
259:25 317:14
320:19 321:22
360:15 364:19
365:21
**needed** 44:19
45:20 47:25 51:6
52:6,9,22,24 53:21
54:22 83:7 90:6
96:1 97:10,10,16
101:7 115:24
116:21 117:9,18
117:21,22 127:14
127:17 128:20
129:8 131:25
132:22 133:25
135:2,5,14 146:10
146:15,16 147:2
152:17 181:25
203:14 277:16
330:20 349:9,11

349:15
**needing** 131:18
**needs** 12:7 13:20
16:13 48:23 76:21
81:5 87:12 90:22
140:2 168:10
178:24 236:22
242:20 249:18
253:15 259:9,10
271:22 273:10,18
312:3 313:10
317:13 319:9
379:7
**negative** 225:9
271:17
**neighbor** 275:11
**neighborhood**
256:10
**neither** 268:11
**nerve** 110:15
**never** 14:13 33:7,9
50:16 55:20 57:2
60:11,25 67:21
71:5 75:6 85:5,8
90:19 91:23 95:18
97:11 104:24
107:20 108:23
110:1 119:4,11,17
120:15 121:24
122:7 129:11
131:17,20,21
135:22 142:24
143:8,8 155:13
156:3 209:9
211:24 213:16
215:10 228:10,22
235:2,18 245:18
256:19,21 257:20
258:3 268:2,25
282:21 302:20
304:24 312:12

314:23 315:3
325:22 327:23
344:3,3 354:24
358:24 361:1
368:16 370:9
371:5 379:14,17
380:14,18 381:10
384:10,10
**new** 20:11,14
21:15,16 33:9
110:13,14,18
111:1 299:5
338:16 354:4
360:16 361:20
362:8,10,18
**nice** 7:25
**nickname** 284:22
**night** 30:21 46:18
198:8,10 204:10
310:5 322:15
323:22 325:4
335:23
**nights** 325:4
**nine** 33:23,24
200:8,14,24
201:16 357:18
**nitro** 47:25 53:21
113:15 114:18
116:21,22 117:3
129:17 130:22
133:12 152:2,5
246:18,20 277:16
330:14,15,20
342:25 366:7
373:19
**nitroglycerin**
44:15 45:2,19,22
53:23 54:1 60:19
60:25 75:9,17
113:12 114:25
120:19 121:10,11

122:6,11,16
126:24,25 127:13
128:13,19 129:11
130:1 131:14,15
131:24 132:16,20
132:25 134:1,11
134:17 135:2,5,14
146:14 151:18
152:15 154:5,11
154:20 155:13
156:1,4,9,21
157:20 169:20
170:19 175:2
182:11 256:1,3,14
256:18,23 329:12
332:13 343:4
373:16
**nitroglycerine**
121:19,23
**nitroglycerins**
342:12
**noise** 188:3
**nongrievance**
328:16
**nonresponsive**
112:19 124:18
194:13 217:8
**nontrained** 95:24
**noon** 334:17
**noose** 305:11
**nope** 255:19
271:14
**normally** 329:25
**north** 2:9 3:4,10
9:16 331:13
**northeastern**
288:6,7
**northern** 1:1
317:3
**notarized** 390:14

**notary** 390:25
391:10,18 392:15
392:23 393:23
**note** 237:1 330:13
356:15 390:12
**noted** 143:5 211:3
211:8 356:15
**notes** 102:24
314:24 348:24
**notice** 9:1
**noticeably** 306:3,6
306:7
**noticed** 13:2 15:7
38:3 215:18
287:15 368:18
**notified** 302:4,4
305:5 337:15
**notify** 337:10
**notorious** 284:20
**november** 20:2
21:4,5 24:7,8 25:1
25:2,9,9 26:1 32:3
32:17 48:20,20
63:8,8 80:1,2
94:23 99:7 105:19
105:20 133:21
149:11 156:19
189:7,8 246:4,4
267:3,18 271:4
310:13,13 359:8,9
385:3,4,22,22
**number** 9:25 10:8
10:8,9,10 11:17
63:25 127:12
161:24 162:1
167:17,23 214:2
280:22 302:6,7,9
322:12 326:19
332:8 334:22,22
335:1,5 336:2
343:19 390:7,13

**numbered** 352:19
352:20
**numbers** 142:11
214:15,19 392:7
**numerous** 289:17
**nurse** 28:10,18,19
30:6 37:3 42:18
44:23 46:19,25
48:3 50:21 52:4
52:21 53:2,5,10
54:18 58:1,22,24
62:22 65:19 66:8
69:9 73:4 74:16
75:8,17 79:19,20
80:11 85:19 98:6
98:8,23 114:20,20
115:1 117:10
123:23 127:8
130:18 152:18
158:11,16 160:25
169:17,21 175:3,9
175:10,22,23
176:2 180:19
183:14,19 184:19
185:11 186:2,17
187:3 188:7
203:20 205:25
209:15,16 228:8
231:24 232:3
234:19 237:16
257:13 259:14
281:10,12,15,23
302:18 311:5,16
312:4,8,9,13,17
313:1 323:18
329:11 330:19
342:20 343:13
358:1,15 361:1,2
362:13 365:6
**nurse's** 97:15
375:23

**nurses** 30:3 48:2
48:22 49:3 51:7
52:9 54:6,21
55:23 56:6,15,24
59:3,8,20,25 61:8
61:12 69:2 80:14
83:24 85:6 86:2
86:10 90:4,11
92:10 94:5,14,22
99:2,4,5,6 100:3
100:10,17 101:1,2
101:5 102:5
103:24 104:2,19
105:1,25 106:25
109:4,10 113:10
125:1 130:10,12
146:19,22 182:9
206:7,10 209:20
209:25 210:20
212:9 213:2 226:1
229:25 230:9
231:5 235:25
237:13,24 238:13
238:18 240:20
241:5 242:17
244:15 254:12
257:10 258:1,7,21
259:8 311:24
313:9,25 314:16
314:25 320:15
321:2,4,14 355:8
363:3 376:1 377:2
377:24 379:18
**nursing** 1:11 69:3
73:2,5 211:20
230:3 232:12
239:6 258:10,23
259:19 298:25

**o**

**o'clock** 65:17 66:9
66:12,12 174:25
200:19 202:4,21
202:23 203:20,25
324:21 334:17,19
335:21,23 337:24
342:24 343:13
348:3,7 352:15
354:8
**o'donnell** 386:5
**oath** 5:22
**objection** 12:10
19:17 43:4 77:19
88:8 89:20 91:4
96:15 97:25 98:17
99:9 101:23 109:7
111:4 116:11
118:9 120:22
121:16 123:16
124:13 137:6
167:8 173:25
177:21 179:1
180:11,17 251:15
253:18 260:12
375:14 377:5
382:6 383:15
385:5
**objections** 5:21
**objects** 272:18
**obligation** 291:5
**observation** 73:20
293:6 329:16
339:22 342:22
350:9,17 352:3,5,6
352:24 353:3,5
**obviously** 134:21
152:24 192:4
212:4 289:13
**occasion** 331:2

**occasionally** 10:20
95:2 108:8 360:10
**occasions** 48:12,19
53:12 60:8 109:17
208:11 345:22
362:10
**occur** 134:10
164:17 359:9
**occurred** 60:8
280:14
**occurrence** 333:22
346:6,10
**occurring** 66:22
**octagon** 350:3
**october** 39:22
234:10 269:23
286:4,7 298:4
303:9,12
**odd** 23:24
**offenses** 119:1
**offhand** 69:17
**office** 1:6 3:16 9:7
175:4 186:3 279:3
**officer** 37:3 58:5,7
68:18 69:16 70:14
70:16 71:20,25
72:16,16 73:18
74:2 76:9 77:23
140:16 184:17
185:8,10,14 186:7
186:8,14,16
187:20 188:5,6,6
190:23 191:25
197:17 202:15
239:4 241:9 255:8
255:9 259:14
279:2 280:9 281:7
281:23 285:20
291:11,12,17
292:2,2,9,11,20,20
293:1,1,23,24

295:6,7 296:25
297:1,9 298:1,3
299:1 301:14,15
302:4,5,24,25,25
306:13,13 307:5,6
307:13 308:1,1,20
308:21 311:5
319:19,20 320:24
324:1,8,13 325:3
329:8,10 337:12
339:2,12 345:12
346:8,17 347:5
352:23 353:8,10
353:15 354:5,8,10
354:13,15 355:14
358:2,2,11,14,14
364:19,22,25
365:13 366:5,14
366:20,20 377:21
378:8,20,22
**officer's** 71:15
73:25 80:6 197:18
375:22
**officers** 14:19
29:11,15 31:10
48:2,21 49:2 59:7
59:10,18 65:3,7
67:8,9,25 68:12
69:6,13 70:6,25
74:4,9,24 75:2,4
76:10,14,16 77:6
78:5,15,16,25
79:12,13,25 80:17
81:4,12 105:2
106:1 125:1 140:1
202:10 205:23
206:2 237:23
238:4,7,8,12,18,22
239:11,16 240:19
241:4,18,21,22
242:10,17 258:7

258:22 259:8,19
259:19 278:23
279:8,13,20,22
280:4 281:3,6
283:2 290:24
291:6 293:14
294:5,11,11 295:3
296:11,13 298:9
300:7,14,16 301:1
305:5 306:15
314:17,19 315:1
316:13 320:17
323:15 324:24
328:25 336:7
346:19 347:2
349:17,22 350:9
350:16 351:24
353:5,21 355:3,8
359:4 363:3
365:11 376:1
377:24
**offices** 4:3
**official** 1:7,10,12
391:15 392:21
**officially** 282:21
**ogrodnik** 242:23
242:25 243:2
**oh** 30:20 33:19
53:22 55:20 56:12
62:1 64:17 78:23
85:21 87:2 88:14
107:15 115:1
116:21 136:6
155:20 167:24
168:4 190:8 239:3
241:11 243:3
258:2 261:16
270:15 271:18
280:5 281:15
288:21 290:11
309:11 310:4

326:16 329:18
332:9 333:13
338:19 346:11
349:16 355:10
358:23 359:14
361:24 362:15
364:17 367:13
**ohio** 390:2
**okay** 6:9,12,17 7:1
7:2,4,7 8:1,3,8,9
8:21 9:4,14,21
10:7,14,17,21,23
11:6,10,21 12:2,15
13:9,16 14:8,18
15:15 16:7,16,24
16:25 17:3,13,18
18:21 20:8,13
21:7,17,25 22:22
23:24 24:16 25:6
25:13,13,15,21
27:2 28:1 30:18
32:11,25 34:10,20
35:17 39:4,11,15
39:19 40:13,16,25
42:3,5 43:11,19
45:14 46:8,10,13
47:18 49:15 53:8
53:14 54:12 55:4
58:21 59:2,14,17
63:10,20 64:9,19
66:17,24 67:3
69:11 70:19 71:2
71:8 72:8,15 73:6
73:17 75:18,21
77:1 78:14,20,24
79:6,17,22 80:4,16
81:21 82:13,15
83:11,17,20 86:16
86:18 87:19 88:18
89:15 90:8,14,17
90:25 91:1,10

92:9 93:11,13,16
93:23 94:1 95:8
95:13 96:5,5,7,19
98:22 100:23,25
101:10 102:4,24
104:1,8,25 106:21
107:7,17,20 108:3
108:9,16 109:3,20
110:12,17 113:7,7
113:14,22 115:14
115:20,23 116:8
117:16,19 119:18
119:25 120:2,2,5
120:14 121:8,8
122:9,14 123:4
124:7,12 125:13
125:22,25 128:3,8
128:17 131:19
132:6,6,11,22
133:4,6,11 134:21
135:12 137:14,21
138:3,7 139:6,10
140:4 142:6,13
143:1,10,12,13,16
143:21,25 145:2,5
145:10,11,13
146:3,18 147:4,23
148:7,8,25 149:19
149:20,21,23
150:25 151:1,2,4
151:10,15 152:12
152:22 153:4
154:2,8,14,15,25
155:7,24 156:4,23
156:24 157:10,11
157:13 158:1,25
159:12,14,16
160:2,6,13 161:6
162:4,5,13,24
164:11,20 165:1,5
165:6,7,11,17

166:4,7,10,16,21
167:2,15 168:4,12
170:7,23 171:1,8
171:20,23 172:15
173:14 174:17
175:14,16,19,22
176:17,21 177:1,8
178:23 180:1
181:3,16,19,23
182:2,18,25 183:8
183:22 184:5,22
185:18,25 186:10
186:12,19,21
187:5,15 188:9,14
189:3,13,15
190:11,12,24
191:20 192:4,18
194:10 195:5,6,7
195:15 196:6,8,22
197:4 198:6,23
199:11,13,24
200:22 201:2,8
203:1,1,5,12 204:7
204:24 205:12,14
206:19,23 207:3
207:25 208:10,14
208:20,25 209:3,8
210:23 211:2,6,13
211:23 212:4,7,13
212:13 214:5,10
214:21 215:19
216:1,22,23,24
217:17,19,23
218:7,17,18,23
219:3,5,6,14 220:3
221:16 222:7,10
222:17 223:3,17
225:18,21,24
226:13,16 227:9,9
228:1,13,15,20
229:16 230:1,8,14

