**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| WILLIAM DUKES, | ) | |
| | ) | CASE NO. 1:17-cv-07095 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Nancy Maldonado |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| COOK COUNTY SHERIFF'S | ) | |
| OFFICE et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO SET BRIEFING SCHEDULE AND FILE CROSS-MOTION**
**FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY**

NOW COMES Counsel for the Plaintiff WILLIAM DUKES (hereinafter "Plaintiff", or "Dukes"), by and through his attorneys Mauck & Baker, LLC, and moves this Honorable Court to grant Plaintiff's Motion to Set a Briefing Schedule on Defendants' Motion for Summary Judgment, and grant Plaintiff's Motion to File a Cross-Motion for Partial Summary Judgment on liability, and in support thereof states as follows:

1. On December 22, 2022, Judge Maldonado entered a Transfer Order transferring this matter to Magistrate Judge Maria Valdez for the purpose of holding proceedings related to Plaintiff's Motion to Bar Discovery (Dkt. 246), discovery supervision, and for settlement discussions. (Dkt. 249)

2. On February 22, 2023, a Joint Status Report was filed by the parties indicating that dispositive motions were to be completed by May 31, 2023, and also stating that Defendants did not believe a settlement conference would be productive given how far apart the parties were in settlement negotiations. (Dkt. 260)

1

3. On April 26, 2023, a Joint Status Report was filed by the parties setting a dispositive motion deadline of June 15th in this matter, and indicating the parties' agreement to a referral to the Magistrate Judge for possible settlement. (Dkt. 262)

4. The parties held a preliminary settlement conference on June 8, 2023 with the parties' attorneys only to discuss the feasibility of settlement. (Dkt. 272)

5. Subsequently, the parties' counsel reconvened on June 15, 2023 to discuss a possible settlement range in order to conduct a full settlement conference with client participation. (Dkt. 276)

6. After receiving an email Magistrate Judge Maria Valdez' clerk requesting both counsel to confer and respond via email with three mutual dates that would work for a full settlement conference, Plaintiff's counsel Judith A. Kott sent an email on June 15, 2023 to Defense counsel Troy Radunsky requesting dates that would work for Defendants to be present for a full settlement conference in this case.

7. Mr. Radunsky's email reply on June 15, 2023 was that he had provided the suggested dates by Ms. Kott to his clients.

8. Instead of responding with potential dates for a full settlement conference so that Plaintiff's counsel could reply to Magistrate Judge's clerk with those suggested dates and get a date certain for this full settlement conference, defense counsel filed their Motion for Summary Judgment on June 15, 2023.

9. Plaintiff will be prejudiced unless he is given a chance to file his Cross-Motion for Partial Summary Judgment, and a briefing schedule is entered for Defendants' Motion for Summary Judgment.

10.    Plaintiff is prepared to continue with a full settlement conference once plaintiff's

counsel receives a response from defense counsel with dates that work with his

clients.

WHEREFORE, Plaintiff WILLIAM DUKES moves this Honorable Court to grant

Plaintiff's Motion as follows:

A)  Grant Plaintiff's Motion to Set a Briefing Schedule on Defendants' Motion for
    Summary Judgment;

B)  Grant Plaintiff's Motion to File a Cross-Motion for Partial Summary Judgment on
    liability; and

C)  Any and all further relief this Court deems just and necessary.

Respectfully Submitted,

**WILLIAM DUKES**

*/s/ Judith A. Kott*
Judith A. Kott

*/s/ John W. Mauck*
John W. Mauck

John W. Mauck (IL Bar No. 1797328)
Judith A. Kott (IL Bar No. 6280395)
**Mauck & Baker, LLC**
1 N. LaSalle St. Suite 3150
Chicago, IL 60602
312-726-1243
jmauck@mauckbaker.com
jkott@mauckbaker.com