## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

William Dukes
                Plaintiff,

v.                                         Case No.: 1:17−cv−07095
                                                                Honorable Nancy L. Maldonado

M. Addison, et al.
                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 20, 2023:

        MINUTE entry before the Honorable Nancy L. Maldonado: The Court has reviewed Plaintiff William Dukes' motion for leave to file a cross motion for partial summary judgment and to set a briefing schedule for Defendant's motion for summary judgment [278]. For future motions, Plaintiff must follow the Court's standing order for motion practice which requires that all non−dispositive motions indicate whether the motion is opposed or unopposed. The Court grants Plaintiff's motion [278] and sets the following schedule: Plaintiff may file his response to Defendant's motion for summary judgment and his cross motion by 7/18/23; Defendants' reply to their motion for summary judgment and response to Plaintiff's cross−motion is due by 8/15/23; and Plaintiff's reply to its cross−motion is due by 9/5/23. The Court is aware of the pendency of settlement proceedings before Judge Valdez, which may be helped or hampered by contemporaneous briefing of the cross−motions for summary judgment. If the parties make progress in their negotiations such that staying briefing is the more efficient course, either party is invited to file a motion to stay. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.