## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| WILLIAM DUKES, ) | |
| ) | CASE NO. 1:17-cv-07095 |
| Plaintiff, ) | |
| ) | Honorable Judge Nancy Maldonado |
| v. ) | |
| ) | Magistrate Judge Valdez |
| COOK COUNTY SHERIFF'S ) | |
| OFFICE et al. ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S COMBINED EXHIBITS

Exhibit 1: Interagency Directive 64.5.45.0
Exhibit 2: Interagency Directive 64.5.44.0
Exhibit 3: Bates 001082 - Cermak Policy D-02.1 Medication Orders
Exhibit 4: Bates CCSAO Dukes 001001, CCSAO Dukes 001000 - Sheriff's Email Response to Inmate Grievance Form