## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DUKES, | ) | |
| | ) | CASE NO. 1:17-cv-07095 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Nancy Maldonado |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| COOK COUNTY SHERIFF'S | ) | |
| OFFICE et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

TO:     Troy S. Radunsky
        Jason E. DeVore
        Zachary G. Stillman
        230 W. Monroe St. Ste. 230
        Chicago, IL 60606
        tradunsky@devoreradunsky.com
        jdevore@devoreradunsky.com
        zstillman@devoreradunsky.com

**PLEASE TAKE NOTICE** that on July 18, 2023, I caused to be filed with the Clerk of the Court for the Northern District of Illinois, **PLAINTIFFS' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS.**

Date: July 18, 2023                          Respectfully submitted,

                                             By: /s/ *John W. Mauck*

John W. Mauck
Judith A. Kott
**Mauck & Baker, LLC**
One North LaSalle Street, Suite 3150
Chicago, Illinois 60602
P: (312) 726-1243
F: (866) 619-8661
jmauck@mauckbaker.com
jkott@mauckbaker.com

## <u>CERTIFICATE OF SERVICE</u>

I, John W. Mauck, an attorney, hereby certify that on July 18, 2023, I caused the foregoing **Notice of Filing** and **PLAINTIFFS' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS** to be to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this action.

By: <u>/s/ *John W. Mauck*</u>
     JOHN W. MAUCK