IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DUKES, | ) | |
| | ) | CASE NO. 1:17-cv-07095 |
| Plaintiff, | ) | |
| | ) | Honorable Judge Nancy Maldonado |
| v. | ) | |
| | ) | Magistrate Judge Valdez |
| COOK COUNTY SHERIFF'S | ) | |
| OFFICE et al. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT
AS TO LIABILITY IN COUNTS ONE, TWO, AND THREE OF
PLAINTIFF'S THIRD AMENDED COMPLAINT**

NOW COMES Plaintiff, WILLIAM DUKES (hereinafter referred to as "Plaintiff") by and through his attorneys Mauck & Baker, LLC, and hereby moves this Honorable Court to grant Plaintiff's Cross-Motion for Partial Summary Judgment as to Liability in Counts One, Two, and Three of Plaintiff's Third Amended Complaint.

In support, Plaintiff has filed a Memorandum of Law in Support of his Combined Cross-Motion for Partial Summary Judgment as to Liability in Counts One, Two and Three of Plaintiff's Third Amended Complaint and Response to Defendants' Motion for Summary Judgment, and a Rule 56.1 Statement of Undisputed Facts.

WHEREFORE, Plaintiff requests that this Honorable Court grant his Cross-Motion for Partial Summary Judgment as to Liability in Counts One, Two, and Three of Plaintiff's Third Amended Complaint, deny Defendant's Motion for Summary Judgment, enter judgment in his favor, and grant any and all further just relief.

Dated: July 18, 2023            Respectfully Submitted,

**WILLIAM DUKES,**

By: */s/ John W. Mauck*
    JOHN W. MAUCK

By: */s/ Judith A. Kott*
    JUDITH A. KOTT

John W. Mauck (IL Bar No. 1797328)
Judith A. Kott (IL Bar No. 6280395)
**MAUCK & BAKER, LLC**
One N. LaSalle St., Ste 3150
Chicago, Illinois 60602
Telephone: (312) 726-1243
jmauck@mauckbaker.com
jkott@mauckbaker.com

## CERTIFICATE OF SERVICE

I, John W. Mauck, certify that on July 18, 2023, I caused a copy of the foregoing motion to be filed electronically through the CM/ECF system, which constitutes service on all counsels of record.

By: */s/ John W. Mauck*
JOHN W. MAUCK

John W. Mauck
Judith A. Kott
**MAUCK & BAKER, LLC**
One N. LaSalle St., Ste 600
Chicago, Illinois 60602
Telephone: (312) 726-1243
Facsimile: (866) 619-8661
jmauck@mauckbaker.com
jkott@mauckbaker.com