# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM DUKES, ) | |
| ) | CASE NO. 1:17-cv-07095 |
| Plaintiff, ) | |
| ) | Honorable Judge Nancy Maldonado |
| v. ) | |
| ) | Magistrate Judge Valdez |
| COOK COUNTY SHERIFF'S ) | |
| OFFICE et al. ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO: Troy S. Radunsky
Jason E. DeVore
Zachary G. Stillman
230 W. Monroe St. Ste. 230
Chicago, IL 60606
tradunsky@devoreradunsky.com
jdevore@devoreradunsky.com
zstillman@devoreradunsky.com

    **PLEASE TAKE NOTICE** that on July 18, 2023, I caused to be filed with the Clerk of the Court for the Northern District of Illinois, **PLAINTIFF'S CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY IN COUNTS ONE, TWO, AND THREE OF PLAINTIFF'S THIRD AMENDED COMPLAINT.**

Date: July 18, 2023　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　By: /s/ *John W. Mauck*

John W. Mauck
Judith A. Kott
**Mauck & Baker, LLC**
One North LaSalle Street, Suite 3150
Chicago, Illinois 60602
P: (312) 726-1243
F: (866) 619-8661
jmauck@mauckbaker.com
jkott@mauckbaker.com

## CERTIFICATE OF SERVICE

      I, John W. Mauck, an attorney, hereby certify that on July 18, 2023, I caused the foregoing **Notice of Filing** and **PLAINTIFFS' RULE 56.1 STATEMENT OF UNDISPUTED MATERIAL FACTS** to be to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this action.

By: /s/ *John W. Mauck*
JOHN W. MAUCK
