# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM DUKES, )<br>  )<br>   Plaintiff, )<br>  )<br>        v. )<br>  )<br>COOK COUNTY SHERIFF'S )<br>OFFICE et al. )<br>  )<br>   Defendants. ) | CASE NO. 1:17-cv-07095<br><br>Honorable Judge Nancy Maldonado<br><br>Magistrate Judge Valdez |

## NOTICE OF FILING

TO: Troy S. Radunsky
Jason E. DeVore
Zachary G. Stillman
230 W. Monroe St. Ste. 230
Chicago, IL 60606
tradunsky@devoreradunsky.com
jdevore@devoreradunsky.com
zstillman@devoreradunsky.com

**PLEASE TAKE NOTICE** that on July 19, 2023, I caused to be filed with the Clerk of the Court for the Northern District of Illinois, **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S COMBINED CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT.**

Date: July 19, 2023                                                                Respectfully submitted,

                                                                                          By: /s/ *John W. Mauck*

John W. Mauck
Judith A. Kott
**Mauck & Baker, LLC**
One North LaSalle Street, Suite 3150
Chicago, Illinois 60602
P: (312) 726-1243
F: (866) 619-8661
jmauck@mauckbaker.com
jkott@mauckbaker.com

## CERTIFICATE OF SERVICE

I, John W. Mauck, an attorney, hereby certify that on July 19, 2023, I caused the foregoing **Notice of Filing** and **MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S COMBINED CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY AND IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to be to be electronically filed with the Clerk of the United States District Court for the Northern District of Illinois using the CM/ECF system, which will send notification of such filing to all parties that have appeared in this action.

By: /s/ *John W. Mauck*
JOHN W. MAUCK