IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WILLIAM DUKES, ) | |
| ) | CASE NO. 1:17-cv-07095 |
| Plaintiff, ) | |
| ) | Honorable Judge Nancy Maldonado |
| v. ) | |
| ) | Magistrate Judge Maria Valdez |
| COOK COUNTY SHERIFF'S ) | |
| OFFICE et al. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S UNOPPOSED MOTION TO ENLARGE TIME TO FILE MEMORANDUM OF LAW IN SUPPORT OF HIS COMBINED CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT ON LIABILITY IN COUNTS I, II, AND III OF THIRD AMENDED COMPLAINT AND RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND TO FILE PLAINTIFF'S RESPONSE TO DEFENDANTS' RULE 56.1 STATEMENT OF UNDISPUTED FACTS**

NOW COME Plaintiff WILLIAM DUKES ("Plaintiff"), by his attorneys, MAUCK & BAKER, LLC, and moves this Honorable Court to grant Plaintiff's Unopposed Motion to Enlarge Time to File Memorandum of Law In Support of His Combined Cross-Motion for Partial Summary Judgment on Liability in Counts I, II, and III of Third Amended Complaint and Response to Defendant's Motion for Summary Judgment and to File Plaintiff's Response to Defendants' Rule 56.1 Statement of Undisputed Facts, and in support thereof states as follows:

1. Plaintiff's deadline to file his Cross-Motion for Summary Judgment and Response to Defendants' Motion for Summary Judgment was on July 18, 2023. Dkt. 279.

2. Although Plaintiff timely filed his Combined Cross-Motion for Partial Summary Judgment on Liability in Counts I, II, and III of the Third Amended Complaint and Response to Defendants' Motion for Summary Judgment, Plaintiff was unable to file his Memorandum of Law in Support

1

of His Combined Cross-Motion for Partial Summary Judgment on Liability on Counts I, II, and III of the Third Amended Complaint and Response to Defendants' Motion for Summary Judgment until 12:02 a.m. on July 19, 2023, directly after the Cross-Motion for Summary Judgment and Response to Defendants' Motion for Summary Judgment had been filed. Dkt. 284.

3. Likewise, Plaintiff was unable to file his Response to Defendants' Rule 56.1 Statement of Undisputed Facts until shortly thereafter. Dkt. 285.

4. This is Plaintiff's first request for an extension.

5. Plaintiff's reason for the request for an extension are as follows:

   a. Plaintiff's attorney John Mauck recently had two deaths in his family which required his absence from the law firm.

   b. Judith A. Kott, is the only other plaintiff's attorney assigned to this case.

   c. Plaintiff's counsel is a small law firm and faced a shortage of attorney's availability due to deadlines in other cases as well.

6. Plaintiff's counsel has contacted defendants' attorney who has responded with no objection to Plaintiff's Motion to Enlarge Time to File the aforementioned Memorandum of Law In Support of His Combined Cross-Motion for Partial Summary Judgment on Liability in Counts I, II, and III of Third Amended Complaint and Response to Defendant's Motion for Summary Judgment and to File Plaintiff's Response to Defendants' Rule 56.1 Statement of Undisputed Facts.

7. Given the circumstances, neither side will be prejudiced by this Honorable Court granting Plaintiff's Unopposed Motion to Enlarge Time for Plaintiff to File Memorandum of Law In Support of His Combined Cross-Motion for Partial Summary Judgment on Liability in Counts I, II, and III of Third Amended Complaint and Response to Defendant's Motion for Summary Judgment and to File Plaintiff's Response to Defendants' Rule 56.1

Ucygo gpv'qh'Wpfkurwvgf 'Hcevu0"

YJGTGHQTG."vjg'Rnckpvkhh'oqxgu'vjku'Jqpqtcdng'Eqwtv'vq'tgnkgh'cu'hqmqyu<

C+ "Itcpv'Rnckpvkhhou'Wpqpposed'Oqvkqp'vq'Gpnctigg'Vkog'vq'Lwn{'3;."4245'vq'hkng'jku"

Ogoqtcpfwo "qh'Ncy "kp'Uwrrqtv'qh'Jku'Eqodkpgf 'Etquu/Oqvkqp'hqt'Rctvkcn'Uwooct{"

Lwfiogpv'qp'Nkcdknkv{'qp'Eqwpvu'K'KK'cpf 'KKK'qh'vjg'Vjktf 'Cogpfgf 'Eqornckpv'cpf 'Tgurqpug"

vq'Fghgpfcpvu''Oqvkqp'hqt'Uwooct{'Lwfiogpv."cpf "vq'hkng'jku'Tgurqpug'vq'Fghgpfcpvø'Twng"

78063"Uvcygo gpv'qh'Wpfkurwvgf 'Hcevu="cpf "

D+ Cp{'qvjgt'tgogfkgu'vjku'Eqwtv'hkpfu'lwuv0'

Fcvgf<'Lwn{'3;."4245" " " " " Tgurgevhwm{'uwdokvgf ."

**WILLIAM DUKES**

D{ /s/ *John W. Mauck*

 Lqjp'Y0'Ocwem

 /s/ *Judith A. Kott*

 LWFKVJ 'C0MQVV

Lqjp'Y0'Ocwem*KN'Dct'Pq0'39;954:'+
Lwfkvj 'C0Mqw*KN'Dct'Pq0:4:'2539;7+
**MAUCK & BAKER, LLC**
Qpg'Pqtvj "NcUcmg"Uvtggv."Uwkvg"5372"
Ejkeciq."Knkpqku'82824"
Vgngrjqpg<*534+'948/3465"
*jmauck@mauckbaker.com*
*jkott@mauckbaker.com*

3

**CERTIFICATE OF SERVICE**

I, Judith A. Kott, an attorney, hereby certify that I served the foregoing Plaintiff's Motion to Amend Dkt. 279 to Reflect July 19, 2023 as the Deadline for Plaintiff to File Memorandum of Law In Support of His Combined Cross-Motion for Partial Summary Judgment on Liability in Counts I, II, and III of Third Amended Complaint and Response to Defendant's Motion for Summary Judgment and to File Plaintiff's Response to Defendants' Rule 56.1 Statement of Undisputed Facts, via the District Court's CM/ECF system.

/s/ Judith A. Kott
Judith A. Kott

John W. Mauck
**Mauck & Baker, LLC**
1 N. LaSalle St. Suite 600
Chicago, IL 60602
312-726-1243
jmauck@mauckbaker.com