**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

William Dukes
                     Plaintiff,

v.                                        Case No.: 1:17−cv−07095
                                                 Honorable Nancy L. Maldonado

M. Addison, et al.
                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 20, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court grants Plaintiff's unopposed motion to enlarge time [286] to file his Memorandum of Law In Support of His Combined Cross−Motion for Partial Summary Judgment on Liability in Counts I, II, and III of the Third Amended Complaint and Response to Defendant's Motion for Summary Judgment [284] and his Response to Defendants' Rule 56.1 Statement of Undisputed Facts [285]. Plaintiff's filings at [284] and [285] are deemed timely. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.