# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

William Dukes
                          Plaintiff,

v.
                                                Case No.: 1:17–cv–07095
                                                Honorable Nancy L. Maldonado

M. Addison, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 26, 2023:

      MINUTE entry before the Honorable Maria Valdez: Settlement conference held. A judicial recommendation of settlement was made. The parties are to separately call into chambers at (312) 435–5690, option #3, by 7/27/23 at 4:30 p.m. to advise the Court as to whether the recommendation will be accepted. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.