UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

William Dukes
       Plaintiff,

v.              Case No.: 1:17−cv−07095
              Honorable Nancy L. Maldonado

M. Addison, et al.
       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 27, 2023:

  MINUTE entry before the Honorable Maria Valdez: The parties have accepted the Court's judicial recommendation of settlement and a settlement has been reached. Dismissal documents are to be filed with the District Judge. All matters relating to the referral of this action having been resolved, the case is returned to the assigned judge. Mailed notice(lp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.