**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

William Dukes
                          Plaintiff,

v.                                         Case No.: 1:17−cv−07095
                                                Honorable Nancy L. Maldonado

M. Addison, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 28, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado:In light of Magistrate Judge Valdez's order [289] stating that the parties have reached a settlement, the parties shall file either a stipulation of dismissal or a status report updating the Court on the finalization of their settlement agreement by 8/28/23.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.