# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM DUKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Case No. 17 CV 7095** |
| ) | |
| COOK COUNTY SHERIFF'S OFFICE; ) | Honorable Nancy Maldonado |
| THOMAS J. DART, in his official capacity ) | |
| as SHERIFF OF COOK COUNTY; COOK ) | |
| COUNTY, ILLINOIS; MEDICAL ) | |
| DIRECTOR OF CERMAK HEALTH ) | |
| SERVICES OF COOK COUNTY, in his or ) | |
| her official capacity; DIRECTOR OF ) | |
| NURSING OF CERMAK HEALTH ) | |
| SERVICES OF COOK COUNTY, in his or ) | |
| her official capacity; M. ADDISON; E. ) | |
| ALTMAN; J. ARIAS; M. BOZYK; N. ) | |
| BUCHANAN-SMITH; R. FOSTER; C. ) | |
| GALINDO; J. MERAZ; P. MIRANDA; J. ) | |
| OGRODNIK; W. PARTEE; Z. PERRY; A. ) | |
| QURESHI; W. RIVERA; J. RODRIGUEZ; ) | |
| D. SALMON; S. TAYLOR; J. TORRES; L. ) | |
| TORRES; C. ANDREWS; A. ) | |
| BLOODWORTH; Q. DUNMARS; P. ) | |
| GREEN; S. JAMES; L. LOCKE; S. PRATT; ) | |
| and D. TRIPLETT, ) | |
| ) | |
| Defendants. ) | |

## UNOPPOSED MOTION TO SUBSTITUTE PARTIES

NOW COME Defendants, by their attorneys, Troy S. Radunsky and Jason E. DeVore, of DeVore Radunsky LLC, and move to substitute Cook County as the named Defendant and dismiss with prejudice the individual named Defendants remaining, including: Defendant Cook County Sheriff Thomas J. Dart, in his official capacity; Defendants Ashley Bloodworth, Cassandra Andrews, Patricia Green, Lisa Locke, Quntoria Dunmars, and Dolore Triplett ("Medical Staff Defendants"); and Defendants Monshae Addison, Jorge Arias, Roy Foster, Cesar Galindo, Juan

Meraz, Pedro Miranda, Amir Qureshi, William Rivera, David Salmon, and Seneca Taylor ("Officer Defendants"). In support of this Unopposed Motion, Defendants state as follows:

1. Cook County is the indemnifying entity in the above captioned lawsuit.

2. Pursuant to the provisions of the settlement agreement signed by both parties, the parties agree to substitute Cook County as the named Defendant and dismiss with prejudice the above referenced individually named Defendants.

3. Upon granting of this motion, parties will submit the stipulation to dismiss this case with prejudice, signed by both parties.

WHEREFORE, the parties request that an order of substitution be entered substituting Cook County for the named Defendant and that the named Defendants be dismissed with prejudice.

          Respectfully Submitted,
By:   */s/ Jason E. DeVore*
        Jason E. DeVore, One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Troy S. Radunsky (ARDC # 6269281)
Zachary G. Stillman (ARDC # 6342749)
230 W. Monroe Street, Ste. 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com

## CERTIFICATE OF SERVICE

Zachary G. Stillman, an attorney, hereby certifies that, in accordance with FED. R. CIV. P. 5 and LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing was filed with the Northern District of Illinois ECF system, on August 1, 2023, serving a copy to all parties of record.

        /s/*Zachary G. Stillman*
        Zachary G. Stillman