## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

William Dukes
                Plaintiff,

v.                                      Case No.: 1:17−cv−07095
                                      Honorable Nancy L. Maldonado

L. Torres, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 2, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Defendants' unopposed motion to substitute parties [291] is granted. The Clerk is directed to update the docket to reflect Cook County as the sole named defendant in this case. All other remaining individual defendants are dismissed with prejudice, including: Defendants Cook County Sheriff Thomas J. Dart, in his official capacity; Defendants Ashley Bloodworth, Cassandra Andrews, Patricia Green, Lisa Locke, Quntoria Dunmars, Dolore Triplett, Monshae Addison, Jorge Arias, Roy Foster, Cesar Galindo, Meraz, Pedro Miranda, Amir Qureshi, William Rivera, David Salmon, and Seneca Taylor. The parties should promptly file their stipulation for dismissal. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.