UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM DUKES, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:17-CV-07095 |
| | ) | |
| vs. | ) | Honorable Nancy L. Maldonado |
| | ) | |
| THOMAS DART, et al. | ) | Magistrate Judge Maria Valdez |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

NOW COME Defendants, by Counsel, DeVore Radunsky LLC, and Plaintiff, William Dukes, by Counsel, Mauck & Baker, LLC, and move the Court for dismissal with prejudice of the Plaintiff's cause of action in its entirety.

As grounds for this request, the parties show the court that all disputes have been resolved and fully settled.

The court retains jurisdiction for the enforcement of the settlement amount, and until the agreed upon $40,000.00 settlement amount has been paid to Plaintiff.

Respectfully Submitted,


Dated: August 21, 2023                                                      Respectfully Submitted,

/s/_____*Judith A. Kott*_____                    */s/ Troy S. Radunsky____*

John Mauck                                                                         Troy S. Radunsky
Judith Kott                                                                          Jason E. DeVore
Mauck & Baker, LLC                                                       DeVore Radunsky LLC
One North LaSalle St, Ste 3150                                      230 W Monroe St, Ste 230
Chicago, Illinois 60602                                                    Chicago, Illinois 60606

| | |
|---|---|
| jmauck@mauckbaker.com <br> jkott@mauckbaker.com <br> *Attorneys for Plaintiff* | tradunsky@devoreradunsky.com <br> jdevore@devoreradunsky.com <br> *Attorneys for Defendants* |