UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

William Dukes
                Plaintiff,

v.                                             Case No.: 1:17−cv−07095
                                                       Honorable Nancy L. Maldonado

L. Torres, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 22, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: Pursuant to the parties' stipulation of dismissal [293], Plaintiff's claims against Defendants are dismissed without prejudice pending receipt of the final settlement payment by Plaintiff. The parties do not indicate the deadline by which the settlement amount must be paid pursuant to their agreement. Thus, within seven days of receipt of payment, Plaintiff must file a status report informing the Court of the payment and the Court will then convert the dismissal into one with prejudice. Each party shall bear its own attorney's fees, costs, and expenses. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.