IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **WILLIAM DUKES,** ) | |
| ) | **CASE NO. 1:17-cv-07095** |
| **Plaintiff,** ) | |
| ) | **Honorable Judge Nancy Maldonado** |
| **v.** ) | |
| ) | |
| **COOK COUNTY SHERIFF'S** ) | |
| **OFFICE et al.** ) | |
| ) | |
| **Defendants.** ) | |

## STATUS REPORT

Plaintiff William Dukes, by his respective counsel of record, hereby submits this Status Report in accordance with the Court's September 29, 2023 Minute Entry (Dkt. 295), and in support thereof states as follows.

1. Plaintiff's counsel's office received the final settlement check from Defendants on on Oct. 24, 2023.

Dated: October 30, 2023    Respectfully submitted,


/s/ *Judith A. Kott*
Judith A. Kott

John W. Mauck (IL Bar No. 1797328)
Judith A. Kott (IL. Bar No. 6280395)
Mauck & Baker, LLC
One North LaSalle St., Ste. 3150
Chicago, Illinois 60602
(312) 726-1243

## CERTIFICATE OF SERVICE

I, Judith A. Kott, hereby certify that I served the attached **STATUS REPORT** on counsel of record via the Court's CM-ECF E-Filing on October 30, 2023.

By: /s/ *Judith A. Kott*

John W. Mauck (IL Bar No. 1797328)
Judith A. Kott (IL. Bar No. 6280395)
Mauck & Baker, LLC
One North LaSalle St., Ste. 3150
Chicago, Illinois 60602
(312) 726-1243