# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

William Dukes

                Plaintiff,

v.

                Case No.: 1:17–cv–07095
                Honorable Nancy L. Maldonado

L. Torres, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 31, 2023:

      MINUTE entry before the Honorable Nancy L. Maldonado: The Court has received the parties' joint status report [296] confirming that Plaintiff has received the final settlement payment from Defendants. Pursuant to the stipulation of dismissal [293] per Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this case is now dismissed with prejudice. Civil case terminated. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.