Exhibit B

231:1,3,8,10
233:10 234:3,8
235:10 236:7,11
236:25 237:8
240:19,25 241:16
241:24 242:2,5,7
242:13 244:6,14
246:7,15 247:10
250:6 251:21,24
252:7 253:8
255:20 256:21
257:1,9 259:1
260:15 261:11,19
262:19 263:1,6,15
264:6 265:1,20
268:10 269:16,16
270:12,16,25
271:4 272:15
273:20 275:13,16
276:12,21 277:2
277:14,18 278:1,7
278:17 279:5,21
279:25 280:7,12
281:19 282:1,12
283:10,17,18,25
284:16 285:1,6,18
285:24 286:9
287:15,20,24
288:10,25 289:9
290:6,10,19 291:3
291:10,18,22
292:7,12,24 293:4
293:17 294:4,15
294:24 295:12,16
296:14,17,24
297:14,19 298:15
298:19 299:8,19
299:23 300:5,11
300:15,22 301:7
302:21 303:5,14
303:24 304:4,22

305:15 306:1,8,11
306:25 307:5,12
308:16 309:1,17
309:24 311:22
312:18 314:11,14
315:4,24 317:16
318:7,23 319:3,6
319:11,12 320:5
320:10 321:2,18
321:22 324:23
325:24 326:3,7,9
326:23 327:12,16
327:16 328:13
329:8 330:6
331:11 332:4
333:16 334:11,18
334:21,25 335:7
335:12,15,17
337:1 338:6
339:18 340:25
342:5,16 343:14
343:18 344:6,20
345:16 346:25
347:21 349:14,24
350:23 351:20
352:21 353:19
356:8,13,20
357:23,25 361:6
361:23 362:21
363:13,19 364:15
365:17 367:4,17
367:17 368:17
369:3,13,16,17,25
370:7,10,16,23
371:1,7,7,10,12,14
372:12,16,18,25
373:1,5,9,11,15,21
374:13,16,23
375:5,19 376:4,6
376:21 377:2,17
378:5,19,24 379:3

379:11,14,17,21
380:2,5,9,22 381:7
381:13 382:2,5,13
382:25 383:12
384:1,7,13,19
385:15 386:6,17
386:23
**old** 10:9 36:19
64:18,20,24 133:2
299:5,6
**older** 288:9 301:11
**once** 31:6 35:7
38:25 44:6,6 49:8
64:12 66:25
129:12 136:23
140:23 246:19,20
295:19 315:13
343:12 353:17
359:19 370:3
371:1 382:15
383:5
**ones** 7:1 16:1
17:14 68:3,3 74:5
76:18 92:19 99:14
130:12,14 142:7
146:25 147:24
227:2,3,18 239:7
257:13 259:18
268:20 273:11
301:8 323:23
346:24
**ongoing** 207:9
299:5
**online** 69:21 72:18
72:20 353:12
356:1
**oo0oo** 387:23
**open** 73:21 296:21
301:24 324:16
325:1

**opened** 329:10
**opening** 381:1
**operational** 357:4
**opinion** 106:15
114:11 385:8
**opportunity**
168:16 363:25
**opposed** 103:23
208:21
**order** 19:7 160:23
161:12 162:6
163:15 317:19
319:8 387:4,9
**ordered** 160:22
161:3 164:19
170:1,18 211:18
255:23
**ordering** 387:18
**orders** 232:11
**organization**
41:23
**origin** 318:16
**original** 112:20
157:5 216:20
222:15 370:20,21
387:18
**originally** 125:15
**outcome** 389:1
**outside** 64:2 83:13
129:6 134:22
135:1,6,15 169:18
178:13 270:9
295:13 296:14
336:8 339:23
350:19 377:21
381:2
**overall** 157:7
**overhear** 70:25
71:3,4,19 73:13
**overheard** 70:24
71:16,20

**overnight** 310:18
310:20 323:23
**overrid** 362:23
**override** 87:10
**overriding** 98:7,23
**overrode** 362:23
**overturned** 21:11
21:14 22:20
**oxygen** 66:2

**p**

**p** 1:17 3:1,1 4:1,1
161:1,14 265:25
266:3 278:16,19
339:14
**p.m.** 22:15 46:18
58:1,19 60:2 83:2
83:3 145:19,19
174:25 196:19
198:8,9,12 199:10
199:10 200:3,6,19
200:23 201:11
202:12 203:7,16
203:17 204:10
209:15,19 223:17
223:24 255:2,2
276:6,6 278:12,12
278:21 279:6
280:8,9,15 322:6,6
325:5 333:19,20
343:9,15,15
351:25 352:13
353:22 387:21
**pa** 361:8
**pacify** 357:11
**pack** 38:21,21
39:12
**packet** 85:6
**packets** 49:25
**packs** 45:21
**paek** 265:25 266:3
266:3,18,21,22

267:2 268:11
**page** 5:4 20:22
26:22 148:10
149:15,23 151:5
153:1,5 154:16
157:1 159:14,15
161:20,23,24
162:1 165:10,16
166:24 168:25
172:3 174:7,7
183:1,4,5 187:1
188:5,15 189:25
190:4 196:10
198:16 199:25
200:6 207:11,15
207:17,21,24
208:1 209:9 210:2
210:8,21,21
211:14 213:22,25
214:3,7 222:18,19
231:11,13 233:18
234:14 277:21
280:19 286:16
326:2,13 333:17
334:8 356:8 369:3
369:12 390:13,15
392:7 393:3
**pages** 14:11,17
26:7,9 148:20
184:23 208:6,21
210:17 211:14
214:6 218:25,25
233:2,7,16 234:1
367:9,10,14
**pain** 17:22 37:25
49:8 51:2 53:21
75:13 77:3 110:15
114:24 120:8
122:8 125:9 127:1
127:19 130:23
131:4,6,10,16

134:25 151:19,21
155:16 158:5
181:9 193:2,3
232:15 243:20
256:25 278:25
295:1 297:4,4
298:14,16 301:18
304:25 305:7,8,8,9
305:11,16,21,23
306:1,4,17 307:8
308:6,7,14,16,22
308:23 309:9
310:10 311:7
322:19,24 323:1
323:13,16 325:4,6
325:9,16 330:11
332:2,19,20,24
333:6 338:7
341:15 343:10,14
348:25 352:23
354:12,16 355:2
357:8 365:12,24
366:9 372:22
**painful** 232:17,18
**pains** 29:21 50:20
50:23 60:20 62:14
65:18 67:17 75:8
75:16 116:20
121:20 132:8
134:14 169:19
175:1 182:12
241:10 246:17
294:12 295:6
297:12 298:10,24
302:9 303:3 305:3
306:2 322:11,13
323:6,18 329:11
332:15 335:25
342:9 343:1
345:23 346:2
357:20 364:21,22

365:2,2,4,20
379:25
**pamphlet** 26:4,6
26:22 27:3,15,19
28:4 29:9 232:23
233:14 234:2
367:9,20,21
**panic** 382:10
**paper** 25:14 29:7
30:15,21,23
141:12 152:4
157:20 207:21
208:4 219:17
233:17 348:25
349:1 350:1
367:15
**paperwork** 71:23
93:12 349:8
**paragraph** 24:22
285:10 286:1
319:20
**paramedic** 32:8
226:5 282:4,7
357:9
**paramedics**
338:15 339:13,16
**parameters**
105:18 318:9,11
**parentheses**
163:16
**part** 82:3 150:2
165:4 212:21
214:17 221:3
245:21 253:9,12
253:12 271:20
274:23 284:22
315:1 327:14
351:7 392:9
**partee** 1:14 276:11
276:14 283:7
319:19,21 320:1,6

particular 69:16
212:7 213:7,10
226:14 279:9,14
279:23 281:6
283:6 290:6
293:18 326:13
328:14,24 330:13
336:25 340:17
342:7 343:7
344:25 345:2
356:15 365:25
parties 5:21 11:15
388:23,25
partition 350:12
360:7
partitioned 360:7
parts 66:2
pass 28:19 33:6
44:24 46:19 58:1
80:10 203:16
204:12 232:4
237:19 279:15,16
323:24 330:4
357:24 361:3
passed 79:20
196:1
passes 329:25
passing 58:8
100:19 237:16
278:22,25 339:3
patient 171:5
180:24
patient's 78:21
patients 180:20
patio 351:6,7
pause 198:25
paycheck 272:6
308:12
paying 141:23
274:1

pcc 41:22 134:7
266:14
pen 50:24 294:23
328:8
pending 18:2,23
218:15
pens 59:12 67:15
people 36:1 54:20
76:7 77:9 85:22
90:18 91:2 119:23
122:12 123:13,25
124:4 227:10
253:14 258:14
260:9 273:6
307:20 314:2
319:5 338:16,22
340:12 376:13
383:6 386:2
percent 54:7 55:12
206:15
perfect 9:1
perfectly 270:10
period 21:13,14
40:5 128:23
155:18 178:10
179:22 180:6
194:18 206:7
223:15 248:21
250:3,9 271:9
285:13,21 286:4,7
298:3,4 304:22
320:6 339:17
350:21 359:1
periods 245:12,21
270:13 319:22
permission 78:17
perry 1:14
person 7:20 44:11
44:18 45:5,19
72:5 136:16
146:15,24 152:16

156:2,9 193:12
194:22 276:17
313:7 363:7
personal 12:14
18:15 56:8 90:19
107:3 125:2 204:3
252:14 269:19
298:9 388:14
personality 383:8
383:9,13
personally 65:2
78:14 119:11
391:11 392:15
personnel 14:21
29:12,15 30:1
31:10,23 32:4,18
37:1,2 49:12,13
94:18 117:23
140:15 155:14
161:22 173:16
312:6 326:22
366:21 380:7
pertain 282:9,15
320:1
pertaining 320:1
pertains 278:8
pharmacy 53:18
62:1,2 107:16,18
108:1 134:3
362:15
phase 365:21
phone 36:23 37:9
37:10 83:5,8,11,12
83:19 134:2
185:12 187:8
258:18 274:12,18
281:13 339:7
350:11 357:21
390:3
photo 290:22

physical 72:5,10
75:11 193:4
237:25 276:19
302:21,22 308:3
308:17,19 359:5,6
physically 185:15
238:12
physician 35:14
35:25 36:5 252:6
262:7 263:4
362:23,25
physician's 86:25
87:7 160:19
360:10 362:7,22
physicians 90:4
125:16
pick 30:7 83:8,18
134:3 140:25
279:1 281:12
337:12 339:4
359:19
picked 141:20
142:18 152:23
161:21 280:11
337:16
picks 140:13,19
picnic 350:3,3
picture 358:16
piece 29:7
pill 127:7 343:5
pills 41:12,13 45:1
61:23 123:24
127:5,12 158:4
383:25
pin 301:3
pipe 272:21
pipes 272:16,19
273:9,10
place 19:13 66:21
111:20 303:12
323:11 388:21

**placed** 174:20
182:8 192:11
278:16,18 303:6
304:5 374:4,6,9
**placement** 304:13
**places** 113:24
260:8
**plaintiff** 1:4 3:7
24:24 319:23
**plan** 89:19
**plaque** 44:22
60:16
**plavix** 44:14,20,21
60:15 61:5,6
110:6 126:6
**play** 37:5
**playing** 353:9
**please** 74:16 77:3
89:25 151:2,3
170:14 190:4
198:15 204:1,1,17
208:16 216:13,13
217:5,24 218:1,5,6
336:10,11 338:12
343:1 356:10
390:11,11
**plug** 358:3
**plumber** 271:22
**plumbing** 272:10
**plus** 309:20
**pocket** 45:23,23
259:3 312:12
**pockets** 148:9
**pod** 58:1 185:14
257:20 324:14
329:14 348:14
349:17 350:9,14
351:14,15 354:7
354:11,25 355:1
358:2,14 378:22

**podiatrist** 110:21
**pods** 351:5,9,12
**point** 25:22 30:22
81:3 90:17 109:24
109:25 116:20
134:22 148:5
201:2 202:18
203:18 217:7
220:13 229:16
241:19 263:21
287:8 315:5
336:24 354:12
380:13 382:2,4
386:5
**pointed** 29:12
112:4 123:5
147:14 154:14
199:19
**pointing** 195:24
224:23
**points** 63:5 341:25
**police** 70:10
**policies** 13:10,19
27:20 28:6 29:10
29:16,25 45:11,16
45:17 49:17 50:10
50:11,13 123:9
135:24 136:11
137:2,5,22 138:1,2
139:2 146:13
367:5
**policy** 13:25 26:20
31:5 114:13 115:7
115:12,15,18
116:4,9,18 117:6
117:15 120:17,23
120:25 121:7
123:3 135:23
136:15 138:7
140:6 146:8
158:12 324:2

366:12
**polish** 27:12
242:25
**politely** 217:4
**polo** 301:5
**pontiac** 16:11 17:4
17:23 37:2,12,15
37:18 42:11,14
43:19 44:2,4,16
45:10,25 46:4
47:13 51:4,5,12
52:3,10 63:22
64:2,7,8,9 65:2,7
65:13 111:18
114:14,18 125:16
316:2,20 317:1
**pops** 197:16
**population** 43:15
48:6
**portion** 289:5
**position** 85:25
**positive** 70:5 72:2
178:11 306:22
**possibilities** 65:24
**possible** 160:21
**possibly** 34:17
178:5 179:7 361:9
**post** 69:18,18
72:18 279:17
**potentially** 122:24
**pouch** 54:9 312:11
**pounded** 74:24
**pounding** 338:7
**pounds** 73:11
272:21,22
**practice** 269:17
**practitioner** 41:21
260:20 266:9,25
**pratt** 1:18
**pre** 147:6

**precipitated**
373:11
**precise** 202:17
**preexisting** 316:19
**prepare** 10:24
**prescribe** 93:2
110:18
**prescribed** 52:24
53:23 62:3,4,17
84:20 85:7 86:5
86:20 103:7
111:18 116:22
125:15,16,17
131:14 147:1
169:20,24 170:16
182:10 192:14,25
192:25 193:2
194:4 196:23
209:21 210:7
232:6,10,13 244:8
245:25 271:6
362:24
**prescribing** 85:2
111:1,12
**prescription** 85:10
86:22 346:2
360:16 361:10,20
362:8,18
**prescriptions**
33:10 87:12 92:21
193:13 362:11
**present** 73:17
**preserve** 170:14
314:12 366:23
**preserved** 182:7
**pressure** 33:25
34:4,7,16 44:21
60:18 84:7 174:22
224:4 225:8
229:24 247:4,5
266:24 297:21

330:21 340:23
360:22
**pretrial** 20:1,11
21:9 24:23 36:3
46:9
**pretty** 52:3 125:22
168:8 192:20
**prevent** 62:17
245:23 257:23
**preventing** 250:7
250:11 251:10
**previous** 282:13
333:25 388:8
**previously** 289:17
315:7
**primary** 35:13,24
36:5,10 249:23
252:5 262:7,11
263:3,17,19
264:21 265:13
**print** 199:1 326:25
**printed** 65:23
168:6 367:18
**printing** 199:3
**prior** 11:20 14:3
15:12 31:14,15
34:22 40:3 43:23
62:8 185:9 216:11
218:10 219:18
248:11 269:19
270:6 289:13,14
297:17 303:7
311:7 317:1
320:21 321:6
**priorities** 180:23
**priority** 180:24
181:5
**prison** 16:11 51:24
52:19 248:5 269:6
269:24

**privacy** 78:20
**prn** 171:4 183:14
**probably** 8:5
11:23 26:8 40:2
55:19 101:11
110:12 128:15,24
135:7 139:14
201:10 331:14
334:16 340:22
356:18 358:6
366:1
**problem** 7:8 10:17
98:23 112:18
195:11 237:15
290:2 292:7
301:16 302:22
315:25 318:12
319:4 368:19
**problems** 34:23
36:17 65:25 81:9
93:7 140:6 193:24
302:3
**procedural** 21:5
**procedure** 2:7
26:25 29:25 30:2
31:2 52:21 117:9
117:11 162:17,20
302:15 306:21,22
357:24 391:5
392:5
**procedures** 13:11
13:19 27:20 28:7
29:10 45:16,17
49:17 50:10
136:12 137:23
139:2 239:8
347:17
**proceed** 283:18
**proceedings** 25:2
48:12,15 388:17

**process** 21:23
62:11 112:1 204:6
208:16 217:22
226:22 314:10
326:11 328:2
333:2 338:16
354:4 359:21,25
360:1
**processed** 63:2
191:9 209:4
223:23 327:21
**produce** 144:15
**produced** 143:3
143:19,22 144:11
144:17,18,22,25
147:7
**production** 390:15
390:17,22
**productive** 217:22
**professional** 98:10
360:25
**proficient** 277:12
**program** 176:13
**prolonged** 308:14
**prolonging** 195:5
217:23
**promise** 82:2
**pronounce** 275:7
**pronounced** 266:4
**proper** 17:8
140:14 248:8
297:9 302:6
**properly** 27:5
270:3 291:7 300:8
**propped** 296:21
**protect** 78:21
**protective** 277:2,6
303:18,19
**prove** 55:20
210:11 216:5
315:10,22 316:5

316:22 317:12,22
318:17,19 319:7,9
**provide** 12:24
45:11 182:9
232:12 289:22
377:2,3
**provided** 17:8
170:19 222:14
370:20 373:1
**provider** 51:24
252:22,25,25
254:3
**providers** 79:2
**provides** 138:4
**providing** 47:4
**proving** 318:11
**prozac** 169:25
170:4 342:3
383:23 384:2,5
**psych** 225:10
**ptsd** 383:11
**public** 391:10,18
392:15,23 393:23
**publications**
287:22
**pull** 308:9 359:23
**pulled** 85:7 386:3
**pulling** 305:10
**pulmonologist**
260:18,25 261:8
**pulse** 256:24
**pump** 35:1 114:7
**pumps** 60:23
**purpose** 264:11
**purposes** 276:25
293:19,20 300:13
**pursuant** 2:7
**push** 47:22 77:2
357:6
**pushed** 226:7

**put** 24:18 27:24
  30:5,12,14,14,22
  30:23 31:1,7
  37:23 54:14 57:4
  57:6,10,23,24
  58:18 110:2
  123:24 127:9
  140:24 141:5,5
  157:24 175:13
  191:23 198:19
  200:25 208:15
  209:8 212:9
  220:19 223:5
  226:6 268:3 283:9
  297:24 311:13
  313:2 314:3
  325:24 328:3,18
  335:4 344:22
  355:12,17 356:14
  356:23 358:9
  359:12 361:13
  368:10,12,23
  376:14

**q**

**question** 7:6,13,14
  7:23,25 8:11,13
  9:2 16:24 19:6
  23:25 28:13 32:11
  32:15 33:22 59:14
  68:7 69:10,12
  71:11,13,14 72:4
  76:3,4 81:19 82:2
  82:7 86:9 88:20
  91:8 92:1,4 94:19
  94:20 96:13,16,21
  98:1 100:12,25
  103:10,11 105:16
  105:21 106:12
  110:22,24,25
  112:11,20 114:8
  114:10 115:25

117:5 118:19,22
  119:13 121:1
  122:1,5,9 123:22
  132:2 136:17,22
  136:25 137:14,18
  137:21 142:17,18
  154:8,22 158:21
  159:8 166:24
  167:5 176:15
  178:7 179:13,14
  179:20 187:7,9,22
  188:1 194:7 195:2
  202:7 212:23
  214:24 216:16
  217:9 218:15,17
  220:22 221:6,9,22
  222:3,8,9 239:22
  244:17 245:11
  250:1,25 251:1,7,8
  252:11 253:3,10
  259:6 260:2,21,23
  262:24 268:6
  269:2,5,22 274:19
  274:20 285:25
  292:14,17 293:20
  296:25 305:16
  307:12 311:3,22
  314:7 315:14,15
  316:15 318:2,6
  319:17 341:10,11
  344:20 364:16
  368:17 370:10
  371:15 375:9,10
  376:20 377:18,19
  379:7 384:9 385:1
  385:13 386:24
**questioning** 199:5
  216:10
**questions** 6:19
  14:18,21 29:24
  32:23 40:17 81:24

88:17 92:3 111:22
  111:22 112:3
  150:3,6 160:5
  194:11 200:16
  202:8 216:14,22
  217:5,12,21 218:6
  219:24 221:21
  222:5 250:18
  257:9 283:10
  290:21 294:6
  304:9 319:12
  320:10 321:23
  367:6,25 368:3,20
**quibble** 239:18
**quick** 157:2
**quicker** 168:13
**quieter** 296:20
**quit** 38:11,13
  217:10
**quite** 11:16 134:18
  134:19 143:5
  246:18 332:5
**quitting** 38:14
**qureshi** 1:15

**r**

**r** 1:13 3:1 4:1
  282:3
**radiate** 305:22
**radiated** 305:18
  305:23
**radiates** 323:1
**radiating** 305:11
**radio** 338:13
**radioed** 339:14
**radunsky** 3:9,10
  5:5 6:8 12:13,16
  13:1 17:1 19:19
  20:7 24:15 32:14
  35:20,22 43:6
  57:14,16,20,21
  77:21 78:1 82:11

82:14,18,22 83:4
  88:2,14,16,19,23
  89:1,4,6,22 91:5,9
  96:17 98:3,4,19
  99:11 102:3 105:8
  105:14,17 106:8
  109:8 111:5,9
  112:9,17 113:3,7,8
  116:14 118:11,15
  118:21 120:24
  121:2,18 123:17
  124:16,20,24
  136:3,21 137:8
  145:9,12,17,20
  147:12 148:12,16
  148:23 149:17,20
  149:25 150:1,17
  159:13 160:3,7
  167:12 168:2,9,13
  168:15,18,19
  174:4 177:23
  179:2,19 180:13
  180:21 183:5,8,11
  199:4,13,14
  213:24 214:1,5,10
  214:14,21,22
  216:12,18 217:1
  218:3,11 219:1
  221:1,4,8 224:22
  225:1 234:15
  251:17 252:23
  253:19,24 254:5
  254:17,19 255:3
  260:15,16 275:19
  276:3 286:16,21
  287:1,5 288:23
  294:6 304:8 309:5
  320:13 321:24
  322:4 332:7,10
  336:2 342:11
  343:23 356:16,20

Exhibit B

368:4,6,9 375:16
377:6,11 382:7
383:17,20 385:5,7
385:10 386:9
387:11
**radunsky's** 290:20
**raised** 23:21
**rambling** 195:4
**ran** 42:18
**range** 310:16
**rare** 35:4
**rarely** 84:18,19
**rate** 307:19
**rats** 323:10
**rcdc** 67:13 76:1
77:1,24 278:22
282:17,21 283:4
335:22
**reach** 184:19
185:10 186:17
**reached** 187:4
**read** 14:1,14,22,23
15:1,1 20:3 24:12
24:19 27:23 65:21
88:20 89:2 104:20
105:15,22 112:21
135:22 136:1
137:1,2,5,12,22
151:20 152:10,20
153:12,17 154:23
155:22 160:17
161:4,15 162:8,13
170:2,21 171:6,21
172:13 175:7
182:16 183:17
184:20 190:11
192:5,16 193:5
196:3 204:22
206:25 210:13
211:21,22 213:19
216:16 220:4

224:14 225:13,14
232:1,19 234:20
235:20 278:15
287:24 288:10
289:20 290:1
318:20,24 370:18
386:16 391:5,6,12
392:5,6,17
**reading** 20:19
204:19 390:19
**reads** 230:1
**ready** 46:21
**real** 73:10,11
157:2
**realize** 386:4
**realized** 380:23
**really** 12:11 22:22
22:22 31:4 33:12
67:22 68:7 70:21
82:1 92:2 112:22
121:9 124:20
150:3 217:22
253:1 272:20
274:11 284:14
368:21
**rear** 352:9
**reason** 48:10 56:8
57:1 103:8 107:3
107:24,25 108:14
122:21 124:25
125:2 130:5 154:6
154:10,10 156:20
157:6,15 158:23
164:1 205:1
206:10 212:7
226:19 235:12
239:21 248:7
252:16,18 260:11
285:16 303:19
373:2 375:6
390:14 392:8

393:3
**reasoning** 155:25
171:17,19 227:5
**reasons** 121:4
180:4 277:7,8,9,10
**rec** 351:6
**recall** 13:4 15:16
27:2 41:5 51:15
51:21,23 52:12
59:15 61:1 69:17
69:24 85:17
103:21 107:1
128:20 130:11,14
135:19 146:5
231:9 259:14,18
276:14 279:21
281:5 283:5,8,21
288:2 290:23
294:12 299:22
300:15,25 311:4
312:16 367:23
371:25 381:19
384:12
**recalling** 147:21
**receipt** 390:18
**receive** 28:5
102:15 117:25
170:16 174:23
201:9 235:19
332:20 338:3
345:10
**received** 27:3,13
27:18 28:2 29:9
44:6 105:4 106:7
153:5 163:19
172:22 183:3
184:9,10 192:8
196:19 199:20
200:11 202:1,6
206:25 211:19
220:10 233:9

234:17,23 235:18
269:10 270:20
333:5 369:17,22
370:6
**receiving** 76:2
77:6,15 84:6
85:16 103:19
106:11 139:20,20
171:9 211:7 272:6
282:17,22 294:23
309:12 338:14
360:24
**recollection** 11:24
232:25
**recommendation**
67:5
**record** 38:4 54:3
59:18 89:2 102:8
118:12 143:14
147:7 149:21
159:2,7 187:25
195:9 196:18
197:2,5 203:6
211:18 212:10
213:14 226:6
234:16 235:1,2
236:4 243:18
268:1,1,3 285:9
288:14,18 371:7
373:22 382:8
388:16 392:9
**recorded** 102:20
102:21 103:23
104:2 215:3,24
**recordings** 210:4
**records** 31:22 38:3
46:23 47:6 50:3
62:5,7,25 78:18
79:1,14 89:10,16
90:3,21 91:14
92:5,7,16 93:6,16

**[records - replace]** Page 48

93:18 94:7 96:8
99:14,21 100:3,6
100:16 101:11,17
101:19,22 102:1,1
102:6,14,19,22
103:13 104:9,17
104:18,20 105:2
106:3,15 126:20
143:21 148:18
158:9,25 195:23
210:9,12 211:4,8
212:17,18,20
213:1,4,8,12,17
214:25 215:1,11
215:15,21 225:22
225:25 226:3,12
226:20 227:6,22
227:23 228:2,6,9
228:12,14 229:6
229:11,19,22
230:23 231:6
235:16,23 236:2
267:23 314:13,13
321:11 363:20,25
364:6,11,20 365:1
366:23 372:25
373:2,15 374:8
379:15 382:18,25
383:7 384:13,19
**recount** 84:4
**rectangular** 350:2
**reduced** 310:10
388:14
**refer** 211:19
259:13 277:18
293:21
**reference** 25:17
240:22 390:7
391:2 392:2
**referenced** 391:11
392:15

**referral** 225:11
**referred** 230:3
**referring** 105:13
138:19 279:13
285:9 289:3
293:18
**refill** 133:25
**reflect** 105:3 106:5
106:15
**reflects** 196:19
197:2 203:7
211:18 234:16
235:2
**reflux** 85:21 87:2
386:2
**refresh** 232:24
**refusal** 12:23
**refuse** 157:14
158:1,3,21 232:12
249:8 257:15,16
**refused** 58:2,16,25
59:20 66:10
157:19 211:19,24
212:2 213:8
234:18,24 235:4,6
235:11,25 279:3
312:2,15 313:10
**refusing** 109:11
219:11 228:7
**regard** 292:25
297:14 319:18
**regarding** 27:19
45:11 48:22 104:2
137:3,23 258:8
277:10 285:25
297:10 298:9,23
304:12 311:6
370:20
**regardless** 81:12
249:5

**registered** 62:22
**regular** 51:16
207:21 267:7
272:1
**regularly** 51:15
271:16
**rehabilitation**
299:11
**rehabilitative**
298:21
**reissue** 92:24
**reissued** 33:9
**relapse** 40:12
**relate** 12:4
**related** 12:5,6 13:5
13:19 20:9 28:7
49:4 50:13 139:25
156:25 157:4
171:5 236:20
245:5 258:8 265:4
321:7 381:22,23
**relative** 253:7
388:22,24
**relax** 131:2 247:6
**released** 21:22
22:13
**relevance** 383:15
**reliable** 212:20
**relied** 92:19
**relief** 155:16
**relieve** 322:18
**relieved** 122:7
**rely** 86:4 92:18
101:21,25 102:8
**relying** 92:15
**remake** 216:2
**remarks** 104:21
**remember** 11:17
15:22 16:2,9,10,19
16:21 17:4 23:12
23:13 25:23 26:5

26:10,14,19,23,24
27:7,9,14 28:3
29:6,19 32:5
33:10 34:8,11,12
34:17 35:2 37:21
38:18 49:20 54:20
59:2 64:2,13
101:13 112:20
125:21 170:6
237:12,13 240:8
241:4,6,8,24 242:4
242:8,9,9,11,15,17
242:21 258:6,21
266:19 267:4
281:21 284:8
295:19 297:24
307:11 311:10,21
312:20 320:20
336:22,23 363:3
363:22 365:22
366:5 367:6
368:25 371:21
376:10 377:23,25
384:8
**remembered**
16:18
**remotely** 2:5 5:22
388:20
**removed** 152:7
**repair** 23:20 272:3
**repeat** 89:25
232:14 333:22
354:3 364:23
**repeatedly** 96:9
278:21 311:12
**repetitive** 220:15
**rephrase** 7:10
121:1 292:5 294:7
359:14
**replace** 273:11

report   14:23
    106:14,18 108:17
    136:2 137:16
    138:23 227:19
    256:13 262:14
    315:25 318:12
    325:5 355:2
reported   225:7,11
    225:16 226:1
    325:9 345:23
    365:2,23 388:13
reporter   2:4 6:18
    7:18 288:19
    387:14,17 388:3,6
    389:9 391:7
reporting   319:4
    364:21 365:4
represent   283:15
    292:9,10
represented
    285:14
representing
    276:10
request   13:24,24
    26:15 28:10,11,20
    28:22,24 30:4
    53:19 54:15 55:5
    55:6 140:21
    141:21 142:1
    154:16 162:16
    164:14 165:13
    171:3 182:11
    183:15 184:17
    185:4,8 186:13
    203:5 219:20
    224:9 278:22
    338:9 348:18
    370:20 392:9,11
requested   89:3
    169:20 172:5
    183:14 184:17

185:9 192:24
    196:24 236:5
requesting   152:13
    161:7 170:13
    182:5 276:24
    277:6
requests   30:11
require   217:16
    290:15
required   114:2
    289:7,7,22 316:24
    390:25
requirement
    361:5
rescheduling
    172:11
rescue   45:4 114:1
    118:1 127:1
    182:10
research   316:21
    385:25
researching
    317:18
reserve   387:8
reserved   387:22
residential   272:12
    272:13,14
resolve   131:10
    310:1
resolved   17:5
    280:8
resources   247:15
respect   29:25
    89:11 90:2 146:14
    173:4 237:23
    291:23 297:1
respiratory   34:23
    35:11
respond   76:20
    81:17,18 150:10
    187:23 202:5

216:22 279:3
    290:25 291:7
    298:2 300:8 303:1
    338:9 344:18
    371:2,6,16
responded   142:4,7
    142:19,23 143:6,8
    143:19 144:23
    153:18 154:25
    155:7 156:5
    161:22 162:14
    163:18 165:23
    166:2 167:3,10
    172:17,20 173:18
    173:21,23 174:2
    183:12 184:8,13
    187:19 192:2
    196:11 204:14,18
    211:14 218:10
    237:2 325:22
    343:24 344:2
    368:11 369:4,11
    370:19 371:3,4
responding   112:6
    189:11
responds   164:22
    166:11 199:23
response   74:7
    143:9 153:2,6,8,24
    155:11 156:13
    161:25 162:4,15
    163:4,5,11,20
    164:3,5,24 165:21
    165:24 166:15,23
    167:6 170:23
    171:1,2,17,20,21
    171:24 172:19,22
    173:4,10 182:21
    184:10 193:20
    196:9,18 199:25
    203:3 204:16,20

206:25 211:17
    213:23 214:16
    217:18 218:9
    219:6,10,12
    222:10,15 224:16
    225:2,5 230:2
    234:8,9 236:16
    237:9 239:21
    251:9 294:6 307:7
    369:5,17,23 370:3
    370:5,7,11,13,14
    370:15,21 371:3,5
    371:11
responses   143:16
    144:16 150:5
    151:3 217:14,17
    325:23
responsibility
    80:6 335:10
responsive   82:1
    112:11 318:3
rest   61:25 288:15
    323:22 326:20
    350:22
restate   102:17
restrict   305:6
restricted   285:8
    285:20 286:6
    298:10 308:22
result   264:23
    302:24 303:1
    308:4
results   262:1,9,12
    263:3
resumed   88:12
retaliating   107:5
return   94:10
    232:7 278:19
    282:18,20 302:14
returned   209:13
    390:18

Exhibit B

**review**   11:3 99:21
140:15 243:13
280:2,18 363:25
364:20 387:8
390:12 391:1
392:1
**reviewed**   11:15
13:10 100:5,13
104:8 214:25
243:12 262:9,12
262:14 277:22,25
278:1 321:10
344:12 345:17
366:1
**reviewing**   276:21
276:23 377:15
**rid**   124:2 216:20
**right**   6:22 8:10,12
8:15,19 9:6,8,11
9:12,19,24 10:4
11:23 15:9,11,13
17:3 18:13,14
24:10 31:5 33:20
34:1 38:5 40:17
48:15,23 49:6
51:8 57:14 59:4
59:15,19 67:20,23
68:14 69:17 75:1
81:23 82:2 89:19
89:24 90:18 92:3
92:12 93:13 94:3
94:20 95:11 96:3
96:4 97:19 99:1
100:4 101:16
103:2,11 107:24
108:7,14 109:18
110:19 111:10
112:1 114:15
115:11 116:6,9,15
117:7 118:8,11,22
118:25 119:3,15

119:18,22 120:3,5
120:12,16,17,21
123:7,10,18
128:24 132:11,13
132:23 133:8
134:9 135:24
136:13,18,24
139:8 142:20
143:2,4,12 144:12
144:17 147:16,17
149:2,9,12 150:7
150:24 151:5
153:20,22 155:9
156:2,9,11,15,20
157:9,11,12,24
158:2 159:10,15
159:19 160:17
161:8,17,22
162:17,19,21,23
163:2,4,5,12 164:4
164:6,9,22,24
165:10,20,25
166:2,8,12,17
167:4,25 168:14
169:2,5,11,14
172:2,3,6,18,24
173:1,2,8,12,13,20
173:23 174:8,10
175:9,17 177:4,5
179:4,21 180:14
181:1,17 182:19
183:21 184:8,24
185:15,25 186:6
186:14 187:10
188:10 189:4,18
189:22 190:11
191:3 192:1,19,21
194:9,14 195:21
196:12 197:5
198:3,4,8,16,18
199:18,23 201:12

201:15 202:24
204:14 205:4,9,21
206:13,13,14,17
207:5,8,12 208:7
208:11,24 209:1,4
209:6 210:16,17
210:19,24 212:2,5
213:18 214:1,6,7
215:9,12,15,24
216:25 217:10,21
218:16,19 220:16
220:17 221:25
223:20 224:16,18
224:23 225:15,19
227:10 228:3,10
229:12,22 230:24
231:3,12 234:22
235:12 236:9,13
237:10,22 239:12
239:14,17,18,23
240:23,25 241:3
241:14,21,25
242:7 244:19,20
245:1 247:1,8,9,12
248:7,10,15 249:5
249:6,16,21,22
250:6,11 251:8
252:4,18 253:1
254:21 256:6
257:4 258:4,22
259:10,17 260:11
260:20 262:7
263:10 270:2
271:19 273:19
276:16 280:6
284:5,6 286:19,21
287:11 289:5,19
289:24 290:13,18
292:13 295:23
297:8 298:13,22
300:25 302:17

303:17,24 304:15
305:3,19,22
313:19 315:11,17
316:20 317:20
319:10 321:24
322:9 324:10
325:24 326:1,4,5
327:10,14,17
328:20,22,25
329:13,16,20
330:1 332:15,20
332:21,24 334:14
335:1,5,9,20 340:3
340:7,10,24
343:16 344:13
345:19 347:25
350:7,14,16
351:13,22 352:3,4
352:17 353:18
357:3 360:2 363:1
365:8,12 367:9,24
368:14 369:12
370:8,17 371:3,12
371:16,18 372:13
372:14 373:13,19
373:24 374:1,5,20
375:2,13,17,19
376:2,7,8,13
377:23,24 378:6
379:23 381:7,11
381:23 382:3
384:20 385:16
386:13
**rights**   78:22
**risk**   359:4
**risks**   123:14,19
**rivera**   1:15
**rn**   42:18 344:17
**rns**   254:15
**rodriguez**   1:15

**[rojas - second]**

**rojas** 76:12,13
**room** 42:24 66:14
  193:18 248:9,11
  248:15 249:4,4
  293:13 294:18,20
  296:7 329:20
  350:10 351:17
  358:5,6 360:6,7,7
  374:24
**rosie** 386:5
**roster** 291:20
**rotate** 266:20
**rotated** 134:8
**rotating** 265:18
**roughly** 39:14
  65:17 73:9 177:19
  343:17
**round** 363:11
**rows** 350:15
**rtu** 169:17 174:20
  176:20 282:10,15
**rule** 8:15
**rules** 2:7 6:23 11:1
  11:1 218:5 391:5
  392:5
**ruling** 172:11
**run** 59:25 83:24
  87:25 193:18
**running** 323:10
**runs** 62:23
**rushed** 65:18

**s**

**s** 1:16,17,18 3:1,10
  4:1 9:16 153:15
  339:14 390:15
  392:8,8 393:3
**sacramento**
  331:13,13
**safety** 115:10
  123:1 153:11
  157:8,9 276:25

**salmon** 1:15
**sat** 88:11 209:17
  329:15 330:11
**sation** 307:17
**sations** 241:17
  294:5,16
**saturday** 359:20
  359:20
**saw** 9:14 15:11
  48:14 65:3 72:6
  79:14 94:6 95:3,5
  133:19 153:22,24
  156:12 245:3
  267:1 290:22
  341:17 368:14,15
  372:13
**saying** 14:6 19:21
  21:21 27:17 29:3
  32:20 47:5 53:8
  55:9 56:14 58:23
  72:16 73:6 74:14
  75:16 76:8,16
  84:19 85:4 89:7
  92:5 93:7 97:22
  98:12 99:25
  100:15 101:1,13
  101:18 102:4,7,8
  102:13,18 104:6
  117:5,24 118:6
  123:25 129:13,14
  129:21 135:13
  141:18 143:7,13
  143:17 144:14
  165:9 167:2,13
  171:14 176:17,23
  184:3 185:3,7
  186:24 187:2
  191:22 196:22
  197:4 198:3,7,11
  198:14 200:22
  201:12,13 202:22

  205:14 211:8
  212:1,3,22,25
  214:15 220:17,22
  223:14,22 225:16
  225:17,18 226:4
  227:17 228:4,5
  229:8,13,20,23
  230:23 233:25
  234:1,22 235:1,5
  235:11 253:14
  260:4,6,6 262:11
  300:11 305:17
  306:15,16 322:1
  337:14 339:15
  366:14 376:10
  378:19,21
**says** 24:23 65:20
  95:21 96:4 151:15
  152:12,13 154:16
  159:21 160:10,17
  161:10 162:10
  166:15 169:7,15
  174:11 183:23,24
  183:25 184:1
  185:25 191:9,10
  192:17 193:23
  195:10,14,17,22
  195:24 196:3
  198:9,17 200:2
  203:6 207:11,14
  214:2 215:7
  219:19,21 220:3
  222:20 224:20
  228:1,14 230:18
  233:3 235:6,24
  243:18 278:16
  280:14 289:6,7
  290:11 326:15,25
  327:12,19 330:14
  334:22 356:10
  370:13 373:24

  374:3
**scar** 262:5 264:16
  264:18,22 265:3
**scared** 242:14
  374:22
**scary** 62:11
**scenario** 96:14
**scenarios** 53:15
**schedule** 161:1
  313:25
**scheduled** 14:13
  136:20 161:11,12
  172:10 263:13
**scheduling** 161:13
  161:14 224:7
**school** 23:3,5,11
  69:2,3,14 70:8
  86:3 353:11
  386:11
**schools** 23:13
**science** 23:9
**scream** 75:12
**screamed** 336:12
**screen** 24:19
  147:19 197:19
  225:9 277:20
  325:25 326:1,7
  368:11,12
**screening** 223:25
  226:5
**screwed** 92:23
**scrubs** 259:3
**seal** 391:15 392:21
**sealed** 152:16
  343:6
**seat** 329:13
**seats** 329:15
**second** 51:5 57:11
  66:11 165:3,8,13
  168:3 205:18
  207:17,24 208:8

219:16,17 220:2
234:9 237:12
244:4,25 288:6
326:17 350:23
**seconds** 101:14
**secretary** 361:1,1
**section** 154:16
182:3 327:19
328:1
**sections** 326:12
**security** 9:25 37:2
63:14 69:18 72:18
79:8 115:10
126:22 161:13
192:14 209:23
210:5 211:1,2,12
300:13 306:23
312:6 313:14
331:22,23 382:16
**see** 13:23 29:3
30:8,24 42:20
51:3,14 54:11
55:9 56:11,17,21
56:22 62:4 68:18
71:5,12,17,22 72:2
75:8,22 77:12
83:22,24 86:25
92:20 97:16 99:19
123:19 130:18
137:5 141:6,7,8,9
141:17,21 148:25
149:1,2,4,6,7
154:17 155:4
159:23 161:7,24
161:25 162:1,19
164:20 165:10,10
165:16,18 166:11
166:13,18,25
168:7,18 169:3
171:24 174:8
176:5,8 178:12,13

178:13 183:2,3,7,9
186:4,11 188:16
188:20 189:6
190:8,19 197:17
199:24 203:10
207:5,20 208:1,22
211:11 214:1,5
215:15 219:8,19
219:21 223:16
228:17 229:2
231:14 234:11
235:8 236:6
239:11,14 248:15
248:19,22 250:2
252:1 253:20
259:25 260:10
261:2 270:5
276:15 279:10
280:22 282:8,24
286:23 289:7,10
290:7,17 292:22
293:13 295:19
312:4,8,9,12
323:15,21 324:8
324:13,25 325:3,5
333:7,20 343:18
344:23 345:18
347:15,16 352:6
352:10 354:10,23
360:23,24 361:8
361:12,15 362:7,8
363:9,14 364:5,9
364:10,13 365:3
368:1 369:3,6,7,12
369:15 370:12,15
370:16,17,22,24
370:25 376:15
380:6
**seeing** 29:25 75:24
78:12 229:15
242:6 249:23

264:4 307:15
**seen** 11:11,18,19
12:11 13:14 21:25
49:24 77:10 85:8
85:12,15 93:19
99:25 100:14,16
101:12 119:11,17
120:15 133:21
141:4 144:17,18
144:21,25 147:20
160:18,20 161:11
162:7,11 172:12
179:11 192:3
213:16 215:10,13
224:2 228:10
236:15 254:11
261:7 268:21
293:11 307:19
323:25 340:2
344:3 345:7,8
347:14 372:10,19
381:3
**sees** 96:8
**send** 49:24,25 62:1
62:3 64:4,15 81:1
108:1 249:9
255:13,17 330:21
330:22 337:12
345:14 360:5
362:15
**sending** 64:2
**sends** 81:1
**sense** 122:20
123:12 321:15,16
**sent** 31:16 32:7
44:7 51:23 53:18
62:6,7,24 64:12
67:6 86:20,23
90:24,24 107:19
108:1 165:25
203:7 206:19

219:16,18 330:16
339:11 362:2
**sentence** 196:3
**separate** 164:13
288:14 346:9
**separated** 351:21
**separately** 288:25
**september** 231:11
231:14 237:11
**sergeant** 30:20
329:22 339:9,10
339:14
**series** 289:6
**serious** 63:19
119:22,23 120:2
160:21 170:17
193:1 208:15
**seriously** 287:13
297:3
**serve** 324:15
**services** 1:9,11
26:15,16 28:24
141:20 162:16
327:20
**set** 20:2 238:9
325:12 389:3
**seven** 51:9 148:21
244:3 268:18
350:2 384:23
**severe** 65:17,25
256:4,13,20 257:2
**shake** 7:4
**shape** 351:17
**shaped** 350:3
351:18
**share** 147:19
265:12,15 277:20
325:25
**shared** 265:7,7
**sharing** 326:1

**sharp** 305:8,13
  309:8
**she'd** 69:19 134:2
  236:6 345:13
  353:12 358:9,15
**shebel** 153:15,17
  155:1,4 158:12
  162:5 163:18
  171:2 172:17
  173:10 182:22
  183:19 184:2
  196:11,17 198:6
  199:23 200:22
  202:22 204:14,18
  211:14,23 212:1,8
  219:7 222:10
  224:17 225:2
  230:1 234:9,22
  236:3 237:3
  344:15,17,17
  345:9,9 369:4,11
**shebel's** 153:24
  163:4 184:10
  203:2
**sheet** 141:12
  349:25 390:13
  392:7,10,18 393:1
**sheriff** 1:7 301:10
**sheriff's** 1:6
**shift** 66:9 279:9
  324:1,1 337:23,25
  354:2,3,4,8
**shifts** 352:2,4
  354:14
**shirt** 59:11 75:16
  131:3 301:6
  322:18 323:6,16
**shirts** 301:5
**short** 238:9
**shorthand** 2:4
  388:3,5 389:9

**shortness** 67:18
**shoulder** 305:12
  305:18 323:3
**shoulders** 336:17
**shove** 30:15
**show** 27:18 44:24
  113:17 114:7
  145:22 148:18
  207:23 210:9
  211:2 216:5
  228:25 263:25
  281:20 299:17
  312:13 317:19,21
  317:22 336:19
  339:8 349:3
  358:15
**showed** 77:9
  104:13 179:17
  212:17 264:16
  281:16,17 330:19
  339:10 343:13
  369:19
**shower** 350:18,18
  351:16
**showing** 189:5,9
  211:7 369:11
**shown** 390:16
**shows** 197:14
  213:22 221:25
**shrug** 336:17
**sic** 200:11 210:1
  218:20 230:4
  265:25 340:6
**sick** 37:6,7 160:18
  161:1,14 185:12
  192:9 312:7
  329:20
**side** 121:15,22
  122:5,11 160:21
  160:24 239:9,9
  272:5 305:22

309:9 348:2,3,4,5
  348:7,9 349:25
  350:1 351:8,8,9
  352:9 353:10
  354:1,2 356:14
**sided** 305:21
**sides** 305:24 350:5
**sign** 27:13,18,22
  27:22,24 77:9
  78:6 108:25 237:6
  344:3 345:13
**signature** 151:11
  153:4 156:15
  161:18 163:9
  167:10 172:17
  182:18 183:1,2
  223:1 231:20,21
  370:12 387:6,8,22
  389:8 390:14
**signed** 27:14 28:2
  174:14 183:2
  190:15 196:14
  210:16 216:7
  218:9 220:5,10
  223:13 327:9
  344:12 345:4,9
  370:9 391:13
  392:18
**signing** 390:19
**signs** 13:22 74:10
  75:11 77:1 309:13
  330:17 338:8
  366:17
**similar** 6:19 13:6
  47:13 52:21 57:23
  57:24 108:23
  125:6 127:2 228:5
  306:9 311:3,23
  351:3
**simple** 68:8 92:4
  96:13 111:22

112:24 114:10
  137:21 188:2
  195:1 209:24
  217:14,16 274:20
**simply** 112:2
  218:4 316:17
**simultaneous**
  32:12 150:15
**sincerely** 390:21
**single** 10:2 61:4
  94:12 173:20
  205:18 226:8
  236:12,16 239:5
  241:8
**sir** 8:2 10:6 11:5
  15:6 22:5 375:9
  386:12 390:10
**sit** 21:19 30:16
  54:19 140:24
  141:6 144:22
  227:1 280:5
  350:11 358:5
  363:6
**site** 46:11 272:24
  273:8
**sits** 350:16
**sitting** 30:16 32:22
  55:22 59:4,19
  62:13 71:22 73:22
  77:12 131:23
  144:14 258:5
  265:2 275:3
  293:10 321:3
  363:10,12
**situation** 93:20
  96:6 97:20 230:23
  338:3
**situations** 340:2
**six** 25:22 135:7,13
  242:1,3 244:2
  259:11 276:17

279:16 350:2,2
358:6,7 374:5,9
**size** 42:23 286:15
340:15
**skin** 73:10 310:9
**skipped** 270:14
**slip** 54:15
**slit** 141:11
**slot** 141:7
**slow** 168:21
**small** 45:22 47:17
127:5,8
**smaller** 42:21
**smith** 1:13 4:7
283:15 286:1,6
291:12 292:3,10
292:20 293:1,24
295:6 298:3
301:14 302:5,25
306:13 307:13
308:2,21
**smoke** 39:15
**smoked** 38:23
39:20 40:3
**smoker** 38:4 40:1
**smokes** 120:10
**smoking** 38:7,11
38:14,20 40:7,8
**snuff** 39:6
**social** 9:25 140:13
347:13,18 349:3
**solely** 92:15,19,19
**solutions** 390:1
393:1
**somebody** 28:17
32:22 36:24 50:22
56:11 58:14 74:13
74:18,20 114:3,5
122:15 133:12
140:25 172:11
178:2,5,9,24 179:7

180:8 191:3
230:13,14,22
241:10 253:13
261:13 280:5
284:4 305:9
329:21,22 336:18
354:25 361:2
**somebody's**
275:11
**soon** 63:1 118:1
357:19
**sooner** 117:23
**sorry** 21:1 25:14
33:3,19 35:19
39:13 42:11 56:21
57:9 60:24 64:19
78:11 88:1,10
91:3 100:11 105:6
129:22 149:14
156:12 160:2
162:10 167:22,24
167:25 168:5
175:10 182:15
184:9 202:6
203:17 214:11,12
218:7 224:22
228:16 232:1
234:10 243:3
244:25 256:2
268:5 278:3
280:19 282:14
290:11 292:16
293:7 300:2
303:11 307:2
309:6 317:23
319:16 333:13,13
334:11 341:8
361:25
**sort** 12:4 29:3 40:6
75:14 131:12
167:14 337:19

**sought** 267:5
**sound** 283:23
**sounds** 16:8 29:1
31:4 32:19 52:17
52:20 65:11 66:20
80:4 118:24 121:9
322:2 372:14
**south** 351:11
**spanish** 27:11
222:20,23
**speak** 15:4 274:17
279:22
**speaking** 32:13
150:16 274:18
291:24 321:15
**speaks** 382:8
**specialist** 126:10
133:20
**specializes** 110:23
**specific** 41:19 68:4
105:13 136:11
138:13 241:5
258:6,21 259:13
259:15,15 281:3
292:1 295:17,18
299:22 306:12
311:5 313:5 363:7
366:23 375:23,25
376:11 377:9
**specifically** 41:16
49:21 59:3 60:13
63:7 65:6 76:18
76:22,24 78:5
85:17 94:9 100:22
101:5 130:11
138:16 156:24
157:3 238:17
240:9 257:15
260:19 283:8
285:19 312:16
316:8,25 317:11

320:16,18 321:14
**specified** 388:21
**speculation** 167:8
177:21 179:1
**spend** 19:22
200:16
**spending** 315:7
**spent** 287:17
**spit** 127:9
**spoke** 29:10,14
49:12 92:11 94:22
94:25 109:16
113:10 188:5
206:3,7 260:9
281:5 315:1
377:20
**spoken** 262:16
**spot** 68:16
**st** 125:20 126:11
126:11,12
**staff** 80:18,19,22
81:5,14,15,18
93:22 126:22
130:1,3 136:23
140:1 152:1
161:11,13 187:21
192:12,14 195:22
205:16,19,20
210:11 224:3
228:19,21,23
232:12 239:6
254:11 258:10,23
259:19 278:25
289:25 298:25
313:14 314:1
326:22 327:20
330:17 331:22,23
382:16,17,17
**staircase** 351:21
**stalking** 313:13
355:21 356:6

stamped 148:13
149:22 286:12
332:8 333:18
stand 233:11
296:21 370:15,15
370:21,21
standard 204:16
standards 137:12
138:10,14,20
standing 58:5
68:11 73:19 78:25
81:17 89:24 92:7
185:15 291:15
293:16 349:24
stands 67:14 164:4
164:6,24 165:24
166:15 172:19
173:10 204:20
222:15
star 328:1
staring 177:1
start 40:7 62:14
112:15 134:14
209:12 331:9
361:14
started 201:3
288:7 332:6 333:2
335:24 343:10,14
359:1,3 362:17
366:9 372:23
373:6
starting 148:14
359:4
starts 151:6
state 2:4 10:13,15
75:22 76:25
102:14 103:13
136:15 138:2,3,8
139:2 160:14
176:22 235:13
388:6 391:10

392:15
state's 3:16 20:5
20:20 276:10
stated 11:1 105:5
107:25 294:10
311:1 330:7
statement 59:21
297:12 298:12
308:24 391:13,14
392:19,19
statements 22:1,4
104:21 294:17,25
295:2,5,9 297:3
298:23 301:17
303:2 306:12
states 1:1 162:6
235:21 319:19
333:18
stateville 303:23
stating 105:2
106:2,10 126:20
185:5
stationed 338:15
statute 138:13,16
statutes 137:11
138:10,11,12
288:4,6
stay 352:16 353:2
374:16 375:1,12
375:12
stayed 354:6
362:16
steady 272:7
steel 141:10 350:3
stenographically
388:13
stent 34:1 43:22
43:23 60:17
151:16 257:4,6
303:6,12,24 304:5
304:13,19 374:4,6

374:8
steps 177:14
297:10 313:8,13
stick 141:14
stipulated 5:21
20:16,18
stipulation 5:20
stockpile 346:19
349:5
stomach 386:3
stood 36:23 37:10
282:22 307:21
313:19
stop 27:23 62:15
130:25 150:19
151:2,2 168:9
194:13 217:2,25
218:1 254:13
350:23 351:22
stopped 91:24
332:3
stopping 251:14
stories 375:20
376:6 377:1,13,22
story 53:7
straight 111:24
112:23 129:24
249:13,14 251:7
302:2 368:21
straightened
109:22
straightforward
158:20
strap 305:10
street 2:9 3:4,10
3:17 248:17
284:22 331:14
stress 31:21 51:19
51:25 135:16,20
261:15 341:21,22

stressed 245:23
stride 177:15,16
strike 29:13,13
35:23 51:22 65:12
146:20 184:9
205:1 232:2 241:1
243:5 246:9,11
252:13 256:2
257:12 268:5
294:8 307:24
320:16 324:5
333:2 338:19
stroger 248:22,24
250:7
stuck 188:25
studied 386:22
studying 23:18
71:12 73:2,5
stuff 27:23 49:8
51:20 78:23
100:20 114:16
165:15 270:14
291:21 317:5
356:1 358:4 359:5
366:12,18 386:1
stumpf 339:14
subject 11:12 13:6
25:11 149:12
submit 72:21
162:7 234:18
244:15 353:11
submitted 152:22
224:9
subscribe 287:21
subscribed 391:10
392:14 393:21
substance 113:20
sudden 186:12
384:1
sued 69:6 74:6,10
79:13 125:1

237:24 316:19
320:15,15,18
**suffer** 304:15
**suffered** 301:16
302:3 303:2
304:24 308:4
**suffering** 16:14
308:6,16,22
**suicidal** 341:24
**suing** 16:10
**suit** 18:2 253:13
**suite** 3:4,10,17 4:4
390:2
**summary** 159:21
160:11 169:8
174:11 190:1
326:16 327:6
**sums** 192:20
**sun** 209:19
**sunday** 348:11
**superior** 390:1
**supervisor** 241:12
241:13
**supervisors** 30:20
58:15 306:23
**supervisory**
140:14
**supplemented**
139:7
**supply** 153:10
158:10
**supposed** 14:12
31:3 60:1,21 81:6
81:8,13 93:25
118:18 122:12,15
133:22 136:7,8,19
140:20 164:17
187:20 197:7
205:16,19,20
227:21 256:1
261:2 265:8

281:20 299:16,18
301:23 302:14
316:14 337:9,11
338:23 340:9,11
348:20 352:3,4
358:20,22 360:18
360:19,23,24
361:17,20
**sure** 6:22 18:6
48:8 49:19 57:20
67:1 89:1 90:1
91:5 102:18 109:9
119:4,6,14,16
120:13 122:18
133:22 141:13,15
148:12 149:25
157:3 163:9 173:3
176:1 177:10
183:5 190:5,10
198:16 206:24
213:15,24 214:13
217:7 226:12,14
245:14 264:9
271:16 286:21
287:5 292:7
295:21 307:10
337:2 364:24
365:18
**surgery** 34:5
**surprise** 122:14
**surrounding**
293:6
**surveillance** 182:6
210:4,11 279:2
280:2 313:3,4
**susan** 153:15,17
162:5 171:2
182:22 196:11
**sweating** 37:25
**swedish** 261:13,22
261:23 262:13,15

262:17 263:7,12
263:16
**switch** 296:4 348:6
354:2
**switching** 354:13
**sworn** 6:2,5
388:10 391:10,13
392:14,18 393:21
**symptoms** 62:15
234:19 322:24
**system** 204:6
363:21

**t**

**t** 9:16 301:6
339:14
**table** 293:11
**tables** 350:2,3,4
**tablets** 152:4
157:20,21 169:21
309:16
**tag** 239:16 301:12
**tags** 55:1,8 59:10
260:1 294:3
**take** 7:20 8:3,4,5,6
8:7,11 11:25
19:13,15 27:16
31:20 34:4,7
44:11,19 45:1
46:20,22,24 49:24
55:6 60:20,21,23
66:8 69:20 72:20
72:25 80:25 82:9
82:12 85:4 88:3
91:22 103:14
120:20 121:20
122:12,15 123:23
127:14 131:2,15
131:21 132:20
133:7,15 134:11
134:14,17 135:2
137:25 145:7

147:2 155:13
156:3 157:19
158:1,3 164:16
165:22 193:1
194:24 198:25
199:5 227:2 232:9
233:2 244:8
245:22,24 247:6
248:25 254:14,17
254:22 256:4,5,8
256:10,23 271:8
275:14,15,17,21
287:13 297:3,9
310:23 312:20
313:7 319:5
324:10 330:17
335:16 337:20,21
337:24 358:21,22
361:8,11 362:11
383:24 384:2
**taken** 2:1,5 83:1
94:9,16 121:24
126:25 127:20,21
128:13 131:17
145:18 175:21
177:12,13 199:9
201:16 255:1
276:5 322:5
340:19 360:4
374:3 388:19
**takes** 87:1 133:12
140:14
**talented** 7:19,19
**talk** 28:10,16,18
30:20 32:7 34:21
53:1,9 71:6 78:3
83:25 93:1 145:23
189:3 207:4
254:20 269:18
296:22 326:10
360:9,10 384:14

**talked** 11:7 17:18
17:20 18:24 46:25
47:1 54:15 96:9
135:17 164:23
219:10 240:20
258:16,20 292:8
379:17
**talking** 7:20 12:4
15:1 16:22 17:14
25:8 33:12 34:13
36:23 50:12 56:24
61:14 63:7 67:22
71:1,20 83:14,14
89:5 99:4 105:7,9
105:14 115:2
120:23 124:9,11
125:14 127:25
129:17 136:15
139:12 147:21,25
167:14 186:8
218:16 221:10
227:18 243:1
296:19 318:22
321:3 360:3
376:25 379:21
384:17
**tall** 238:9 363:8
**tangents** 114:9
**taylor** 1:16
**team** 340:16
**tech** 51:3 67:19
77:3 114:25 226:4
226:10 258:17
281:8,9 282:3,6
336:11,11 338:22
339:2 360:3 361:2
361:12,16 362:14
**technician** 32:8
262:20,22
**technological**
356:2

**technology** 8:17
9:11
**techs** 53:24 229:25
338:15 339:8
340:10,11
**telephone** 338:12
**tell** 12:17,17,18
18:12 19:20 22:23
26:14 27:22 28:9
28:15 29:16 30:13
38:17 47:24 50:19
50:22,25 54:5
55:4 58:25 59:7
59:19 71:24 72:15
76:19,22 78:11
79:13 81:8 84:3
84:10 85:15 107:2
107:10 109:10
113:10,18 114:19
114:23 117:9
132:19 141:19
157:18 168:21
176:18 213:2
216:13 222:13
227:24 231:5
238:14 240:9
245:4,13 253:12
257:16,18 259:25
263:25 264:21
268:4,7 269:18,20
269:24 270:2,13
273:9 276:16,18
276:24 291:10
292:19 296:18,20
307:16 310:12,22
314:20 338:1
346:3 347:8,10
354:15 357:19
358:11 360:20
363:11 365:14
367:2 372:18

**telling** 29:19 34:14
55:7 82:7 84:5
86:24 96:24 119:7
121:21 215:1
217:11,13 220:7,9
228:11 229:5,17
275:2 364:7 384:2
**tells** 96:3 232:9
**temporarily** 24:24
**ten** 22:6 82:19
112:7 128:22,24
129:1,3 145:8,15
254:22 272:21
279:16,20 329:17
**terization** 89:21
**term** 28:24
**terminology**
281:10 282:2
353:16
**terms** 148:17
269:20,23 302:3
302:21 306:12
**terrible** 19:6
**test** 31:21 96:12
97:10 261:15
**tested** 271:16
**testified** 6:6
142:10 291:25
292:18 293:25
341:1
**testify** 12:12
388:10
**testimony** 44:16
55:23 129:9 143:2
143:6 212:19
290:23 294:13
306:14 317:6
379:3 388:17
391:6,7 392:6,9,12
**tests** 51:19,25
69:20 72:21

160:23 164:17
224:12 246:24
353:12
**textbooks** 287:25
**thank** 57:19 82:25
88:25 97:8 149:19
149:24 152:19
195:15 196:6
199:11 224:23
246:7 280:25
286:23 287:3
309:3 333:16
344:1 351:22
367:25 378:5
381:15 387:2,3
**thanks** 6:12 25:13
67:7 98:22 145:2
159:12 183:10
199:13 278:3
280:23 287:4
321:18 332:10
384:22 386:23
387:3
**therapist** 40:22
**thick** 45:15 363:16
**thin** 238:9 363:12
**thing** 14:15 56:3
111:19 140:21
163:3 220:16
223:18 260:5
284:24 321:2
344:6 345:15
346:11 351:16
363:18 374:21
**things** 12:8 13:21
75:1 82:1 97:11
101:3 102:14,19
107:23 111:25
112:22 119:2
124:2 145:22
187:13 213:6

215:2,20 217:16
227:7 233:21
287:16 314:8
**think** 15:17 24:7
24:11 25:18 27:12
34:8 35:1 42:25
42:25 52:3 55:24
56:3 63:21 64:5
65:25 68:13 70:4
70:4 72:11 73:7
74:12 80:17 85:22
85:24 86:12 87:15
90:11 96:5 97:16
97:23 108:13
110:20 111:2
118:12 126:6
128:3 138:10
140:4,12 142:8
146:5,6 166:6
167:14 170:5,6
199:2 212:8,14
217:11 240:4
243:24 254:19
265:16 267:13,16
268:23 275:13
277:11,22 280:9
286:10 288:16
300:4 301:4
309:24 310:21
318:4 319:11
332:1 340:24
350:21 355:21
367:11 380:4
385:10,11,13
386:1,2 387:8
**thinks** 96:11
**third** 9:17 24:23
245:24 285:10
288:7 326:14
**thirds** 326:14

**thirty** 390:18
**thomas** 1:7
**thought** 10:14
16:21 22:16 57:18
91:5 96:1 100:8
198:19,22 249:8
288:24 302:8,12
302:13
**thoughts** 341:24
**thousand** 43:3,8
**thousands** 76:13
123:7 138:11,12
238:18
**threatening**
242:18
**three** 16:15 21:20
26:8,22 30:7,16,23
34:2 37:19 38:22
46:3 47:7 50:5
61:20 64:5 84:22
129:19,20 158:4
158:17 177:15
189:20 193:8
233:2 243:12,21
265:17,24 267:13
267:13 273:23
302:9 309:13,16
309:20 310:3,4,15
316:11 342:12
343:3 347:15
351:12 352:2,17
352:18 358:20
363:16 366:1,8
**threw** 220:18
**throw** 327:22
362:4
**thrown** 20:15
**tier** 83:7 169:18
175:5,24 184:17
185:8,11,11
186:14 188:5,6

209:15,18,20,25
210:1,4 231:25
232:4 237:20
241:9 281:7
283:22 285:13
286:3 291:17
295:10 296:2
299:12,13 301:22
319:22 339:12
349:2 353:8,9
358:14 365:13
366:4 378:17,20
**tier's** 184:19
358:13
**tiers** 67:10 210:5
238:21,23 239:1,4
**tight** 305:11
**time** 7:20 11:14,17
11:19 13:9,16,17
18:23 19:22 21:13
21:22 25:7,8,10,19
26:1 28:12 29:11
29:11 31:9 32:3
33:13,18 34:2
35:2 36:25 37:12
39:23,25 47:9
48:4 52:8 54:7
55:12 57:25 58:19
59:24 61:2 62:5
67:24 68:5,16
79:17 84:25 86:14
91:14,15 94:6,12
95:2 99:21 103:3
105:1,7,24 108:4
115:5 127:21
128:13 129:10,13
131:9 133:19
141:2 145:12,14
149:3 170:15
173:20,23 176:13
176:18,19 178:10

180:6 189:6
196:23 197:16,20
197:22,24 198:1,2
198:21 200:5,17
200:18,25 201:17
201:18 204:5,11
204:21 206:14
207:9 215:17
217:4,9 225:12
226:8,14,17
227:20 231:6
235:10 238:22
239:12 243:15
256:17 257:6
259:15 261:9
265:4 267:1
268:20 271:9,20
277:5 278:11,13
278:20 283:21,25
284:6,17 285:21
286:3,7 287:17
293:2,25 296:2,3
298:2 301:23
303:25 304:22
309:2,11,21 310:6
312:21 313:1
315:7 316:7,25
320:6 321:19,24
322:10 323:20,22
323:25 324:2,8,14
324:20 326:18
329:3 330:14,15
333:1,25 334:14
337:22 342:23
346:1 348:1
349:14 350:21
359:7,7 360:15
361:18,23 362:15
363:9 364:4,5,12
366:5 375:24,25
376:11 381:8

384:8 388:20
**timely** 12:8 174:23
381:9
**times** 7:22 24:8
25:1,5 45:24 59:1
64:6,10 67:11
71:21 80:17 94:17
95:4,4,5 98:2
102:23 108:10
112:19 125:7
128:21,22 129:3
129:15,19,25
130:6 134:18,19
135:4 177:13,14
204:25 205:15
209:25 210:2,8,10
213:15 229:17
240:9,12 241:5,6
241:17 245:21
246:17 258:1
260:8,13 267:5,8
272:11 281:13,24
289:17 294:9,19
294:20 299:3
305:13 309:20
310:5,8,12 312:5
312:22 322:15
325:20 337:3
346:14,24 349:8
365:8,22 373:3
376:3,17,25 377:4
377:25 378:20
**tired** 192:9 253:1
333:14
**tissue** 262:5
264:16,18,22
265:3
**tobacco** 38:9 39:2
39:5
**today** 6:20 10:24
12:1 13:7 15:3,13

38:8 54:19 110:4
125:25 131:22
160:24 169:23
217:7 221:12
243:7 260:17
261:1,7,8 265:2
363:6
**told** 31:6 32:24
33:24 34:5 37:6
40:22 53:24 54:6
60:7 62:23 75:6,7
89:15 91:2 94:8
99:21 104:4
116:19,20 132:15
133:14 155:25
156:8 157:16
160:25 162:15
169:21 183:19
196:17 224:1,5
226:7 245:18,19
245:20 246:1
256:7 262:6 263:2
264:3 265:2
267:20,24 268:2
268:12,21 269:8
269:11,12,13
270:18,22 278:25
292:11 294:10
296:5 300:9
309:24 320:16,18
321:9,13 330:20
343:6,6 358:18
364:5,6,11 365:13
374:16 375:11,20
376:10 377:1
379:12 380:19
381:3 383:2,3,4,12
**tone** 73:10
**top** 157:1 159:23
190:3,9 197:20
208:20 214:3,8

223:6 259:11
326:15 327:18
328:1,14 334:21
335:8 351:19
356:8,10
**torres** 1:16,16
240:1,3,4 241:3
242:22 307:22
**total** 351:18
**totally** 316:15
**touch** 185:16
326:21 355:7,14
**tough** 40:17
**tower** 351:11
**track** 91:25
**trade** 346:15,20
349:6,18
**trading** 119:2,9
**tradunsky** 3:12
**trained** 69:1 80:14
80:15,18 81:4,14
81:15 86:2,11
**training** 24:1 65:7
69:6,14,15 70:3,8
70:9,16,22,23
71:16 72:24,24
74:1,6,7 87:15,17
96:10,25 97:6,18
386:14,17
**transcribed** 391:7
**transcript** 8:1 9:4
388:12 390:11,12
391:5,12 392:5,11
392:17
**transcripts** 20:4
20:19,21
**transfer** 62:8
91:13 205:15
**transferred** 21:8
24:24 25:5 43:25
46:7,17 48:17

91:14 130:20
204:21 205:10,24
276:24 277:6
311:14 316:11
**transmit** 50:2
**transmitted**
126:21
**transport** 64:4
255:8,9 294:21
**transported** 31:18
126:21
**trap** 308:8
**tray** 325:12
**trays** 323:24
324:15,17 325:1
325:10,11 339:3,5
**treat** 41:15,19,25
42:1 80:20 92:16
95:15 102:6 125:2
249:5,20 266:22
270:4 372:9
**treated** 42:12
43:20 44:4 99:14
100:10 252:5
261:6
**treating** 34:25
35:10 41:7 51:12
135:9 246:9
260:17,24 263:24
**treatment** 12:24
28:7 44:8 45:3
98:14,14 101:19
102:25 103:21
104:3,22 105:4
106:5,16 125:9
137:4,24 213:3
248:8 252:1 267:6
310:24 311:2
**trial** 20:2,3,4,11
20:14,17,18,20
21:16 303:15

Exhibit B

**[tried - understood]**

**tried** 38:25 78:6
234:24 248:25
279:22 310:10
314:9 346:7
354:23 373:16
381:25 382:21
**triplett** 1:18
**trouble** 221:21,23
222:4 313:15
**troy** 3:10 35:19
57:12 77:20 82:9
88:25 105:7 112:8
112:8,13 124:14
145:7 149:14
168:1 213:21
218:25 260:13
286:10,11 287:4
356:19 377:10
**true** 71:6,18
115:17,17 122:18
124:5 187:18
211:9 212:5 213:6
225:19 235:12
303:3 381:24
382:20 383:8
388:16
**trust** 82:8
**trusted** 229:19
**truth** 388:10
**truthful** 25:3,4
227:15 373:21
384:16
**truthfully** 74:13
**try** 55:25 56:25
71:17 92:2 131:2
133:17 150:4
166:7 248:5,5,19
248:22 249:20
259:24 275:7
277:20 309:7
311:23 312:9,25

314:2,7,16,19
349:7 354:21
**trying** 21:10 32:21
74:12 77:21
108:21 109:5
111:21 112:10
113:1 117:2 118:3
124:16,17,18
168:10 174:2
186:20 194:16
197:23 213:13
218:3,4 221:24
257:22,23 294:1
**turn** 54:25 55:8,13
56:4 59:5,9
206:11 239:13
249:6 355:9 357:7
**turned** 21:3 56:16
176:8 258:24,25
**tv** 73:22 197:14,15
342:22 350:15,17
357:7,10,17
**tvs** 176:11
**twice** 44:9 51:9
60:3 129:12 203:9
246:20
**twins** 238:6,8
240:1,3,6 307:22
**two** 15:16 21:14
22:12 25:8 26:8
26:21 30:7 34:2,2
38:22 41:2,3
61:20,21,22,23,24
66:14 110:14
123:9 128:7,11
129:6 131:11
133:5 144:10
154:21 158:6
160:22 162:6
164:12 188:19
206:16 207:12,15

208:6 210:17
214:6,13 224:9
233:7 238:6
243:21 254:4
266:17 297:15,22
302:7,11 309:13
310:2,4,17,20
316:10 324:18
326:14 328:5
335:5,23 337:4,21
344:7,24 347:12
349:4,7 351:5,9,18
352:17 358:8
362:16 366:10
368:23
**type** 20:18 22:18
41:2 88:4 227:4
243:9 249:21
290:16,19 297:15
297:22 315:20
381:19
**types** 63:12 146:20
**typewriting**
388:14
**typical** 350:24
**typically** 42:1
**typing** 364:8

**u**

**u** 339:14
**uh** 7:4,4,4 155:2
184:25 186:9
189:12 321:20
345:6
**ultimately** 21:5
298:17
**unable** 56:17
117:20
**unchecked** 191:14
**undergo** 20:13,14
20:16 51:25

**undergone** 64:10
**underground**
309:14 331:16
**underneath**
282:11 283:1
327:12 328:7
**understand** 7:7,9
17:17 19:21 25:18
29:17,20 68:7,13
68:17,20,20 69:11
69:11 71:2,4
75:10 76:15 80:24
81:10,22,22 87:5,6
91:11 106:23
110:25 111:6,10
111:17 114:6
118:25 120:5
121:3,6,7,10,22
122:5,10 123:2,3
123:20 143:12
149:9 166:3,5
167:7 168:17
187:24 189:11
217:25 219:4
222:9 239:19
253:9,13 269:16
285:6 290:1,20
292:9,10 297:1
304:1 308:17,18
317:7,9,11 318:6
347:4 365:1 375:5
377:17
**understanding**
31:4 43:2,7 68:21
68:25 80:5,9,16
81:7,11 90:1,15
91:12 116:6,7
221:21 315:9,16
349:21 360:12,14
**understood** 7:13
30:2 49:16 89:8

154:2,9 173:4
282:6 317:24
**uniform** 300:18
301:2
**uniforms** 301:11
**unit** 30:6 52:15
58:7 62:23 65:19
67:20 68:6 69:19
69:20 71:9 72:18
72:20 73:21 80:23
81:1 140:23
177:13 178:19
180:16 263:20
312:7,7 329:15
342:20 348:15
350:9,14 353:13
353:19,20,21
360:8
**united** 1:1
**units** 352:9
**university** 51:18
64:3
**unlock** 302:15
**unreportable**
32:12 150:15
**unsuccessful**
292:25
**untimely** 381:10
**updated** 139:7
**upper** 191:8
286:19 323:3
327:25
**upset** 386:3
**upstairs** 338:13
**urgent** 178:24
**use** 28:23 38:9
39:5 45:19 117:21
146:15,22 175:5
186:3 272:25
346:20 383:5

**useless** 152:5
157:21 158:6
**usually** 8:4 61:19
130:20 191:6
279:8,10 347:20
349:13 378:25

### v

**v** 1:5 301:6 390:6
391:3 392:3
**vaccinated** 271:14
**vague** 120:22
**valid** 10:4 205:1
**validity** 5:22
**varied** 226:17
295:14 379:4
**various** 53:4 65:24
67:16 115:10
294:24 295:2
**vast** 284:5
**vastly** 123:10
**verbally** 321:9,13
**verified** 363:20
**verify** 71:5,14,17
**veritext** 390:1,7
393:1
**veritext.com.**
390:17
**versus** 71:6 283:4
**vessels** 268:13
**vial** 127:5
**vicinity** 73:15
299:12
**victims** 317:22,23
**video** 11:11
170:14 182:6
195:23 210:3,10
211:6 236:5 280:2
313:4 314:12,14
366:23
**videoconference**
2:5 3:6,13,19 4:6

388:20
**viewing** 342:22
350:15,17
**violations** 14:11
**visible** 55:1
**visit** 160:22 267:7
350:10
**visiting** 350:10
**vital** 330:17
**vocalized** 95:9
**vocational** 23:10
**volunteer** 265:22
**volunteers** 265:18

### w

**w** 1:14,15 9:16,16
**wage** 274:2
**wagon** 40:6
**wait** 29:20 30:6
31:8,9,11 53:18,19
57:12 61:20 65:20
66:6 91:4 107:15
113:16 114:4
118:20 121:21
131:2 135:25
168:3 175:2,15
186:1,15,16
202:23,24 203:13
216:22 279:1
281:8 310:1
329:23 341:13
347:4 348:19
349:11 359:14
367:12,14 369:6
**waited** 176:23
197:10 198:4
199:19 201:2
203:24 206:4,8
329:17,17 331:8
**waiting** 21:13 63:1
152:18 255:24
308:9 342:24,25

342:25
**waive** 5:21
**waived** 390:19
**walk** 47:18 67:19
77:6 175:4 177:5
186:2 247:1
248:17 268:18
302:18 309:14
331:17,19 332:17
333:8 336:17,19
342:19 343:11
350:6,6 351:4,15
363:14
**walked** 109:1
177:10 279:24
309:13 312:23
331:18 351:13
366:13
**walking** 67:25
75:15 122:24
280:4 312:5 323:8
323:19 336:7
354:21
**wall** 30:9 350:5,12
351:18 358:4,7
**walls** 351:18 358:8
**want** 7:6 8:7 11:6
12:17,18 16:18
18:14 19:20 25:24
32:16 34:10 43:11
51:2 58:23 76:6
78:7 82:5 88:19
97:5 107:13,21,22
108:20,20 111:25
121:4 122:22
145:14 147:18
148:3,4 149:3,16
150:23 158:17
159:6,10 160:4,5
161:10 162:7
168:15 173:22

185:21 187:13,24
195:8 200:16
207:3 214:24
215:8 216:4 222:6
226:22,23 227:4
227:23 231:10
239:20,21 247:16
257:17 262:23
275:17,21,21,25
288:14 293:15
303:5 304:9
309:17 310:22
312:14 320:20
326:1,10 338:11
347:6 355:23
356:6 357:17
**wanted**  25:15,17
29:3 73:3 85:10
98:25 113:11
115:16,21 116:2,5
116:9,17 117:6,8
117:21 130:1
141:24,25 145:23
162:19,22 173:3
190:8 206:24
289:25 290:2
333:4 344:7
365:18
**wants**  24:20
217:20 275:11
**warranted**  230:5
**washington**  3:17
**washtenaw**  9:16
22:11
**watch**  185:16
210:3
**watched**  123:23
281:12
**watches**  127:9
280:2

**watching**  69:18
141:2 197:13
338:25
**wave**  354:23
**waving**  66:3
**way**  24:11 51:12
66:2,4 69:9 71:15
75:13 92:2,2
124:3 162:24
189:7 227:25
237:3 239:8 246:3
265:4 295:24
296:1 303:17
307:9,16 308:11
314:3 317:23
331:14 342:19
347:17 367:1
**ways**  350:1
**we've**  17:14 21:25
89:4 125:14 142:8
189:20 236:12,20
243:7 288:16
292:8 380:12
**wear**  99:15
**wednesday**  347:22
348:11
**week**  39:12,14
48:16 51:10 108:2
133:24,24 162:6
216:11 218:10
219:18 220:6,11
220:17 254:4
267:3,4,17,18,19
272:9 273:15,21
273:25 274:13
316:10 344:24
347:15,16,16
348:10,12,13
359:20 366:2
378:22,23

**weeks**  33:11 118:2
154:4 160:23
316:11,11 344:24
345:18,21
**weighed**  363:7
**weight**  22:24 32:6
72:11 305:13
360:4 361:13
363:2
**weird**  8:18
**wellness**  371:22,25
372:8
**went**  10:25 14:10
19:25 37:1 43:24
46:1,2,6 52:15
69:2,13 70:7,20
86:3 92:24 101:2
127:24 158:5
227:3 245:6
248:11 255:15,20
284:22 329:14
331:1,2 332:24
334:5 339:6,19,22
343:2 344:21
361:18 366:12
369:10 371:19,21
372:4,10,12,17
377:9,13
**west**  3:17 4:4
331:12
**westlaw**  288:4
**wexford**  42:14,15
**wheezing**  37:25
**whereof**  389:3
**white**  217:15
**wide**  141:11
**william**  1:3,22 2:1
5:3 6:3,10,12 7:12
7:21 8:10 10:19
10:23 11:10 12:3
13:3,9 15:7 17:2,7

17:14 18:5 19:2
22:1 24:4,18 25:6
25:21 32:16 33:16
35:25 37:9,23
40:6 41:5,24 43:7
47:21 48:14 49:1
51:11 54:13 55:22
56:6,22 63:4
65:12 69:1,10
70:7 71:11 74:22
76:6,15 77:16
78:2,4,25 79:17,24
81:3,19 83:5,15
85:24 87:5,19,23
89:7,24 91:25
93:14 94:19 95:23
96:2,21 97:20
99:20 103:10
105:19 106:12
108:20 109:3
111:10,21 113:9
114:11 115:6,25
116:24 117:1
118:5,16,19,23
121:3,10,21 122:4
122:4,10 124:1,25
128:12 132:3
134:11 136:10
137:18 138:17
139:16 140:8
141:1 142:2,17
144:2,2 145:21
147:14 148:5,24
149:5 150:2,12,14
150:18 153:1
154:14 156:6,17
157:6,14 158:13
159:5,17 160:1,1,8
161:17 162:15
165:10,23 166:9
166:21 167:14

**[william - yeah]**                                                    Page 63

| | | | |
|---|---|---|---|
| 168:20 169:3 | 374:25 375:17 | **wondering**  44:3 | **written**  22:3 28:4 |
| 171:1,13,14 | 377:19 380:24 | 330:11 | 85:6 101:18 102:5 |
| 173:15 175:17 | 386:11 390:6,8 | **word**  26:11,11 | 199:3 222:16 |
| 176:14,14 178:7 | 391:3,4,9 392:3,4 | 41:24 151:20 | 360:5 |
| 178:15,17,20 | 392:13 393:20 | 191:17 208:23 | **wrong**  9:10 37:7 |
| 179:13,20 181:10 | **willie**  276:11 | **words**  52:13 61:16 | 65:11 102:6,8 |
| 181:13 183:13 | 283:7 319:21 | 107:3 108:23,23 | 114:12 159:2,7 |
| 184:24 185:13,18 | 320:1,6 | 109:16 114:16 | 225:23 235:2,10 |
| 185:18,21 187:9 | **willingly**  237:1 | 125:8 141:9 | 235:13,17,24 |
| 189:2,16 190:1,6 | **window**  71:21 | 173:11 180:24 | 323:17 383:1 |
| 191:5,5,7 194:3,5 | 329:16 338:8 | 230:19 270:4 | **wrongful**  18:3,21 |
| 194:20,23 195:1 | **wish**  162:11 | **work**  107:8,12 | 19:1,3,8,10 |
| 196:2,8 197:4,9 | **withdrawal**  62:17 | 132:9 238:18 | **wrongfully**  303:22 |
| 198:13,16 199:15 | 193:3 | 272:25 273:8 | **wrote**  14:25 |
| 200:15 201:19,24 | **withheld**  101:1,6 | 274:13 | 139:12 164:14 |
| 202:10 203:22 | **witness**  2:8 5:3 6:1 | **worked**  76:6 77:23 | 169:15 170:13 |
| 207:6 210:14 | 6:4 12:22 16:25 | 255:6 | 187:18 191:20 |
| 211:25 212:16 | 19:25 77:23 82:16 | **worker**  140:13 | 198:18 199:16 |
| 213:11 214:10,23 | 101:25 116:12 | 298:21 347:13,18 | 200:19 201:17,18 |
| 215:8,21 216:3,6,8 | 118:13 124:15 | 349:3 | 207:21 208:12 |
| 216:19,21 217:3 | 136:1,19 145:11 | **workers**  299:11 | 223:12 291:16 |
| 218:12,14,21 | 167:9 168:4,14 | 354:6 | 293:10,12 314:24 |
| 220:21,21,21 | 174:1 177:22 | **working**  68:12 | 334:9,9 335:14 |
| 221:23 222:2,22 | 179:17 180:16,18 | 76:14 272:8 | 348:24,24 |
| 223:7 226:20 | 183:7 216:15,24 | 273:15,17,21 | |
| 227:13 229:16 | 217:25 218:7 | 274:24 275:3 | **x** |
| 230:19 231:13 | 221:2,5 224:21 | 279:9 373:14 | **x**  5:1 30:14,24 |
| 233:10,20 239:20 | 252:21 253:22 | **works**  41:21 | 141:5 191:10,22 |
| 242:16 246:1 | 254:3,9,15 275:23 | **worse**  109:13 | |
| 248:18 249:3,25 | 278:5 280:18 | **worsened**  268:24 | **y** |
| 249:25 250:7,17 | 283:9 344:2 385:6 | 269:10 270:21 | **yeah**  7:17 12:20 |
| 250:21,25 251:6,7 | 385:15 388:9,9 | **worthless**  228:2 | 14:7,16 17:20 |
| 252:8,10,10,24 | 389:3 390:8,11 | **wow**  43:17 | 22:22 24:16 26:8 |
| 255:4 262:17,23 | 391:1,4,11 392:1,4 | **write**  201:5,20 | 28:18 31:6 35:20 |
| 269:2,7 270:17 | 392:15 | 202:18 207:18 | 36:1 37:5 39:3,24 |
| 273:5 274:19 | **witnesses**  15:4 | 208:5 314:20 | 43:10 46:16 49:7 |
| 275:13 309:8 | **witness'**  390:14 | 328:7 333:22 | 51:14 54:14 57:20 |
| 314:6 315:8,14 | **woman**  73:7 | 334:22 356:11 | 58:17 60:4 72:13 |
| 316:15 317:6 | **won**  19:25 | **writing**  140:10 | 82:25 88:10,21,24 |
| 318:4,20 320:14 | **wonderful**  322:2 | 189:25 201:3 | 91:11 101:15 |
| 368:22 371:17 | | | 105:8 108:15 |
| | | | 110:15 120:4,13 |

**[yeah - zoom]**                                                Page 64

124:22 128:11
131:7 133:2
134:18 140:11
142:5,12,21 147:1
150:10 155:4
156:3 157:10
161:25 162:3
163:6 167:21
170:9 171:7,19
172:22 173:7,24
181:2 182:20
183:7,22 184:21
186:11,15 188:23
191:4 201:5
203:11 204:23
206:18 208:2
211:22 214:4,14
215:25 219:21
223:21 224:21
225:17 236:10,18
237:5 238:2
243:14 244:21
248:13,16 254:21
254:22 266:16
267:8 271:18
273:25 275:19,23
278:5 279:19
280:24 284:2
287:3,14 291:22
292:16 293:4,17
295:10,23 297:25
298:17,18 305:19
312:4,17 322:4
323:7,17 325:20
327:3 330:21
331:1,15 332:9
333:14 336:16,18
337:17 341:13,13
341:18,24 342:4
343:7,23 344:14
346:3 349:16

357:5,8,16,17
359:16 362:20
364:12 368:4
370:9,25 372:14
373:14,23 374:7
383:10 384:21
385:18 387:7
**year** 21:14 25:8
35:18,19 40:5
64:13 110:14
127:20,23 128:1,9
128:10,10,23
129:22 132:1,9
134:20 135:7
138:21 144:7
156:18 244:21,23
245:3 247:19
248:21 249:19
250:3,9 271:2
275:1,4
**years** 11:21 12:11
14:1,5 21:20 22:6
22:12 25:22 34:2
36:13 37:19,20
38:24 39:18 40:3
43:24 46:3 95:6,8
97:18 98:12
104:16 119:7
128:7,11 129:4
133:5 144:10
206:17 229:1,11
242:1,3 243:11
248:5 259:11
269:6 276:17
316:21 382:21
**yelling** 336:10
**yellow** 29:7 30:4
224:9
**yep** 25:15 172:14
210:18 342:6
345:20 356:21

**z**

**z** 1:14
**zantac** 362:24
**zone** 131:1
**zoom** 8:16

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

Exhibit B

```
                    VERITEXT LEGAL SOLUTIONS
             COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

     Veritext Legal Solutions represents that the
     foregoing transcript is a true, correct and complete
     transcript of the colloquies, questions and answers
     as submitted by the court reporter. Veritext Legal
     Solutions further represents that the attached
     exhibits, if any, are true, correct and complete
     documents as submitted by the court reporter and/or
     attorneys in relation to this deposition and that
     the documents were processed in accordance with
     our litigation support and production standards.

     Veritext Legal Solutions is committed to maintaining
     the confidentiality of client and witness information,
     in accordance with the regulations promulgated under
     the Health Insurance Portability and Accountability
     Act (HIPAA), as amended with respect to protected
     health information and the Gramm-Leach-Bliley Act, as
     amended, with respect to Personally Identifiable
     Information (PII). Physical transcripts and exhibits
     are managed under strict facility and personnel access
     controls. Electronic files of documents are stored
     in encrypted form and are transmitted in an encrypted
     fashion to authenticated parties who are permitted to
     access the material. Our data is hosted in a Tier 4
     SSAE 16 certified facility.

     Veritext Legal Solutions complies with all federal and
     State regulations with respect to the provision of
     court reporting services, and maintains its neutrality
     and independence regardless of relationship or the
     financial outcome of any litigation. Veritext requires
     adherence to the foregoing professional and ethical
     standards from all of its subcontractors in their
     independent contractor agreements.

     Inquiries about Veritext Legal Solutions'
     confidentiality and security policies and practices
     should be directed to Veritext's Client Services
     Associates indicated on the cover of this document or
     at www.veritext.com.
```

Exhibit B